UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,<br>a Delaware Corporation<br><br>and<br><br>VIRTUAL GEOSATELLITE LLC,<br>a Delaware Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>JOHN E. DRAIM,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, John E. Draim ("Draim"), by counsel, submits this Notice of Removal and states:

1. On July 20, 2006, plaintiffs commenced an action against Draim in the Superior Court for the District of Columbia, Civil Division, Civil Action No. 06ca005563 (the "Superior Court action") by filing a Complaint for Theft of Trade Secrets. The United States District Court for the District of Columbia is the District Court embracing the place where the action is pending. True copies of all process, pleadings and orders filed in the Superior Court action are attached hereto as Exhibit 1.

2. Draim was served with the Superior Court action on July 22, 2006. This Notice of Removal is filed within thirty (30) days of the date of service on the summons

and Complaint on the defendant. Consequently, this notice is timely under 28 U.S.C. § 1446(b).

3. Based on the information contained in the Complaint, at the time of the commencement of this action and at the time of filing of this Notice of Removal plaintiff Ellipso, Inc. is a Delaware Corporation with a principal place of business in the District of Columbia and plaintiff Virtual Geosatellite LLC is a Delaware Limited Liability Company with a principal place of business in the District of Columbia.

4. At the time of the commencement of this action and at the time of filing of this Notice of Removal Draim is an individual residing in the Commonwealth of Virginia.

5. Plaintiffs claim damages in the Complaint in excess of $75,000. Accordingly, the amount in controversy in the Superior Court action exceed the sum or value of $75,000 exclusive of interest and costs.

6. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, and this action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is a civil actions between citizens of different states in this the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

7. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. § 1441(b) because Draim is not a citizen of the District of Columbia.

JOHN E. DRAIM

By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
(703) 734-4356

By: _____
John F. Anderson
(D.C. Bar No. 393764)

## CERTIFICATE OF SERVICE

I hereby certify that on this 3RD day of August 2006, a copy of the foregoing Notice of Removal was served by first class mail to the following:

David Bogart Dort
Rubinstein Law Group, P.C.
1025 Connecticut Avenue, N.W.
Suite 1012
Washington, D.C.  20036

_____
John F. Anderson