**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELLIPSO, INC., <br> A Delaware Corporation, <br><br> and <br><br> VIRTUAL GEOSATELLITE LLC, a <br> Delaware Limited Liability Company, <br><br> Plaintiffs <br> v. <br> John E. DRAIM, an individual, <br> Defendant. | **NOTICE OF APPEARANCE** <br><br> Case No. 1:06cv01373 (JR) |

To the Clerk of this court and all parties of record:

Please enter the appearance of David Bogart Dort as counsel in the above-captioned case for Plaintiffs: Ellipso, Inc. and Virtual Geosatellite LLC.

Federal District Court for the District of Columbia Bar Identification No. 465,728

Dated: August 17, 2006

BY: /s/ David Bogart Dort

David Bogart Dort, DC. Bar No. 465,728
**Rubinstein Law Group**
**A Professional Law Corporation**
1025 Connecticut Avenue NW, 1012
Washington, DC 20036
Telephone:   (202)-423-1085
Facsimile:   (202)-318-7729
Attorneys for Plaintiff,
Ellipso, Inc.
Virtual Geosatellite LLC

-1-

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Ellipso, Inc., <br> A Delaware Corporation, <br><br> and <br><br> VIRTUAL GEOSATELLITE LLC, a <br> Delaware Limited Liability Company, <br><br> Plaintiffs <br> v. <br><br> John E. Draim, an individual, <br><br> Defendant. | Case No. 1:06cv01373 (JR) |

**CERTIFICATE OF SERVICE**

In reference to the above-captioned case, I hereby certify that on August 17, 2006, I hereby caused a copy of the following document(s): NOTICE OF APPEARANCE, to be served by First Class Mail and Facsimile on:

    John F. Anderson
    TROUTMAN SANDERS LLP
    1660 International Drive, Suite 600
    McLean, VA 22102
    Fax: 703-448-6530

By:  <u>David Bogart Dort</u>

David Bogart Dort