# Exhibit 2

# Memorandum in Support of Motion for Summary Judgment and for an Award of Attorneys Fees and Costs by John E. Draim

Approved for use through 01/31/2001. OMB 0651-0037
PTO/SB/16 (2-98)
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OBM control number.

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET
## This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR §1.53(c).

### INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| John E. | Draim | Washington, DC |
| David | Castiel | Washington, DC |

[] Additional inventors are being named on the _0_ separately numbered sheets attached hereto.

### TITLE OF THE INVENTION (280 characters max)

CREATING AN ARRAY OF VIRTUAL GEOSTANTIONAL SATELLITES THAT PROVIDE 2 DEGREE SEPARATIONS AT APOGEE (AND THROUGHOUT THE ACTIVE ARCS), AND NON-INTERFERENCE WITH THE GEO RING

### CORRESPONDENCE ADDRESS

Direct all correspondence to:

[] Customer Number: _____ → | Place Customer Number Bar Code Label Here |

OR

| [X] Firm or Individual Name | Scott C. Harris Fish & Richardson P.C. | | |
|---|---|---|---|
| Address | 4225 Executive Square, Suite 1400 La Jolla, CA 92037 | | |
| Country | United States | Telephone | (858) 678-5070 | Fax | (858) 678-5099 |

### ENCLOSED APPLICATION PARTS (check all that apply)

| [X] Specification | Number of Pages | 43 | [] Small Entity Statement | |
|---|---|---|---|---|
| [] Drawing(s) | Number of Sheets | | [] Other (specify) | |

### METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT (check one)

[X] A check or money order is enclosed to cover the filing fees.

[] The Commissioner is hereby authorized to charge filing fees or credit any overpayment to Deposit Account Number: 06-1050

FILING FEE AMOUNT ($)

$150

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.
[X] No.
[] Yes, the name of the U.S. Government agency and the Government contract number are:

Respectfully submitted,

Signature _[signature]_ Bing Ai Reg. No. 43,316

Name  Scott C. Harris, Reg. No. 32,030

Date  February 3, 2000
Telephone No.  (858) 678-5070
Docket No.  06662/034001
10017733.doc

CERTIFICATE OF MAILING BY EXPRESS MAIL

Express Mail Label No. EL528178917

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail Post Office to Addressee with sufficient postage on the date indicated below and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

Date of Deposit  February 3, 2000

Signature _[signature]_

Typed Name of Person Signing  R. Donahen

**Separator Sheet**



# AAA

# Application Text

**Place Papers behind this sheet in the following order:**

1. Preliminary Amendment
2. Specification (English Language Only)
3. Claims
4. Abstract

Version 2.2C

Attorney's Docket No.:  06662/034001

# PROVISIONAL APPLICATION FOR PATENT

## under

## 37 CFR §1.53(c)

**TITLE:**   CREATING AN ARRAY OF VIRTUAL GEOSTANTIONAL
SATELLITES THAT PROVIDE 2 DEGREE SEPARATIONS
AT APOGEE (AND THROUGHOUT THE ACTIVE ARCS),
AND NON-INTERFERENCE WITH THE GEO RING

**APPLICANT:**   JOHN E. DRAIM AND DAVID CASTIEL

CERTIFICATE OF MAILING BY EXPRESS MAIL

Express Mail Label No.    EL528178917US

I hereby certify that this correspondence is being deposited with the
United States Postal Service as Express Mail Post Office to Addressee
with sufficient postage on the date indicated below and is addressed to
the Assistant Commissioner for Patents, Washington, D.C. 20231.

February 3, 2000

Date of Deposit

Signature

R. Donovan

Typed or Printed Name of Person Signing Certificate

*PROPRIETARY INFORMATION, VIRGO LLC*

# CREATING AN ARRAY OF VIRTUAL GEOSTATIONARY SATELLITES THAT PROVIDE 2° SEPARATIONS AT APOGEE (AND THROUGHOUT THE ACTIVE ARCS), AND NON-INTERFERENCE WITH THE GEO RING

## DISCUSSION:

The ring of geostationary satellites that has grown up over time consists of multiple "slots" of two-degree width (earth-centered angle). This arrangement has been adopted to allow for communications with a minimum of electronic interference (using high gain, directional antennas). This geo-ring around the equator thus provides a total of 180 slots ( 360° / 2° ). All of the satellites are at or near 0° inclination (i.e., they are in the equatorial plane).

The approximately 8-hour (Mean-Motion 3) VIRGO elliptical orbit array consists of a basic ground trace with three active loops, repeating every day. The width of the active portion of one of the loops spans less than 60° of longitude. Thus, it is possible to insert another ground trace, similar to the first, but displaced by 180°, in which the active arcs fill up the gaps left by the first ground trace. Recognizing that the satellites tend to bunch up in the region near apogees (that occur at roughly 63.4° latitude). Placed in such a manner, the tracks will not cross one another (during their active periods). They will appear as six distinct parabolic shaped loops in the Northern Hemisphere on a Cartesian map. One could also construct six such loops in the Southern Hemisphere as well; these orbits would be the inverse of the former, in that the perigees would lie in the Northern Hemisphere, and apogees in the Southern hemisphere. Only one ground track (with 70 satellites and three active arcs) is shown in the Figure on the following page; the complete system has four ground tracks, 280 satellites and 12 active arcs.

Summing up the above:
- There are <u>two</u> ground tracks in each of the hemispheres,
- Each of the ground tracks has <u>three</u> distinct loops.
- The maximum latitude reached at the peak of the loops (apogees) is 63.4°
- There is no interference from these satellites with the GEO ring of satellites (>40° separation)
- There is no interference between the VGO satellites (> 2° separation)

## ANALYSIS:

Our studies yielded the following additional data
- The minimum latitude for the active portions of the loops lies at 45.1° latitude
- The separation between end points of active arcs for adjacent loops is 12.8°; this corresponds to a great circle distance (separation) of 8.7°, which is comfortably over the 2° minimum spread required
- The mean anomaly spacing to ensure a 2° satellite separation near apogee is 15°; since the daily ground trace covers 1080° ( 3 x 360° ), the number of satellites per ground track is 72 ( 1080 / 15 ).
- Since there are four ground tracks possible- two in the NH and two in the SH - we can create an effective 288 slots, using the 15 degree mean anomaly spacing.
- It was found that between 14 and 15 satellites (out of 24) lie within the bounds of the active duty arcs, in each of the loops at all times. Conversely between 9 and 10 satellites are in the standby mode in each loop (includes both NH and SH inactive satellites).
- Since the elliptical orbit Virtual Geosatellites are at a lower altitude than the true GEO satellites, their 2° earth-centered angle separation is actually better than that of a true GEO.

*PROPRIETARY INFORMATION, VIRGO LLC*

- Further study revealed that there will be phasing problems between different users if the maximum number of satellites (288) is used. It appears that a better number is 280 satellites total (70 per groundtrack). This will give exactly 14 satellites per active arc (not 14 and a fraction). The mean anomaly spacing to be used will now be 1080°/70 = 15.42857...°. The actual minimum width of the slots (at apogee), using this value of MA spacing, is 2.06°.
- Some other interesting facts on the VIRGO orbits, are as follows:
  - Apogee Altitude: 26,967.6 km
  - Perigee Altitude: 798.3 km
  - Altitude over Equator: 5,430.6 km
  - Altitude at Start and End of Active Arcs: 17,789.7 km
  - Latitude at Start and End of Active Arcs: 45.1° (N or S)
  - Maximum Latitude Reached in Active Arcs: 63.41°

CONCLUSIONS:

- Up to fourteen independent (VIRGO-like) systems, using the same frequency band, can employ the fourteen slowly-moving "slots" in each loop of the above design. (or, 42 'customers' total for three loops) in one ground track)
- With the 70 satellites in a single ground track, continuous coverage will be provided underneath all three loops -(however, there will be small triangular outage regions along the equator, midway between the peaks of the loops, jup to about 20° of latitude).
- If the second ground track is employed (so that there are now six loops in the selected hemisphere), there will be continuous coverage of one entire hemisphere (NH for example) down to and including all the equatorial regions in that hemisphere. Another two ground tracks, with apogees in the SH, (an "inverted" set- would provide mirror image coverage of that hemisphere.
- <u>The coordinated employment of such a system could provide a new standard for greatly increasing the number of the world's communications satellites, with no interference to any of the geo-satellites, and also no interference to each other. A total of 280 satellites, will provide 168 slots (active satellites) at all times This will practically duplicate the number of 2-degree slots that are currently available in the GEO ring (i.e. 180 slots). Using such a system, the world's present (GEO-based) communications satellite capacity would be almost doubled overnight [With 168 added slots, the world potential would be increased by 168/180, or 93.3%!]</u>



# Virtual Geostationary Services

DRAFT

VGS Proprietary and Confidential       Draft                    Do not disclose

# Virtual Geostationary Technology

- The Problem

  – Demand for satellite space is increasing in line with demand for bandwidth, i.e. exponentially

  – Traditional GEO space is severely limited: there are few GEO slots remaining

- The Solution

  – Virtual Geostationary Services (VGS) technology opens up additional GEO-like space called Virtual GEO Space, or "V-Space"

  – V-Space can be divided into Virtual Slots, or "V-Slots", nearly doubling traditional GEO slot availability

VGS creates valuable new real estate in the satellite sector

2

VGS Proprietary and Confidential          *Draft*          Do not disclose

# VGS Mission

- Create a new standard for satellite communications by extending the GEO space into V-Space

- Evolve the GEO slot concept into the V-Slot concept
  - V-Slots can offer even better communications capabilities then GEOs

- Charter the use of V-Slots to existing and emerging satellite operators worldwide

- Use the chartering model to commercially exploit VGS intellectual property and know-how

4

*VGS Proprietary and Confidential*

*Draft*

*Do not disclose*

# Contents

- Concept
- Industry Analysis
- Technical Analysis
- Business and Regulatory Strategy
- Appendix

5

Do not disclose

VGS Proprietary and Confidential                    Draft

VGSDC 0000199

# CONCEPT

*VGS Proprietary and Confidential*

*Draft*

*Do not disclose*

# Virtual GEO Spaces (V-Spaces)



The Virtual Geo "V-Space"
Northern Hemisphere

The Virtual Geo "V-Space"
Southern Hemisphere

GEO "Space"

V-Spaces add GEO-like coverage in both the Northern and Southern Hemispheres

9

VGS Proprietary and Confidential
Draft
Do not disclose

# V-Space: Exploiting Elliptical Orbits

- A VGS satellite is launched into a highly elliptical orbit, with apogee (high point) over either the Northern or Southern Hemisphere

- The satellite will:

  - perform three orbits per day — three apogees over three points of the earth, creating one "Ground Track"

  - dwell at its apogee, at which time it is active and virtually geostationary (its "Active Arc")

  - be active over one point for 4.8 hours per 24 hours

- VGS satellites in VGS orbits can be combined to deliver customized, predictable coverage and capability

V-Space delivers a customized, modular approach to satellite system development

VGS Proprietary and Confidential                                    Do not disclose
Draft

# V-Space Modularity: 1 Satellite



| Number of Satellites | One (in one track) |
|---|---|
| Geographic Coverage* | One Hemisphere |
| Time of Day Coverage** | 4.8 hours per day per Arc; predictable |

\* Hemispheric coverage contains some lapses near the equator; exact position of lapses depends on the chosen track

\*\* Time of day coverage regresses approximately 4.9 minutes per day for each Arc

8

VGS Proprietary and Confidential        Draft        Do not disclose

# V-Space Modularity: 2 Satellites, One Track



| Number of Satellites | Two (in one track) |
|---|---|
| Geographic Coverage* | One Hemisphere |
| Time of Day Coverage** | 9.6 hours per day per Arc; continual or divided; predictable |

\* Hemispheric coverage contains some lapses near the equator; exact position of lapses depends on the chosen track

\*\* Time of day coverage regresses approximately 4.9 minutes per day for each Arc

9

VGS Proprietary and Confidential    *Draft*    *Do not disclose*

# V-Space Modularity: 2 Satellites, Two Tracks

Chart in progress
will reflect below

| Number of Satellites | Two (one in each track) |
|---|---|
| Geographic Coverage* | Global |
| Time of Day Coverage** | 4.8 hours per day per Arc; predictable |

\* Global coverage contains some lapses near the equator; exact position of lapses depends on the chosen track

\*\* Time of day coverage regresses approximately 4.9 minutes per day for each Arc

10

*VGS Proprietary and Confidential*    *Draft*    *Do not disclose*

# V-Space Modularity: 5 Satellites, One Track



| Number of Satellites | Five (in one track) |
| --- | --- |
| Geographic Coverage* | One Hemisphere |
| Time of Day Coverage** | Continuous 24 hour coverage |

\* Hemispheric coverage contains some lapses near the equator; exact position of lapses depends on the chosen track

\*\* Time of day coverage regresses approximately 4.9 minutes per day for each Arc

11

12

VGS Proprietary and Confidential

Draft

Do not disclose

# V-Space Modularity: 10 Satellites, Two Tracks

Chart in progress
will reflect below

| | |
|---|---|
| Number of Satellites | Ten (Five in each track) |
| Geographic Coverage* | Global |
| Time of Day Coverage** | Continuous 24 hour coverage |

\* Global coverage contains some lapses near the equator; exact position of lapses depends on the chosen track

\*\* Time of day coverage regresses approximately 4.9 minutes per day for each Arc

13

VGS Proprietary and Confidential          Draft          Do not disclose

# V-Space Modularity: 15 Satellites, Three Tracks

Chart in progress
will reflect below

| | |
|---|---|
| Number of Satellites | 15 (Five in each track) |
| Geographic Coverage* | Global; double coverage in populous Northern Hemisphere |
| Time of Day Coverage** | Continuous 24 hour coverage |

* Global coverage contains some lapses near the equator; exact position of lapses depends on the chosen track
** Time of day coverage regresses approximately 4.9 minutes per day for each Arc

14

VGS Proprietary and Confidential        Draft                              Do not disclose

# V-Slots: Adding to the limited GEO slots

- V-Space can be divided into Virtual GEO-like slots called "V-Slots"

- Adopting the same 2 degree slot separation as GEOs creates 14 V-Slots in each Active Arc

- V-Space contains 12 Active Arcs

- This creates 168 new V-Slots, nearly doubling the finite number of GEO slots

- V-Slots can be adopted as a new standard that maintains the GEO slot concept used currently by regulatory regimes

---

V-Slots extend the GEO concept to create a new standard that nearly doubles the number of current slots

VGS Proprietary and Confidential        Draft        Do not disclose

# Virtual Slots (V-Slots)



V-Space can have many satellites active at one time, creating 14 V-Slots Per Active Arc (One Arc Pictured)

15

16

VGS Proprietary and Confidential    Draft    Do not disclose

# Technological Attributes

- By making satellites active during only part of their orbits:
  - Satellites create no interference with each other or with GEOs
  - GEO Spectrum can be re-used with no adverse effects

- Since VGS Satellites are much closer to the earth than GEOs:
  - Latency is better than GEOs
  - Satellites can be smaller, less expensive, require a smaller antenna, and have more frequency re-use than GEOs

- By placing apogees and thus active arcs in mid to high latitudes:
  - Capacity is concentrated over land masses, areas of greatest population and therefore areas of greatest service demand
  - Look angles are far superior to GEOs in developed economies where the most capacity is needed

17

*VGS Proprietary and Confidential*    *Draft.*    *Do not disclose* ˙

# Technological Attributes (cont.)

- With multiple satellites allowed in the same Arc:
  - Sparing/redundancy is built in
  - Satellite outage requires hours, not years, for back-up

- By carving V-Space into V-Slots:
  - VGS replicates the most desirable GEO slots

18

VGS Proprietary and Confidential          Draft                    Do not disclose

# Concept Summary

- V-Spaces add GEO-like coverage in both the Northern and Southern Hemispheres

- V-Space delivers a customized, modular approach to satellite system development

- V-Space can have many satellites active at one time, creating virtual GEO-like slots called "V-Slots"

- V-Slots extend the GEO concept to create a new standard that nearly doubles the number of current slots

19

VGS Proprietary and Confidential     Draft     Do not disclose

CDC0020"CD00810C0

# INDUSTRY ANALYSIS

VGS Proprietary and Confidential        Draft        *Do not disclose*

20

# Traditional GEO Space Today

- One equatorial, geostationary orbital arc

- 180 slots of 2 degrees

- ~200 satellites already in GEO Arc*

- ~6,000 36MHz equivalent transponders in use

- ~ 50 operators worldwide

- Satellites use primarily Ku and C bands

- Applications

  - Video (60%)

  - Voice and Data (40%)

* More satellites than slots are possible due to stacking of satellites

Source: Merrill Lynch, Global Satellite Marketplace 99

VGS Proprietary and Confidential    Draft    Do not disclose

# Waves of New Satellite Services Drive Demand

| Take-off Year | 1980s | 1994 | 1998 | 1998 | 1999 | 1999 | 2002+ |
|---|---|---|---|---|---|---|---|
| | Fixed Satellite Services (FSS) | Direct Television (DBS) | Mobile Satellite Services (MSS) | Little LEO | Direct Audio Radio Services (DARS) | 1-meter Digital Imaging | Broadband Satellite |
| Principal Business | Leasing wholesale satellite transponder capacity | Multi-channel consumer television services | Mobile voice services | Low speed mobile data services | Direct-to-car or home audio services | High altitude aerial photography | High-speed internet data networks, IP multicasting |
| Principal Frequency Bands | C, Ku | Ku | L | L,S | S | Visual | Ka/Ku |
| Frequency Allocation per System | 500 MHz | 500 MHz | ~5.15 MHz | 1-2 MHz | 12.5 MHz | N/A | 1000 MHz |
| Major Satellite Operators/ Systems | • PanAmSat<br>• Loral Skynet<br>• Intelsat/Comsat<br>• GE Americom<br>• SES Astra<br>• Eutelsat<br>• AsiaSat<br>• APT Satellite<br>• Shinawatra<br>• Nahuelsat<br>• Lockheed Martin | • DirecTV<br>• EchoStar<br>• Pegasus<br>• BSkyB<br>• Canal+<br>• Sky LA<br>• Indovision<br>• SkyPerfecTV | • Iridium<br>• Globalstar<br>• ICO Global<br>• ACeS<br>• Thuraya | • Orbcomm<br>• LEO One USA<br>• Final Analysis<br>• ESAT | • CD Radio<br>• XM Satellite Radio<br>• WorldSpace | • ORBIMAGE<br>• Space Imaging<br>• Earth Watch<br>• West Indian Space | • Hughes Spaceway<br>• Teledesic<br>• Skybridge (Alcatel)<br>• Loral CyberStar<br>• Astrolink (LMT) |

## New services provide many more sources of satellite demand

Source: Merrill Lynch, Global Satellite Marketplace 99

21

VGS Proprietary and Confidential            Draft            Do not disclose

# Rapid Growth Expected For Satellite Services



### Revenue Projections By Satellite Services Segment

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| □ DARS | 10 | 54 | 339 | 703 | 1,464 | 2,752 | 4,140 | 5,782 | 7,659 | 9,584 | 10,949 |
| ■ Satellite Imaging | 479 | 1,058 | 1,360 | 2,471 | 3,560 | 4,520 | 4,869 | 5,356 | 5,892 | 6,481 | 7,112 |
| □ Little LEOs | 6 | 25 | 85 | 193 | 332 | 512 | 784 | 1,171 | 1,641 | 2,114 | 2,533 |
| ■ MSS | 727 | 1,131 | 2,679 | 4,729 | 7,032 | 10,411 | 13,496 | 17,264 | 20,894 | 22,489 | 23,641 |
| □ Broadband Satellite | 70 | 97 | 140 | 280 | 657 | 1,546 | 3,751 | 8,761 | 15,895 | 24,088 | 30,171 |
| □ FSS | 6,053 | 6,576 | 7,260 | 8,007 | 9,202 | 10,973 | 12,536 | 14,491 | 16,122 | 17,933 | 19,726 |
| ■ International DBS | 2,946 | 4,101 | 5,397 | 6,526 | 7,780 | 9,338 | 11,033 | 12,924 | 15,062 | 17,479 | 20,130 |
| ■ US DBS | 5,283 | 6,619 | 7,740 | 9,041 | 10,538 | 11,856 | 13,085 | 14,166 | 15,004 | 15,823 | 16,652 |

Year (Estimate)

Revenue ($ Millions)

## Demand pressure is driving the need for much more capacity

Source: Merrill Lynch, Global Satellite Marketplace 99

VGS Proprietary and Confidential    Draft    Do not disclose

# No More Space in GEO Arc to Meet Demand



Expensive Real Estate: FCC auctioned 115°W slot in 1996 for $683m

23

VGS Proprietary and Confidential    Do not disclose
Draft

# Band-Aid Solutions for GEO Space

- Expand into higher frequencies, principally Ka-band
  - Over 70 systems have applied for GEO spectrum in the Ka band
  - Requires a number of implementation challenges
- Stacking multiple satellites in single slot using separate non-overlapping beams
  - Increases potential of slot, although raises interference issues
  - Not a long-term solution
- Regulatory measures to force parties to "use or lose" existing orbital rights
  - Doesn't increase potential capacity
  - May create some new opportunities for those looking for slots

24

VGS Proprietary and Confidential       Draft       Do not disclose

# Inefficient LEO/MEO System Solutions

- Hundreds of satellites proposed for several systems using LEO and MEO orbits

- Circular orbits waste capacity over non-populated areas (oceans)

- Financing Requirements in the tens of billions

- Significant interference issues with GEOs and between each other

- Resolution of interference causing serious delays

- Under current system designs, total number of systems will be limited due to interference

- Challenging new technologies are causing delays and substantial budget over-runs

26

VGS Proprietary and Confidential         Draft                Do not disclose

# VGS Advantages

- Creates a new potential standard:

  – Creates 168 new V-Slots, nearly doubling the finite number of GEO slots

  – V-Slots can be adopted as a new standard that maintains the GEO slot concept used currently by regulatory regimes

- Avoids the problems of band-aids and inefficient systems:

  – Satellites create no interference with each other or with GEOs

  – GEO Spectrum can be re-used with no adverse effects

  – Capacity is concentrated over land masses, areas of greatest population and therefore areas of greatest service demand

  – Look angles are far superior in developed economies where the most capacity is needed

*VGS Proprietary and Confidential*

*Draft*

*Do not disclose*

# VGS Advantages (cont.)

- Provides advantages over GEOs:

  – Latency is better than GEOs

  – Satellites can be smaller, less expensive, require a smaller antenna, and have more frequency re-use than GEOs

  – Sparing/redundancy is built in

  – Satellite outage requires hours, not years, for back-up

  – Look angles are far superior in developed economies where the most capacity is needed

  – VGS replicates the most desirable GEO slots

28

VGS Proprietary and Confidential        Draft        *Do not disclose*

# VGS: The Industry Solution

- Creates a new potential standard

- Avoids the problems of band-aids and inefficient systems

- Provides advantages over GEOs

- Provides the real estate for any type of satellite service, including broadband

- Enables high transmission speeds and plentiful capacity where terrestrial systems cannot reach or where terrestrial build-out proves uneconomical, no matter how remote

- Creates instant infrastructure across the entire satellite footprint

- Seamlessly interfaces with terrestrial and space-based systems

VGS meets the growing demand for satellite capacity efficiently and effectively

29

# TECHNICAL ANALYSIS

*VGS Proprietary and Confidential*                    *Draft*                    *Do not disclose*

VGS Proprietary and Confidential

Do not disclose

Draft

30

# VGS Technical Considerations

- GEO and VGS are different orbits requiring different satellite designs for the same performance

- Factors affected by orbit change:
  - Operational considerations
    - GEO: each satellite dedicated to one region
    - VGS: each satellite serves three regions alternately
  - RF effective radiated power
  - Satellite DC power
  - Satellite antenna gains
  - Radiation shielding
  - Consequently: Satellite mass
  - Consequently: Satellite launch costs

- User Terminals: VGS requires tracking/switching antennas

VGS Proprietary and Confidential

Do not disclose

*Draft*

# VGS vs GEO: Space

| Point of Comparison | VGS vs. GEO |
|---|---|
| **Cost Factors:** | |
| • **Radiated Power Required** | 43 % Less |
| • **D.C. Power** | 49 % Less |
| • **Satellite Antenna Gain** | 43 % Less |
| • **Radiation Shielding (kg)** | 200 kg more |
| • **Satellite Antenna Cost** | 250 % more |
| • **Satellite Weight** | 38 % Less |
| • **Satellite Cost, Wet** | 22 % Less |
| • **Satellite Launch Cost** | 63 % Less |
| • **Net Constellation Cost** (3 sats for GEO, 5 sats for VGEO) (provides comparable coverage) | **SAME** |
| • **Single satellite cost** | 40 % Less |

## Similar costs for comparable performance

VGS Proprietary and Confidential    Draft    Do not disclose

# VGS vs GEO: Ground and Interference

| Issues | Solutions |
|---|---|
| **Ground Segment:** | |
| • Gateway antenna beam tracking<br>( Less complex than other NGSOs) | • Simple tracking antenna; low cost differential |
| • End user terminal antenna<br>(Simpler than other NGSOs with 1 track through the sky) | • For high capacity use, low cost differential<br>• For low capacity use, developmental expenses required |
| • Interface with terrestrial networks | • Identical |
| **Interference:** | |
| • Satellite interference with GEOs<br>• Satellite interference with VGSs<br>(other NGSOs interfere with each other, GEOs and VGS limiting available system creation) | • Not needed; high angular separation<br>• Not needed; sufficient angular separation |

No Interference -- Some added complexity on the ground

32

# BUSINESS AND REGULATORY STRATEGY

Do not disclose

Draft

VGS Proprietary and Confidential

VGS Proprietary and Confidential

Draft

Do not disclose

# Partnering and Chartering Approach

- VGS will commercially exploit its intellectual property and know-how to create the new V-Slot standard by chartering V-Slots to existing and emerging satellite operators

- VGS will partner with an "Anchor Tenant" (AT) who will assist in the development of the standard

VGS and the AT will create a chartering entity (VGS Charter) to charter the use of V-Slots to Tenant Companies

34

VGS Proprietary and Confidential    Draft    Do not disclose

# Role of VGS & Tenant Companies

| VGS Charter (Partnership with AT) | Tenant Companies |
|---|---|
| • Creates and maintains V-Slot standards | • Existing and emerging satellite operators |
| • Manager of Intellectual Property developed by VGS and the AT | • Build and launch satellites into V-Slots |
| • Grants right to use VGS orbits and other IP to tenant companies | • Provide satellite services |

GOOGLE-ARC00008709

VGS Proprietary and Confidential     Draft     Do not disclose

36

# VGS / Anchor Tenant Relationship

| VGS will offer to AT: | AT Responsibilities: |
|---|---|
| • Early placement into VGS Arc<br>• Choice of V-Slot<br>• Founders' terms<br>• Partnership in VGS<br>• Rights to VGS IP<br>• Co-development of VGS standardization process | • Delivers spacecraft into V-Slot by Sept. 1, 2001<br>• Fund development of technical standards for space and ground elements<br>• Makes its IP available to VGS Charter<br>• Full assistance in regulatory/license matters |

VGS Proprietary and Confidential        Draft        Do not disclose

CDCE020"C2C003TC0

37

# VGS Charter Regulatory Overview

- Obtain experimental license to prove concept and undertake limited market testing
  - Application filed 1Q 2000
  - Grant expected 2Q 2000

- Continue efforts to establish VGS orbits as new paradigm for future satellite systems through the ITU and the FCC

- Work with FCC to establish stream-lined licensing procedures to facilitate use of VGS orbits

VGS, in partnership with its AT, will work to establish new V-Slot standards

38

*Do not disclose*

*Draft*

*VGS Proprietary and Confidential*

# APPENDIX

VGS Proprietary and Confidential    Draft    Do not disclose

# VGS Patents and Innovations

- Elliptical orbits satellite system with controllable coverage characteristics including:

  - sun synchronous, repeating ground tracks, fixed line of apsides, inclined elliptic orbits, and orbits emulating GEO characteristics

- Other patent protected orbital parameters:

  - Apogee Pointing to the Sun orbits ("APTS"), in equatorial plane

  - Gear Array, in equatorial plane, combines elliptical and circular rings for enhanced capacity

  - Leaning elliptical orbits, sun synchronous, inclined; apogees and perigees in or near the equatorial plane

- Additional patents covering design modifications:

  - Solar array in place in trail near perigee to reduce drag and exposure to orbital debris damage

  - Optimized, station-keeping processes using genetic algorithms and parallel processing

- Patents pending for countering interference

39

VGS Proprietary and Confidential        Draft        Do not disclose

# Intellectual Property

- FCC license granted to construct and operate global satellite system (in L and S bands) to provide mobile and fixed voice and data services (incorporating 3G features) at costs comparable to terrestrial cellular

- FCC application pending for additional spectrum in S Band to provide broader bandwidth services (grant expected in 2000)

- FCC application pending for broadband satellite system in Ku and C bands; FCC and ITU considering adoption of unique virtual geostationary orbit as new technical standard.

- Service licenses granted in Argentina and Nicaragua

- U.S. and international service marks, pending and granted

- Six U.S. patents granted, others pending; covering orbital and constellation configuration, beam steering, and handset design

- Substantial design and development work by leading technology vendors (more than $40 million spent to-date) in satellite, ground and user segments,, including design work in non-geostationary orbits and business ramifications of non-geo orbits.

40

41

VGS Proprietary and Confidential          Draft          Do not disclose

COFIDE" COOFICO

# FCC Licensing Strategy

- Obtain experimental license to prove concept and undertake limited market testing
  - Application filed 1Q 2000
  - Grant expected 2Q 2000
- Seek expeditious resolution of Ku Band proceeding at FCC
  - Rulemaking action expected by 2Q 2000
  - License anticipated by 4Q 2000
- Open up spectrum in other bands (e.g., C Band, Ka band) for VGS use
- Continue efforts to establish VGS orbits as new paradigm for future satellite systems through the ITU and the FCC
- Work with FCC to establish stream-lined licensing procedures to facilitate use of VGS orbits

Objective is to identify and work with anchor tenant(s) to establish benefits of VGS "virtual slot" and facilitate implementation of VGS systems

**Separator Sheer**





# Miscellaneous Material Includes:

1. **Drawings**
2. **Oath or Declaration**
3. **Foreign language specification**
4. **Sequence listing**
5. **Computer listing**
6. **Appendices**

Version 2.2C