# Exhibit 3

# Memorandum in Support of Motion for Summary Judgment and for an Award of Attorneys Fees and Costs by John E. Draim

168 Non-Prov. Appl.
S/N 09/706,445  11/4/00

Attorney Docket No. 1324-1010

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application:   John E. Draim

Serial No.   Unknown

Filed:   November 2, 2000

Art Unit:   Unknown

Examiner:   Unknown

For:   Virtual Geostationary Satellite Constellation and Method of Satellite Communications

Status:   Applicant Claims Small Entity Status

Commissioner for Patents
Washington, D.C. 20231

### FEE CALCULATION

|  | NUMBER |  | NUMBER EXTRA | RATE | BASIC FEE $710.00 |
|---|---|---|---|---|---|
| Total Claims | 40 | - 20 = | 20 | x $18= | $360.00 |
| Independent Claims | 3 | - 3 = | 0 | x $80 = | $0.00 |
|  |  |  |  | Total of Above | $1070.00 |
|  |  |  | Reduction by 50% for filing by small entity | | ($535.00) |
|  |  |  |  | TOTAL FEES | $535.00 |

The Commissioner is hereby authorized to charge any additional filing fee or credit any over payment to Deposit Account No.: 03-1130. All correspondence related to this application may be addressed to the undersigned at Smith, Danamraj & Youst, P.C., 12900 Preston Road, Suite 1200, LB-15, Dallas, Texas 75230.

Dated this 3rd day of November, 2000

Lawrence R. Youst
Attorney for Applicant(s)
Reg. No. 38,795

J. DRAIM
DEPOSITION EXHIBIT
NO. 3  4-11-03
Barbara Evans
EVANS REPORTING SERVICE

Date of Deposit: November 3, 2000.
"EXPRESS MAIL" mailing label number EL593940130US
I certify that the accompanying Patent Application is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to Box Patent Application; Commissioner for Patents, Washington, DC 20231.

Lawrence R. Youst

CONFIDENTIAL
ATTORNEY EYES ONLY

DRAIM 00298