# Exhibit 4

# Memorandum in Support of Motion for Summary Judgment and for an Award of Attorneys Fees and Costs by John E. Draim

# SPACE RESOURCE AMERICA CORP.

*a subsidiary of Space Resource International Corp.*

October 23, 2000

Mr. Lawrence Youst
Smith, Danamraj & Youst
12900 Preston Road
Suite 1200, LB15
Dallas, Texas  75230-1328

Dear Mr. Youst:

 I am enclosing my mark-up of the 168 slot patent filing application. (This is the one intended to provoke an interference, if there has in fact been a parallel filing that occurred after my departure from Mobile Communications Holdings, Inc.) Feel free to contact me regarding any questions or amplification on the concept of the invention. The key to the slots is found in Figure 10. Most of the rest of the write up is just extraneous stuff drawn from the prior virtual/geo patents.

 Please inform us of your progress in preparing this application, and the expected date of filing.

Very Sincerely,

John E. Draim
Vice President, Launch Vehicles and Astrodynamics

Encl Mark-Up Copy



1101 PENNSYLVANIA AVE NW  SUITE 600 • WASHINGTON, D.C. • 20004
PHONE: 202-756-4590 • FAX: 202-756-7441



J. Draim
DEPOSITION EXHIBIT
NO. 4  4-11-03
Barbara Evans
EVANS REPORTING SERVICE