# Exhibit 6

# Memorandum in Support of Motion for Summary Judgment and for an Award of Attorneys Fees and Costs by John E. Draim

KOSTELANETZ & FINK, LLP
530 FIFTH AVENUE
NEW YORK, N.Y. 10036

TEL: (212) 808-8100
FAX: (212) 808-8108

April 15, 2003

<u>BY TELECOPIER</u>

Thomas J. Mitchell, Esq.
P.O. Box 459
Laurel, Maryland 20725-0459

  Re: <u>Draim v. Virtual Geosatellite Holdings, Inc.</u>
    <u>Civ. No. 01-2690(JR)(D.D.C.)</u>

Dear Mr. Mitchell:

  I am in receipt of your letter requesting production of the patent wrapper pertaining to the 168 slot invention. These materials were not requested in the subpoena sent to SRA, and it is our position that, absent a formal request, SRA is not obligated to produce them. Nevertheless, in order to avoid further burdening the Court, SRA will voluntarily produce these materials shortly. They will not be part of the initial SRA production that John Anderson is sending you because, due to your late request, we need additional time to gather these materials.

  On a separate matter, I note that the letter you attempted to mark at Mr. Draim's deposition reflecting correspondence between Mr. Draim and Smith, Damamraj and Youst was not included in the document production you provided to Mr. Draim. SRA hereby demands the production of that letter, as well as any other materials in your possession reflecting attorney-client correspondence between SRA and counsel.

Very truly yours,

*[signature]*

Scott L. Black

cc: Daniel Perez, Esq.
   John Anderson, Esq.

KOSTELANETZ & FINK, LLP
530 FIFTH AVENUE
NEW YORK, N.Y. 10036

TEL: (212) 808-8100
FAX: (212) 808-8108

April 16, 2003

BY FEDEX

Thomas J. Mitchell, Esq.
1133 21st St., N.W., Suite 800
Washington, DC 20036

Re: Draim v. Virtual Geosatellite Holdings, Inc.
Civ. No. 01-2690(JR)(D.D.C.)

Dear Mr. Mitchell:

Pursuant to your request for the 168 slot invention patent wrappers, enclosed are SRA documents, stamped SRA 3036 through SRA 3487. **These documents have been marked "Attorney's Eyes Only" under the terms of the Protective Order in place in this action.**

Very truly yours,

Scott L. Black

cc: John Anderson, Esq.