# Exhibit 9

# Memorandum in Support of Motion for Summary Judgment and for an Award of Attorneys Fees and Costs by John E. Draim

**(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)**

**(19) World Intellectual Property Organization**
International Bureau



**(43) International Publication Date**
23 May 2002 (23.05.2002)

**PCT**

**(10) International Publication Number**
**WO 02/41093 A2**

**(51) International Patent Classification[7]:** G05D 1/00

**(21) International Application Number:** PCT/US01/43072

**(22) International Filing Date:**
13 November 2001 (13.11.2001)

**(25) Filing Language:** English

**(26) Publication Language:** English

**(30) Priority Data:**
09/709,280    13 November 2000 (13.11.2000)    US

**(71) Applicant and**
**(72) Inventor:** DRAIM, John, E. [US/US]; 9310 Telfer Court, Vienna, VA 22182 (US).

**(74) Agents:** SONGER, Michael, J. et al.; Arnold & Porter, 555 12th Street, N.W., Washington, DC 20004-1206 (US).

**(81) Designated States** *(national)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, PH, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, UZ, VN, YU, ZA, ZW.

**(84) Designated States** *(regional)*: ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE, TR), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

**(54) Title:** AN IMPROVED SYSTEM AND METHOD FOR IMPLEMENTING A CONSTELLATION OF NON-GEOSTATIONARY SATELLITES THAT DOES NOT INTERFERE WITH THE GEOSTATIONARY SATELLITE RING



**(57) Abstract:** Provided is an improved system and method for implementing a constellation of satellites in inclined elliptical orbits. The satellites are operated during the portion of their orbits near apogee to emulate the characteristics of geostationary satellites. The orbits are configured to form a number of closely spaced repeating ground tracks around the earth. In each ground track the satellites operate only in arcs well above or below the equator to provide a large number of non-geostationary orbital slots that substantially increase global satellite capacity without interfering with the existing geostationary satellite ring. Minimum spacing is maintained between satellites in each active arc and between satellites in the active arcs of adjacent ground tracks to ensure that the satellites in the non-geostationary constellation do not interfere with each other.

WO 02/41093 A2

SRA 00618
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093                                              PCT/US01/43072

AN IMPROVED SYSTEM AND METHOD FOR IMPLEMENTING A
CONSTELLATION OF NON-GEOSTATIONARY SATELLITES THAT DOES NOT
INTERFERE WITH THE GEOSTATIONARY SATELLITE RING

## FIELD OF THE INVENTION

The present invention is generally related to satellite communications systems and, more particularly, to a constellation of non-geostationary satellites that may be
5   deployed and utilized in a manner that substantially increases global communications satellite capacity and does not interfere with the existing geostationary satellite ring.

## BACKGROUND OF THE INVENTION

10   Geostationary ("geo") satellites for telecommunications applications were first proposed many years ago by the author Arthur C. Clark.  Today, there are numerous communications systems employing geo satellites for such diverse applications as telephone and data trunking,
15   television distribution, direct-to-home broadcasting, and mobile communications.  Geo satellites operate on the physical principle that a satellite, in circular orbit at the proper altitude above the equator, will orbit the earth at the same angular velocity as the earth's rotation.
20   These satellites therefore, appear to be fixed relative to a point on the earth.  This characteristic of geo satellites facilitates their use for communications applications by allowing communications terminals on the earth to simply point their antennas at one position in the
25   sky.

1

SRA 00619
CONFIDENTIAL
ATTORNEYS EYES ONLY

2

There are however, a number of distinct drawbacks associated with geostationary satellite systems. One major drawback is the high cost of raising a satellite into geo orbit. Geostationary orbits have a radius from the earth

5   center of approximately 36,000 kilometers. Typically, a geo satellite is launched first into an elliptical transfer orbit having an apogee at geostationary altitude, and then its orbit is circularized by using a kick motor to impart the necessary addition momentum to the satellite at apogee.

10  The apogee kick motor, before it is fired, typically weighs as much as the satellite itself, meaning that the launch vehicle must initially launch a payload twice as heavy as the satellite in final orbit. Accordingly, the cost of putting a satellite into the high circular orbit required

15  for geostationary operation is significantly greater than for non-geostationary satellites. The cost associated with deployment of satellites must generally be amortized over the lifetime of the satellite, making use of geo satellites more expensive.

20      Another problem associated with the altitude at which geo satellites orbit is the delay in the round trip transmission to and from the satellite. For a pair of diverse communications terminals located within the coverage area of a geo satellite, the path length from

25  terminal-to-satellite-to terminal is at least 70,000 kilometers. For the average satellite "hop" the associated transmission delay is approximately one-quarter of a second. For voice communications by satellite, the delay may not be noticeable to most users, but does make it

30  necessary to use special circuitry for echo control. For data communications, the delay complicates the use of protocols that are predicated on the characteristics of

SRA 00620
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093                                      3                           PCT/US01/43072

terrestrial circuits.

Other problems arise from the geometry of coverage of geo satellite systems. A geostationary satellite system intended to provide "global" services would include three
5 geo satellites spaced equal along the equatorial arc at 120-degree intervals. The coverage of each of these satellites describes a circle on the surface of the earth with its center on the equator. At the equator, the coverage areas of two adjacent geo satellites overlap
10 approximately 40 degrees in longitude. However, the overlap decreases as latitude increases, and there are points on the earth, north and south of the coverage areas, from which none of the geo satellites is visible. The lack of coverage is most pronounced at points where the coverage
15 areas intersect, mid-way between satellite orbital locations.

For a geo system, in which the satellites are in orbit above the equator, earth stations in the equatorial regions generally "see" the satellites at high elevation angles
20 above the horizon. However, as the latitude of an earth station location increases, the elevation angle to geo satellites from the earth station decreases. For example, elevation angles from ground stations in the United States to geostationary satellites range from 20 to 50 degrees.
25 Low elevation angles can degrade the satellite communications link in several ways. The significant increase in path length through the atmosphere at low elevation angles exacerbates such effects as rain fading, atmospheric absorption and scintillation. For mobile
30 communications systems in particular, low elevation angles increase link degradation due to blockage and multi-path effects.

SRA 00621
CONFIDENTIAL
ATTORNEYS EYES ONLY

Because each of the geo satellites only covers one part of the world, some communications links may require more than one satellites hop, or some combined use of satellite and terrestrial transmission facilities to reach

5  their destination. The problem with multiple satellite hops is that for satellites in geostationary orbit, there is a corresponding significant increase in total circuit delay. Of course, multiple satellite hops require an earth station located in view of both satellites that can relay

10  the transmission from one satellite to another.

Direct, inter-satellite links have been proposed as a means for extending the coverage of Geo satellites without the need for such an intermediate earth station. Although the inter-satellite link eliminates the earth station and

15  one round-trip path to the satellite, the benefit is largely offset by the delay incurred in the path between the two orbit satellites. For geo satellites spaced at 120 degrees, the path between satellites is approximately 50,000 kilometers. Moreover, the equipment needed on-board

20  the satellites to implement the inter-satellite link, whether microwave or optical, is complex and expensive. As a result, inter-satellite links have not found extensive application in geo stationary satellites.

Another, and perhaps more significant, problem

25  resulting from the specific geometry of the geo orbit, is the limited availability of orbital positions (or "slots") along the geostationary orbital arc. The ring of geostationary satellites that has grown up over time generally occupies multiple slots spaced two degrees apart

30  and identified by their longitudinal positions. This arrangement has been adopted internationally to allow for satellite communications with a minimum of interference

SRA 00622
CONFIDENTIAL
ATTORNEYS EYES ONLY

between adjacent satellites operating in the same frequency
bands.   The two-degree spacing is achieved by using high
gain, directional antennas at the ground stations accessing
the satellites.   The geo ring around the equator thus

5   provides a total of 180 slots (360 degrees/two degrees per
slot).  Most of the Geo slots are now occupied, making it
difficult to find positions for more geo satellites.
Frequency, polarization and beam diversity have been used
to multiply capacity, but capacity in the geostationary arc

10  remains limited.   Moreover, not all geo orbital positions
are equally useful or attractive for various applications.

Various non-geostationary satellite systems have been
implemented in the past to overcome some of the drawbacks
of geo satellites.   An example is the Russian Molniya

15  system, which employed satellites in elliptical 12-hour
orbits to provide coverage to the northern latitudes in the
Soviet Union.   The Iridium and Globalstar systems use
satellites in low circular orbits to significantly reduce
transmission delay.   Generally, non-geostationary systems

20  operate in inclined orbits, and pose a potential for
interference with satellites operating at the same
frequencies as they cross the geo ring.

In January 1999, an application was filed before the
Federal Communications Commission (FCC) by Virtual

25  Geosatellite LLC for the construction of a global broadband
satellite communications system based on the teachings of
U.S. Patent Nos. 5,845,206 and 5,957,409, issued to the
inventor of the present invention and two other individuals
on December 21, 1998 and September 28, 1999, respectively.

30  The system proposed in the FCC application employs three
arrays of satellites in elliptical orbits, two arrays
covering the northern hemisphere and one covering the

SRA 00623
CONFIDENTIAL
ATTORNEYS EYES ONLY

6

southern hemisphere, each array having five 8-hour satellites emulating many of the characteristics of geo satellites. The satellites appear to "hang" in the sky because their angular velocity at or near apogee 5 approximates the rotation rate of the earth. Nine so-called "active arcs" are created with centers located at the apogee points of the satellite orbits. The satellites in each of the three arrays move in a repeating ground track from one active arc to the next, so that there is 10 always one active satellite available in each active arc. Satellites are deactivated between arcs. The active arcs occupy a different portion of the sky than any of the geo satellites located near the equator. As a result, the virtual geo satellites are visible from most parts of the 15 northern and southern hemispheres, but do not interfere with satellites in the geo arc.

Even with the prior art virtual geo satellite constellation described above, the present inventor recognizes that capacity issues will continue to become more pressing as 20 communication traffic needs, both in terms of bandwidth and capacity, grow. There will be a need for non-geostationary satellite constellations that provide greater capacity than has already been contemplated in the prior art.

## OBJECTIVES

25      Therefore, it is an object of the present invention to provide a system of satellites that substantially increases global communications satellite capacity without interfering with the existing geostationary satellite ring.

SRA 00624
CONFIDENTIAL
ATTORNEYS EYES ONLY

It is another objective of the present invention to provide a global system of communications satellites with higher average elevation angles and lower transmission delay than existing geostationary satellites.

5    It is a further objective of the present invention to provide a global system of communications satellites with lower construction and launch costs than existing geostationary satellites.

It is yet a further objective of the present invention 10 to provide a global system of communications satellites capable of effectively reusing existing geostationary satellite spectrum allocations.

The above-stated objectives, as well as other objectives, features and advantages, of the present 15 invention will become readily apparent from the following detailed description, which is to be read in conjunction with the appended drawings.

## SUMMARY OF THE INVENTION

The present invention is directed to a constellation 20 of non-geostationary satellites that may be deployed and utilized in a matter the substantially increases global communications capacity and does not interfere with satellites in the existing geostationary ring around the earth's equator. A system embodiment includes a ground 25 station, including communications equipment and a steerable antenna, located at a point on the earth, a plurality of satellites in inclined elliptical orbits that forms at least two repeating ground tracks that are displaced from each other in longitude, but all have the same shape. The 30 repeating ground tracks bring the satellites the over the

SRA 00625
CONFIDENTIAL
ATTORNEYS EYES ONLY

8

same points on the earth everyday.  In the preferred
embodiment the satellites have a mean motion of 3, meaning
they orbit the earth three times per day, but other integer
values of mean motion, such as 2 and 4 have potential
5   applicability.

Each orbiting satellite has communications equipment
on board for communicating with ground stations.  The
communications equipment on each satellite in the
constellation is enabled only during a portion of the orbit
10  when the satellite is near apogee, the point in the orbit
where the satellite altitude is greatest and the satellite
is moving most slowly from the viewpoint of the earth
station.  In the preferred embodiment, with mean motion 3,
each of the satellites is enabled near its apogee for
15  duration of 4 hours, which is 50 percent of total orbit
period.

Each of the satellite ground tracks has a number of
active arcs corresponding to the portion of the satellite
orbits during which the communications equipment on the
20  satellites is enabled to communicate.  The orbits of the
plurality of satellites are configured such that there are
at all times at least two satellites in each active arc
enabled to communicate.  At the same time, the orbits of
the satellites forming each ground track are configured
25  such that the separation between enabled satellites in the
same ground track is not less than a predetermined amount
considered necessary to prevent interference.  Preferably,
the satellites in each ground track are equally spaced in
mean anomaly to achieve the greatest number of satellites
30  enabled at the same time.  In the preferred embodiment,
continuous communication at a 50 percent duty cycle
requires a minimum of six satellites spaced evenly in mean

SRA 00626
CONFIDENTIAL
ATTORNEYS EYES ONLY

anomaly.  As one satellite of the array leaves an active arc, another satellite enters the active arc to take its place.  Adding more arrays of six equally spaced satellites to each ground track in the preferred embodiment creates

5    additional orbital slots.  Actually, each group of six satellites, in the preferred embodiment, also provides orbital slots to other positions in the ground track spaced at 120-degree intervals around earth.  In the preferred embodiment, the orbital parameters allow up 20 satellites

10   to be placed in each active arc of the ground track while maintaining a minimum angular spacing between satellites of at least 2 degrees.

To avoid potential interference between satellites in different ground tracks, the orbits of the satellites in

15   the two or more ground tracks are also configured such that each satellite enabled to communicate in one of the active arcs is separated by at least a predetermined angle from each of the satellites enabled to communicate in the other ground tracks. In the preferred embodiment, the argument of

20   perigee is adjusted to make the elliptical orbits lean over, allowing the active portions of adjacent ground tracts to be brought close together without interference. The argument of perigee in the present invention preferably ranges from 195 degrees to 345 degrees for apogee is in the

25   northern hemisphere and from 15 degrees to 165 degrees for apogee is in the southern hemisphere.

In another aspect of the invention, each of the satellites in the constellation has an orbital height lower than the height necessary for geostationary orbits.  This

30   aspect of the invention has the benefit of reducing satellite size and weight for a given communications capacity, reducing launch requirements, and reducing

SRA 00627
CONFIDENTIAL
ATTORNEYS EYES ONLY

10

satellite transmission delay. Also launching into elliptical orbits requires less energy than circular orbits, further reducing launch vehicle costs.

In a further aspect of the present invention, the
5 orbits of satellites are configured such that the portion of the orbits during which communications equipment is enabled, is separated from the earth's equatorial plane by at least a predetermined amount. This feature avoids potential interference with existing satellites in the
10 geostationary ring and allows the communications frequencies allocated to geostationary satellites to be reused for the non-geostationary constellation of the present invention.

In yet a further aspect of the present invention, each
15 satellite has a power system configured to generate an amount of power less than that required when the communications equipment on the satellite is enabled, and more than that required when the communications equipment is not enabled. The power system can store the excess
20 power generated when the communications equipment is not enabled, and use the stored power to supplement the generated power to meet the requirements of the communications equipment when it is enabled. For the preferred embodiment with a duty cycle of 50 percent,
25 satellite weight saving resulting from this power conservation scheme can be significant.

To minimize perturbation effects caused by the earth's shape and achieve a stable orbit, the present invention preferably also uses the critical orbital inclination of
30 63.4 degrees.

The preferred embodiment can accommodate 24 ground tracks having 72 non-interfering active arcs in each

SRA 00628
CONFIDENTIAL
ATTORNEYS EYES ONLY

hemisphere, or a total of 144 active arcs worldwide. If
each arc is filled with a maximum of 20 active satellites,
the total number of equivalent non-geostationary satellites
slots that the present invention can support is 2880, or 16
5  times as many as the existing Geo stationary ring, assuming
minimum two-degree satellite spacing.


## BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1 illustrates the spatial relationship between
the non-geostationary satellite arrays of the present
10  invention and the geostationary ring.

Figure 2 shows the basic characteristics of an
elliptical satellite orbit including the bunching together
of satellites near apogee.

Figure 3 is a flowchart showing a power consumption
15  methodology of a satellite according to the present
invention.

Figure 4 shows a perspective view of five elliptical
orbits having on satellite in each orbit according to the
prior art.

20  Figure 5 is a Cartesian plot showing a ground track
for the elliptical orbits of Figure 1 according to the
prior art.

Figures 6A-6B show equatorial and polar perspective
views of six elliptical orbits having on satellite in each
25  orbit according to the present invention.

Figure 7 is a Cartesian plot showing a ground track
for the elliptical orbits of Figure 6 according to the
present invention.

**SRA 00629**
**CONFIDENTIAL**
**ATTORNEYS EYES ONLY**

Figure 8 is a Cartesian plot showing in detail 20 satellites in an active arc according to the present invention.

Figure 9 is a Cartesian plot showing 40 active and
5   inactive satellites in each of three adjacent ground tracks according to the present invention.

Figure 10 is a Cartesian plot showing in detail the active arcs of three adjacent ground tracks according to the present invention.

10   Figure 11 is a Cartesian plot showing 144 in the northern and southern hemispheres according to the present invention.

Figure 12 is a Cartesian plot showing the active arcs of two adjacent ground tracks with staggered satellites
15   according to the present invention.

Figure 13 is a Cartesian plot showing an array of four satellites with a 75% duty cycle according to the present invention.

Figures 14A-14B is are block diagrams showing a layout
20   of typical satellite and ground station communications equipment used according to the present invention.


### DETAILED DESCRIPTION OF THE INVENTION


The present invention is directed to a communications system including ground stations and a constellation of
25   satellites in elliptical orbits that emulate many of the characteristics of geostationary satellites from the viewpoint of the ground stations on the earth. In the present invention, the parameters of the orbits in which the satellites travel, and their motive operation, allow a
30   potentially large number of satellites to be available

SRA 00630
CONFIDENTIAL
ATTORNEYS EYES ONLY

13

simultaneously to users without interfering with each other
or with satellites in the equatorial geostationary ring.
As illustrated in Figure1, and explained in greater detail
below, the satellites of the present invention 2 operate in
5  multiple arcs 4 well above the equator 6.  These active
arcs, and a complementary set below the equator (not
shown), occupy a total of about 60 percent of the spherical
space around the earth, as compared to only five percent
for the geostationary ring.  Within a region close to the
10  equator, the satellites of the present invention are
inactive, and hence do not interfere with geostationary
satellites.  Figure 1 shows the angular separation 9 of the
active arcs from the nearest geo satellite for a low
latitude ground station, and the angular separation 7 for a
15  high latitude ground station.  The minimum separation (15
degrees) occurs for a high latitude ground site viewing a
satellite that has just entered the southern end of an
active arc.

The present invention takes advantage of the fact that
20  satellites in elliptical orbits spend more time near the
apogees of their orbits, when they are farther from the
earth, than near their perigees.  Figure 2 shows a typical
elliptical orbit 80 having a focus 82.  The satellite
orbits along the path of the ellipse 80, with the center of
25  the earth be at the focus position 82 (the "occupied
focus").

The apogee 84 and perigee 86 of the orbit are defined
by the points on the ellipse farthest from and closest to
the focus, respectively. The major axis of the ellipse 88
30  runs through the two foci of the ellipse, from apogee 84 to
perigee 86.  The two lengths along the semi-major axis,
from the apogee 84 and perigee 86 to the occupied focus 82

SRA 00631
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093

14

PCT/US01/43072

are called the "radius of apogee" and the "radius of perigee", respectively. The amount of difference between these distances defines the eccentricity of the ellipse. The semi-major axis is defined as half of the major axis of 5 the ellipse. In terms of the semi-major axis, a, and eccentricity, e, the radius of apogee and the radius of perigee are:

$$r_e = a \cdot (1 + e); \text{ and}$$
10 $$r_p = a \cdot (1 - e)$$

The greater the eccentricity, the less the ellipse resembles a circle.

15    The position of a satellite in an elliptical orbit follows Kepler's second law of motion, which states that the orbiting satellite will sweep out equal areas of the orbit in equal times. This results in the satellite moving rapidly when it is at or near perigee and moving slowly 20 when it is near or near apogee. For a 12-hour orbit, for example, a satellite will spend eight hours near apogee. The circles on the ellipse of Figure 2 represent even time intervals in the motion of a satellite about the orbit, and show clearly how the satellite slows down and dwells for an 25 extended period of time near apogee.

    The present invention defines a system using a constellation of satellites chosen to operate such that the desired point on the earth always tracks and communicates with a satellite at or near apogee. By using prograde 30 orbits, those in which the satellite is rotating in the same directional sense as the earth, the satellites at

SRA 00632
CONFIDENTIAL
ATTORNEYS EYES ONLY

apogee can be made to appear to move very slowly in the sky.

Although the satellites in the present invention resemble geostationary satellites in that they appear
5   virtually stationary when at or near apogee, typically moving at a rate of less than eight degrees per hour, each does eventually leave its active arc, and, as explained in further detail below, is replaced by another satellite that enters its active arc at the same time, within view of the
10  same ground stations.    This characteristic means that unlike geo satellites, each satellite of the present invention does not operate 100 percent of the time. Outside of their active arcs, the satellites are typically not using their transmit and receive capability, and hence
15  do not use a large portion of their power capacity.

Since each satellite is fully powered only part of the time, the satellite can be generating and storing power during the period when it is not active and use it while in its active arc.    Hence the satellite power source,
20  typically an array of solar cells, can be sized to provide only a fraction of the power needed during operation with the balance coming from the energy stored, typically in rechargeable batteries, during the inactive parts of its orbit.    For example, if a satellite in the present
25  invention is operating only 50 percent of the time, its power system can, in principle, be designed to generate 50 percent of the full load power (plus whatever power is required to maintain housekeeping functions).    This mode of operation can result in a significant saving in the weight
30  and size of the satellites.

Figure 3 depicts this power consumption methodology of a satellite of the present invention in a flowchart format

SRA 00633
CONFIDENTIAL
ATTORNEYS EYES ONLY

that is generally designated 50. Step 52 represents
controlling a ground station antenna tracking the
satellites. This requires that a processor keep track of
the positions of the satellites in orbit. The pointing
5   angle between the non-geo satellite and position of the geo
ring is determined in step 54. Step 56 determines if there
is a possibility of interference. If there is any
possibility of interference, satellite communications is
disabled in step 58. If interference is not possible at
10  step 56, then the satellite is enabled at step 60. An
enabled satellite can be, but is not necessarily, turned
on. Therefore, step 62 determines if the satellite is
powered. This may be determined from the satellite's
position in the repeating ground track, or other
15  information. If the satellite is not powered at step 62,
the battery is charged at step 64. If the satellite is
powered, then power is drawn from both the supply and the
battery at step 66.

20  Operating the satellites only in the region of apogee
also prevents interference with satellites in the
geostationary ring. In the present invention, the active
orbital arcs are well away from the equator because
coverage has been optimized to place satellite apogee,
where the satellites spend most of their time, over high
25  traffic density areas in the northern and southern
hemispheres. The present invention will allow the existing
satellite frequency allocations to be reused many more
times and help to reduce the intense worldwide pressure on
scarce spectrum resources.

30  In addition to avoiding possible interference with the
geostationary ring, the present invention provides high
elevation angles to the satellites while in their active

SRA 00634
CONFIDENTIAL
ATTORNEYS EYES ONLY

arcs. As noted earlier, maximizing elevation angle materially reduces the atmospheric effects, blockage and multi-path that often adversely affect communication with geo satellites.

5      The system of the present invention has a number of other distinct advantages. Importantly, integral values of mean motion are preferably employed for the satellites in the constellation to ensure, as explained in detail below, that the ground tracks of the satellites repeat on a daily

10     basis. The ground track of a satellite is the path traced out on the surface of the earth by a line extending from the center of the earth to the satellite. If the ground tracks are made to repeat each day, the orbit apogee passes repeatedly over the same location relative to a desired

15     geographic area. The ground stations in the target area will always have one active satellite at or near apogee to communicate with, although as noted above, not the same satellite throughout the day.

       Although the satellite system according to the present

20     invention performs in many of its aspects like a geostationary satellite system, the satellites in the system orbit at a significantly lower altitude. A geostationary satellite orbits at 36,000-kilometer altitude, while the 8-hour satellites of the present

25     invention, for example operate at an altitude between approximately 21,000 and 26,000 kilometers in their active arcs. The size of a satellite tends to be directly proportional to the square of the distance between the satellite and the earth. Because the path loss of the

30     communications link to satellites in these elliptical orbits is significantly less than the path loss to geostationary orbit, both the power and antenna size of the

SRA 00635
CONFIDENTIAL
ATTORNEYS EYES ONLY

18

communications package on the satellites can be reduced accordingly.

Lower orbital altitude also yields benefits in terms of the cost of launching the satellites. Unlike Geo
5   satellites, satellites elliptical orbits do not require apogee motors to boost them into final orbit. This factor alone reduces by approximately half the launch vehicle lift requirement per satellite. In addition, the reductions in size and weight of the satellite power and communications
10  systems, mentioned above, all add to the benefits of present invention from viewpoint of launch costs.

Before describing in detail the preferred satellite arrangement according to the present invention, the nomenclature utilized herein to describe the
15  characteristics. of satellite orbits will be first defined. The term "mean motion" is a value indicating the number of complete revolutions per day a satellite makes. As earlier noted, if this number is an integer, the ground tracks of the satellites repeat each day and each ground track for
20  that day overrides the tracks of the preceding day.

Mean motion (n) is conventionally defined as the hours in a day (24) divided by the number of hours that it takes a satellite to complete a single orbit. For example, a satellite that completes an orbit every eight hours (an "8-
25  hour satellite") has a mean motion of three. Integral mean motions of two, three and four are of particular applicability, but the present invention does not exclude higher values.

The "elevation angles", δ, is the angle from the
30  observers horizon up to the satellite. As satellite on the horizon would have zero degrees elevation while satellites directly overhead would have 90 degrees elevation. Geo

SRA 00636
CONFIDENTIAL
ATTORNEYS EYES ONLY

satellites orbit near the equator, and usually have a 20-30 degree elevation from points in the United States.

The "inclination", I, is the angle between the orbital plane of the satellite and equatorial plane. Prograde
5  orbit satellites orbit in the same orbital sense (clockwise or counter clockwise) as the earth. For prograde orbits, inclination lies between zero degrees and 90 degrees. Satellite retrograde orbits rotate in the opposite orbital sense relative to the earth, so for retrograde orbits the
10  inclination lies between 90 degrees and 180 degrees.

The "critical inclination" for an elliptical orbit is the planar inclination that results in zero apsidal rotation rate. This results in a stable elliptical orbit whose apogee always stays at the same latitude in the same
15  hemisphere. Two inclination values satisfy this condition: 63.435 degrees for prograde orbits or its supplement 116.565 degrees for retrograde orbits.

The "ascending node" is the point on the equator where the satellite passes from the southern hemisphere to the
20  northern hemisphere. The right ascension of the ascending node ("RAAN") is the angle measured eastward in the plane of the equator from a fixed inertial axis in space (the vernal equinox) to the ascending node.

For the present invention, the longitudinal spacing
25  between the ascending nodes of different satellites in the constellation is called "S", and is uniform in the preferred embodiment.

The "argument of perigee" is a value that indicates the angular position in the plane of the orbit where
30  perigee occurs. Arguments of perigee between zero degrees and 180 degrees locate the position of perigee in the northern hemisphere, and hence concentrate satellite

SRA 00637
CONFIDENTIAL
ATTORNEYS EYES ONLY

20

coverage in the southern hemisphere.  Conversely arguments
of perigee between 180 degrees and 360 degrees locate the
perigee in the southern hemisphere and hence concentrate
coverage on the northern hemisphere.

5      "Mean anomaly", M, represents the fraction of an orbit
period that has elapsed since the satellite passed through
perigee, as expressed in degrees.  For example, the mean
anomaly of a satellite two hours into an 8-hour orbit is 90
degrees (one quarter of a period).  The total mean anomaly

10  over the period of a day for a satellite with mean motion n
is simply n times 360 degrees.

In January 1999, an application was filed before the
Federal   Communications   Commission   (FCC)   by   Virtual
Geosatellite LLC for the construction of a global broadband

15  satellite communications system based on the teachings of
U.S. Patent No. 5,845,206, issued December 21, 1998, and
U.S. Patent No. 5,957,409, issued September 28, 1999.  The
system proposed in the application employs three arrays of
satellites in elliptical orbits, two arrays covering the

20  northern  hemisphere  and  one  covering  the  southern
hemisphere, each array having five 8-hour satellites
emulating many of the characteristics of geo satellites.

Figure 4 depicts one of the five-satellite arrays,
generally designated 10, of the prior art system.  Virtual

25  geo satellite 12 is shown in elliptical orbit 14 around the
earth.   The communications equipment on satellite 12
communicates with earth ground stations 16 and 18.  Virtual
geo satellite 20, shown in a separate elliptical orbit 22,
is also is in communication with ground stations 16 and 18.

30     Like geo-based systems, the virtual geo satellites
implemented in accordance with the prior art system are
virtually continuously in the same general location or

SRA 00638
CONFIDENTIAL
ATTORNEYS EYES ONLY

region in the sky.  Unlike geo-based systems, however, the
ground communications equipment of the prior does not
always communicate with the same satellite.  For example in
the illustrated embodiment, ground stations 16 is initially
5   in communication with satellite 12, but is later in
communication with satellite 20 that is in elliptical orbit
22.  The virtual geo satellites move slightly relative to
the earth when they are at or near apogee.  However, the
one virtual geo satellite at apogee later moves to perigee,
10  and still later to other locations over other areas of the
earth including, for example, ground stations 24 and 26.
The prior art system allows for operation over specific
geographic locations that are preferentially covered.  For
example, continental landmasses can be covered by the
15  constellation to the exclusion of other areas, such as the
oceans between the continents.  In the illustrated prior
art embodiment, for example, the United States, Europe and
portions of Asia and Russia are preferentially covered.

        The five satellites depicted in Figure 4 are in orbits
20  that have the same values for radius of apogee, radius of
perigee, inclination and mean motion, but are spaced in
RAAN and in mean anomaly such that they all follow a common
ground track.  Figure 5 shows a plot of the ground track 38
in Cartesian coordinates, superimposed on a Mercator
25  projection of the earth, for the prior art five-satellite
array of Figure 4.  Note that the plot of the single ground
track 38 actually "folds over" from the left edge of the
world map to the right edge, giving it the appearance of
multiple traces.  In the prior art system, the satellites
30  have a mean emotion of three, thus making three orbits of
the earth each day.  The orbits are equally spaced around
the axis of the earth, and are equally spaced in mean

SRA 00639
CONFIDENTIAL
ATTORNEYS EYES ONLY

anomaly.    For the five satellites the orbital spacing in
longitude, S, is set equal to 72 degrees.    In order to have
the five satellites in the five different orbits all follow
the same ground track, their spacing in mean anomaly must
5    be n times S, or 216 degrees.    As can be seen from Figure
5, the satellites, having mean motion three, make three
loops around the world.    In general, the number of loops in
the ground track will be the same as the mean motion. The
positions of the loops can be shifted east or west in
10    longitude to target different coverage areas by adjusting
the RAANs of all of the orbits of the array while
maintaining their relative spacing.    In the prior art
system depicted, the argument of perigee is 270 degrees,
which makes the loops symmetrical about the apogee of the
15    orbits.    As the apogee is in the northern hemisphere, the
prior art system shown favors coverage of the northern
hemisphere. As can be seen, there is one satellite 40, 44,
46 in each of the active arcs at the top of the loops near
apogee, and two inactive satellites 42, 48 in positions
20    between the active arcs.    In this particular case the ends
of the active arcs are each at 45.1 degrees north latitude
and the middle at 63.4 degrees north latitude, which is the
same as the angle of inclination.    This provides a very
large separation (approximately 40 degrees) between the
25    active arcs and the geostationary ring.    The duty cycle of
each satellite shown in Figure 4 is 60 percent, meaning
that each satellite is active for 60 percent of time,
centered around its apogee.    When an active satellite is
about to leave one end point of an active arc, one of the
30    inactive satellites appears at the other end point to take
its place and is switched from an inactive state to an
active state.

SRA 00640
CONFIDENTIAL
ATTORNEYS EYES ONLY

23

The prior art system offers the opportunity to add more satellites to each active arc and to insert a second ground track with an equal number of satellites, between the loops of the original ground track in each hemisphere.

5 Each orbital position in each of the active arcs constitutes, in effect, an orbital slot, which in the prior art system has been dubbed a "V-slot". However, the possible number of such virtual slots for any orbital configuration is ultimately limited by the spacing between

10 satellites at apogee within each active arc, and the spacing between satellites in the vicinity of the points where the active arcs of adjacent ground tracks intersect. It has been determined that the prior art virtual geo system can accommodate a maximum of 14 satellites in each

15 active arc while still maintaining minimal 2 degree satellite spacing. If in addition, a second ground track is added to the southern as well as the northern hemisphere, raising the total number of active arcs to 12, then the maximum potential number of virtual sots is 14 x

20 12 or 168 virtual slots.

The present invention takes advantage of a selected set of orbital parameters to allow the number of virtual orbital slots per active arc and the total number of active arcs disposed around the earth, to be increased

25 dramatically over the prior art system.

Figure 6A depicts the basic six-satellite array, generally designated 70 of the present invention. The six satellites are in elliptical orbits around the earth all have the same radius of apogee, radius of perigee,

30 inclination and mean emotion, and are spaced in RAAN and in mean anomaly such that they all follow a common ground track. The communications system on satellite 72, which is

SRA 00641
CONFIDENTIAL
ATTORNEYS EYES ONLY

24

in orbit 96, communicates with earth ground stations 74 and
76. Satellite 78 shown in separate elliptical orbit 98, is
also in communication with ground stations 74 and 76, but
at later time will be in communication with ground stations
5   90 and 92. Satellites 72 and 78 may also be connected with
an inter-satellite link 94.

Figure 6B shows the same basic six-satellite array of
the present invention looking down from the North Pole.
This perspective shows very clearly that the all of the
10  elliptical orbits have the same shape and are spaced evenly
around the earth.

Unlike the prior art system, the elliptical orbits of
the present invention have arguments of perigee that are
not the usual 90 or 270 degrees, but a value in between 180
15  degrees and 270 degrees, such that the orbital ellipse is
in effect "leaning over" towards the equator. The apogee
occurs in the vicinity of 40 degrees latitude, which has
the benefit of being closer to populations at the middle
latitudes that such a system might be likely to serve.
20  Another difference from the prior art system is that the
basic array of present invention contains six satellites
operating with a duty factor of 50 percent, that is, the
satellites are in their active arcs and operating only 50
percent of the time. The essential parameters of the
25  elliptical orbits for the preferred embodiment are:

Mean Motion: 3
Semi-major axis: 20,261 km
Eccentricity: 0.6458
30  Inclination: 63.41 degs.
Argument of perigee: 226.445 degs.
Latitude of apogee: 39.5 degs.

SRA 00642
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093                          25                          PCT/US01/43072

Altitude at Apogee:  26,975 km

Latitudes at ends of active arc:  15.4 degs., 60 degs.

Altitude at ends of active arc:  20,735 kilometers

5      Figure 7 shows a Mercator projection of the ground
track for the basic array depicted in the Figs. 6A-6B.  As
in the prior art system, there are three loops in the
ground track, each over a population center in the United
States Europe and Asia.  However, because the argument of
10  perigee now makes the orbits lean, the loops of the ground
track are no longer symmetrical about a meridian of
longitude.  The active arcs 102, 104, 106 of the ground
track are on one side of each loop and are oriented in a
predominantly north-south direction.   On the Mercator
15  projection the active arcs are said to resemble a coiled
cobra, with its head lying at the higher latitudes and the
body portion lying at the lower latitudes.  Although the
active arcs begin at lower latitudes than in the prior art
system, there is sufficient angular separation to avoid
20  interference with any of the geo satellites.  With even
spacing in mean anomaly between satellites, half the six
satellites are, at any time, in the active arcs of the
ground track, while the other half are traveling between
the active arcs.

25      Figure 8 illustrates the method in accordance with the
present invention, for increasing the number of available
satellite slots in each ground track by adding additional
satellites to fill each of the active arcs.  It has been
determined that up to 20 satellites 110 may be fit into
30  each active arc while still maintaining a minimum
separation between satellites at perigee apogee of at least
two degrees, which is the spacing criterion for satellites

SRA 00643
CONFIDENTIAL
ATTORNEYS EYES ONLY

in geostationary slots. Each satellite has the parameters
specified above, with a difference between each satellite
in RAAN of three degrees and a difference in mean anomaly
of nine degrees to ensure that each satellite follows the
5  same ground track, and that there is a minimum of two
degrees spacing between satellites along the ground track
at apogee. Since there are three loops for each ground
track, a completely filled ground track, in accordance with
the present invention, provides a total of 60 non-
10  geostationary slots around the world. Because half of the
satellites in each ground track are inactive at any point
in time, the total number of satellites required to
completely fill out each ground track is 120.

     Figure 9 illustrates the method, according to the
15  present invention, for increasing the number of available
satellite slots by adding additional ground tracks
displaced from each other by a small longitudinal
increment, which in the preferred embodiment shown is five
degrees. The nearly north-south orientation of the active
20  arcs in the present invention makes it possible to pack
ground tracks closer together without having the active
arcs overlap, and, therefore, without incurring potential
interference between satellites in the adjacent ground
tracks. For the sake of clarity, Figure 9 shows only one
25  of the loops of three adjacent ground tracks 120, 122, 124
in detail with the 40 satellites, both active and inactive,
in the loop. In the active arc between 15.4 and 60 degrees
north latitude the satellites are bunched together and
moving in formation along the tracks.

30     Figure 10 provides a more detailed view of the same
three adjacent ground tracks 120, 122, 124, each with 20
active satellites 125, traversing North America. The

SRA 00644
CONFIDENTIAL
ATTORNEYS EYES ONLY

positions of the inactive satellites 126 are shown as well,
by a different symbol.  In this case, the spacing between
tracks is minimum at the northern end of the active arc.
By deactivating the satellites at 60 degrees north
5   latitude, the possibility of interference at the point
where the ground tracks cross, at 63.4 degrees north
latitude, is avoided.

Figure 11 shows all of the active arcs 128, 130
possible with the preferred embodiment by the stacking the
10  ground tracks five degrees apart in longitude in both the
northern and southern hemispheres.  By spacing of the
active loops in each hemisphere five degrees apart the
total number of active loops per hemisphere is 360
degrees/5 degrees (72), or a total of 144 active arcs in
15  both hemispheres.  If each active loop is filled with the
maximum of 20 satellites discussed above, then the total
effective number of orbital slots that can be achieved with
in the preferred embodiment is 2,880.  With a duty cycle of
50 percent, the 2,880 effective slots require an additional
20  2,880 inactive satellites in orbits between the active
arcs.  The total number of satellites therefore required to
provide the maximum number of slots in accordance with the
preferred embodiment is 5,760.  Although it may not be
economically feasible to totally fill "cobra space" with
25  satellites in accordance with the preferred embodiment, the
preceding discussion illustrates the significant increase
in worldwide satellite capacity that can be achieved by
employing the invention described herein.  Compared to the
180 slots available in the geostationary ring, the number
30  of effective slots according to the present invention
represents a sixteen-fold increase.

SRA 00645
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093

28

PCT/US01/43072

As suggested by Figure 10, the satellites in adjacent ground tracks "fly in formation", maintaining the spacing between them. In effect, the satellites in the active arc former a rectangular grid that moves slowly across the sky.
5    In an alternative embodiment, illustrated in figure 12, the mean anomalies of satellites 132 and 134 in adjacent ground tracks are adjusted to staggered the positions of the satellites in the formation, and hence achieve either greater spacing between satellites in the adjacent ground
10   tracks or allow the ground tracks to be positioned even closer together than the five degree longitudinal separation used in the preferred embodiment.

It should be noted that, unlike satellites in the geostationary ring, satellites according to the preferred
15   embodiment must be added in increments of six, filling three slots equally spaced around the world. However, for the reasons earlier discussed, the cost of constructing and launching the six satellites in a basic array should compare favorably with that of three geo satellites
20   providing equivalent global services.

The system of the present invention with leaning elliptical orbits has been optimized in the preferred embodiment to maximize the number of effective orbital slots. It should be apparent to one skilled in the art
25   that the orbital parameters of the inventive system can be varied to emphasize other performance factors that may be desirable, such as duty cycle. By way of example, Figure 13 illustrates another embodiment having a basic array of only four satellites 150, 152, 154, 156 in a common ground
30   track, spaced evenly in mean anomaly, and having a 75 percent duty cycle. To achieve this result, the argument of perigee has been adjusted to be closer to 270 degrees

SRA 00646
CONFIDENTIAL
ATTORNEYS EYES ONLY

29

than in the preferred embodiment, such that the active arc
in this case includes the highest point in latitude.
Figure 13 shows that an additional ground track could be
inserted between the loops of ground track shown without
5  having the active arcs cross each other.  Even if the
active arcs do cross, it may be possible to phase the
passage of the satellites through the crossing points to
maintain the desired inter-satellite spacing.

All elliptical orbits, including those described
10  herein are subject to effects of long-term perturbations,
which if not compensated, cause the desired satellite
coverage to drift off with the passage of time.  These
perturbation effects result from the earth's J2 rotation
harmonic, which reflects the fact that the earth is not a
15  perfect sphere, but actually bulges at the equator.  The
two principal effects are regression of the line of nodes
for posigrade orbits (I >90 degrees), and rotation of the
line of apsides. For inclinations greater than critical (I
between 63.4 degrees and 116.6 degrees) the line between
20  the perigee and the apogee for each satellite (the line of
apsides) will regress; for other inclinations (I <63.4
degrees or >116.6 degrees) the line of apsides will
progress. At exactly the critical angles of 63.4 degrees or
116.6 degrees, the line of apsides will remain stable, a
25  very desirable effect which is used to advantage in the
preferred embodiment for maintaining apogee at a selected
latitude.  For inclined elliptical orbits there will be a
regression of the line of nodes that must be compensated by
a small adjustment in orbital period.  All the satellites
30  in a given array design are affected similarly. The effect
is to cause the plane of the orbit to rotate clockwise as
seen looking down on the North Pole. If that happens, the

SRA 00647
CONFIDENTIAL
ATTORNEYS EYES ONLY

30

satellite would pass over a selected meridian at a slightly
earlier time each day. Fortunately this effect can be
compensated by slightly decreasing the period of each
satellite in the array to effectively stretch out the
5    trajectory ground track and cause the ground track to
repeat exactly over the life of the satellite.

As will be apparent to a person of skill in the art,
the system of the present invention has applicability to a
broad variety of satellite communications services,
10   including telephone, broadband data, television
distribution, direct broadcasting and mobile
communications, and to non-communications services as well,
such as meteorology and earth resources monitoring. Figs.
14A-14B provide, by way of example, block diagrams of the
15   satellite and ground stations that can be used for
television distribution and data transmission services in
accordance with the present invention.  The block diagrams
show elements that can be used, for example, to carry out
communication between the ground station 74, satellite 72,
20   and ground station 76 of Figure 6.  In addition, the
elements shown can support the inter-satellite link 94 as
shown from satellite 72 to satellite 78.

Referring to Figure 14B, the video input to be
distributed is received as video input 200, and input to a
25   video coder 202 which processes digital coded video
information.  This digital coded video is multiplexed with
a number of other channels of video information by video
multiplexer 204.   The resultant multiplexed video 206 is
modulated and appropriately coded by element 208 and then
30   up converted by transmitter element 210.  The up-converted
signal is transmitted in the Ku band, at around 14 GHz, by
antenna 212. Antenna 212 is pointed at satellite bb and is

SRA 00648
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093                                                                    PCT/US01/43072

31

controlled by pointing servos 213.

Referring now to Figure 14A, the transmission from antenna 212 is received by phased array antenna 214 of satellite 72. The received signal is detected by receiver 216, from which it is input to multiplexer 218. Multiplexer 218 also receives information for the into satellite transponders 238. The output of multiplexer 218 feeds the direct transponders 250, which through power amplifier 252 and multiplexer 254 feeds beam former 256. Beam former 256 drives a transmit, steerable phased array antenna 260 which transmits a signal in a current geo frequency band to steerable antenna 262 in the remote user terminal 76, of Figure 14B. This signal preferably uses the same frequency that utilized by current geo satellites for such services. The phased array antenna 260 is steered by an on-board computer that follows a preset and repeating path, or from the ground. At user terminal 76 in Figure 14B, the signal is received by receiver 264 through steerable antenna 262, demodulated at 266, and decoded at 268 to produce the video output 270. In the alternative, user terminal 76 may include transmitter and receiver 212 capable of two-way transmission of voice and data.

Referring again to Figure 14A, satellite 72 includes another input to multiplexer 218 from the inter-satellite link 26 via receiver 240. Transmit information for inter-satellite link 94 is multiplexed at 242 and amplified at 246 prior to being multiplexed.

Still referring to Figure 14A, output 222 of input multiplexer 218 represents a storage output. The satellite electronics include the capacity for one-hour of TV program information. The TV channels typically produced information that the rate of 6 megabytes per second. The

SRA 00649
CONFIDENTIAL
ATTORNEYS EYES ONLY

channels are typically digitally multiplexed to produce
information on four to six channels at time. Therefore the
present invention preferably uses 22 gigabytes of storage
for over one hour of information at about 4.7 megabytes per
5   second. The information stored can then be broadcast over
another active arc. The storage unit 224, accordingly, is
a wide SCSI-2 devise capable of receiving 4.7 megabytes per
second and storing 22 gigabytes. Upon appropriate
satellite command, the output of storage unit 224 is
10  modulated and up-converted at 226.

In addition, Figure 14A depicts an on-board processor
280, which determines the position in the orbit and
steering of the satellite antennas from various parameters.
Power supply 290 supplies and regulates electrical power
15  for all the various satellite subsystems and components
that require such power. Power supply 290 includes a
source of power, here shown as solar array 292, and an
energy storage element, here showed as a battery array 294.
Importantly, according to the present invention, the solar
20  array 292 is sized to provide an amount of power that is
less than that required to fully power the satellite
communications functions of the satellite, the fraction
being referred to herein as the power ratio of the
satellite. The power ratio depends on the kind of orbit
25  that satellites will have, and how long the satellites will
be transmitting during the elliptical orbit. The preferred
embodiment of the present invention has a power ratio of
0.5, to power satellite that is communicating half of the
time. The other half of the time, the transmitters and
30  receivers on-board the satellite are disabled, allowing
solar array 292 to provide power to charge battery 294.

SRA 00650
CONFIDENTIAL
ATTORNEYS EYES ONLY

33

Employment of the inventive system provides a new standard with greatly increasing the number of the world's communications satellites, with no interference to any geo satellites, and also no interference to each other.  A

5    total of 5,760 virtual Geo satellites will provide 2880 active slots.  This will increase by sixteen-fold the 180 2-degree slots that are currently available in the geo ring.  As such, the method and system of the present invention can be utilized to improve the elliptical

10    satellite orbits described in the prior art to dramatically increase available communication capacity.

While this invention has been described in reference to illustrative embodiments, the description is not intended to be construed in a limiting sense.  Various

15    modifications and combinations of the illustrative embodiments, as well as other embodiments of the invention, will be apparent to persons skilled in the art upon reference to the description.  It is therefore intended that the appended claims encompass any of such

20    modifications or embodiments.

SRA 00651
CONFIDENTIAL
ATTORNEYS EYES ONLY

<u>CLAIMS</u>

What is claimed is:

1    1.   A satellite communications system, comprising:
2         a ground station, including communications equipment
3    and an antenna, located at a position on the earth;
4         a plurality of satellites in orbits around the earth
5    having apogees and perigees, each of the satellites having
6    communications equipment thereon configured to communicate
7    with the ground station only during a predetermined portion
8    of the satellite's orbit proximate to apogee, the orbits of
9    the plurality of satellites being configured to form at
10   least two ground tracks on the earth displaced from each
11   other longitudinally, each of the ground tracks repeating
12   daily and having a number of active arcs, each active arc
13   corresponding to the portion of the orbit of each satellite
14   during which the communications equipment on the satellite
15   is enabled to communicate with the ground station, the
16   orbits of the plurality of satellites being further
17   configured such that at all times there are at least two of
18   the satellites in each of the active arcs and such that at
19   all times each of the satellites in any one of the active
20   arcs is separated by at least a predetermined angle, as
21   observed from the ground station, from each other satellite
22   in the same active arc and from any satellite in any other
23   active arc.


1    2.   A system according to claim 1, wherein the orbit of
2    each of the plurality of satellites has a mean motion that
3    is one of 2, 3 and 4.

SRA 00652
CONFIDENTIAL
ATTORNEYS EYES ONLY

1    3.    A system according to claim 1, wherein the orbits of
2    each of the plurality of satellites is inclined at critical
3    inclination.

1    4.    A system according to claim 1, wherein the argument of
2    perigee of the orbits of each of the plurality of
3    satellites is in the range of 195 degrees to 345 degrees
4    for apogees in the northern hemisphere and in the range of
5    15 degrees to 165 degrees for apogees in the southern
6    hemisphere.

1    5.    A system according to claim 1, wherein each of the
2    plurality of satellites has throughout its orbit an orbital
3    height lower than a height necessary for geostationary
4    orbits.

1    6.    A system according to claim 1, wherein the plurality
2    of satellites are equally spaced in mean anomaly within
3    their respective ground tracks.

1    7.    A system according to claim 1, wherein the orbits of
2    the plurality of satellites are further configured such
3    that the portion of the orbits during which the
4    communications equipment on the satellites is enabled to
5    communicate, is separated from the equatorial plane of the
6    earth by at least a predetermined amount.

1    8.    A system according to claim 1, wherein the
2    communications equipment on the plurality of satellites is
3    further configured to communicate at frequencies allocated
4    to geostationary satellites.

SRA 00653
CONFIDENTIAL
ATTORNEYS EYES ONLY

36

1   9.   A system according to claim 1, wherein each of the
2   plurality of satellites has a power system configured to
3   generate a first amount of power when the communications
4   equipment on the satellite is enabled and a second amount
5   of power more than the first amount of power when the
6   communications equipment is not enabled, to store excess
7   power generated when the communications equipment is not
8   enabled, and to enable the communications equipment with
9   both the stored excess power and the generated first amount
10  of power.

1   10.  A constellation of satellites, comprising:
2        a plurality of satellites in orbits around the earth
3   having apogees and perigees, each of the satellites having
4   communications equipment thereon configured to communicate
5   only during a predetermined portion of the satellite's
6   orbit proximate to apogee, the orbits of the plurality of
7   satellites being configured to form at least two ground
8   tracks    on    the    earth    displaced    from    each    other
9   longitudinally, each of the ground tracks repeating daily
10  and having a number of active arcs, each active arc
11  corresponding to the portion of the orbit of each satellite
12  during which the communications equipment on the satellite
13  is enabled to communicate, the orbits of the plurality of
14  satellites being further configured such that at all times
15  there are at least two of the satellites in each of the
16  active arcs and such that at all times each of the
17  satellites in any one of the active arcs is separated by at
18  least a predetermined angle, as observed from the earth,
19  from each other satellite in the same active arc and from
20  any satellite in any other active arc.

SRA 00654
CONFIDENTIAL
ATTORNEYS EYES ONLY

1  11.  A constellation according to claim 10, wherein the
2  orbit of each of the plurality of satellites has a mean
3  motion that is one of 2, 3 and 4.

1  12.  A constellation according to claim 10, wherein the
2  orbit of each of the plurality of satellites is inclined at
3  critical inclination.

1  13.  A constellation according to claim 10, wherein the
2  argument of perigee of the orbits of each of the plurality
3  of satellites is in the range of 195 degrees to 345 degrees
4  for apogees in the northern hemisphere and in the range of
5  15 degrees to 165 degrees for apogees in the southern
6  hemisphere.

1  14.  A constellation according to claim 10, wherein each of
2  the plurality of satellites has throughout its orbit a
3  orbital height lower than a height necessary for
4  geostationary orbits.

1  15.  A constellation according to claim 10, wherein the
2  satellites in each of the two or more ground tracks are
3  equally spaced in mean anomaly.

1  16.  A constellation according to claim 10, wherein the
2  orbit of each of the plurality of satellites is further
3  configured such that the portion of the orbits during which
4  the communications equipment on the satellites is enabled
5  to communicate, is separated from the equatorial plane of
6  the earth by a least a predetermined amount.

SRA 00655
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093                                                      PCT/US01/43072

38

17. A constellation according to claim 10, wherein the
communications equipment on each of the plurality of
satellites is further configured to communicate at
frequencies allocated to geostationary satellites.

18. A constellation according to claim 10, wherein each of
the plurality of satellites has a power system configured
to generate a first amount of power when the communications
equipment on the satellite is enabled and a second amount
of power more than the first amount of power when the
communications equipment is not enabled, to store excess
power generated when the communications equipment is not
enabled, and to enable the communications equipment with
both the stored excess power and the generated first amount
of power.

19. A method for satellite communications, comprising:
   orbiting a plurality of communications satellites
about the earth, the orbits having apogees and perigees;
and
   enabling each of the plurality of communications
satellites to communicate only during a predetermined
portion of the orbits proximate to apogee;
   wherein the orbits of the plurality satellites form at
least two ground tracks on the earth displaced from each
other longitudinally, each of the ground tracks repeating
daily and having a number of active arcs, each active arc
corresponding to the portion of the orbit of each satellite
during which the communications equipment on the satellite
is enabled to communicate; and
   wherein the satellites are orbited such that at all
times at least two of the satellites are in each of the

SRA 00656
CONFIDENTIAL
ATTORNEYS EYES ONLY

17    active arcs and such that at all times each of the
18    satellites in any one of the active arcs is separated by at
19    least a predetermined angle, as observed from the earth,
20    from each other satellite in the same active arc and from
21    any satellite in any other active arc.

1    20.    A method according to claim 19, further comprising:
2         configuring the orbits of each of the plurality of
3    satellites to have a mean motion that is one of 2, 3 and 4.

1    21.    A method according to claim 19, further comprising:
2         configuring the orbits of each of the plurality of
3    satellites to be inclined at critical inclination.

1    22.    A method according to claim 19, further comprising:
2         configuring the argument of perigee of the orbits of
3    each of the plurality of satellites to be in the range of
4    195 degrees to 345 degrees for apogees in the northern
5    hemisphere and in the range of 15 degrees to 165 degrees
6    for apogees in the southern hemisphere.

1    23.    A method according to claim 19, further comprising:
2         configuring the orbits of each of the plurality of
3    satellites to have throughout its orbit an orbital height
4    lower than a height necessary for geostationary orbits.

1    24.    A method according to claim 19, further comprising:
2         configuring the orbits of the plurality of satellites
3    such that the satellites are equally spaced in mean anomaly
4    within their respective ground tracks.

1    25.    A method according to claim 19, further comprising:

SRA 00657
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093

40

PCT/US01/43072

2        configuring the orbits of the plurality of satellites
3   such that the portion of the orbits during which the
4   satellites are enabled for communication, is separated from
5   the equatorial plane of the earth by at least a
6   predetermined amount.

1   26.  A method according to claim 19, further comprising:
2        communicating with the plurality of satellites at
3   frequencies allocated to geostationary satellites.

1   27.  A method according to claim 19, wherein each of the
2   plurality of satellites has a power system generating a
3   first amount of power when the communications equipment on
4   the satellite is enabled and a second amount of power more
5   than the first amount of power when the communications
6   equipment is not enabled, and further comprising:
7        storing excess power generated when the communications
8   equipment is not enabled; and
9        enabling the communications equipment with both the
10  stored excess power and the generated first amount of
11  power.

SRA 00658
CONFIDENTIAL
ATTORNEYS EYES ONLY

PCT/US01/43072



Fig. 1

SRA 00659
CONFIDENTIAL
ATTORNEYS EYES ONLY



*Fig.3*

*Fig.* 2

SRA 00660
CONFIDENTIAL
ATTORNEYS EYES ONLY



Fig. 4

3-15

SRA 00661
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093    PCT/US01/43072



Fig.5

SRA 00662
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093

PCT/US01/43072



Fig. 6A

5-15

SRA 00663
CONFIDENTIAL
ATTORNEYS EYES ONLY



Fig. 6B

SRA 00664
CONFIDENTIAL
ATTORNEYS EYES ONLY



Fig. 7

Fig. 8

8-15

SRA 00666
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093    PCT/US01/43072



Fig. 9

SRA 00667
CONFIDENTIAL
ATTORNEYS EYES ONLY



Fig. 10.

10-15

SRA 00668
CONFIDENTIAL
ATTORNEYS EYES ONLY



Fig. 11

11-15

SRA 00669
CONFIDENTIAL
ATTORNEYS EYES ONLY

Fig 12

12=15

SRA 00670
CONFIDENTIAL
ATTORNEYS EYES ONLY

PCT/US01/43072



Fig. 13

13-15

SRA 00671
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093                                                PCT/US01/43072



Fig. 14A

14-15

SRA 00672
CONFIDENTIAL
ATTORNEYS EYES ONLY

WO 02/41093                                    PCT/US01/43072



Fig. 14B

SRA 00673
CONFIDENTIAL
ATTORNEYS EYES ONLY