# Exhibit 10

# Memorandum in Support of Motion for Summary Judgment and for an Award of Attorneys Fees and Costs by John E. Draim

# virtual geosatellite holdings, inc.

DR. DAVID CASTIEL
PRESIDENT AND CEO

December 24, 2002

Mr. John E. Draim
9310 Telfer Court
Vienna, Virginia 22182-3438

Dear Mr. Draim,

On February 3, 2000 you filed as co-inventor an application for a provisional patent related to the usage of the technology described in patent #5,957,409 issued September 28, 1999: "Creating an Array of Virtual Geostationary Satellites that Provide 2 degree Separations at Apogee (and throughout the Active Arcs), and Non-Interference with the Geo Ring", Docket No. 06662/034001.

It has come to our attention that on November 3, 2000, you filed for a non-provisional patent, using the provisional application of February 2000 as the basis to establish a priority date. According to the terms of your engagement with Ellipso and its affiliates, you are obligated to assign the non-provisional patent to Virtual Geosatellite Holdings, Inc. I am attaching an assignment form for you to sign as early as possible.

Let me remind you that your failure to assign this non-provisional application constitutes a breach of your contractual obligations to Ellipso and its affiliates. Furthermore, if you have fenced this property of Ellipso and its affiliates to a third party, your action may well constitute patent fraud on your part, and on the part of your accomplices. Please be assured that the Company shall avail itself to the full extent of the law of any and all remedies, legal and equitable to protect its intellectual property from fraudulent misappropriations, conversion and theft.

Sincerely,

Dr. David Castiel

cc: Mrs. Patricia S. Draim

---

1133 21st Street, N.W., Suite 800, Washington, D.C. 20036 Tel: 202-466-5599 Fax: 202-466-4493

*virtual geo*

# virtual geosatellite holdings, inc.

**DR. DAVID CASTIEL**
*PRESIDENT AND CEO*

December 26, 2002

Mr. John E. Draim
9310 Telfer Court
Vienna, Virginia 22182-3438

Dear Mr. Draim,

On November 13, 2000 you filed an application for a patent related to the usage of the technology described in patent #5,957,409 issued September 28, 1999: "Improved (2880 Position) invention (COBRA)".

According to the terms of your engagement with Ellipso and its affiliates, you are obligated to assign this patent application to Virtual Geosatellite Holdings, Inc. I am attaching an assignment form for you to sign as early as possible.

Let me remind you that your failure to assign this patent application constitutes a breach of your contractual obligations to Ellipso and its affiliates. Furthermore, if you have fenced this property of Ellipso and its affiliates to a third party, your action may well constitute patent fraud on your part, and on the part of your accomplices. Please be assured that the Company shall avail itself to the full extent of the law of any and all remedies, legal and equitable to protect its intellectual property from fraudulent misappropriations, conversion and theft.

Sincerely,

Dr. David Castiel

cc:     Mrs. Patricia S. Draim

1133 21st Street, N.W., Suite 800, Washington, D.C. 20036  Tel: 202-466-5599  Fax: 202-466-4493

*virtual geo*

# virtual geosatellite holdings, inc.

DR. DAVID CASTIEL
PRESIDENT AND CEO

December 27, 2002

Mr. John E. Draim
9310 Telfer Court
Vienna, Virginia 22182-3438

Dear Mr. Draim,

    On or about September 29, 2002 you filed an application for patent related to the usage of the technology described in patent #5,957,409 issued September 28, 1999: "System and method for implementing a constellation of non-geostationary satellites that provide simplified satellite tracking".

    According to the terms of your engagement with Ellipso and its affiliates, you are obligated to assign this patent application to Virtual Geosatellite Holdings, Inc. I am attaching an assignment form for you to sign as early as possible.

    Let me remind you that your failure to assign this patent application constitutes a breach of your contractual obligations to Ellipso and its affiliates. Furthermore, if you have fenced this property of Ellipso and its affiliates to a third party, your action may well constitute patent fraud on your part, and on the part of your accomplices. Please be assured that the Company shall avail itself to the full extent of the law of any and all remedies, legal and equitable to protect its intellectual property from fraudulent misappropriations, conversion and theft.

Sincerely,

Dr. David Castiel

cc: Mrs. Patricia S. Draim

# virtual geosatellite holdings, inc.

**DR. DAVID CASTIEL**
*PRESIDENT AND CEO*

December 28, 2002

Mr. John E. Draim
9310 Telfer Court
Vienna, Virginia 22182-3438

Dear Mr. Draim,

    On or about September 26, 2002 you filed an application for patent related to the usage of the technology described in patent #5,957,409 issued September 28, 1999: "A satellite system that includes a terrestrial base station and a satellite...".

    According to the terms of your engagement with Ellipso and its affiliates, you are obligated to assign this patent application to Virtual Geosatellite Holdings, Inc. I am attaching an assignment form for you to sign as early as possible.

    Let me remind you that your failure to assign this patent application constitutes a breach of your contractual obligations to Ellipso and its affiliates. Furthermore, if you have fenced this property of Ellipso and its affiliates to a third party, your action may well constitute patent fraud on your part, and on the part of your accomplices. Please be assured that the Company shall avail itself to the full extent of the law of any and all remedies, legal and equitable to protect its intellectual property from fraudulent misappropriations, conversion and theft.

Sincerely,

Dr. David Castiel

cc:    Mrs. Patricia S. Draim
        Paul F. Christopher

---

1133 21st Street, N.W., Suite 800, Washington, D.C. 20036  Tel: 202-466-5599  Fax: 202-466-4493

*virtual geo*

# virtual geosatellite holdings, inc.

**DR. DAVID CASTIEL**
*PRESIDENT AND CEO*

December 30, 2002

Mr. John E. Draim
9310 Telfer Court
Vienna, Virginia 22182-3438

Dear Mr. Draim,

    On September 29, 2000 you filed an application for a provisional patent related to the usage of the technology described in patent #5,957,409 issued September 28, 1999: "High frequency/high elevation elliptical arrays)".

    According to the terms of your engagement with Ellipso and its affiliates, you are obligated to assign this patent application to Virtual Geosatellite Holdings, Inc. I am attaching an assignment form for you to sign as early as possible.

    Let me remind you that your failure to assign this provisional application, and any ensuing non-provisional affiliates constitutes a breach of your contractual obligations to Ellipso and its affiliates. Furthermore, if you have fenced this property of Ellipso and its affiliates to a third party, your action may well constitute patent fraud on your part, and on the part of your accomplices. Please be assured that the Company shall avail itself to the full extent of the law of any and all remedies, legal and equitable to protect its intellectual property from fraudulent misappropriations, conversion and theft.

Sincerely,

Dr. David Castiel

cc: Mrs. Patricia S. Draim
       Mr. Paul Christopher

---

1133 21st Street, N.W., Suite 800, Washington, D.C. 20036  Tel: 202-466-5599  Fax: 202-466-4493

*virtual geo*

# virtual geosatellite holdings, inc.

**DR. DAVID CASTIEL**
*PRESIDENT AND CEO*

December 31, 2002

Mr. John E. Draim
9310 Telfer Court
Vienna, Virginia 22182-3438

Mr. John F. Naughton
555 Thayer Avenue
Silver Spring, Maryland 20910

Dear Messrs. Draim and Naughton,

On or about February 28, 2001 you filed an application for patent related to the usage of the technology described in patent #5,957,409 issued September 28, 1999: "Operational Concepts (multiple satellite access time sharing)".

According to the terms of your engagement with Ellipso and its affiliates, you are obligated to assign this patent application to Virtual Geosatellite Holdings, Inc. I am attaching an assignment form for you to sign as early as possible.

Let me remind you that your failure to assign this patent application constitutes a breach of your contractual obligations to Ellipso and its affiliates. Furthermore, if you have fenced this property of Ellipso and its affiliates to a third party, your action may well constitute patent fraud on your part, and on the part of your accomplices. Please be assured that the Company shall avail itself to the full extent of the law of any and all remedies, legal and equitable to protect its intellectual property from fraudulent misappropriations, conversion and theft.

Sincerely,

Dr. David Castiel

cc: Mrs. Patricia S. Draim

1133 21st Street, N.W., Suite 800, Washington, D.C. 20036  Tel: 202-466-5599  Fax: 202-466-4493

*virtual geo*

# virtual geosatellite holdings, inc.

DR. DAVID CASTIEL
PRESIDENT AND CEO

January 2, 2003

Mr. John E. Draim
9310 Telfer Court
Vienna, Virginia 22182-3438

Dear Mr. Draim,

On or about December 29, 2000 you filed an application for a non-provisional patent related to the usage of the technology described in patent #5,957,409 issued September 28, 1999: "Teardrop Cobra Space Invention".

According to the terms of your engagement with Ellipso and its affiliates, you are obligated to assign this patent application to Virtual Geosatellite Holdings, Inc. I am attaching an assignment form for you to sign as early as possible.

Let me remind you that your failure to assign this non-provisional application constitutes a breach of your contractual obligations to Ellipso and its affiliates. Furthermore, if you have fenced this property of Ellipso and its affiliates to a third party, your action may well constitute patent fraud on your part, and on the part of your accomplices. Please be assured that the Company shall avail itself to the full extent of the law of any and all remedies, legal and equitable to protect its intellectual property from fraudulent misappropriations, conversion and theft.

Sincerely,

Dr. David Castiel

cc: Mrs. Patricia S. Draim

1133 21st Street, N.W., Suite 800, Washington, D.C. 20036 Tel: 202-466-5599 Fax: 202-466-4493

virtual geo

# virtual geosatellite holdings, inc.

DR. DAVID CASTIEL
PRESIDENT AND CEO

January 3, 2003

Mr. John E. Draim
9310 Telfer Court
Vienna, Virginia 22182-3438

Dear Mr. Draim,

On or about February 28, 2001 you filed an application for patent related to the usage of the technology described in patent #5,957,409 issued September 28, 1999: "Hybrid Combination of Teardrop and 2880 Cobra".

According to the terms of your engagement with Ellipso and its affiliates, you are obligated to assign this patent application to Virtual Geosatellite Holdings, Inc. I am attaching an assignment form for you to sign as early as possible.

Let me remind you that your failure to assign this patent application constitutes a breach of your contractual obligations to Ellipso and its affiliates. Furthermore, if you have fenced this property of Ellipso and its affiliates to a third party, your action may well constitute patent fraud on your part, and on the part of your accomplices. Please be assured that the Company shall avail itself to the full extent of the law of any and all remedies, legal and equitable to protect its intellectual property from fraudulent misappropriations, conversion and theft.

Sincerely,

/Dr. David Castiel

cc: Mrs. Patricia S. Draim

1133 21st Street, N.W., Suite 800, Washington, D.C. 20036 Tel: 202-466-5599 Fax: 202-466-4493

*virtual geo*