# Exhibit 17

# Memorandum in Support of Motion for Summary Judgment and for an Award of Attorneys Fees and Costs by John E. Draim

BEFORE THE
# FEDERAL COMMUNICATIONS COMMISSION
Washington D.C. 20554

APPLICATION OF

# VIRTUAL GEOSATELLITE, L.L.C.

### FOR AUTHORITY TO LAUNCH AND OPERATE



## A GLOBAL FIXED-SATELLITE SERVICE SYSTEM EMPLOYING NONGEOSTATIONARY SATELLITES IN SUB-GEOSYNCHRONOUS ELLIPTICAL ORBITS

**Virtual Geosatellite, L.L.C.**
**1133 21st Street, N.W., 8th Floor**
**Washington, DC 20036**
**(202) 466-5599**

Raul R. Rodriguez
Stephen D. Baruch
Leventhal, Senter & Lerman P.L.L.C.
2000 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 429-8970

**January 8, 1999**

FF 01052

### Executive Summary

Virtual Geosatellite, LLC ("Virtual Geo") hereby seeks authority to launch and operate a state-of-the-art system of fifteen (15) non-geostationary satellites in sub-geosynchronous inclined elliptical orbits.  Virtual Geo's proposed system, called "VIRGO™," will provide fixed-satellite services to all of the world's populated land masses through a combination of user and gateway links in the C-band and Ku-bands, as well as through inter-satellite links in the optical frequencies.

VIRGO™ is the first of a new class of constellation systems that are virtually geo-synchronous.  Unlike geostationary systems or so-called "quasi-geostationary" systems in which the individual satellites attempt to follow the Earth, all of the satellites in a virtual geostationary system, as a whole, follow the Earth in a dynamically geosychronous manner.  It is this feature which gives this constellation type the name "virtual geo."

Using a continent-following orbital configuration that is covered by issued and pending patents, the VIRGO™ constellation, though operating at non-geostationary altitudes, will appear virtually geostationary to users within the system's coverage area.  VIRGO™ is comprised of three five-satellite sub-constellations – two for Northern Hemisphere operation (and identified herein as "Aurora I™" and "Aurora II™") and one for Southern Hemisphere operation (identified herein as "Australis™").  The active arcs of the VIRGO™ satellites in each sub-constellation occur only when the satellites are at latitudes above 45 degrees, when they are at high elevations over much of their primary service areas in the Northern and Southern Hemispheres, respectively.  VIRGO™ thus achieves an optimized combination of very high elevation angles, low signal propagation delays compared to geostationary satellites, and limited

- ii -

FF 01053

satellite handoffs. VIRGO™ provides non-uniform distribution of capacity to the Northern and Southern Hemispheres in proportion with demand.

Morevoer, VIRGO™ operates in a manner that is effectively transparent to the geostationary fixed-satellite service ("FSS") and geostationary broadcasting satellite service ("BSS") networks, and to the fixed service systems, with which it will operate on a co-primary and fully compatible basis. Although sharing between VIRGO™ and other types of non-geostationary systems is more complex than sharing with either geostationary networks or fixed service systems, Virtual Geo believes that with proper coordination and a multilateral commitment to interference mitigation, a significant level of co-frequency operation among inhomogeneous nongeostationary FSS systems should be attainable.

VIRGO™ satellites are separated from the geostationary arc by at least 40 degrees at all times within the system's service areas. This key feature of the virtual geostationary concept means that VIRGO™ not only fully protects current geostationary FSS and BSS networks, it leaves them an effectively unfettered opportunity to evolve their technologies to meet future service requirements.

At a minimum, VIRGO™ will provide continuous coverage of all points on the globe between 85° north latitude and 55° south latitude. This includes all of the world's populated land masses. Emphasis is placed on key Northern Hemisphere locations such as the continental United States, Alaska, Hawaii, the U.S. Virgin Islands, and Puerto Rico.

VIRGO™ will operate with user links in the 14.0-14.5 GHz band (Earth-to-space) and in the 11.2-12.7 GHz band (space-to-Earth), and with gateway links in the 12.75-13.25 GHz, 13.8-14.0 GHz, 17.3-17.8 GHz, and 5.925-6.725 GHz bands (Earth-to-space) and the 10.7-11.2 GHz and 3.7-4.2 GHz bands (space-to-Earth). Each VIRGO™ satellite provides "bent pipe"

*FF 01054*

communications channels in these bands, and achieves a frequency reuse factor of up to fourteen times in some frequency bands through the use of dual orthogonal circular polarizations and spatial separation of the individual uplink and downlink actively-steered beams (four times per satellite on feeder links). VIRGO™ will also provide multi-beam coverage using its phased array antennas on the satellites – a capability that will allow each VIRGO™ satellite to reconfigure its coverage for the service area corresponding to each apogee, and for the particular traffic requirements the satellite encounters as it traverses the globe.

There is an indirect ownership relationship between Virtual Geo and Mobile Communications Holdings, Inc. ("MCHI"), licensee of the "Big LEO" mobile-satellite service ("MSS") system called "Ellipso™." Virtual Geo anticipates that this relationship could eventually lead to some synergies between Ellipso™ and VIRGO™ – for example, in the areas of interconnectivity and ground segment efficiency.

Grant to Virtual Geo of an authorization to launch and operate the VIRGO™ system will serve the public interest in several key respects. First, it will promote the efficient use of the orbital spectrum resource by permitting the overlay in the same band of a novel nongeostationary satellite system design that operates completely transparently with respect to existing and future geostationary FSS and BSS satellites. VIRGO™'s relatively high elevation angles from its earth terminals to the satellites serving the primary coverage areas also greatly facilitates sharing between VIRGO™ and fixed service systems. Second, VIRGO™ will provide affordable digital services, including high-speed Internet access and direct-to-home data and video streams, to small user terminals in most of the populated areas of the world. Third, the design characteristics of the VIRGO™ system and its orbital configuration will permit similar nongeostationary

FF 01055

systems to be implemented on a co-frequency basis – without disturbing the sharing situation with geostationary satellites or terrestrial systems.

In short, with VIRGO™, Virtual Geo offers the world a novel, efficient, and affordable satellite system that is technically benign with respect to other types of users of the spectrum within which the system will operate. Virtual Geo is legally and technically qualified to be a Commission licensee. Although Virtual Geo believes that the strict financial qualification standard the Commission has proposed for this service is inappropriate, Virtual Geo will meet whatever financial qualification standard, if any, the Commission sees fit to impose on nongeostationary FSS systems at Ku-band. Virtual Geo thus urges the Commission to conclude that the grant of its application to launch and operate VIRGO™ will advance the public interest, convenience, and necessity.

FF 01056

# TABLE OF CONTENTS

Page

EXECUTIVE SUMARY ................................................................................ II

TABLE OF CONTENTS ............................................................................... VI

1   INTRODUCTION ..................................................................................... 3
  1.1   Name and Address of Applicant  (47 C.F.R. § 25.114(c)(1)) ..................... 4
  1.2   Correspondence (47 C.F.R. § 25.114(c)(2)) ...................................... 4
  1.3   Type of Authorization Requested (47 C.F.R. § 25.114(c)(3)) .................... 4
  1.4   Overview of Virtual Geo and the "VIRtual Geostationary Orbit" Concept ........ 4

2   TYPES OF SERVICES TO BE PROVIDED .................................................. 8

3   SYSTEM DESCRIPTION (47 C.F.R. §§ 25.114 (C)(4) – (C) (12)) .................... 9
  3.1   System Overview ................................................................. 9
    3.1.1   Overall System Concept ..................................................... 9
    3.1.2   Space Segment ............................................................. 10
    3.1.3   Ground Segment ............................................................ 12
  3.2   VIRGO™ CONSTELLATION ............................................................ 13
  3.3   SYSTEM COVERAGE ................................................................. 17
  3.4   FREQUENCY AND POLARIZATION PLANS ............................................... 22
    3.4.1   FCC and ITU Allocations ................................................... 23
      3.4.1.1 Ku-Band Frequencies ..................................................... 23
      3.4.1.2 C-Band Frequencies ...................................................... 26
    3.4.2   VIRGO™ System Band Plan. .................................................. 26
      3.4.2.1 User Terminal Frequency Bands .......................................... 27
      3.4.2.2 Gateway Terminal Frequency Bands ....................................... 28
      3.4.2.3 Channelization Plan ..................................................... 30
      3.4.2.4 Order Wire Control Channels ............................................ 31
      3.4.2.5 Beacons................................................................. 33
      3.4.2.6 TT&C Links .............................................................. 34
      3.4.2.7 Inter-Satellite Links .................................................. 34
  3.5   SYSTEM CAPACITY ................................................................. 35
  3.6   SATELLITE TRANSMIT CAPABILITY ................................................... 36
    3.6.1   User Terminal Beams ....................................................... 36
    3.6.2   Gateway Terminal Beams .................................................... 37
    3.6.3   Beacon Signals ............................................................ 38
  3.7   SATELLITE RECEIVE CAPABILITY .................................................... 38
    3.7.1   User Terminal Beams ....................................................... 38
      3.7.1.1 Gain-to-Noise Temperature Ratio (G/T) for User Terminal Beams .......... 38
      3.7.1.2 Satellite Channel Gain for User-to-Gateway Links ....................... 38
    3.7.2   Gateway Terminal Beams .................................................... 39
      3.7.2.1 Gain-to-Noise Temperature Ratio (G/T) for Gateway Terminal Beams ....... 39
      3.7.2.2 Satellite Channel Gain for Gateway-to-User Links ....................... 39

FF 01057

3.8    TRANSMISSION CHARACTERISTICS ................................................................. 40
  3.8.1    Communications Transmissions Between Gateway and User Terminals ............... 40
  3.8.2    Order Wire Links ............................................................................................... 40
  3.8.3    TT&C Links ....................................................................................................... 40
  3.8.4    Emission Designators .......................................................................................... 40
  3.8.5    Transmission Channel Frequency Response and Unwanted Emissions .................. 42
  3.8.6    Frequency Tolerance ........................................................................................... 44
  3.8.7    Cessation of Emissions ....................................................................................... 44
  3.8.8    Downlink Beacon Applications ........................................................................... 44
    3.8.8.1    Earth Station Tracking ................................................................................ 44
    3.8.8.2    Uplink Power Control ................................................................................. 45
3.9    LINK BUDGETS ............................................................................................... 45
3.10    POWER FLUX DENSITY LIMITS ................................................................... 53
  3.10.1    Downlink Communications Bands ..................................................................... 53
  3.10.2    TT&C PFD Limits ............................................................................................ 53
3.11    TRANSMIT-RECEIVE CONNECTIVITY ........................................................ 54
3.12    INTRA-SYSTEM INTERFERENCE .................................................................. 54
3.13    INTER-SYSTEM INTERFERENCE ................................................................... 56
  3.13.1    GSO FSS and BSS ............................................................................................ 56
  3.13.2    NGSO FSS ........................................................................................................ 71
  3.13.3    Inter-Satellite Links .......................................................................................... 73
  3.13.4    Fixed Service .................................................................................................... 73
  3.13.5    BSS Downlinks .................................................................................................. 76
  3.13.6    Earth Exploration-Satellite and Space Research Services ..................................... 77
  3.13.7    U.S. Government Radiolocation Service .............................................................. 77
  3.13.8    Mobile Service .................................................................................................. 77
  3.13.9    Radio Astronomy Service .................................................................................. 78
3.14    SATELLITE DESCRIPTION ............................................................................. 79
  3.14.1    General Description ........................................................................................... 79
  3.14.2    Power and Mass Budgets ................................................................................... 79
  3.14.3    Communications Payload ................................................................................... 80
  3.14.4    TT&C System .................................................................................................... 81
  3.14.5    Attitude and Orbit Control Subsystem ("AOCS") ............................................... 82
3.15    LAUNCHER DESCRIPTION ............................................................................ 83
3.16    GROUND SEGMENT AND OPERATIONS ...................................................... 83
  3.16.1    User Terminals .................................................................................................. 83
  3.16.2    Gateway Terminals ........................................................................................... 85
  3.16.3    Regional Network Control Centers ..................................................................... 86
  3.16.4    Spacecraft Operations Control Center and TT&C Earth Stations .......................... 86

4    FINANCIAL QUALIFICATIONS (47 C.F.R. § 25.114(13)) ................................. 88

  4.1    Projected System Costs ......................................................................................... 90
  4.2    Source of Funds .................................................................................................... 91

5    NON-COMMON CARRIER STATUS (47 C.F.R. § 25.114(C)(14)) ..................... 92

6    SCHEDULE OF IMPLEMENTATION (47 C.F.R. § 25.114(C)(15)) .................... 93

FF 01058

7   PUBLIC INTEREST CONSIDERATIONS (47 C.F.R. § 25.114(16)) ............................... 94

8   U.S. AND INTERNATIONAL INTERFERENCE COORDINATION  (47 C.F.R. §
    25.114(C)(17)) ................................................................................................................ 96

9   LEGAL QUALIFICATIONS ....................................................................................... 97

10  OTHER ITEMS  (47 C.F.R. §§ 25.114(C) (18)-(21)) ................................................ 98

11  REQUESTED WAIVERS OF THE COMMISSION'S RULES....................................... 99

12  CONCLUSION .......................................................................................................... 102

APPENDIX A:  FCC FORM 312 APPLICATION

FF 01059

# BEFORE THE
# FEDERAL COMMUNICATIONS COMMISSION
## Washington D.C. 20554

| | |
|---|---|
| In re the Application of )<br><br>VIRTUAL GEOSATELLITE, LLC )<br><br>For Authority to Launch and Operate a Global Fixed- )<br>Satellite Service System Employing Nongeostationary )<br>Satellites in Sub-Geosynchronous Elliptical Orbits in )<br>Ku-Band and C-Band Frequencies ) | File No. _____ |

## APPLICATION OF VIRTUAL GEOSATELLITE, LLC

Virtual Geosatellite, LLC ("Virtual Geo"), pursuant to Sections 308 and 309 of the Communications Act of 1934, as amended, 47 U.S.C. §§ 308 and 309 (1996), Parts 1 and 25 of the Commission's Rules, and the Commission's Public Notice (Report No. SPB-141, released November 2, 1998), hereby seeks authority to launch and operate a state-of-the-art system of fifteen (15) non-geostationary satellites in sub-geosynchronous inclined elliptical orbits. Virtual Geo's proposed system, called "VIRGO™," will also include three additional in-orbit spare satellites that will be placed into a parking orbit. VIRGO™ will provide fixed-satellite services to all of the world's populated land masses through a combination of user and gateway links in the C-band and Ku-bands, as well as through inter-satellite links in the optical frequencies.

VIRGO™ is the first of a new class of constellation systems that are virtually geo-synchronous. Unlike geostationary systems or so-called "quasi-geostationary" systems in which the individual satellites attempt to follow the Earth, all of the satellites in a virtual geostationary

FF 01060

system, as a whole, follow the Earth in a dynamically geosychronous manner. It is this feature which gives this constellation type the name "virtual geo."

Using a continent-following orbital configuration that is covered by issued and pending patents, the VIRGO™ constellation, though operating at non-geostationary altitudes, will appear virtually geostationary to users within the system's coverage area. VIRGO™ is comprised of three five-satellite sub-constellations – two for Northern Hemisphere operation (and identified herein as "Aurora I™" and "Aurora II™") and one for Southern Hemisphere operation (identified herein as "Australis™"). The active arcs of the VIRGO™ satellites in each sub-constellation occur only when the satellites are at high latitudes over their primary service areas in the Northern and Southern Hemispheres, and at relatively high elevation angles to many users in those primary service areas, respectively. VIRGO™ thus achieves an optimized combination of good satellite visibility, low signal propagation delays compared to geostationary satellites, limited satellite handoffs, and the distribution of capacity between the Northern and Southern Hemispheres relative to demand. Moreover, it does so in a manner that is effectively transparent to the geostationary fixed-satellite service ("FSS") and geostationary broadcasting satellite service ("BSS") networks with which it will operate on a co-primary basis, and on a fully compatible basis with the terrestrial point-to-point fixed service systems with which it will share radiofrequency spectrum.

VIRGO™ satellites are separated from the geostationary arc by at least 40 degrees at all times within the system's service areas. This key feature of the virtual geostationary concept means that VIRGO™ not only fully protects current geostationary FSS and BSS networks, it leaves them an effectively unfettered opportunity to evolve their technologies to meet future service requirements.

FF 01061

- 2 -

# 1    Introduction

This application and its appendices contain all of the information required for a space station authorization as specified in Part 25 of the Commission's Rules. In accordance with the Commission's recent *Public Notice* concerning the streamlining of the application process,[1] the information provided throughout this application includes references to the specific subsections of Section 25.114(c) of the Commission's Rules to which the submitted information pertains. To the greatest extent possible, these items appear in numerical order. FCC Form 312 (February 1998 version) is attached hereto as Appendix A.

Consistent with Commission policy and precedent, and with the above-referenced Public Notice, Virtual Geo understands that it will be afforded an opportunity to amend or supplement this application, if necessary, "to conform to any requirements and policies that may be adopted subsequently for space stations concerning the provision of NGSO fixed-satellite service in [the Ku] frequency bands." Public Notice, Report No. SPB-141, at 3. Virtual Geo specifically requests such an opportunity to conform its VIRGO™ system proposal to the rules that may ultimately be adopted in the ongoing rulemaking proceeding in ET Docket No. 98-206.[2] It also requests that a similar opportunity be provided with respect to its proposed use of C-band frequencies.

---

[1]    *See FCC Public Notice*, "International Bureau to Streamline Satellite and Earth Station Processing," Report No. SPB-140 (released October 28, 1998).

[2]    *See Amendment of Parts 2 and 25 of the Commission's Rules to Permit Operation of NGSO FSS Systems Co-Frequency with GSO and Terrestrial Systems in the Ku-Band Frequency Range and Amendment of the Commission's Rules to Authorize Subsidiary Terrestrial Use of the 12.2-12.7 GHz Band by Direct Broadcast Satellite Licensees and Their Affiliates*, ET Docket No. 98-206, FCC 98-310 (released November 24, 1998) (Notice of Proposed Rule Making) ("*Ku-Band NRPM*").

FF 01062

**1.1    Name and Address of Applicant  (47 C.F.R. § 25.114(c)(1))**

The applicant for the authority to launch and operate the proposed satellite system is:

Virtual Geosatellite, LLC
1133 21st Street, N.W.
8th Floor
Washington, DC  20036
(202) 466-5599

**1.2    Correspondence (47 C.F.R. § 25.114(c)(2))**

Correspondence and communications concerning this application should be addressed to

the following:

Dr. David Castiel
Managing Director
Virtual Geosatellite, LLC
1133 21st Street, N.W.
8th Floor
Washington, DC  20036
(202) 466-5599

With copies to:

Raul R. Rodriguez, Esq.
Stephen D. Baruch, Esq.
David S. Keir, Esq.
Leventhal, Senter & Lerman p.l.l.c
2000 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 429-8970

**1.3    Type of Authorization Requested (47 C.F.R. § 25.114(c)(3))**

In this Application, Virtual Geo requests authority to launch and a license to operate a

constellation of nongeostationary satellites.

**1.4    Overview of Virtual Geo and the "VIRtual Geostationary Orbit" Concept**

Virtual Geo, a Delaware limited liability company, was founded by David Castiel,

founding principal of Mobile Communications Holdings, Inc. ("MCHI"), licensee of the

Ellipso™ mobile-satellite service ("MSS") system in the "Big LEO" MSS bands at 1610-1626.5

- 4 -                                    FF 01063

MHz and 2483.5-2400 MHz. Virtual Geo's majority owner holds intellectual property rights (consisting of U.S. and foreign patents and patent filings) relating to the use of constellations of elliptical orbit satellites in the field of communications and data transfer. These patents cover the arrangement and phasing of the satellites in the constellation, and cover as well the strategy for power management in the unique elliptic orbits selected.

Virtual Geo's innovation in orbital configuration confers two major benefits. First, the earth terminals associated with Virtual Geo's system point at an entirely different portion of the sky from that occupied by geostationary satellites with which it will operate on a co-frequency basis. This means that there will be no radio frequency interference with the heavily-used geostationary arc. Second, due to the reduced velocity of the elliptical satellites at and near apogee, the active satellites appear to "hang" in the sky, as their rotational velocity more nearly matches that of the earth than is the case with nongeostationary satellites in circular orbits. In addition, the use of elliptical orbits with periods of less than 24 hours permits the use of smaller satellites and smaller launch vehicles, and thus contributes to the provision of a more cost-effective service.

The concept behind the "virtual geostationary" orbit can be illustrated with a simple analogy – the walking juggler. A juggler's clubs cluster together and move very slowly at the highest point in their trajectories; conversely, at the low point in the trajectories, the juggler is catching and transferring the clubs from hand-to-hand in rapid sequence, propelling each one in turn into its new upward trajectory. In a similar fashion, the satellites in a virtual geostationary constellation, which are intentionally placed in stable elliptical orbits with the apogees over intended users, will rise over the service area and appear to hang there (as the orbital velocity at and near apogee is relatively low, and can approach the velocity of a true geostationary satellite).

- 5 -

FF 01064

Using a Northern Hemisphere apogee orbit as an example, as the satellite is replaced after its hang time by the next satellite in the array, it falls rapidly into the Southern Hemisphere, quickly rising in the next adjacent Northern Hemisphere peak where it will repeat the process.

In the case of VIRGO™, the critical inclination of the elliptical planes in the two Northern Hemisphere sub-constellations is 63.4° with respect to the plane of the equator, meaning that the apogees will always appear to be roughly at 63.4° North Latitude.[3] Through the use of overlying, repeating ground tracks, the satellites, which have roughly 8 hour orbits, will have three peaks each day, each peak being separated by exactly 120° in longitude.  By strategically placing the peaks, Virtual Geo is able to place each satellite's peak over one of the three Northern Hemisphere continental masses – North/Central America, Asia, and Europe/Northern Africa – once each day.

The active arc of the VIRGO™ satellites is limited to orbit locations displaced in latitude greater than 40 degrees from the equator and operating at altitudes exceeding 17,500 kilometers. Earth terminals associated with VIRGO™ will be pointed well away from the equator to the North or South, depending on the hemisphere in which the user terminal is located. In other words, VIRGO™ users and geostationary FSS and BSS users are looking at different regions of the sky at all times.  Thus, there is no opportunity for in-line interference events between the virtual geostationary VIRGO™ system and the geostationary FSS and BSS networks. It is as if the geostationary arc, for all of its congestion, did not exist, and the virtual geostationary orbit fixed-satellite service was to be established in fallow spectrum.

---

[3]    Two five-satellite sub-constellations, Aurora I™ and Aurora II™, are used to achieve continuous Northern Hemisphere coverage (between 85° North Latitude and 10° South Latitude).  The phasing of the sub-constellations enables Virtual Geo to concentrate coverage on the populated land masses in the northern latitudes.

FF 01065

The key to the Virtual Geo's innovative virtual geostationary orbit concept is its transparency to co-frequency users of the geostationary orbit. Virtual Geo has combined this revolutionary approach with an orbital configuration that is optimized to maximize coverage of the continental land masses at altitudes substantially lower than geosynchronous -- and created a business.

- 7 -

FF 01066

## 2    Types of Services to be Provided

VIRGO™ will provide state-of-the-art, affordable, digital fixed-satellite services directly to users throughout its global service area. *See* Section 3.3, below. VIRGO™ will be capable of accommodating very small earth terminals (on the order of 45 centimeters or 18 inches in diameter). VIRGO™'s gateway terminals will be larger, but may also be located on the premises of service providers or at the headquarters of corporate customers.

Among the many service offerings attainable through VIRGO™ are high-speed Internet access at megabit rates, video and broadband data distribution, and two-way video conferencing.

FF 01067

3    **System Description (47 C.F.R. §§ 25.114 (c)(4) – (c) (12))**

3.1    **System Overview**

3.1.1    **Overall System Concept**

The VIRGO™ global satellite communications system has been designed to meet the needs of its users.  These are:

- Provision of state-of-the-art digital two-way telecommunications services;

- Very high service availability, even at high northerly and southerly latitudes, due to the near ideal elevation angles from the user terminals to the VIRGO™ satellites;

- Lower signal delay compared to geostationary satellite systems;

- Low-cost user terminals;

- Low-cost service.

The VIRGO™ system achieves these goals primarily as a result of its novel orbit constellation.  The VIRGO™ satellites will operate in inclined elliptical orbits such that their active arcs occur when the satellites are at high latitudes and elevations over the primary service areas in the Northern and Southern hemispheres.  These patented and patent pending orbits have been carefully selected to optimize the range of elevation angles to the users, the required service areas, the angular separation from the GSO orbit, the round-trip signal delay, and the total cost of the satellite constellation.

The VIRGO™ system will provide state-of-the-art digital services directly to small user terminals located on the premises of residential and small business users.  The high satellite downlink EIRP and uplink sensitivity allows for small (45 cm/18 inch) user terminals.  These user terminals will be connected through the VIRGO™ satellites to gateway earth stations which may be located on the premises of service providers or at the headquarters of corporate

FF 01068

customers. The VIRGO™ system is very spectrally efficient, with a frequency re-use factor of fourteen times in the majority of its user terminal frequency bands.

Key to the VIRGO™ system's success is the use of conventional Ku and C frequency bands, where the ground and space segment components are readily available at low cost as a result of the massive existing usage of these frequency bands by geostationary ("GSO") satellite systems throughout the world. The VIRGO™ system, however, stands apart from all other non-geostationary ("NGSO") systems proposed to date for operation in these GSO frequency bands; it represents no threat of unacceptable interference – in the present or foreseeable future - to co-frequency GSO systems, because it only operates when its satellites are at least 40 degrees away from the line-of-sight to and from GSO satellites. As a result it represents a perfect "band-sharing" partner for GSO systems.

**3.1.2   Space Segment**

The VIRGO™ orbits are designed to position individual satellites for the maximum period of time at the highest elevation over the primary service areas, while at the same time maximizing the angular separation from the GSO orbit. These parts of the orbit where the VIRGO™ satellites are active are close to the orbit apogee. As each VIRGO™ satellite moves away from its near-apogee position another VIRGO™ satellite rises to a near-apogee position. The VIRGO™ user and gateway terminals switch as necessary between the VIRGO™ satellites that are close to apogee in order to provide continuous 24 hour per day uninterrupted service to the users.

FF 01069

The details of the VIRGO™ orbit constellation are provided later in Section 3.2. For the purpose of this section, it is sufficient to summarize the features of the VIRGO™ constellation as follows:

- Fifteen active satellites in fifteen orbit planes, one per plane, plus three spare satellites in "parking" orbits;

- Active part of the VIRGO™ orbit occurs between altitudes of 17,500 km and 27,300 km above the surface of the Earth, at sub-satellite latitudes that are always above 45 degrees.

Each VIRGO™ satellite provides "bent-pipe" communications channels in the Ku and C band frequency ranges detailed in Section 3.4 below. VIRGO™ achieves a frequency re-use factor of fourteen times for the user terminal frequency bands and eight times for the gateway terminal frequency bands per satellite, and respectively 126- and 72-times frequency reuse system-wide. This is obtained by the use of dual orthogonal circular polarizations, and through the use of spatial separation of the individual uplink and downlink beams. The multi-beam coverage is implemented using active phased array antennas on the satellites, thereby allowing the VIRGO™ satellites to optimally reconfigure their coverage for the service area corresponding to each apogee and for the particular traffic requirements as the satellite moves and as demand varies. In addition, the use of an active phased array satellite antenna allows the beam configuration on the Earth's surface to be made nearly constant as the satellite passes through its apogee, despite the 34% variation in altitude between the peak of the apogee and the points in the orbit where each satellite starts and ends its active service arc.

Finally, VIRGO™ will also include on-board storage capability for time and geographically shifted digital service retransmissions.

FF 01070

### 3.1.3   Ground Segment

The VIRGO™ ground segment is made up of the following types of terminals and facilities:

<u>User Terminals</u>:        There will be vast numbers of these small and low-cost terminals deployed on the premises of residential and business users.  They will provide a wide range of two-way (as well as one-way) digital communications services.  The user terminals have the capability to track the active VIRGO™ satellite and seamlessly switch between active satellites when necessary.  In addition, the terminals will be designed to acquire and maintain tracking reliably, and will employ uplink power control to maximize system performance and minimize interference to other users of the spectrum.

The user terminals are described in more detail in Section 3.16.1 below.

<u>Gateway Terminals</u>:   There will be four gateway terminals in each regional service area of the VIRGO™ system, each equipped with two large tracking antennas.  These gateway terminals will act as the "hub" facilities for the user terminal links, and will connect the user terminals to the terrestrial communications infrastructure within the respective service areas.  In addition any required links between two or more user terminals will connect through a gateway terminal.  The gateway terminals also generate and transmit control information destined for the user terminals to assist in user terminal tracking and in the application of uplink power control by the user terminals.  The gateway terminals are connected by terrestrial links to the Regional Network Control Center ("RNCC") and the primary Spacecraft Operations Control Center ("SOCC").

The gateway terminals are described in more detail in Section 3.16.2 below.

- 12 -

FF 01071

Regional Network Control Centers ("RNCC"):     There will be three Regional Network Control Centers ("RNCCs"). Each RNCC manages the entire satellite resources available to the region by assigning capacity to user terminals upon request, and collecting system usage data for billing purposes.

The RNCCs are described in more detail in Section 3.16.3 below.

Spacecraft Operations Control Center ("SOCC") and TT&C Earth Stations:     There will be a single primary Spacecraft Operations Control Center ("SOCC") in the VIRGO™ system plus a back-up facility. The SOCC will be connected by land-lines to regional TT&C earth stations located in the regional service areas. The SOCC will perform all spacecraft control and monitoring functions for the entire VIRGO™ constellation.

The SOCC and associated TT&C earth stations are described in more detail in Section 3.16.4 below.

## 3.2  VIRGO™ CONSTELLATION

The VIRGO™ Constellation uses a carefully synchronized array of fifteen satellites in individual elliptical orbits to form three ground tracks of five satellites each.[4] The orbits are constructed to place satellite operating arcs ("active arcs") over important market areas in the Northern and Southern hemispheres. These active arcs are well displaced to the north and south of the GSO arc. Orbital parameters have been further selected for good constellation efficiency and desirable path characteristics.

---

[4]     Note that VIRGO™ orbits are arranged to form common ground tracks with unique orbits, whereas conventional constellations of satellites (such as Walker Constellations) are arranged to form common orbits using unique ground tracks.

FF 01072

Each satellite flies in a highly elliptical orbit whose apogee is placed either at the northernmost or southernmost extent of satellite travel. Satellites require an eight hour orbital period to complete one revolution, of which 4 hours and 48 minutes are spent on an active arc whose sub-satellite point is 45 degrees or more in latitude from the equator. After departing one active arc, each satellite passes quickly toward and through perigee in the opposite hemisphere to return to its next active arc on its ground track (being the next one to the west). Table 3.2-1 presents the orbital parameters of the 15 active satellites and three spares in the VIRGO™ System. Figure 3.2-1 illustrates the ground tracks, highlighting the active arcs.

### Table 3.2-1: VIRGO™ Orbital Characteristics

| | Aurora I™ Sats n=1-5 | Aurora II™ Sats n=1-5 | Australis™ Sats n=1-5 | Spare Satellites |
|---|---|---|---|---|
| Semimajor Axis | 20281 | 20281 | 20281 | 7285 |
| Eccentricity | 0.66 | 0.66 | 0.66 | 0.05346 |
| Inclination | 63.435 | 63.435 | 63.435 | 63.435 |
| Right Ascension of the Ascending Node | 341.5 53.5 125.5 197.5 269.5 | 255.3 327.3 39.3 111.3 183.3 | 52.2 124.5 196.5 268.5 340.5 | 0 180 30 |
| Argument of Perigee | 270 270 270 270 270 | 270 270 270 270 270 | 90 90 90 90 90 | 270 270 90 |
| Mean Anomaly | 0 144 288 72 216 | 108.2 252.2 36.2 182.2 324.2 | 0 144 288 72 216 | 0 0 0 |

- 14 -

FF 01073

The apogee of VIRGO™ satellites, at 27,300 kilometers, is around three-quarters of the altitude of geostationary satellites. This lower apogee results in less propagation delay than encountered with GSO satellite service or when using satellites in Molnya or higher orbits, and yields excellent coverage of northern and southern service areas. The VIRGO™ System offers pole-to-pole Earth coverage of all populated landmass areas. It is optimized to offer its highest elevation angles over primary markets around the world, while devoting less coverage resource to ocean areas.

The angular separation between VIRGO™ satellites in the active VIRGO™ arc and the GSO orbit always exceeds 45 degrees regardless of location on the Earth. This ensures at least 40 degrees of separation from GSO satellites operating in up to 5 degree inclined orbits. The lowest angular separation occurs for stations to the far north or far south, such as for those in Alaska. Stations within the continental United States operate with angular separations to the GSO arc exceeding 50 degrees. The VIRGO™ system will apply design and operating limits to ensure that no VIRGO™ link operates with less than 40 degrees of separation from the GSO arc, even in anomalous circumstances (a margin of 5 degrees). As a consequence, as described in further detail in Section 3.13.1, VIRGO™ satellites and ground stations generate significantly less interference toward geostationary systems than the provisional limits already under consideration by the international satellite community.

FF 01074



**Figure 3.2-1:  VIRGO™ Satellite Ground Tracks**

VIRGO™ creates six active arcs over the northern hemisphere and three over the southern.  Each active arc covers 45 degrees of longitude in the positions noted in Table 3.2-2. More active arcs are deployed in the northern hemisphere than in the southern hemisphere due to the greater land area in the northern hemisphere than in the southern.  The Northern (Aurora™) and Southern (Australis™) service areas join without gap in the equatorial region, completing global coverage.

FF 01075

**Table 3.2-2: Locations of the VIRGO™ Active Arcs**
**(Sub-satellite Longitudes in ° East)**

| Aurora I™<br>Northern Hemisphere | Aurora II™<br>Northern Hemisphere | Australis™<br>Southern Hemisphere |
|---|---|---|
| 8 – 153<br>Europe | 78 – 123<br>India – China | 19 – 64<br>Africa |
| 128 – 173<br>Japan | 198 – 243<br>Alaska-Hawaii | 139 – 184<br>Australia-NZ |
| 248 – 293<br>CONUS | 318 – 3<br>N. Atlantic | 259 – 304<br>South America |

The VIRGO™ System also flies one spare satellite per ground track in a sparing orbit designed to make the satellite available to any of the five orbital planes involved with each ground track. The orbital parameters for the spare satellites are given in Table 3.2-1 above

## 3.3   SYSTEM COVERAGE

The VIRGO™ Constellation ensures visibility from the Earth's surface to an active VIRGO™ satellites 100 percent of the time over the entire Earth pole-to-pole. However, VIRGO™ inherently provides service to land-based fixed terminals. Therefore the VIRGO™ constellation design has been further optimized to provide improved visibility performance, or visibility preference, to all the major continental land masses and important island areas of the Earth, as described and illustrated in Section 3.2 above.

Elevation angles to VIRGO™ satellites always exceed 42 degrees within the Continental United States and Alaska, while always exceeding 30 degrees from the Virgin Islands and Puerto Rico, and 35 degrees from Hawaii.

- 17 -

FF 01076

VIRGO™ exceeds the Commission's requirement for satellite visibilities in all relevant areas of the Earth. However, note that it is not Virtual Geo's intent to provide VIRGO™ service over the entire Earth's surface, but rather to important populated land masses, where VIRGO™ has optimized its performance. The global worst case minimum elevation angle on any significant populated land mass anywhere on the Earth falls to approximately 10 degrees once per 5 hours, and this occurs for less than 0.1% of the Earth's land areas. Minimum elevation angles are below 20 degrees for only 10% of significant populated landmasses and less than 30 degrees for 50% of the areas. However, it should be noted that these areas of low elevation angles are restricted to peripheries of the service areas where the requirement for service is likely to be small, and where the use of lower elevation angles is unlikely to present a problem.

Angular separations between VIRGO™'s active service arc and the geostationary arc from VIRGO™ ground stations average almost 50 degrees and, as stated, always exceed 40 degrees.

VIRGO™ satellites implement two kinds of service over their service areas: single beam and multi-beam. Single beam service supports high data rate user-specific traffic, while multi-beam handles traffic destined simultaneously to many geographically dispersed users within a service area.

The VIRGO™ satellites create user and gateway antenna beams using actively steered phased array antennas so designed and operated as to maintain a given beam on a service area at all times during the satellite's transit of its active arc. This minimizes any requirement for service handoffs from beam to beam, offers a more stable link to the user, and results in greater satellite and link operating efficiencies. Individual beams have a nominal 2.25 degree

- 18 -                         FF 01077

beamwidth and 38 dBi of peak gain on boresight. Each beam can be steered independently of any other, although in general practice a cluster of beams corresponding to a service area will be steered together in a coordinated fashion. In addition, individual beams can be time-shared over several beam positions to serve larger, lower traffic density areas.

Since all user and feeder link antenna beams are steered in real time toward active markets and users, and may be time-shared among several markets, and will vary in steering as activity varies in real time, it is infeasible to define fixed beam contours.

Multi-beam service uses several individual beams to in effect synthesize a regional or subregional beam. The VIRGO™ System uses real time phase and amplitude control in the feed of a multi-beam signal to multiple beams to continually adjust the resulting beam to cover the relevant market area while minimizing signal directed out-of-area.

Figures 3.3-1 through 3.3-5 present some examples of single beam contour plots for beams directed to the south central United States, New England, Hawaii, and Alaska from the middle of the relevant service arc. Specific beam footprint contour positions for a given target will vary over time as the satellite moves through its arc and as the beam is steered to serve its user community best. In all cases, however, the satellites when active, will occupy a position in space separated from the geostationary arc by at least 40 degrees, thereby protecting GSO satellite services as described later below. TT&C contours are not provided, as the beams are omnidirectional.

FF 01078

**Figure 3.3-1:  Single Beam Service to South Central United States**



**Figure 3.3-2:  Single Beam Service to Northeastern United States**



FF 01079

**Figure 3.3-3:  Single Beam Service to the Northwest United States**



Peak Gain: 38 dBi
RHC and LHC

**Figure 3.3-4:  Single Beam Service to Alaska**



Peak Gain: 38 dBi
RHC and LHC

FF 01080

**Figure 3.3-5:  Single Beam Service to Hawaii**



Peak Gain: 38 dBi
RHC and LHC

## 3.4  FREQUENCY AND POLARIZATION PLANS

This application responds to the Commission's Public Notice regarding NGSO FSS

systems in the 12.75-13.25 GHz, 13.75-14.5 GHz, 17.3-17.8 GHz and 10.7-12.7 GHz frequency

bands.[5] The proposed VIRGO™ system will utilize all these available frequency ranges with the

exception of the 13.75 – 13.8 GHz band.  In addition, the VIRGO™ system proposes to make

use of C-band frequency bands, as detailed below, which are already allocated under the

International Telecommunication Union Table of Frequency Allocations to Fixed Satellite-

Service ("FSS").

---

[5]    FCC Public Notice Report No. SPB-141 (dated November 2, 1998), "Cut-off Established for Additional
       Applications and Letters of Intent in the 12.75-13.25 GHz, 13.75-14.5 GHz, 17.3-17.8 GHz and 10.7-12.7
       GHz Frequency Bands."

FF 01081

As Virtual Geo explains elsewhere in this Application, it recognizes that the results of ongoing domestic[6] and international[7] regulatory processes may be that some of the frequency bands sought for VIRGO™ are not available to Virtual Geo for the use proposed here. In this event, Virtual Geo will have an opportunity to amend its application to conform to the final frequency band usage scheme.[8]

### 3.4.1   FCC and ITU Allocations

#### 3.4.1.1       Ku–Band Frequencies

The VIRGO™ system proposes to utilize the 12.75–13.25 GHz (Earth-to-space), 13.8-14.5 GHz (Earth-to-space), 17.3–17.8 GHz (Earth-to-space) and the 10.7–12.7 GHz (space-to-Earth) bands.

In the U.S., incumbent users of the 12.75–13.25 GHz band are the Fixed Service ("FS"), the FSS (Earth–to-space), the Mobile Service ("MS"), and Space Research (deep space), on a co-primary basis. Internationally, the band is allocated to FS, FSS (Earth–to-space) and MS, except for aeronautical mobile, on a primary basis. It is also allocated to Space Research (deep space) (space-to-Earth) on a secondary basis.

In the U.S., incumbent users of the 13.8–14.0 GHz band are the FSS (Earth-to-space), Government Radiolocation and Space Research on a co-primary basis. In addition the Standard Frequency and Time Signal Satellite operates on a secondary basis. Internationally this band is allocated to FSS (Earth-to-space) and Radiolocation on a primary basis and to Standard Frequency and Time Signal-Satellite and Space Research on a secondary basis.

---

[6]   *See Ku-Band NPRM, supra, FCC 98-310, slip op.*
[7]   ITU-R Joint Task Group 4-9-11 and other related activities leading up to WRC-2000.
[8]   *See infra* at Sections 1, 11.

FF 01082

In the U.S., the incumbent primary user of the 14.0–14.5 GHz band is the FSS (Earth-to-space).  In addition there are secondary allocations in various parts of the band that include Radionavigation, Land Mobile Satellite (Earth-to-space), Space Research, MS and Radio Astronomy.  Internationally, the 14.0–14.3 GHz band is allocated to FSS (Earth-to-space) and Radionavigation on a primary basis and on a secondary basis to Mobile-Satellite and Space Research.  The 14.3–14.4 GHz band is allocated on a primary basis to the FSS (Earth-to-space) in all three ITU Regions.  In addition, in Regions 1 and 3, the MS and FS also have allocations on a primary basis.  In all three Regions, there are secondary allocations to the Mobile-Satellite Service ("MSS") (Earth-to-space) and the Radionavigation-Satellite Service in this band.  In the 14.4–14.5 GHz band, the primary allocations in all three ITU regions include FS, FSS (Earth-to-space) and MS, except aeronautical mobile.  There are secondary allocations to the MSS (Earth-to-space), Space Research (space-to-Earth), and Radio Astronomy in portions of this band.

In the U.S., the incumbent users of the 17.3–17.7 GHz band are the FSS (Earth-to-space) on a primary basis, and Government Radiolocation on a secondary basis.  In the 17.7–17.8 GHz band, the U.S. incumbent users are the FS, FSS (Earth-to-space), MS ,and FSS (space-to-Earth).  Internationally, the 17.3–17.7 GHz band is allocated to the FSS (Earth-to-space) on a primary basis in all three Regions.  In addition, in Region 2, the band is allocated to the BSS.  The 17.7–17.8 GHz band is allocated to the FS and FSS (space-to-Earth) (Earth-to-space) in all three regions on a primary basis.  In addition, in Region 2, the band is allocated to the BSS on a primary basis, and in Regions 1 and 3 to the MS on a primary basis.  In Region 2, the band is allocated to the MS on a secondary basis.

In the U.S., the incumbent users of the 10.7–11.7 GHz band are the FS and FSS (space-to-Earth).  Internationally, the band is allocated to the FS, MS (except aeronautical mobile), and

FF 01083

FSS (space-to-Earth). In addition in Region 1, the FSS allocation is also in the Earth-to-space direction. In the U.S., the incumbent users of the 11.7–12.2 GHz band are the FSS on a primary basis and the MS (except for aeronautical mobile) on a secondary basis. Internationally, the Region 2 allocation in the 11.7–12.1 GHz band is allocated to the FS and FSS (space-to-Earth) on a primary basis and MS, except for aeronautical mobile, on a secondary basis, while the 12.1–12.2 GHz band is allocated to the FSS (space-to-Earth). In Regions 1 and 3, the 11.7–12.2 GHz band is allocated to the FS, Broadcasting and BSS. In Region 3 the band is also allocated to the MS (except for aeronautical mobile) on a primary basis, while in Region 2 the MS is on a secondary basis. In the U.S., the incumbent users of the 12.2-12.7 GHz band are the BSS and FS. Internationally in Region 2 the band is allocated to FS, MS (except for aeronautical mobile), Broadcasting and BSS. In Region 1, the 12.2–12.5 GHz band is allocated to the FS, Broadcasting and BSS on primary basis and to MS, except for aeronautical mobile, on a secondary basis, while the 12.5–12.7 GHz portion of the band is allocated to the FSS (space-to-Earth) (Earth-to-space). In Region 3, the 12.2–12.5 GHz band is allocated to the FS, MS (except for aeronautical mobile), and Broadcasting, while the 12.5 – 12.7 GHz portion is allocated to FS, FSS (space-to-Earth), MS (except for aeronautical mobile), and BSS. At WRC-97, an additional primary allocation was made for NGSO FSS (space-to-Earth) systems in the 11.7–12.5 GHz band in Region 1, the 12.2–12.7 GHz band in Region 2, and the 11.7-12.2 GHz band in Region Three.

All of the Ku-band frequencies proposed for use by the VIRGO™ system were discussed at WRC-97 for NGSO FSS use. For all the bands except for the 17.3–17.8 GHz band for Region 2, provisional apfd or epfd limits were adopted. These provisional limits, as well as arrangements for possible NGSO FSS use of the 17.3-17.8 GHz band in Region 2, are the

FF 01084

subjects of studies being conducted in the ITU by ITU-R Joint Task Group 4-9-11, which is to develop a technical report for WRC-2000 on the provisional apfd and epfd limits adopted at WRC-97. Moreover all of the bands discussed are the subject of the FCC's recently-initiated *Ku-Band* rulemaking proceeding in ET Docket No. 98-206.

### 3.4.1.2    C-Band Frequencies

The VIRGO™ system proposes to utilize the 5925–6725 MHz (Earth-to-space) and 3700–4200 MHz (space-to-Earth) bands.

In the U.S., the 5925–6425 MHz and the 6525-6725 MHz bands are allocated to the FS and FSS (Earth-to-space) on a co-primary basis, while the 6425-6525 MHz band is allocated to the FSS (Earth-to-space) and the MS. Internationally, in all three ITU Regions, the proposed band is allocated to FS, FSS (Earth-to-space) and MS, in addition, the 6700-6725 MHz band is also allocated to the FSS (space-to-Earth).

In the U.S., the 3700–4200 MHz band is allocated to FS and FSS (space-to-Earth) on a co-primary basis. Internationally, in Regions 2 and 3 this band is allocated to FS, FSS (space-to-Earth) and Mobile Service (MS), except for aeronautical mobile, on a primary basis. In Region 1, this band is allocated to the FS and FSS on a co-primary basis and to MS on a secondary basis.

NGSO FSS systems can utilize this band under the FSS allocation, and in accordance with Radio Regulation S22.2 of the ITU Radio Regulations.

### 3.4.2  VIRGO™ System Band Plan

The VIRGO™ satellites effectively provide flexible communications paths between user terminals and gateway terminals. The user terminals are located in at least 28 full time or a

FF 01085

larger number of time-shared (time division multiplexed) spot beams throughout each service area. The four gateway terminals are each located within individual gateway spot beams in each service area, as described in Section 3.3 above. This arrangement allows differentiation between the spectrum used for user terminals ("User Terminal Frequency Bands") and that used for gateway terminals ("Gateway Terminal Frequency Bands"), as described in Sections 3.4.2.1 and 3.4.2.2 below, respectively.

The overall frequency bands used by the VIRGO™ system are summarized in Table 3.4.2-1 below.

### Table 3.4.2-1: VIRGO™ Frequency Band Plan

| | User Terminal Frequency Bands | | Gateway Terminal Frequency Bands | |
|---|---|---|---|---|
| | Uplink | Downlink | Uplink | Downlink |
| Frequency Bands | 14.0-14.5 GHz | 11.2-12.7 GHz | 5.925-6.725 GHz 12.75-13.25 GHz 13.8-14.0 GHz 17.3-17.8 GHz | 10.7-11.2 GHz 3.7-4.2 GHz |
| Total Bandwidth | 500 MHz | 1,500 MHz | 2,000 MHz | 1,000 MHz |

### 3.4.2.1     User Terminal Frequency Bands

The VIRGO™ user terminal uplinks will utilize the 14.0-14.5 GHz Ku-band spectrum in both senses of circular polarization, creating an overall usable uplink spectrum of 1,000 MHz. Each user terminal uplink beam will be allocated one quarter of this (i.e., 250 MHz in a single polarization) and the overall service area will be covered with an array of potential beams operating in a 1-in-4 frequency re-use pattern, as shown in part in Figure 3.4.2.1-1. With this arrangement no two adjacent beams operate on the same frequency and polarization, and the

instances where the same frequency and same polarization are used occurs only when the beams are spaced sufficiently far apart to allow full frequency/polarization re-use.

**Figure 3.4.2.1-1:    Example of 1-in-4 Frequency Re-Use Pattern for User Beams**



The user terminal downlinks will operate in the 11.2-12.7 GHz Ku-band spectrum, also in both senses of circular polarization, creating an overall usable downlink spectrum of 3,000 MHz. As for the user terminal uplink, one quarter of this spectrum (i.e., 750 MHz in a single polarization) will be allocated to each user terminal downlink beam, with a similar 1-in-4 frequency re-use pattern.

The asymmetry between uplink and downlink user spectrum is deliberate.  The foreseen VIRGO™ services will consist of a broad array of multi-media two-way digital applications, and the expected aggregate traffic within a user beam from users to gateways (i.e., "inbound" traffic) is expected to be approximately one third of the aggregate traffic from the gateways to users (i.e., "outbound" traffic).

**3.4.2.2        Gateway Terminal Frequency Bands**

Within each service area the four VIRGO™ gateway terminals will interconnect the traffic from all the user terminals operating in the 28 equivalent user beams.  The aggregate

FF 01087

bandwidth capability of the gateway beams within a service area is equal to the aggregate bandwidth capability of all the user beams within each service area, because of the bent-pipe transponder arrangement of the VIRGO™ system. To achieve this without resorting to an unacceptably large number of gateways per service area, the VIRGO™ system needs to use all available gateway spectrum.

For the VIRGO™ gateway terminal uplinks the following frequency bands will be used: 12.75-13.25 GHz (500 MHz), 13.8-14.0 GHz (200 MHz), 17.3-17.8 GHz (500 MHz) and 5.925-6.725 GHz (800 MHz). The aggregate amount of spectrum in these four distinct gateway frequency bands, after allowing for the use of both senses of circular polarization, is 4,000 MHz. Of this total gateway uplink spectrum, 250 MHz is connected to downlink throughout the entire VIRGO™ service area, which is effectively in all of the user downlink beams. Of the remaining spectrum 3,500 MHz is used to connect from each uplink gateway beam to seven separate user downlink beams. The total of 28 equivalent fully occupied user downlink beams is served by the use of the four gateway uplink beams, each serving seven user beams.

The gateway terminal downlinks will operate in the following frequency bands: 10.7-11.2 GHz (500 MHz) and 3.7-4.2 GHz (500 MHz). Accounting for the use of dual circular polarization this amounts to a total of 2,000 MHz of gateway downlink spectrum. Each gateway downlink beam is therefore capable of providing inbound links for up to eight user beams, each of which supports 250 MHz on its uplink. As for the gateway uplinks, the total of 28 equivalent user uplink beams is served by the use of the four gateway downlink beams, each serving up to eight equivalent user beams.

FF 01088

### 3.4.2.3     Channelization Plan

The VIRGO™ satellites use active phased array satellite transmit antennas (see Section 3.14) in which the power amplifiers are effectively distributed over the radiating elements of the array.  There are no single high power amplifiers which are used for dedicated portions of the frequency spectrum, such as a TWTA (traveling wave tube amplifier) in a transponder of a conventional satellite.  Instead, all of the distributed solid state power amplifiers operate wide-band, with each providing a small fraction of the overall RF power transmitted.  As such, there is no need to channelize the frequency bands into conventional "transponder bandwidths" from the point of view of the satellite HPA constraints.

Furthermore, because of the "bent-pipe" arrangement of the payload, with connectivity provided only between gateways and user terminals (and vice versa), there is no requirement to channelize the spectrum more than is necessary to route traffic to and from the appropriate user and gateway beams.  This requirement is discussed in Sections 3.4.2.1 and 3.4.2.2 above, and this is in fact the driver for the channelization plan within the VIRGO™ satellites.

Based on this, the spectrum used by the VIRGO™ system will be channelized in the satellite payload as given in Table 3.4.2-2 below.

FF 01089

**Table 3.4.2-2:      VIRGO™ System Channelization Plan**

| Frequency Band | Usage in VIRGO™ System | Channelization Scheme |
|---|---|---|
| 14.0-14.5 GHz | User Terminal Uplinks | Two channels of 250 MHz bandwidth in each of two orthogonal polarizations. |
| 11.2-12.7 GHz | User Terminal Downlinks | Two channels of 750 MHz bandwidth in each of two orthogonal polarizations. Each 750 MHz channel is subdivided into a 250 MHz sub-channel that is used for "multi-beam" downlinks and a 500 MHz sub-channel that is used for "single-beam" downlinks. |
| 12.75-13.25 GHz | Gateway Terminal Uplinks | Two channels of 250 MHz bandwidth in each of two orthogonal polarizations. |
| 13.8-14.0 GHz | Gateway Terminal Uplinks | One channel of 200 MHz bandwidth in each of two orthogonal polarizations. (See Note 1) |
| 17.3-17.8 GHz | Gateway Terminal Uplinks | Two channels of 250 MHz bandwidth in each of two orthogonal polarizations. |
| 5.925-6.725 GHz | Gateway Terminal Uplinks | Three channels of 250 MHz bandwidth plus one channel of 50 MHz bandwidth in each of two orthogonal polarizations. (see Note 1) |
| 10.7-11.2 GHz | Gateway Terminal Downlinks | Two channels of 250 MHz bandwidth in each of two orthogonal polarizations. |
| 3.7-4.2 GHz | Gateway Terminal Downlinks | Two channels of 250 MHz bandwidth in each of two orthogonal polarizations. |

Note 1: The gateway uplink channels of 200 MHz and 50 MHz are combined in the satellite payload to form one user downlink channel of 250 MHz

### 3.4.2.4      Order Wire Control Channels

Some of the communications capacity between the gateways and the user terminals will be set aside for order wire control channels. Current estimates suggest that an allocation of five megabits per second per user beam in both the outbound and inbound directions is appropriate, but further system development may result in changes to these allocations.

The outbound order wire control channel will consist of a TDM (Time Division Multiplex) signal containing control data destined for all the user terminals within a user beam,

FF 01090

with individual headers preceding each control message to identify the individual user terminal to which the control message applies.

The inbound order wire control channel will use an FDMA (Frequency Division Multiple Access) scheme with each user terminal transmitting short data messages, when necessary, each modulated on its own RF carrier. The access protocol in this control channel will be a derivative of the ALOHA technique currently used by the inbound links of many VSAT networks.

The order wire channel will be used to carry network management information only, including the following:

- Requests by user terminals for satellite capacity. These requests will indicate the quantity and type of capacity required;

- Response by the RNCC/gateway to user terminal requests for capacity, indicating the availability of such capacity, and the frequency assigned for the transmission;

- Control information from the gateway to the user terminal for the implementation of uplink power control;

- Transmissions from the user terminals to the RNCC/gateway reporting on the health status of the user terminal equipment;

- Commands from the RNCC/gateway to the individual user terminals in the event that it is necessary to cease a particular uplink transmission;

- Transmission from the SOCC/RNCC/gateway of the latest VIRGO™ constellation ephemeris data.

The order wire control channels will operate with transmit power spectral densities that do not exceed those of the communications traffic channels, and as such do not cause any additional interference. These order wire control links are made more robust by the use of a

- 32 -

FF 01091

higher level of FEC coding (1/3 rate FEC) than is used on the communications traffic channels, as the reduction in spectral efficiency for these relatively narrowband channels is not a problem. The exact frequencies to be used for these order wire control channels have not yet been determined, and will be decided only as a result of the more detailed studies that are underway. From an interference point of view, these order wire control channels are the same as the communications traffic channels so there is no need to distinguish them for the purpose of this application.

### 3.4.2.5    Beacons

On-board generated downlink beacons are used to ensure optimum tracking of the active VIRGO™ satellites by the user and gateway earth stations, and for uplink power control. The beacons consist of narrow-band (1 kHz occupied bandwidth) carriers modulated with pseudo-random noise bit sequences for signal spreading purposes.

The beacons must be located within the user terminal downlink spectrum in order to minimize the cost of the beacon receiver functions in the user terminals. Gateways will also use these same downlink beacons through the use of special beacon receivers even though the beacons operate within the user terminal downlink frequency band. Four such beacons are provided with opposite circular polarizations and in different halves of the user downlink frequency band in order to minimize cost impact to user terminals. These beacons are currently planned to be implemented at the extreme ends of the user terminal downlink frequency band as follows:

Beacons 1 & 2:     Center frequency 11.2001 GHz in LHC and RHC polarizations

Beacons 3 & 4:     Center frequency 12.6999 GHz in LHC and RHC polarizations

FF 01092

All VIRGO™ satellites will operate with beacons transmitting at the same frequencies as those given above. The angular spacing between the sequential VIRGO™ satellites in the same orbit plane will be used to distinguish between the "rising" and "setting" satellites.

The exact frequencies of these beacons may be changed as a result of coordination with other users of the spectrum. Further details of these beacons are given in Sections 3.6.3 and 3.8.8 below.

### 3.4.2.6    TT&C Links

Telemetry, Tracking and Command ("TT&C") functions will be performed at C-band for the launch and early operations phase ("LEOP"), normal on-station mode, and emergency mode, using frequency assignments (± 1 MHz) at the edges of the conventional C-band frequency ranges. The preferred assignments are as follows:

Telecommand and Ranging Uplinks:      5.926 GHz and 6.424 GHz
Telemetry and Ranging Downlinks:      3.701 GHz and 4.199 GHz

The final frequency assignments for these TT&C transmissions will be determined only after coordination with all affected users of this band. As an aid to coordination with existing C-band satellites, the possibility is being investigated of prohibiting the normal-mode VIRGO™ TT&C transmissions when potential interference could occur with respect to GSO satellites, including GSO satellites with inclinations up to 5°.

### 3.4.2.7 Inter-Satellite Links

Line of sight connectivity can be achieved between the VIRGO™ satellites during the active arc of their orbits. This feature of the constellation can be exploited to allow inter-regional communications to be established without the need to "double-hop" through gateway

FF 01093

earth stations. The IF switch in the VIRGO™ satellite payload will permit certain sub-channels to and from each user and gateway beam to be routed via the ISL to the active satellites in the other service areas.

VIRGO™ will employ optical ISLs to support this requirement, eliminating coordination concerns with other systems using RF-based ISLs.

## 3.5  SYSTEM CAPACITY

The VIRGO™ system provides simultaneous service in nine regional service areas around the world. Within each of the regional service areas the system provides a total outbound (gateway-to-user) transmission bandwidth of 14.25 GHz and a total inbound (user-to-gateway) transmission bandwidth of 7 GHz. Using the proposed concatenated forward error correction ("FEC") coding schemes (½ rate inner convolutional code together with outer Reed-Solomon code), and taking account of the necessary guard bands between carriers, this bandwidth will support an aggregate bit-rate of between 10 and 12 GigaBits/s outbound and between 5 and 6 GigaBits/s inbound per service area, depending on the particular traffic types.

All the inbound traffic is from individual user beams to gateways. Of the outbound traffic, 200 MegaBits/s is used in "multi-beam" mode from a single gateway to all downlink beams of the service area (effectively configured as one large downlink beam). The remaining 9.5 to 11 GigaBits/s is connected between gateways and individual downlink spot beams.

The high system capacity is achieved by correspondingly high levels of frequency reuse, which can be summarized as follows:

- Fourteen times re-use in the user terminal uplink frequency band

- 35 -

*FF 01094*

- Fourteen times reuse in two-thirds of the user terminal downlink frequency band. Two times reuse in the remaining one-third which is used in multi-beam mode.

- Eight times reuse in both uplink and downlink gateway frequency bands.

## 3.6    SATELLITE TRANSMIT CAPABILITY

### 3.6.1    User Terminal Beams

The satellite transmit performance has been designed to provide high quality service into user terminals with antennas of equivalent apertures as small as 45 cm in diameter. Details of these user terminals is given in Section 3.16.1 below.

Due to the use of elliptical orbits, the altitude of the VIRGO™ satellite, during its active part of the orbit, varies from around 17,500 km to around 27,300 km, corresponding to a change in path loss of 3.9 dB. The transmit earth stations compensate for this change of path loss by adjusting the level of the uplink carriers so that they drive the satellites optimally during all parts of the active orbit arc. This feature is part of the uplink power control scheme which is discussed in detail in Section 3.16.1 below.

The VIRGO™ satellites use active phased array antennas. As a result, the conventional concept of separate satellite high power amplifiers ("HPAs") connected to a downlink antenna with a fixed gain is not appropriate. Instead, the satellite transmit capability can be thought of as a pooled power resource whose magnitude can be related to the aggregate power of the transmit amplifiers that make up the active antenna (see Section 3.14 for satellite capability in this respect). Similarly the gain of the satellite transmit antenna is non-constant, as the beams are reconfigured in real-time to provide optimal continuity of service to the users. This involves the constant and automatic adjustment of the individual spot beams as the satellite passes through the

- 36 -

FF 01095

active part of its orbit, so as to achieve near constant beam shapes on the surface of the Earth at all times.

The use of an active phased array antenna on the satellites also causes another departure from the conventional in terms of the "transponder" bandwidths. There are in fact no such "transponders" on the VIRGO™ satellites; instead the available satellite transmit capability can be used anywhere across the overall user downlink frequency band. The satellite power, bandwidth and beam resources are in fact managed by the gateway terminals (augmented by the TT&C station for changes in the on-board channelization and connectivity) by means of setting the amplitude and frequency of the gateway uplink carriers.

With all the above considerations in mind, the maximum satellite transmit performance can best be defined in terms of the PFD (spectral density) produced at the surface of the Earth at the peak of the downlink beams and at any part of the active service arc. The performance of the VIRGO™ user downlink beams in this respect is as follows:

<u>11.2-12.7 GHz:</u>

Maximum PFD at the Earth's surface will not exceed -151.0 dBW/m$^2$/4kHz.

### 3.6.2    Gateway Terminal Beams

The VIRGO™ satellite gateway terminal beams are similarly generated by active phased array antennas at both Ku and C-bands. These beams are constructed to have the same gain and pattern as the user link antenna beams described earlier, and like them, are steering actively. The satellite transmit performance in the gateway frequency bands is therefore defined as follows:

<u>10.7-11.2 GHz:</u>

Maximum PFD at the Earth's surface will not exceed -160.0 dBW/m$^2$/4kHz.

FF 01096

3.7-4.2 GHz:

Maximum PFD at the Earth's surface will not exceed -165.0 dBW/m$^2$/4kHz.

### 3.6.3   Beacon Signals

The beacon signals, which operate in the user terminal downlink bands of 11.2-12.7 GHz, will operate at 6 dB higher PFD spectral density (per-Hz) than the communications signals in order to provide greater link robustness.  However, as the bandwidth of these beacon signals is only 1 kHz, the worst case PFD, when averaged over 4 kHz, is the same as that of the user downlink communications signals in this band, and are therefore as follows:

- Maximum PFD at the Earth's surface will not exceed -151.0 dBW/m$^2$/4kHz.

Further details of the beacon signals are given in Sections 3.4.2.5 and 3.8.8.

## 3.7   SATELLITE RECEIVE CAPABILITY

### 3.7.1   User Terminal Beams

#### 3.7.1.1       Gain-to-Noise Temperature Ratio (G/T) for User Terminal Beams

The G/T performance of the user terminal receive beams is as follows:

12.75-13.25 & 13.8-14.0 GHz:

| | |
|---|---|
| Maximum (beam-peak): | +10.2 dB/K |
| Beam edge: | +7.2 dB/K |

#### 3.7.1.2       Satellite Channel Gain for User-to-Gateway Links

In a conventional system, the satellite channel gain is defined in terms of the Saturation Flux Density ("SFD").  The SFD is the power flux density at the input to the satellite receive antenna that just produces saturation of the satellite HPA.  However, the concept of SFD is not relevant to the linear broad-band communications channels of the VIRGO™ satellites.  Instead the linear gain from output of the satellite receive antenna to the input of the satellite transmit

*FF 01097*

antenna is more appropriate and is used in link budget design for this type of system.  This performance parameter can be varied in the range 110 dB to 135 dB for the overall user to gateway communications channels.

### 3.7.2   Gateway Terminal Beams

### 3.7.2.1     Gain-to-Noise Temperature Ratio (G/T) for Gateway Terminal Beams

The G/T performance of the gateway terminal receive beams is as follows:

- 12.75-13.25 & 13.8-14.0 GHz:

   Maximum (beam-peak):  +10.2 dB/K

   Beam edge:              +7.2 dB/K

- 17.3-17.8 GHz:

   Maximum (beam peak):  +9.0 dB/K

   Beam edge:            +6.0 dB/K

- 5.925-6.725 GHz:

   Maximum (beam peak):  +5.2 dB/K

   Beam edge:            +2.2 dB/K

### 3.7.2.2     Satellite Channel Gain for Gateway-to-User Links

The linear gain from output of the satellite receive antenna to the input of the satellite transmit antenna for the overall gateway to user communications channels can be varied in the range 110 dB to 135 dB.

FF 01098

## 3.8    TRANSMISSION CHARACTERISTICS

All communications traffic transmissions in the VIRGO™ system will be digital and will use Quadrature Phase Shift Keying ("QPSK") modulation. Channel coding will be used to increase the baseband performance of the communications channels.

All communications traffic transmissions in the VIRGO™ System will use FDMA/FDM, supplemented in some cases by TDMA. The bandwidth of the individual carriers will vary depending on the transmission data rate of each link. No signal spreading will be used, other than that resulting from the FEC coding employed.

### 3.8.1    Communications Transmissions Between Gateway and User Terminals

All communications transmissions between gateways and users will use concatenated forward error correction ("FEC") coding schemes (½ rate inner convolutional code together with an outer Reed-Solomon code)

### 3.8.2    Order Wire Links

The order wire links will use 1/3 rate FEC convolutional coding.

### 3.8.3    TT&C Links

VIRGO™ TT&C links will employ ½ rate convolutional forward error correction encoding with cyclic redundancy checks, together with acknowledgment of all commands and all data receipt. All TT&C links will be encrypted.

### 3.8.4    Emission Designators

All communications traffic emissions in the VIRGO™ system will be digital signals using phase shift keyed modulation. Due to the use of transparent wide-band satellite channels there are few inherent limitations on the range of carrier data rates that can be used, but typically it is expected that the a range from 64 kBits/s to 155 MBits/s will be used.

- 40 -

FF 01099

Based on this expected range of traffic types the following emission designators are provided, and these can be assumed to be required in all frequency bands proposed to be used by the VIRGO™ system.  Note that the emission designators include the occupied bandwidth which is between 1.15 and 1.4 times the data rate, depending on the channel filtering used:

90K0G7W

170KG7W

350KG7W

500KG7W

960KG7W

1M85G7W

2M45G7W

4M80G7W

9M60G7W

19M2G7W

36M0G7W

52M0G7W

180MG7W

In addition, the following emission designators are applicable to the beacon and TT&C transmissions in the VIRGO™ system:

Beacon:            1K00GXN

Telecommand:       45K0G1D

Telemetry:         45K0G1D

- 41 -

FF 01100

### 3.8.5    Transmission Channel Frequency Response and Unwanted Emissions

The channelization scheme described in Section 3.4.2.3 describes satellite transmitted bandwidths of 250 MHz, 500 MHz and 750 MHz.  The corresponding unwanted emission masks (out-of-band responses) for each of these channel bandwidths are given in Figures 3.8.5-1, 3.8.5-2 and 3.8.5-3 respectively.

The in-band frequency responses of these channels will be consistent with normal satellite and earth station equipment performance standards and sufficient to ensure that negligible distortion occurs to the range of digital transmissions to be used.  The exact specifications for these in-band frequency responses have not yet been fully defined and will be provided to the Commission in due course if required.

**Figure 3.8.5-1:**        **Unwanted Emission Mask for 250 MHz Channels**



FF 01101

**Figure 3.8.5-2:  Unwanted Emission Mask for 500 MHz Channels**



**Figure 3.8.5-3:  Unwanted Emission Mask for 750 MHz Channels**



FF 01102

- 43 -

### 3.8.6  Frequency Tolerance

The local oscillator frequency stability in the VIRGO™ satellite communications payload will determine the accuracy of the frequency conversion between uplink and downlink transmissions. This frequency conversion error shall not exceed ±5 in $10^6$ under all circumstances.

### 3.8.7  Cessation of Emissions

All carriers in the VIRGO™ satellite system, both those transmitted from gateway terminals as well as those from user terminals, will be able to be individually turned on and off through the network management functions controlled by the RNCC.

### 3.8.8  Downlink Beacon Applications

### 3.8.8.1    Earth Station Tracking

All user and gateway terminals must track the transmitting and receiving VIRGO™ satellite as it moves through the active part of its orbit. This is achieved by a combination of computer prediction (based on ephemeris data supplied on a regular basis by the RNCC/Gateway to all terminals via the order wire links) and tracking by the terminals of the downlink beacon transmitted by the VIRGO™ satellites. The EIRP spectral density (per-Hz) of the downlink beacons is approximately 6 dB higher than communications downlinks in order to provide more robust links for this important function. Further details of the frequencies, power levels and emission characteristics of these beacons are given in Sections 3.4.2.5, 3.6.3 and 3.8.4 respectively.

FF 01103

### 3.8.8.2 Uplink Power Control

Correct setting of the uplink carrier power levels of both the user and gateway terminals is essential to the correct operation of the VIRGO™ system. This issue is discussed in more detail in Sections 3.16.1 and 3.16.2 below. Measurement by the gateway terminals of the fading on the beacon downlink signal is essential to allow the gateway to distinguish between uplink and downlink fades on the inbound links, and hence to the proper implementation of uplink power control for the user terminals. It is also used to determine fading on the satellite-gateway path and hence derive uplink power control information for the gateway terminal transmissions.

## 3.9 LINK BUDGETS

All communications links in the VIRGO™ system will be digital, with the same modulation type and FEC coding. As such, the link budgets for various data rates are very similar in that they assume that the digital spectra are essentially flat. Other minor differences between the actual link budgets for different data rates are a result of slightly different channel filtering and the performance of the demodulators. There are, however, significant differences in the link budgets between the outbound (i.e., gateway-to-user) and inbound (i.e., user-to-gateway) links. Therefore, in this section there are just two types of link budget provided for each major frequency band, and these are intended to demonstrate the performance of the system for a wide range of actual data rates. The spectral densities of the signals provided in these links represents the maximum transmit powers regardless of actual link data rate.

Table 3.9-1 gives the outbound link between a 5 meter transmitting gateway terminal operating in the 12.75-13.25 GHz and 13.8-14.0 GHz bands and a minimum sized 45 cm receiving user terminal operating in the 11.2-12.7 GHz band. The actual data rate of this link is 36 MBits/s. In practice the link power levels will be constantly changing by means of uplink

- 45 -

FF 01104

power control as the satellite moves through its active orbit arc, but this link budget shows the near worst case situation when the satellite is at the maximum distance from anywhere in the service area. Three cases are shown in the columns of the link budget: the first is the clear sky case; the second includes a rain fade on the uplink which is compensated by uplink power control; the third includes a rain fade on the downlink which results in zero residual margin. Table 3.9-2 gives a similar outbound link budget but for the upper Ku-band gateway uplink frequency range (17.3-17.8 GHz). Table 3.9-3 gives the third type of outbound link budget for the gateway uplink operating in C-band (5.925-6.725 GHz).

Tables 3.9-4 and 3.9-5 give the two cases of inbound link budgets between the transmitting 45 cm user terminal and the 5 meter receiving gateway terminal, for gateway downlinks in the Ku-band (10.7-11.2 GHz) and C-band (3.7-4.2 GHz) respectively. The link data rate in this example is 2 MBits/s. Similar cases of clear sky, uplink rain fade and downlink rain fade are shown, as for the outbound links.

The link budgets shown in this section are compatible with 99.9% availability on the user links (both uplink and downlink) in all the rain regions of CONUS with the exception of the small area in the south-east which is rain region N. In this region the availability is 99.7% with the same size user terminal, or higher with a corresponding increase in user terminal size. The gateway links are all 99.99% availability for the C-band and lower Ku-band (< 14 GHz) links, provided that the gateways are not located in rain region N. In the upper Ku-band (> 17 GHz) gateway links the availability in rain region M drops to 99.97%, unless the gateway antenna size is increased.

FF 01105

Table 3.9-1:   Outbound Link Budget (14 GHz uplink)

# VIRGO Link Budget

01.Jan.99

## Gateway-to-User (14/12 GHz)

**Earth stations:  Tx (5m)  to  Rx (0.45m)**
**36000Kbps / 1/2 FEC / QPSK Modulation / Alpha = 25**

| Link Parameters | | Clear Sky | Uplink Fade | Downlink Fade |
|---|---|---|---|---|
| **Link Geometry:** | | | | |
| Tx ES Range to Satellite (max) | (km) | 31150 | 31150 | 31150 |
| Rx ES Range to Satellite (max) | (km) | 31150 | 31150 | 31150 |
| **Uplink (per carrier):** | | | | |
| Carrier Frequency | (MHz) | 14000 | 14000 | 14000 |
| Tx ES Antenna Diameter | (m) | 5.0 | 5.0 | 5.0 |
| Tx ES Power to Antenna | (W) | 6.4 | 143.3 | 6.4 |
| Tx ES PSD to Antenna - per 4 kHz | (dBW/4kHz) | -32.4 | -18.9 | -32.4 |
| Tx ES Antenna Gain (60% eff.) | (dB) | 55.1 | 55.1 | 55.1 |
| Tx ES EIRP per Carrier | (dBW) | 63.1 | 76.6 | 63.1 |
| Atmospheric and Other Losses | (dB) | 0.5 | 14.0 | 0.5 |
| Free Space Loss | (dB) | 205.2 | 205.2 | 205.2 |
| **Satellite:** | | | | |
| Total PFD at Satellite | (dBW/m2) | -98.2 | -98.2 | -98.2 |
| Satellite Rx Gain towards Tx ES (beam edge) | (dBi) | 35.0 | 35.0 | 35.0 |
| Received Signal Power | (dBW) | -107.6 | -107.6 | -107.6 |
| Satellite Receive System Noise Temperature | (K) | 600 | 600 | 600 |
| Satellite G/T towards Tx ES (beam edge) | (dBK) | 7.2 | 7.2 | 7.2 |
| Satellite Channel Gain | (dB) | 120.0 | 120.0 | 120.0 |
| Satellite Tx Power | (Watts) | 17 | 17 | 17 |
| Satellite Tx Gain towards Rx ES (beam edge) | (dBi) | 35.0 | 35.0 | 35.0 |
| Satellite Tx EIRP towards Rx ES (beam edge) | (dBW) | 47.4 | 47.4 | 47.4 |
| **Downlink (per carrier):** | | | | |
| Carrier Frequency | (MHz) | 11950 | 11950 | 11950 |
| Atmospheric and Other Losses | (dB) | 0.5 | 0.5 | 4.0 |
| Free Space Loss | (dB) | 203.9 | 203.9 | 203.9 |
| PFD at Earth's Surface (in 4 kHz) | (dBW/m$^2$ 4kHz) | -151.5 | -151.5 | -155.0 |
| Rx ES Antenna Diameter | (m) | 0.45 | 0.45 | 0.45 |
| Rx ES Antenna Gain (60% eff.) | (dB) | 32.8 | 32.8 | 32.8 |
| Rx ES G/T | (dBK) | 12.4 | 12.4 | 11.8 |
| System (LNA+Sky) Noise Temp. | (K) | 110 | 110 | 125 |
| **Total Link:** | | | | |
| Information Bit Rate (w/o coding) | (kbps) | 36,000 | 36,000 | 36,000 |
| FEC Rate | (fraction) | 1/2 | 1/2 | 1/2 |
| Modulation Type | (? PSK) | QPSK | QPSK | QPSK |
| Rx filter "alpha" factor | (%) | 25.0 | 25.0 | 25.0 |
| Carrier Noise Bandwidth | (kHz) | 45,000 | 45,000 | 45,000 |
| (C/N) - Thermal Uplink | (dB) | 16.7 | 16.7 | 16.7 |
| (C/N) - Thermal Downlink | (dB) | 7.5 | 7.5 | 3.4 |
| (C/I) - Intermodulation Noise | (dB) | 22.0 | 22.0 | 22.0 |
| (C/I) - Cross-Polar Interference | (dB) | 25.0 | 25.0 | 25.0 |
| (C/I) - Multi-Beam Effects | (dB) | 18.0 | 18.0 | 18.0 |
| (C/N+I) - Total Actual | (dB) | 6.5 | 6.5 | 3.0 |
| (Eb/No) - Total Actual | (dB) | 7.5 | 7.5 | 4.0 |
| (Eb/No) - Total Required | (dB) | 4.0 | 4.0 | 4.0 |
| Excess Margin | (dB) | 3.5 | 3.5 | 0.0 |

FF 01106

Table 3.9-2:  Outbound Link Budget (17.3-17.8 GHz uplink)

# VIRGO Link Budget

01.Jan.99

## Gateway-to-User (17/12 GHz)

**Earth stations:  Tx (5m)  to  Rx (0.45m)**
**36000Kbps / 1/2 FEC / QPSK Modulation / Alpha = 25**

| Link Parameters | | Clear Sky | Uplink Fade | Downlink Fade |
|---|---|---|---|---|
| **Link Geometry:** | | | | |
| Tx E/S Range to Satellite (max) | (km) | 31,150 | 31,150 | 31,150 |
| Rx E/S Range to Satellite (max) | (km) | 31,150 | 31,150 | 31,150 |
| **Uplink (per carrier):** | | | | |
| Carrier Frequency | (MHz) | 17,550 | 17,550 | 17,550 |
| Tx E/S Antenna Diameter | (m) | 5.0 | 5.0 | 5.0 |
| Tx E/S Power to Antenna | (W) | 6.5 | 183.2 | 6.5 |
| Tx E/S PSD to Antenna - per 4 kHz | (dBW/4kHz) | -32.4 | -17.9 | -32.4 |
| Tx E/S Antenna Gain (60% eff.) | (dB) | 57.0 | 57.0 | 57.0 |
| Tx E/S EIRP per Carrier | (dBW) | 65.2 | 79.7 | 65.2 |
| Atmospheric and Other Losses | (dB) | 0.5 | 15.0 | 0.5 |
| Free Space Loss | (dB) | 207.2 | 207.2 | 207.2 |
| **Satellite:** | | | | |
| Total PFD at Satellite | (dBW/m2) | -96.2 | -96.2 | -96.2 |
| Satellite Rx Gain towards Tx E/S (beam edge) | (dBi) | 35.0 | 35.0 | 35.0 |
| Received Signal Power | (dBW) | -107.5 | -107.5 | -107.5 |
| Satellite Receive System Noise Temperature | (K) | 800 | 800 | 800 |
| Satellite G/T towards Tx E/S (beam edge) | (dB/K) | 6.0 | 6.0 | 6.0 |
| Satellite Channel Gain | (dB) | 120.0 | 120.0 | 120.0 |
| Satellite Tx Power | (Watts) | 18 | 18 | 18 |
| Satellite Tx Gain towards Rx E/S (beam edge) | (dBi) | 35.0 | 35.0 | 35.0 |
| Satellite Tx EIRP towards Rx E/S (beam edge) | (dBW) | 47.5 | 47.5 | 47.5 |
| **Downlink (per carrier):** | | | | |
| Carrier Frequency | (MHz) | 11950 | 11950 | 11950 |
| Atmospheric and Other Losses | (dB) | 0.5 | 0.5 | 4.0 |
| Free Space Loss | (dB) | 203.9 | 203.9 | 203.9 |
| PFD at Earth's Surface (in 4 kHz) | (dBW/m²/4kHz) | -151.4 | -151.4 | -154.9 |
| Rx E/S Antenna Diameter | (m) | 0.45 | 0.45 | 0.45 |
| Rx E/S Antenna Gain (60% eff.) | (dB) | 32.8 | 32.8 | 32.8 |
| Rx E/S G/T | (dB/K) | 12.4 | 12.4 | 11.8 |
| System (LNA+Sky) Noise Temp. | (K) | 110 | 110 | 125 |
| **Total Link:** | | | | |
| Information Bit Rate (w/o coding) | (kbps) | 36,000 | 36,000 | 36,000 |
| FEC Rate | (fraction) | 1/2 | 1/2 | 1/2 |
| Modulation Type | (? PSK) | QPSK | QPSK | QPSK |
| Rx filter "alpha" factor | (%) | 25.0 | 25.0 | 25.0 |
| Carrier Noise Bandwidth | (kHz) | 45,000 | 45,000 | 45,000 |
| (C/N) - Thermal Uplink | (dB) | 15.5 | 15.5 | 15.5 |
| (C/N) - Thermal Downlink | (dB) | 7.6 | 7.6 | 3.5 |
| (C/I)  - Intermodulation Noise | (dB) | 22.0 | 22.0 | 22.0 |
| (C/I)  - Cross-Polar Interference | (dB) | 25.0 | 25.0 | 25.0 |
| (C/I)  - Multi-Beam Effects | (dB) | 18.0 | 18.0 | 18.0 |
| (C/N+I) - Total Actual | (dB) | 6.4 | 6.4 | 3.0 |
| (Eb/No) - Total Actual | (dB) | 7.4 | 7.4 | 4.0 |
| (Eb/No) - Total Required | (dB) | 4.0 | 4.0 | 4.0 |
| Excess Margin | (dB) | 3.4 | 3.4 | 0.0 |

FF 01107

Table 3.9-3:  Outbound Link Budget (5.925-6.725 GHz uplink)

# VIRGO Link Budget

01 Jan 99

## Gateway-to-User (6/12 GHz)

Earth stations:  Tx (5m)  to  Rx (0.45m)
36000Kbps / 1/2 FEC / QPSK Modulation / Alpha = 25

| Link Parameters | | Clear Sky | Uplink Fade | Downlink Fade |
|---|---|---|---|---|
| **Link Geometry:** | | | | |
| Tx E/S Range to Satellite (max) | (km) | 31,150 | 31,150 | 31,150 |
| Rx E/S Range to Satellite (max) | (km) | 31,150 | 31,150 | 31,150 |
| **Uplink (per carrier):** | | | | |
| Carrier Frequency | (MHz) | 6,325 | 6,325 | 6,325 |
| Tx E/S Antenna Diameter | (m) | 5.0 | 5.0 | 5.0 |
| Tx E/S Power to Antenna | (W) | 19.5 | 72.4 | 19.5 |
| Tx E/S PSD to Antenna - per 4 kHz | (dBW/4kHz) | -27.6 | -21.9 | -27.6 |
| Tx E/S Antenna Gain (60% eff.) | (dB) | 48.2 | 48.2 | 48.2 |
| Tx E/S EIRP per Carrier | (dBW) | 61.1 | 66.8 | 61.1 |
| Atmospheric and Other Losses | (dB) | 0.3 | 6.0 | 0.3 |
| Free Space Loss | (dB) | 198.3 | 198.3 | 198.3 |
| **Satellite:** | | | | |
| Total PFD at Satellite | (dBW/m2) | -100.1 | -100.1 | -100.1 |
| Satellite Rx Gain towards Tx E/S (beam edge) | (dBi) | 30.0 | 30.0 | 30.0 |
| Received Signal Power | (dBW) | -107.5 | -107.5 | -107.5 |
| Satellite Receive System Noise Temperature | (K) | 600 | 600 | 600 |
| Satellite G/T towards Tx E/S (beam edge) | (dB/K) | 2.2 | 2.2 | 2.2 |
| Satellite Channel Gain | (dB) | 120.0 | 120.0 | 120.0 |
| Satellite Tx Power | (Watts) | 18 | 18 | 18 |
| Satellite Tx Gain towards Rx E/S (beam edge) | (dBi) | 35.0 | 35.0 | 35.0 |
| Satellite Tx EIRP towards Rx E/S (beam edge) | (dBW) | 47.5 | 47.5 | 47.5 |
| **Downlink (per carrier):** | | | | |
| Carrier Frequency | (MHz) | 11950 | 11950 | 11950 |
| Atmospheric and Other Losses | (dB) | 0.5 | 0.5 | 4.0 |
| Free Space Loss | (dB) | 203.9 | 203.9 | 203.9 |
| PFD at Earth's Surface (in 4 kHz) | (dBW/m²/4kHz) | -151.4 | -151.4 | -154.9 |
| Rx E/S Antenna Diameter | (m) | 0.45 | 0.45 | 0.45 |
| Rx E/S Antenna Gain (60% eff.) | (dB) | 32.8 | 32.8 | 32.8 |
| Rx E/S G/T | (dB/K) | 12.4 | 12.4 | 11.8 |
| System (LNA+Sky) Noise Temp. | (K) | 110 | 110 | 125 |
| **Total Link:** | | | | |
| Information Bit Rate (w/o coding) | (kbps) | 36,000 | 36,000 | 36,000 |
| FEC Rate | (fraction) | 1/2 | 1/2 | 1/2 |
| Modulation Type | (? PSK) | QPSK | QPSK | QPSK |
| Rx filter "alpha" factor | (%) | 25.0 | 25.0 | 25.0 |
| Carrier Noise Bandwidth | (kHz) | 45,000 | 45,000 | 45,000 |
| (C/N) - Thermal Uplink | (dB) | 16.7 | 16.7 | 16.7 |
| (C/N) - Thermal Downlink | (dB) | 7.5 | 7.5 | 3.5 |
| (C/I) - Intermodulation Noise | (dB) | 22.0 | 22.0 | 22.0 |
| (C/I) - Cross-Polar Interference | (dB) | 25.0 | 25.0 | 25.0 |
| (C/I) - Multi-Beam Effects | (dB) | 18.0 | 18.0 | 18.0 |
| (C/N+I) - Total Actual | (dB) | 6.5 | 6.5 | 3.1 |
| (Eb/No) - Total Actual | (dB) | 7.5 | 7.5 | 4.0 |
| (Eb/No) - Total Required | (dB) | 4.0 | 4.0 | 4.0 |
| Excess Margin | (dB) | 3.5 | 3.5 | 0.0 |

FF 01108

Table 3.9–4:   Inbound Link Budget (10.7-11.2 GHz downlink)

# VIRGO Link Budget

01.Jan.99

## User-to-Gateway (14/11 GHz)

Earth stations:  Tx (0.45m)   to   Rx (5m)

2000Kbps / 1/2 FEC / QPSK Modulation / Alpha = 25

| Link Parameters | | Clear Sky | Uplink Fade | Downlink Fade |
|---|---|---|---|---|
| **Link Geometry:** | | | | |
| Tx E/S Range to Satellite (max) | (km) | 31,150 | 31,150 | 31,150 |
| Rx E/S Range to Satellite (max) | (km) | 31,150 | 31,150 | 31,150 |
| **Uplink (per carrier):** | | | | |
| Carrier Frequency | (MHz) | 14,250 | 14,250 | 14,250 |
| Tx E/S Antenna Diameter | (m) | 0.45 | 0.45 | 0.45 |
| Tx E/S Power to Antenna | (W) | 2.7 | 9.4 | 2.7 |
| Tx E/S PSD to Antenna - per 4 kHz | (dBW/4kHz) | -23.7 | -18.2 | -23.7 |
| Tx E/S Antenna Gain (60% eff.) | (dB) | 34.3 | 34.3 | 34.3 |
| Tx E/S EIRP per Carrier | (dBW) | 38.6 | 44.1 | 38.6 |
| Atmospheric and Other Losses | (dB) | 0.5 | 6.0 | 0.5 |
| Free Space Loss | (dB) | 205.4 | 205.4 | 205.4 |
| **Satellite:** | | | | |
| Total PFD at Satellite | (dBW/m2) | -122.8 | -122.8 | -122.8 |
| Satellite Rx Gain towards Tx E/S (beam edge) | (dBi) | 35.0 | 35.0 | 35.0 |
| Received Signal Power | (dBW) | -132.3 | -132.3 | -132.3 |
| Satellite Receive System Noise Temperature | (K) | 600 | 600 | 600 |
| Satellite G/T towards Tx E/S (beam edge) | (dB/K) | 7.2 | 7.2 | 7.2 |
| Satellite Channel Gain | (dB) | 120.0 | 120.0 | 120.0 |
| Satellite Tx Power | (Watts) | 0.058 | 0.058 | 0.058 |
| Satellite Tx Gain towards Rx E/S (beam edge) | (dBi) | 35.0 | 35.0 | 35.0 |
| Satellite Tx EIRP towards Rx E/S (beam edge) | (dBW) | 22.7 | 22.7 | 22.7 |
| **Downlink (per carrier):** | | | | |
| Carrier Frequency | (MHz) | 11,950 | 11,950 | 11,950 |
| Atmospheric and Other Losses | (dB) | 0.5 | 0.5 | 7.0 |
| Free Space Loss | (dB) | 203.9 | 203.9 | 203.9 |
| PFD at Earth's Surface (in 4 kHz) | (dBW/m$^2$/4kHz) | -163.7 | -163.7 | -170.2 |
| Rx E/S Antenna Diameter | (m) | 5.00 | 5.00 | 5.00 |
| Rx E/S Antenna Gain (60% eff.) | (dB) | 53.7 | 53.7 | 53.7 |
| Rx E/S G/T | (dB/K) | 33.3 | 33.3 | 32.7 |
| System (LNA+Sky) Noise Temp. | (K) | 110 | 110 | 125 |
| **Total Link:** | | | | |
| Information Bit Rate (w/o coding) | (kbps) | 2,000 | 2,000 | 2,000 |
| FEC Rate | (fraction) | 1/2 | 1/2 | 1/2 |
| Modulation Type | (? PSK) | QPSK | QPSK | QPSK |
| Rx filter "alpha" factor | (%) | 25.0 | 25.0 | 25.0 |
| Carrier Noise Bandwidth | (kHz) | 2,500 | 2,500 | 2,500 |
| (C/N) - Thermal Uplink | (dB) | 4.5 | 4.5 | 4.5 |
| (C/N) - Thermal Downlink | (dB) | 16.2 | 16.2 | 9.2 |
| (C/I)  - Intermodulation Noise | (dB) | 22.0 | 22.0 | 22.0 |
| (C/I)  - Cross-Polar Interference | (dB) | 25.0 | 25.0 | 25.0 |
| (C/I)  - Multi-Beam Effects | (dB) | 18.0 | 18.0 | 18.0 |
| (C/N+I) - Total Actual | (dB) | 3.9 | 3.9 | 3.0 |
| (Eb/No) - Total Actual | (dB) | 4.9 | 4.9 | 4.0 |
| (Eb/No) - Total Required | (dB) | 4.0 | 4.0 | 4.0 |
| Excess Margin | (dB) | 0.9 | 0.9 | 0.0 |

FF 01109

Table 3.9-5:   Inbound Link Budget (3.7-4.2 GHz downlink)

# VIRGO Link Budget

01.Jan.99

## User-to-Gateway (14/4 GHz)

**Earth stations:  Tx (0.45m)  to  Rx (5m)**
**2000Kbps / 1/2 FEC / QPSK Modulation / Alpha = 25**

| Link Parameters | | Clear Sky | Uplink Fade | Downlink Fade |
|---|---|---|---|---|
| **Link Geometry:** | | | | |
| Tx E/S Range to Satellite (max) | (km) | 31,150 | 31,150 | 31,150 |
| Rx E/S Range to Satellite (max) | (km) | 31,150 | 31,150 | 31,150 |
| **Uplink (per carrier):** | | | | |
| Carrier Frequency | (MHz) | 14,250 | 14,250 | 14,250 |
| Tx E/S Antenna Diameter | (m) | 0.45 | 0.45 | 0.45 |
| Tx E/S Power to Antenna | (W) | 2.7 | 9.6 | 2.7 |
| Tx E/S PSD to Antenna - per 4 kHz | (dBW/4kHz) | -23.6 | -18.1 | -23.6 |
| Tx E/S Antenna Gain (60% eff.) | (dB) | 34.3 | 34.3 | 34.3 |
| Tx E/S EIRP per Carrier | (dBW) | 38.6 | 44.1 | 38.6 |
| Atmospheric and Other Losses | (dB) | 0.5 | 6.0 | 0.5 |
| Free Space Loss | (dB) | 205.4 | 205.4 | 205.4 |
| **Satellite:** | | | | |
| Total PFD at Satellite | (dBW/m2) | -122.7 | -122.7 | -122.7 |
| Satellite Rx Gain towards Tx E/S (edge) | (dBi) | 35.0 | 35.0 | 35.0 |
| Received Signal Power | (dBW) | -132.3 | -132.3 | -132.3 |
| Satellite Receive System Noise Temperature | (K) | 600 | 600 | 600 |
| Satellite G/T towards Tx E/S (edge) | (dB/K) | 7.2 | 7.2 | 7.2 |
| Satellite Channel Gain | (dB) | 120.0 | 120.0 | 120.0 |
| Satellite Tx Power | (Watts) | 0.060 | 0.060 | 0.060 |
| Satellite Tx Gain towards Rx E/S (edge) | (dBi) | 30.0 | 30.0 | 30.0 |
| Satellite Tx EIRP towards Rx E/S (edge) | (dBW) | 17.7 | 17.7 | 17.7 |
| **Downlink (per carrier):** | | | | |
| Carrier Frequency | (MHz) | 3,950 | 3,950 | 3,950 |
| Atmospheric and Other Losses | (dB) | 0.2 | 0.2 | 3.0 |
| Free Space Loss | (dB) | 194.2 | 194.2 | 194.2 |
| PFD at Earth's Surface (in 4 kHz) | (dBW/m2/4kHz) | -168.3 | -168.3 | -171.1 |
| Rx E/S Antenna Diameter | (m) | 5.00 | 5.00 | 5.00 |
| Rx E/S Antenna Gain (60% eff.) | (dB) | 44.1 | 44.1 | 44.1 |
| Rx E/S G/T | (dB/K) | 25.1 | 25.1 | 24.1 |
| System (LNA+Sky) Noise Temp. | (K) | 80 | 80 | 100 |
| **Total Link:** | | | | |
| Information Bit Rate (w/o coding) | (kbps) | 2,000 | 2,000 | 2,000 |
| FEC Rate | (fraction) | 1/2 | 1/2 | 1/2 |
| Modulation Type | (? PSK) | QPSK | QPSK | QPSK |
| Rx filter "alpha" factor | (%) | 25.0 | 25.0 | 25.0 |
| Carrier Noise Bandwidth | (kHz) | 2,500 | 2,500 | 2,500 |
| (C/N) - Thermal Uplink | (dB) | 4.6 | 4.6 | 4.6 |
| (C/N) - Thermal Downlink | (dB) | 13.0 | 13.0 | 9.2 |
| (C/I) - Intermodulation Noise | (dB) | 22.0 | 22.0 | 22.0 |
| (C/I) - Cross-Polar Interference | (dB) | 25.0 | 25.0 | 25.0 |
| (C/I) - Multi-Beam Effects | (dB) | 18.0 | 18.0 | 18.0 |
| (C/N+I) - Total Actual | (dB) | 3.7 | 3.7 | 3.1 |
| (Eb/No) - Total Actual | (dB) | 4.7 | 4.7 | 4.0 |
| (Eb/No) - Total Required | (dB) | 4.0 | 4.0 | 4.0 |
| Excess Margin | (dB) | 0.7 | 0.7 | 0.0 |

FF 01110

Table 3.9-6:   TT&C Link Budgets

## VIRGO Link Budget
## TT&C Uplink and Downlink
**Earth stations: Tx & Rx (5m)**
**32Kbps / 1/2 FEC / QPSK Modulation / Alpha = 25**

| Link Parameters | | Lower Uplink | Upper Uplink | Lower Downlink | Upper Downlink |
|---|---|---|---|---|---|
| **Link Geometry:** | | | | | |
| Tx E/S Range to Satellite (max) | (km) | 31,150 | 31,151 | 31150 | 31150 |
| Rx E/S Range to Satellite (max) | (km) | 31,150 | 31,151 | 31150 | 31150 |
| **Uplink (per carrier):** | | | | | |
| Carrier Frequency | (MHz) | 375 | 6.424 | | |
| Tx E/S Antenna Diameter | (m) | 5.0 | 5.0 | | |
| Tx E/S Power to Antenna | (W) | 5.0 | 5.0 | | |
| Tx E/S PSD to Antenna - per 4 kHz | (dBW/4kHz) | -3.0 | -3.0 | | |
| Tx E/S PSD to Antenna - per Hz | (dBW/Hz) | -39.0 | -39.0 | | |
| Tx E/S Antenna Gain (60% eff.) | (dB) | 47.6 | 48.3 | | |
| Tx E/S EIRP per Carrier | (dBW) | 54.6 | 55.3 | | |
| Atmospheric and Other Losses | (dB) | 2.0 | 2.0 | | |
| Free Space Loss | (dB) | 197.6 | 198.5 | | |
| Spreading Loss | (dB) | 160.9 | 160.9 | | |
| **Satellite:** | | | | | |
| Total PFD at Satellite | (dBW/m2) | -108.3 | -107.6 | | |
| Satellite Rx Gain towards Tx E/S (beam edge) | (dBi) | 0.0 | 0.0 | | |
| Effective Aperture of Receive Antenna | (dB-m²) | -36.9 | -37.6 | | |
| Received Signal Power | (dBW) | -145.2 | -145.2 | | |
| Received Signal Power | (dBW) | -145.2 | -145.2 | | |
| Satellite Receive System Noise Temperature | (K) | 350 | 350 | | |
| Satellite G/T towards Tx E/S (beam edge) | (dB/K) | -25.4 | -25.4 | | |
| (C/T) Thermal Uplink | (dBW/K) | -170.6 | -170.6 | | |
| Satellite Channel Gain | (dB) | | | 1.5 | 1.5 |
| Satellite Tx Power | (Watts) | | | 0.0 | 0.0 |
| Satellite Tx Gain towards Rx E/S (beam edge) | (dBi) | | | 1.8 | 1.8 |
| Satellite Tx EIRP towards Rx E/S (beam edge) | (dBW) | | | | |
| **Downlink (per carrier):** | | | | | |
| Carrier Frequency | (MHz) | | | 3.701 | 4.199 |
| Atmospheric and Other Losses | (dB) | | | 2.0 | 2.0 |
| Free Space Loss | (dB) | | | 193.7 | 194.8 |
| Spreading Loss | (dB) | | | 160.9 | 160.9 |
| PFD at Earth's Surface (in 4 kHz) | (dBW/m²/4kHz) | | | -168.1 | -168.1 |
| Rx E/S Antenna Diameter | (m) | | | 5.00 | 5.00 |
| Rx E/S Antenna Gain (60% eff.) | (dB) | | | 43.5 | 44.6 |
| Rx E/S G/T | (dB/K) | | | 23.1 | 24.2 |
| Received Signal Power | (dBW) | | | -150.4 | -150.4 |
| System (LNA+Sky) Noise Temp. | (K) | | | 110 | 110 |
| (C/T) Thermal Downlink | (dBW/K) | | | -170.8 | -170.8 |
| **Total Link:** | | | | | |
| Information Bit Rate (w/o coding) | (kbps) | 32.0 | 32.0 | 32.0 | 32.0 |
| FEC Rate | (fraction) | 1/2 | 1/2 | 1/2 | 1/2 |
| Modulation Type | (? PSK) | QPSK | QPSK | QPSK | QPSK |
| Rx filter "alpha" factor | (%) | 25.0 | 25.0 | 25.0 | 25.0 |
| Carrier Noise Bandwidth | (kHz) | 40 | 40 | 40 | 40 |
| (C/N) - Thermal Uplink | (dB) | 12.0 | 12.0 | | |
| (C/N) - Thermal Downlink | (dB) | | | 11.8 | 11.8 |
| (C/I) - Intermodulation Noise | (dB) | 22.0 | 22.0 | 22.0 | 22.0 |
| (C/I) - Cross-Polar Interference | (dB) | 25.0 | 25.0 | 25.0 | 25.0 |
| (C/I) - Multi-Beam Effects | (dB) | 25.0 | 25.0 | 25.0 | 25.0 |
| (C/N+I) - Total Actual | (dB) | 11.2 | 11.2 | 11.0 | 11.0 |
| (Eb/No) - Total Actual | (dB) | 12.2 | 12.2 | 12.0 | 12.0 |
| (Eb/No) - Total Required | (dB) | 8.0 | 8.0 | 8.0 | 8.0 |
| Excess Margin | (dB) | 4.2 | 4.2 | 4.0 | 4.0 |

FF 01111

## 3.10  POWER FLUX DENSITY LIMITS

### 3.10.1  Downlink Communications Bands

The following Power Flux Density ("PFD") limits, applicable to the frequency bands proposed for use in the VIRGO™ System, exist in 25.208 of the Commission's Rules or in Table S21-4 of the ITU Radio Regulations, as measured at the surface of the Earth:

| | |
|---|---|
| 3.7-4.2 GHz | Between −142 and −152 dBW/m²/4kHz as a function of elevation angle; |
| 11.2-11.7 GHz: | Between −140 and -150 dBW/m²/4kHz as function of elevation angle (FCC limits only in 11.45-11.7 GHz); |
| 11.7-12.7 GHz: | Between −138 and -148 dBW/m²/4kHz as function of elevation angle (No FCC limit in the 12.2-12.7 GHz band). |

The maximum Ku-band PFD level at the surface of the Earth in the VIRGO™ system occurs in the user terminal downlink bands, with a value of -151 dBW/m²/4kHz (see Section 3.6.1 above).  In the C-band the maximum PFD level in the VIRGO™ System is −165 dBW/m²/4kHz.  These are less than even the most stringent of the relevant PFD limits existing in the FCC rules or ITU Radio Regulations so compliance with the PFD limits is assured.

### 3.10.2  TT&C PFD Limits

The VIRGO™ satellite's TT&C downlinks will operate below −160 dBW/m²/4kHz at all times.  At most times, at the higher altitudes and longer slant ranges, these downlinks will operate at PFDs at significantly lower levels, reaching −168 dBW/m²/4kHz at apogee for low elevation angles, as shown in the TT&C link budgets.  VIRGO™ will be constrained to remain always below the mandated PFD levels as cited in Section 3.10.1 above.

- 53 -

FF 01112

## 3.11  TRANSMIT-RECEIVE CONNECTIVITY

The connectivity of the uplink and downlinks of the VIRGO™ system are incidentally given in Sections 3.4.2.1, 3.4.2.2 and 3.4.2.3 above, where the frequency plans of the system are described.  All uplinks from gateway beams are connected to downlinks in user beams, and vice versa.  The only exception to this is for sub-channels originating from or destined to either user or gateway beams, which have the option of being switched through the ISL's to connect with active VIRGO™ satellites in other regions of the world (the exact configuration of the ISL-switchable channels has not yet been defined).

Although the frequency plan and beam configuration define the apportionment of spectrum to gateway and user beams, the use of active phased array satellite antennas in the VIRGO™ system means that the particular location of the uplink and downlink beams on the Earth's surface is fully flexible.  Therefore it is not, for example, possible to uniquely define which 750 MHz portions of the user downlink spectrum will be transmitted towards a particular point on the Earth's surface.

## 3.12  INTRA-SYSTEM INTERFERENCE

Intra-system interference arises within the VIRGO™ system from a variety of sources, most of which are the same as in conventional GSO satellite systems.  These GSO-like sources of intra-system interference are as follows:

- Intermodulation noise resulting from the use of multiple carriers within the operating bandwidth of the satellite channel, which although extremely linear, is not perfect in this respect.  The use of solid-state power amplifiers within the satellite active phased array antenna means that this system degrader is minimized.  The effect is also minimized by careful setting of the relative carrier power levels, which is achieved by

- 54 -

the management control of the gateways for both outbound and inbound transmissions. Allowance is made for intermodulation noise in the link budgets given in Section 3.9.

- Cross-polar interference arises from the use of orthogonal polarizations within overlapping frequency bands (in the case of the VIRGO™ system these are left-hand circular and right-hand circular polarizations). All antennas, both satellite and earth station, achieve only a finite rejection of the orthogonal polarization. In the case of the user terminal beams, only a single polarization is used within a beam, but the adjacent beams, in some cases, will be co-frequency and cross-polar. Therefore, the worst cross-polar interference will occur for the user beams at certain parts of the edges of those beams. The situation for the user beams is therefore somewhat better than for a conventional dual polarization GSO satellite system. The gateway beams, on the other hand, operate co-frequency with dual orthogonal polarizations. Allowance is made for cross-polar interference in the link budgets given in Section 3.9.

- Adjacent channel interference arises due to out-of-band emissions producing interfering signal energy within the receive bandwidth of adjacent channels. In the case of the VIRGO™ system, which uses wideband satellite channels, this effect is controlled by ensuring adequate channel filtering of the signals by the transmitting earth stations, operation of the satellite channel in a linear mode (so that spectrum re-growth is minimized) and by the use of adequate guard bands between transmissions. This effect is generally catered for by the above allowances for intermodulation and cross-polar degradation effects.

FF 01114

In addition to the above GSO-like sources of intra-system interference, the use of multiple co-frequency spot beams in the VIRGO™ system gives rise to additional effects, as follows:

- On the downlink the sidelobes of the other co-frequency co-polar downlink spot beams produce interference into the wanted downlink spot beam. On the uplink the transmissions from uplink earth stations operating in other co-frequency co-polar uplink spot beams produce interference into the sidelobes of the wanted uplink spot beam. These effects are controlled in the VIRGO™ system by ensuring the best possible sidelobe performance of both receive and transmit spot beams is achieved, together with appropriate geographic spacing of simultaneously operating co-frequency co-polar spot beams. Nevertheless, the resulting link degradation due to this effect is significant, particularly for links at the edges of the spot beams, and has been taken account of in the link budgets given in Section 3.9.

## 3.13  INTER-SYSTEM INTERFERENCE

The VIRGO™ system provides significant benefits, compared to other proposed NGSO FSS systems, in terms of its spectrum sharing capability with other services. The key differentiating factors, which derive from the novel design of the satellite constellation, are discussed and quantified in this section.

### 3.13.1    GSO FSS and BSS

The world satellite community is acutely aware of the current debate in the ITU concerning the operation of NGSO satellite systems in frequency bands used, or planned to be used, by GSO satellite systems. This keen interest in accommodating NGSO systems originated at WARC-92 and WRC-95 with U.S.-led initiatives, and culminated at WRC-97 with the

FF 01115

introduction of provisional EPFD and APFD limits into the ITU Radio Regulations that are intended to protect GSO systems against unacceptable interference from NGSO systems [9]. Since WRC97 the ITU Joint Task Group ("JTG") 4-9-11, in which the U.S. is an active participant, has been studying and debating the issues of interference between NGSO and GSO systems, and it is tasked with presenting its conclusions for consideration by WRC-2000. In the work of the JTG 4-9-11 group so far, there is a clear polarization between the "GSO" proponents and the "NGSO" proponents, with both sides expressing their concern about the provisional limits, and possible changes to these limits. The setting of these limits is clearly a crucial and difficult matter in order to avoid either allowing unacceptable interference into GSO systems, or constraining NGSO systems to the point that they are technically and economically not feasible. Conventional NGSO systems, using circular orbits, are clearly finding it difficult to reach agreement on conditions to allow co-frequency sharing with GSOs.

By contrast, the proposed VIRGO™ system uses a different approach to NGSO system design. The use of elliptical inclined orbits (see Section 3.2) with active arcs near to their apogee creates a completely different sharing environment with respect to GSO satellite systems. By careful design of the VIRGO™ satellite constellation, it has been possible to achieve a large angular separation between the active VIRGO™ satellites and the GSO orbit, which never drops below 40°. This compares with the 5° to 10° GSO orbit avoidance that other NGSO systems operating in circular orbits are proposing.

Figure 3.13.1-1 demonstrates the additional interference protection that arises from increased angular separation from the GSO orbit. The data in this diagram is based on the "25log(θ)" roll-off of the GSO and VIRGO™ earth station antenna gain characteristics, which is

---

[9]    EPFD and APFD limits are defined in S.22 of the ITU Radio Regulations.

FF 01116

typically valid out to the 48° off-axis point. The reference point in Figure 3.13.1-1 is the 10° GSO orbit avoidance situation, as proposed by some NGSO systems (others have proposed even less than 10°). Relative to this reference, the increase to 40° GSO orbit avoidance provides an additional 15 dB of interference protection. This additional protection is to the benefit of both the GSO and NGSO system operators, as it reduces the interference in both directions. This 15 dB reduction in NGSO-to-GSO interference (as well as in GSO-to-NGSO interference) effectively means that there is no interference problem between the VIRGO™ system and existing or planned GSO systems operating co-frequency and co-coverage.

**Figure 3.13.1-1:**
**Additional Interference Protection with Respect to GSO Systems Arising from Increased Angular Separation of the Active NGSO Satellite from the GSO Orbit**



An equally important advantage of the VIRGO™ system design results from the fact that no communications transmissions to or from the VIRGO™ satellites take place when a VIRGO™ satellite is closer to the GSO orbit than 40°, unlike the operating mode of the circular orbiting NGSO proposals. These other NGSO systems have to maintain transmissions to and

FF 01117

- 58 -

from other beams in their coverage area, even while passing through the GSO exclusion zone for a particular set of beams. If this were not the case their satellites would be unusable for the vast majority of their orbits, a situation made worse by the fact that their satellites would actually be unusable in parts of their orbit where they are most needed for communications traffic (equatorial and moderate latitudes). Because these other NGSO systems operate in this way they cause high levels of downlink interference from the NGSO satellite antenna sidelobes to GSO systems for short periods of time as the NGSO satellite passes through the line-of-sight between GSO satellites and their associated earth stations (the so-called "short-term" interference). There is no such interference effect from the VIRGO™ satellite system into GSO systems.

In short, the VIRGO™ system simply does not cause any in-line interference events into GSO satellite networks and therefore will easily meet the likely short-term interference criteria to be adopted by the ITU. This is particularly important as it is the short-term interference resulting from in-line interference events caused by other NGSO systems that has presented the most difficult problem to the GSO operators during the work of the JTG 4-9-11 so far.

Tables 3.13.1-1 to 3.13.1-3 give simple, yet accurate, assessments of the downlink interference from a VIRGO™ satellite into a GSO receive earth station. The analysis pessimistically assumes three simultaneously interfering VIRGO™ satellites because there may be satellites from three VIRGO™ sub-constellations visible to a GSO earth station at a time within each region, although it is very unlikely that all three satellites will be at the minimum separation angle of 40 degrees assumed here. The only situation where the number of simultaneously active and visible VIRGO™ satellites might increase to four is as follows:

FF 01118

- During the brief handover from a "setting" to a "rising" VIRGO™ satellite, which will occur for several seconds once every 4.8 hours. During this time the chances of both VIRGO™ satellites being at the minimum 40° GSO separation angle as viewed from the GSO earth station is exceedingly small. Even if such a situation were to occur it would give rise to an increase of less than 1.3 dB compared to the situation where three visible VIRGO™ satellites are assumed, which would still maintain the aggregate VIRGO™ interference levels to a very low level.

In Tables 3.13.1-1 to 3.13.1-3 the analysis starts with the maximum downlink PFD of the VIRGO™ satellite, as given in Section 3.6 above. Note that the maximum downlink PFD occurs only in the 11.2-12.7 GHz user terminal band only. In the gateway downlink bands the maximum PFD, and hence the potential interference to GSO systems, is considerably less. Then based on the minimum 40° GSO orbit avoidance angle, the gain of the GSO receive earth station antenna is calculated based on the $32-25\log(\theta)$ mask of 25.209 of the FCC rules (as well as in ITU-R Recommendation S.465-5). This gives a GSO earth station antenna gain towards the VIRGO™ satellite of less than –8.1 dBi for all frequency bands. This gain is converted to an Effective Aperture (in dB-m$^2$) using an appropriate receive frequency. The use of the Effective Aperture then allows a simple calculation of the received interfering signal power, in a 4 kHz bandwidth, from a single VIRGO™ satellite. After allowing for three simultaneously visible VIRGO™ satellites, and adjusting to a reference bandwidth of one Hz, this aggregate interfering signal power is compared to the inherent noise power of the GSO receiver. In this case we have used very optimistic assessments of the likely GSO receive system noise temperatures for the various frequency bands (i.e., 125 K at Ku-band and 80 K at C-band), which is to the benefit of the GSO system. Based on this the interference-to-noise power density ratio ($I_0/N_0$) is

FF 01119

calculated, which is also expressed as an equivalent $\Delta T/T$ degradation to the GSO receive earth station performance.

The results in Tables 3.13.1-1 to 3.13.1-3 clearly show that the effect of the VIRGO™ satellite interference is completely unnoticeable. In fact it is questionable whether $I_0/N_0$ ratios as low as those calculated could even be measured. The interfering signal power is less than one three-hundredth of the noise power due to the LNA (Low Noise Amplifier) of the GSO receive earth station, and in some cases is lower than one two-thousandth.

**Table 3.13.1-1:**    **Analysis of Worst-Case Downlink Interference from VIRGO™ Satellite Into GSO Earth Station in the 11.2-12.7 GHz Frequency Band**

| | | |
|---|---|---|
| Maximum PFD of VIRGO™ satellite in 4 kHz | -151 | dBW / m² / 4kHz |
| | | |
| GSO orbit avoidance angle | 40 | ° |
| GSO Rx Earth Station gain towards VIRGO™ satellite | -8.1 | dBi |
| Frequency | 12000 | MHz |
| Effective Aperture of GSO Rx Earth Station towards VIRGO™ satellite | -51.1 | dB-m² |
| | | |
| GSO Rx Earth Station Interfering Signal Power in 4 kHz (per VIRGO™ satellite) | -202.1 | dBW / 4kHz |
| GSO Rx Earth Station Interfering Signal Power Spectral Density (per VIRGO™ satellite) | -238.1 | dBW / Hz |
| Increase in interference due to 3 simultaneously visible VIRGO™ satellites | 4.8 | dB |
| GSO Rx Earth Station Interfering Signal Power Spectral Density (3 VIRGO™ satellites) | -233.3 | dBW / Hz |
| | | |
| GSO Rx Earth Station System Noise Temperature | 125 | K |
| GSO Rx Earth Station System Noise Power Spectral Density | -207.6 | dBW / Hz |
| | | |
| $I_0/N_0$ at GSO Rx Earth Station Input | -25.7 | dB |
| $\Delta T/T$ Degradation to GSO Rx Earth Station | 0.271% | |

FF 01120

**Table 3.13.1-2:**    Analysis of Worst-Case Downlink Interference from VIRGO™ Satellite Into GSO Earth Station in the 10.7-11.2 GHz Frequency Band

| | | |
|---|---|---|
| Maximum PFD of VIRGO™ satellite in 4 kHz | -160 | dBW / m$^2$ / 4kHz |
| | | |
| GSO orbit avoidance angle | 40 | ° |
| GSO Rx Earth Station gain towards VIRGO™ satellite | -8.1 | dBi |
| Frequency | 11000 | MHz |
| Effective Aperture of GSO Rx Earth Station towards VIRGO™ satellite | -50.3 | dB-m$^2$ |
| | | |
| GSO Rx Earth Station Interfering Signal Power in 4 kHz (per VIRGO™ satellite) | -210.3 | dBW / 4kHz |
| GSO Rx Earth Station Interfering Signal Power Spectral Density (per VIRGO™ satellite) | -246.3 | dBW / Hz |
| Increase in interference due to 3 simultaneously visible VIRGO™ satellites | 4.8 | dB |
| GSO Rx Earth Station Interfering Signal Power Spectral Density (3 VIRGO™ satellites) | -241.5 | dBW / Hz |
| | | |
| GSO Rx Earth Station System Noise Temperature | 125 | K |
| GSO Rx Earth Station System Noise Power Spectral Density | -207.6 | dBW / Hz |
| | | |
| $I_o/N_o$ at GSO Rx Earth Station Input | -33.9 | dB |
| ΔT/T Degradation to GSO Rx Earth Station | 0.041% | |

FF 01121

**Table 3.13.1-3:**    Analysis of Worst-Case Downlink Interference from VIRGO™ Satellite Into GSO Earth Station in the 3.7-4.2 GHz Frequency Band

| | | |
|---|---|---|
| Maximum PFD of VIRGO™ satellite in 4 kHz | -165 | dBW / m$^2$ / 4kHz |
| | | |
| GSO orbit avoidance angle | 40 | ° |
| GSO Rx Earth Station gain towards VIRGO™ satellite | -8.1 | dBi |
| Frequency | 4000 | MHz |
| Effective Aperture of GSO Rx Earth Station towards VIRGO™ satellite | -41.5 | dB-m$^2$ |
| | | |
| GSO Rx Earth Station Interfering Signal Power in 4 kHz | -206.5 | dBW / 4kHz |
| GSO Rx Earth Station Interfering Signal Power Spectral Density | -242.6 | dBW / Hz |
| Increase in interference due to 3 simultaneously visible VIRGO™ satellites | 4.8 | dB |
| GSO Rx Earth Station Interfering Signal Power Spectral Density (3 VIRGO™ satellites) | -237.8 | dBW / Hz |
| | | |
| GSO Rx Earth Station System Noise Temperature | 80 | K |
| GSO Rx Earth Station System Noise Power Spectral Density | -209.6 | dBW / Hz |
| | | |
| $I_0/N_0$ at GSO Rx Earth Station Input | -28.2 | dB |
| ΔT/T Degradation to GSO Rx Earth Station | 0.152% | |

It is useful to compare the Ku-band EPFD levels (according to the definitions in ITU-R S.22) of the VIRGO™ system with the provisional S.22 EPFD limits adopted at WRC97, as shown in Table 3.13.1-4. The VIRGO™ EPFD levels in this table are derived for the user terminal frequency band 11.2-12.7 GHz, where the downlink PFD levels are the greatest. The results in the gateway downlink band 10.7-11.2 GHz would be 9 dB better because of the use of lower downlink PFD for gateway beams. In this table both the long-term and short-term provisional WRC97 EPFD limits are given, together with an indication of whether these apply in the BSS or FSS allocations. The VIRGO™ EPFD levels are given for two cases of three or four VIRGO™ satellites simultaneously visible.

- 63 -

FF 01122

In Column A of Table 3.13.1-4 the case of three visible VIRGO™ satellite can be compared against the long term WRC97 limits, and the "delta"–value is also given. Note that the VIRGO™ system meets the long-term provisional EPFD limits with margins ranging from 6.3 to 19.0 dB, depending on the GSO earth station size considered. Note that more detailed analyses or simulations, taking into account the actual off-axis angle to each VIRGO™ satellite, will result in long-term EPFD levels below those indicated in Table 3.13.1-4.

In Column B of Table 3.13.1-4, the situation of four visible VIRGO™ satellites is considered, but this time for the case of very short periods of time during handover between the "setting" and the "rising" VIRGO™ satellites. In this case the resulting EPFD levels can be compared against the short term WRC97 limits. In this case the VIRGO™ system meets the short-term provisional EPFD limits with margins ranging from 13.0 to 42.8 dB, depending on the GSO earth station size considered. As noted above for the long-term case, more detailed analyses or simulations, taking into account the actual off-axis angle to each VIRGO™ satellite, will result in short-term EPFD levels below those indicated in Table 3.13.1-4.

The overall conclusions from Table 3.13.1-4, together with the analyses of Tables 3.13.1-1 to 3.13.1-3, reinforce the fact that the VIRGO™ system is an ideal spectrum sharing partner for GSO systems.

FF 01123

**Table 3.13.1-4:** Comparison of Worst-Case EPFD from VIRGO™ System in the 11.2-12.7 GHz * Frequency Band with WRC-97 Provisional EPFD Limits

| GSO Rx E/S Diameter (meters) | Service | WRC97 Provisional EPFD Limits | | | | Column A VIRGO EPFD (3 satellites) | | Column B VIRGO EPFD (4 satellites) | |
| | | Long-term | | Short-term | | | | | |
| | | EPFD | % Time | EPFD | % Time | EPFD | Δ rel. to WRC97 Long-Term Limits | EPFD | Δ rel. to WRC97 Short-Term Limits |
|---|---|---|---|---|---|---|---|---|---|
| 0.3 | BSS R1/3 | -172.3 | 99.7 | -169.3 | 100 | -183.6 | -11.3 | -182.3 | -13.0 |
| 0.45 | BSS R2 | -174.3 | 99.7 | -165.3 | 100 | -187.1 | -12.8 | -185.9 | -20.6 |
| 0.6 | FSS | -179.0 | 99.7 | -170.0 | 100 | -189.6 | -10.6 | -188.4 | -18.4 |
| 0.6 | BSS R1/3 | -183.3 | 99.7 | -170.3 | 100 | -189.6 | -6.3 | -188.4 | -18.1 |
| 0.9 | BSS R1/3 | -186.8 | 99.7 | -170.3 | 100 | -193.1 | -6.3 | -191.9 | -21.6 |
| 1 | BSS R2 | -186.3 | 99.7 | -170.3 | 100 | -194.0 | -7.7 | -192.8 | -22.5 |
| 1.2 | BSS R2 | -187.9 | 99.7 | -170.3 | 100 | -195.6 | -7.7 | -194.4 | -24.1 |
| 1.8 | BSS R2 | -191.4 | 99.7 | -170.3 | 100 | -199.2 | -7.8 | -197.9 | -27.6 |
| 3 | FSS | -186.0 | 99.97 | -170.0 | 100 | -203.6 | -17.6 | -202.3 | -32.3 |
| 10 | FSS | -195.0 | 99.97 | -170.0 | 100 | -214.0 | -19.0 | -212.8 | -42.8 |

\* Note that the results in the frequency band 10.7-11.2 GHz will be 9 dB better than those given in this table.

Tables 3.13.1.5 to 3.13.1-8 provide very conservative analyses of potential uplink interference from the transmitting VIRGO earth stations into a GSO satellite. These tables each show two analyses: one for the clear-sky condition and one for rain conditions where the uplink power control causes the maximum available increase in transmit power to overcome the rain fade. In fact the clear-sky calculation provides the most realistic assessment of the uplink interference situation because, for the rain fade condition, the interfering signal path can also be assumed to be faded by approximately the same amount as the wanted signal path in the VIRGO™ system. The interference levels shown in the rain condition could only occur if the line-of-sight from the VIRGO™ transmitting earth station to the GSO satellite was unfaded

FF 01124

while the line-of-sight to the VIRGO™ satellite was fully faded. Such a condition would be extremely rare, and if it ever existed at all would be of extremely short duration.

In Tables 3.13.1-5 to 3.13.1-8 the calculation methodology is similar to that used for the downlink (Tables 3.13.1-1 to 3.13.1-3) and described above. The transmit power spectral density values represent the maximum that will be transmitted in the VIRGO™ system, and are somewhat higher than those shown in the representative link budgets of Section 3.9 above. However there are some very conservative assumptions made in these uplink interference analyses. Firstly, the GSO satellite is assumed to be using a very high gain spot beam with 45 dBi gain (Ku-band) towards the VIRGO™ earth station, as well as having a satellite receive system noise temperature as low as 600 K (the assumed C-band GSO satellite spot beam gain is 40 dBi). Because of the use of such high gain for the GSO satellite antenna, only two co-frequency interfering VIRGO™ earth stations are taken account of (assuming that there might be near-collocated VIRGO™ earth stations, each transmitting to one of the Northern Hemisphere VIRGO™ sub-constellations. In addition the VIRGO™ transmit earth station antenna is only assumed to meet 36-25log($\theta$) off-axis gain mask at 40° off axis.

The resulting $I_0/N_0$ ratios and $\Delta T/T$ values, although somewhat higher than for the downlink interference, are still at least five times lower than the normal criteria used to initiate coordination between two GSO systems ($\Delta T/T$ of 6%). The only exception to this is in the extremely rare instance where the fading on the interfering signal path is not comparable to the wanted VIRGO™ transmission path (as explained above). Even in this unlikely case the interference is still only just over one hundredth of the inherent noise of the GSO satellite receiver.

FF 01125

It is interesting to compare the PFD at the GSO orbit, as given in Tables 3.13.1-5 to 3.13.1-7 with the provisional S.22 APFD levels that were adopted at WRC97 for the 13.8-14.5 GHz band. The provisional APFD limit in this band is $-170$ dBW/m$^2$/4kHz for 100% of the time (i.e., never to be exceeded). However, this limit is the aggregate for all co-frequency NGSO uplink transmissions from a single NGSO system. As there are 28 equivalent fully occupied uplink user beams in the VIRGO™ system operating with a 1-in-4 frequency re-use pattern, there could potentially be up to seven co-frequency, co-polar VIRGO™ uplinks within a region. In addition, there could be twice this number of co-frequency, co-polar transmitting earth stations because of the visibility of two VIRGO™ sub-constellations from large parts of a region. Therefore the aggregate PFD at the GSO orbit could be up to 11.5 dB higher than the single-terminal PFD numbers. Taking this factor into account the worst-case numbers, which are in Table 3.13.1-5, are 2.8 dB within the provisional APFD limits for this frequency band.

FF 01126

**Table 3.13.1-5:** Analysis of Worst-Case Uplink Interference from VIRGO™ Transmitting Earth Station Into GSO Satellite Receiver in the 14.0-14.5 GHz Frequency Band

|  | Clear Sky | Rain |  |
|---|---|---|---|
| Maximum PSD into VIRGO™ Earth Station Antenna in 4 kHz | -23.0 | -18.1 | dBW / 4kHz |
|  |  |  |  |
| GSO orbit avoidance angle | 40 | 40 | ° |
| VIRGO™ Tx Earth Station gain towards GSO Satellite | -4.1 | -4.1 | Dbi |
| VIRGO™ Tx Earth Station EIRP Spectral Density towards GSO Satellite in 4 kHz | -27.1 | -22.2 | dBW / 4kHz |
| PFD at the GSO Satellite in 4 kHz | -189.2 | -184.3 | dBW / m² / 4kHz |
|  |  |  |  |
| Frequency | 14250 | 14250 | MHz |
| Assumed Gain of GSO Satellite Rx towards VIRGO™ Earth Station | 45 | 45 | dBi |
| Effective Aperture of GSO Satellite Rx towards VIRGO™ Earth Station | 0.5 | 0.5 | dB-m² |
| GSO Satellite Rx Interfering Signal Power in 4 kHz | -188.7 | -183.8 | dBW / 4kHz |
| GSO Satellite Rx Interfering Signal Power Spectral Density (one VIRGO™ earth station) | -224.7 | -219.8 | dBW / Hz |
| GSO Satellite Rx Interfering Signal Power Spectral Density (two VIRGO™ earth stations) | -221.7 | -216.8 | dBW / Hz |
|  |  |  |  |
| GSO Satellite Rx System Noise Temperature | 600 | 600 | K |
| GSO Satellite Rx System Noise Power Spectral Density | -200.8 | -200.8 | dBW / Hz |
|  |  |  |  |
| $I_o/N_0$ at GSO Satellite Rx Input | -20.9 | -16.0 | dB |
| ΔT/T Degradation to GSO Satellite Rx | 0.813% | 2.513% |  |

FF 01127

**Table 3.13.1-6:**    Analysis of Worst-Case Uplink Interference from VIRGO™ Transmitting Earth Station Into GSO Satellite Receiver in the 12.75-13.25 and 13.8-14.0 GHz Frequency Bands

| | Clear Sky | Rain | |
|---|---|---|---|
| Maximum PSD into VIRGO™ Earth Station Antenna in 4 kHz | -30.0 | -18.9 | dBW / 4kHz |
| | | | |
| GSO orbit avoidance angle | 40 | 40 | ° |
| VIRGO™ Tx Earth Station gain towards GSO Satellite | -4.1 | -4.1 | dBi |
| VIRGO™ Tx Earth Station EIRP Spectral Density towards GSO Satellite in 4 kHz | -34.1 | -23.0 | dBW / 4kHz |
| PFD at the GSO Satellite in 4 kHz | -196.2 | -185.1 | dBW / m$^2$ / 4kHz |
| | | | |
| Frequency | 13500 | 13500 | MHz |
| Assumed Gain of GSO Satellite Rx towards VIRGO™ Earth Station | 45 | 45 | dBi |
| Effective Aperture of GSO Satellite Rx towards VIRGO™ Earth Station | 0.9 | 0.9 | dB-m$^2$ |
| GSO Satellite Rx Interfering Signal Power in 4 kHz | -195.2 | -184.1 | dBW / 4kHz |
| GSO Satellite Rx Interfering Signal Power Spectral Density (one VIRGO™ earth station) | -231.2 | -220.1 | dBW / Hz |
| GSO Satellite Rx Interfering Signal Power Spectral Density (two VIRGO™ earth stations) | -228.2 | -217.1 | dBW / Hz |
| | | | |
| GSO Satellite Rx System Noise Temperature | 600 | 600 | K |
| GSO Satellite Rx System Noise Power Spectral Density | -200.8 | -200.8 | dBW / Hz |
| | | | |
| $I_0/N_0$ at GSO Satellite Rx Input | -27.4 | -16.3 | dB |
| ΔT/T Degradation to GSO Satellite Rx | 0.181% | 2.329% | |

FF 01128

**Table 3.13.1-7:**    Analysis of Worst-Case Uplink Interference from VIRGO™ Transmitting Earth Station Into GSO Satellite Receiver in the 17.3-17.8 GHz Frequency Band

| | Clear Sky | Rain | |
|---|---|---|---|
| Maximum PSD into VIRGO™ Earth Station Antenna in 4 kHz | -30.0 | -18.9 | dBW / 4kHz |
| | | | |
| GSO orbit avoidance angle | 40 | 40 | ° |
| VIRGO™ Tx Earth Station gain towards GSO Satellite | -4.1 | -4.1 | dBi |
| VIRGO™ Tx Earth Station EIRP Spectral Density towards GSO Satellite in 4 kHz | -34.1 | -23.0 | dBW / 4kHz |
| PFD at the GSO Satellite in 4 kHz | -196.2 | -185.1 | dBW / m$^2$ / 4kHz |
| | | | |
| Frequency | 17550 | 17550 | MHz |
| Assumed Gain of GSO Satellite Rx towards VIRGO™ Earth Station | 45 | 45 | dBi |
| Effective Aperture of GSO Satellite Rx towards VIRGO™ Earth Station | -1.3 | -1.3 | dB-m$^2$ |
| GSO Satellite Rx Interfering Signal Power in 4 kHz | -197.5 | -186.4 | dBW / 4kHz |
| GSO Satellite Rx Interfering Signal Power Spectral Density (one VIRGO™ earth station) | -233.5 | -222.4 | dBW / Hz |
| GSO Satellite Rx Interfering Signal Power Spectral Density (two VIRGO™ earth stations) | -230.5 | -219.4 | dBW / Hz |
| | | | |
| GSO Satellite Rx System Noise Temperature | 600 | 600 | K |
| GSO Satellite Rx System Noise Power Spectral Density | -200.8 | -200.8 | dBW / Hz |
| | | | |
| $I_0/N_0$ at GSO Satellite Rx Input | -29.7 | -18.6 | dB |
| ΔT/T Degradation to GSO Satellite Rx | 0.107% | 1.378% | |

- 70 -

FF 01129

**Table 3.13.1-8:**    Analysis of Worst-Case Uplink Interference from VIRGO™ Transmitting Earth Station Into GSO Satellite Receiver in the 5.925-6.425 GHz Frequency Band

| | Clear Sky | Rain | |
|---|---|---|---|
| Maximum PSD into VIRGO™ Earth Station Antenna in 4 kHz | -25.0 | -21.8 | dBW / 4kHz |
| | | | |
| GSO orbit avoidance angle | 40 | 40 | ° |
| VIRGO™ Tx Earth Station gain towards GSO Satellite | -4.1 | -4.1 | dBi |
| VIRGO™ Tx Earth Station EIRP Spectral Density towards GSO Satellite in 4 kHz | -29.1 | -25.9 | dBW / 4kHz |
| PFD at the GSO Satellite in 4 kHz | -191.2 | -188.0 | dBW / m$^2$ / 4kHz |
| | | | |
| Frequency | 6325 | 6325 | MHz |
| Assumed Gain of GSO Satellite Rx towards VIRGO™ Earth Station | 40 | 40 | dBi |
| Effective Aperture of GSO Satellite Rx towards VIRGO™ Earth Station | 2.5 | 2.5 | dB-m$^2$ |
| GSO Satellite Rx Interfering Signal Power in 4 kHz | -188.6 | -185.4 | dBW / 4kHz |
| GSO Satellite Rx Interfering Signal Power Spectral Density (one VIRGO™ earth station) | -224.7 | -221.5 | dBW / Hz |
| GSO Satellite Rx Interfering Signal Power Spectral Density (two VIRGO™ earth stations) | -221.7 | -218.5 | dBW / Hz |
| | | | |
| GSO Satellite Rx System Noise Temperature | 600 | 600 | K |
| GSO Satellite Rx System Noise Power Spectral Density | -200.8 | -200.8 | dBW / Hz |
| | | | |
| $I_0/N_0$ at GSO Satellite Rx Input | -20.8 | -17.6 | dB |
| $\Delta T/T$ Degradation to GSO Satellite Rx | 0.824% | 1.721% | |

## 3.13.2 NGSO FSS

The VIRGO™ satellite is a virtual-geostationary system which means that the active VIRGO™ satellites always appear in the same portion of the sky as seen from the Earth. This is very different from the types of NGSO systems that are proposed to operate in circular orbits, particularly those in Low Earth Orbit ("LEO"). These LEO NGSOs must operate almost from

- 71 -

horizon to horizon, as viewed from their earth stations, in order to ensure full-time service with a manageable and affordable number of satellites in the constellation. Typically the satellites of these LEO NGSO systems can appear at some time or another anywhere in the sky down to between 5° and 10° above the horizon.

This fundamental advantage of a virtual geo system compared to a circular orbiting NGSO system gives rise to a situation where many virtual geo systems can operate co-frequency and co-coverage, without necessarily making the virtual geo systems identical to each other. In this approach, the different virtual geo systems are designed so that each one operates with its active satellites in a part of the sky separated in angle, as viewed by their earth stations, from the others. There are many possibilities to explore with this NGSO sharing approach between virtual geo systems.

In addition, it is possible to also interleave virtual geo satellites of different systems within the same orbit planes to further increase the sharing potential between them. This approach, which is similar to that proposed by the circular orbiting LEO NGSO systems, requires a coordinated design approach between the NGSO system operators in order to create homogenous systems.

Sharing between the VIRGO™ system and the proposed circular orbiting NGSO systems can be achieved by exploiting the inherent satellite diversity of these latter systems. In the same way that these systems switch between active satellites to avoid the GSO arc, they are also capable of switching active satellites to avoid alignment situations between the VIRGO™ satellites and VIRGO™ earth stations.

FF 01131

Clearly the issue of sharing between NGSO systems is a complex one, and Virtual Geo is committed to work with the Commission and other licensees to ensure that viable sharing schemes are established.

### 3.13.3 Inter-Satellite Links

Due to the extremely narrow beamwidth of optical ISL transmit and receive antennas, there should be no sharing problems associated with VIRGO™'s use of the optical ISL frequencies.

Virtual Geo is committed to working with the Commission and other optical ISL users to develop any sharing conditions that might be necessary for the implementation of the VIRGO™ optical ISLs.

### 3.13.4 Fixed Service

The orbit parameters of the VIRGO™ system, as described in Sections 3.2 and 3.3 above, have been deliberately selected to ensure that the active VIRGO™ satellite operates only at high elevation angles as viewed from the VIRGO™ earth stations. Not only does this provide excellent link quality in the VIRGO™ system, with low probabilities of signal blockage and reduced signal attenuation due to rain, it also makes the VIRGO™ system an excellent sharing partner with co-frequency terrestrial Fixed Services ("FS"). The gain of the transmitting and receiving VIRGO™ earth stations is very low in directions towards terrestrial FS transmitters and receivers and so the interference coupling, in both directions, is correspondingly reduced. This advantage is shown in Figure 3.13.4-1 where the additional FS interference protection is calculated as a function of the minimum operational elevation angle of the VIRGO™ earth stations, relative to the 5° elevation case which is the typical minimum elevation angles of some GSO and circular orbiting NGSO systems.

- 73 -

FF 01132

**Figure 3.13.4-1:**

**Interference Protection with Respect to FS Systems as a Function of the Minimum Operational Angle of Separation between the Active VIRGO™ Satellite and the GSO Arc**



Within CONUS the minimum operational angular separation between the VIRGO™ system and the GSO arc is 50°, which gives an improvement factor of 25 dB from Figure 3.13.4-1. Anywhere within US territory the minimum operational elevation angle is 45°, which gives an improvement factor of 23 dB. Even at the extremes of the VIRGO™ service area the minimum operational elevation angle will always be maintained in excess of 40°, which gives a minimum improvement factor of over 22 dB.

In the United States, frequency overlap with the FS occurs only within the 10.7-11.7 GHz and 12.2-12.7 GHz downlink bands of the VIRGO™ system. The 11.7-12.2 GHz downlink band is not used by the FS in the USA. Of these shared bands, only the 11.2-11.7 GHz and 12.2-12.7 GHz bands are proposed for use by user terminals in the VIRGO™ system. In the event that particular user terminals are found to be in locations where they are subject to FS

- 74 -

FF 01133

interference, downlink transmissions destined for these terminals will take place only in the unshared 11.7-12.2 GHz band. The VIRGO™ RNCC will establish a database of any user terminals affected by interference in this way, and assign appropriate frequencies for their use.

The gateway downlink in the 10.7-11.2 GHz band is shared with the FS. For this reason the VIRGO™ gateways, of which there are only four per region, will be located well away from any co-frequency FS links, and frequency coordinated using well established procedures.

In the VIRGO™ uplink frequency bands co-frequency operation with the FS occurs only in the 12.75-13.25 GHz and 17.7-17.8 GHz bands. The 14.0-14.5 GHz uplink band used by VIRGO™ user terminals is not shared with the FS so no coordination problem exists for transmitting VIRGO™ user terminals. In the above listed shared uplink bands, which are only used by VIRGO™ gateway terminals, the same approach will be used as for the gateway downlink to avoid interference into the FS. The gateways will be located well away from any co-frequency FS links, and frequency coordinated using well established procedures.

The potential interference from the VIRGO™ satellite downlink into the FS receivers is addressed by means of the Commission's (and ITU's) PFD limits in the various downlink bands where FS sharing exists. As stated in Section 3.10 the downlink transmissions of the VIRGO™ satellites are below the PFD limits that apply, even ignoring the angle of incidence to the Earth's surface. If the high elevation angles of the active VIRGO™ satellites are taken into account, there is at least a 10 dB margin with respect to these PFD limits.

Finally, it is expected that interference from terrestrial FS transmitters into the VIRGO™ satellite receivers will not be a problem, again due to the high elevation angles from the VIRGO™ beam coverage areas to the active VIRGO™ satellites.

FF 01134

### 3.13.5 BSS Downlinks

The 17.3-17.8 GHz frequency band is planned to be used after 1 April 2007 for BSS downlinks. If and when this band is used in this way the VIRGO™ gateway uplinks in this frequency band will be operating in a reverse-band direction. This will give rise to the possibility of interference from the VIRGO™ transmitting gateway earth stations into the BSS receivers. For this reason the VIRGO™ gateway terminals, of which there are only four per region, will be located well away from metropolitan areas where the BSS receivers are most likely to be deployed in large numbers. By careful selection of the VIRGO™ gateway site, and through the use of RF shielding where necessary (either natural or man-made), the impact on the BSS service areas should be negligible. Again, the use of high operational elevation angles in the VIRGO™ system will minimize the coordination distances and possible incursion into the BSS service area of the two-to-four U.S. gateways.

The reverse-band mode of operation in this band also gives rise to the potential for interference from the transmitting BSS satellites into the VIRGO™ satellites. The characteristics of the VIRGO™ constellation, particularly the part of the orbit where the satellites are active, are such that this interference path should not be a problem. The levels of interference will be a function of the sidelobe and backlobe performance of the VIRGO™ satellite receive antenna and the sidelobe performance of the BSS satellite transmit antenna. These performance parameters are not well-defined at present, and further performance definition and study are required to ensure that no unacceptable interference occurs.

Virtual Geo is committed to work with the Commission and with potential BSS operators in this band to ensure that mutually satisfactory sharing conditions are implemented to adequately protect both systems.

- 76 -

FF 01135

### 3.13.6 Earth Exploration-Satellite and Space Research Services

The VIRGO™ satellite system avoids using the 13.75-13.8 GHz band which is used by NASA for the TDRSS operations. Therefore no interference to this service will occur.

### 3.13.7 U.S. Government Radiolocation Service

The U.S. Government radiolocation service ("RLS") in the 13.75-14.0 GHz is a potential source of interference into the 13.8-14.0 GHz gateway uplink band proposed to be used by the VIRGO™ system. By careful siting of the VIRGO™ gateway uplink sites, and hence the positioning of the VIRGO™ satellite gateway uplink beams, the interference from the RLS should be manageable.

The secondary U.S. Government RLS operations in the 17.3-17.7 GHz band could also potentially affect the VIRGO™ uplinks in this band until the year 2007 when the expected implementation of the BSS allocation will require the RLS operations to be severely restricted. The current transmit power limits on these RLS radars in the direction of the GSO arc may also incidentally protect the high elevation VIRGO™ satellites during their active orbit arc. In addition the careful positioning of the VIRGO™ gateway sites may also be used to reduce uplink interference from the RLS in this band, as for the 13.8-14.0 GHz band.

Virtual Geo is committed to work with the Commission and the NTIA to coordinate the VIRGO™ gateway uplinks in these bands to avoid unacceptable interference.

### 3.13.8 Mobile Service

There are existing terrestrial Mobile services in the 12.75-13.25 GHz and 17.7-17.8 GHz bands. Both of these bands are proposed to be used in the VIRGO™ system for gateway uplinks only. Therefore, because of the use of only four VIRGO™ gateway terminals per region, the

- 77 -

FF 01136

fact that the gateway sites must be located well away from metropolitan centers, and the use of high operational elevation angles to the VIRGO™ satellites, there should not be any unacceptable interference to these mobile services. Conventional frequency coordination of the gateway terminals will be used to ensure there is no problem in this respect.

### 3.13.9 Radio Astronomy Service

The Radio Astronomy Service ("RAS") has existing operations in the 10.6-10.7 GHz band which is immediately adjacent to the proposed VIRGO™ gateway downlink band. Interference protection of the RAS will be achieved by a combination of the above:

- The downlink EIRP spectral density in the adjacent 10.7-11.2 GHz gateway downlink band is already 9 dB lower than that proposed in the user terminal downlink band 11.2-12.7 GHz, because of the use of large gateway receive earth station antennas. The beam peak in-band PFD in the adjacent 10.7-11.2 GHz band is defined in Section 3.6.2 above.

- The gateway downlink spot beams will be directed only towards the gateway downlink sites, of which there are four per region. Depending on the eventual selection of these gateway sites, this may give additional attenuation of the downlink signals due to the roll-of of the VIRGO™ satellite transmit beam gain.

- The VIRGO™ downlink transmissions will be adequately filtered to further reduce the out-of-band emissions in the 10.6-10.7 GHz band and provide the additional signal attenuation required to adequately protect the RAS in this band.

Virtual Geo is committed to work with the Commission and with the RAS community to ensure that the RAS sites that use the 10.6-10.7 GHz frequency band are adequately protected.

- 78 -

FF 01137

### 3.14 SATELLITE DESCRIPTION

#### 3.14.1 General Description

The spacecraft manufacturer for the VIRGO™ satellites has not yet been selected, and Virtual Geo does not wish to show preference by providing any data specific to any one manufacturer in this application. The design of the satellite has been based around the known characteristics of the latest spacecraft available from all major US suppliers (Boeing, Hughes, Lockheed Martin and Space Systems Loral). Therefore the feasibility of implementing the VIRGO™ satellite system is assured.

Virtual Geo will provide the Commission with full and precise spacecraft physical characteristics when the final supplier and product has been selected.

#### 3.14.2 Power and Mass Budgets

The VIRGO™ satellite communications payload requires approximately 10.5 kW d.c. end-of-life power, which is within the capability of all three candidate suppliers, including sufficient margin at end of life and full eclipse capability. Beginning-of-life power will be approximately 14 kW. The communications payload mass will be approximately 1058 kg. The total spacecraft mass in turn will be around 3030 kg at launch. The satellite operational lifetime will be approximately 12 years, including stationkeeping fuel requirements and required reliability.

#### Table 3.14.2-1:  VIRGO™ Satellite Power Budget

|  | Maximum (W) | Average (W) |
|---|---|---|
| Forward | 11503 |  |
| Return | 3395 |  |
| Total Payload | 14898 | 9900 |
| Bus |  | 693 |
| Total Spacecraft |  | 10593 |

FF 01138

**Table 3.14.5-3:  VIRGO™ Satellite Mass Budget**

| Subsystem | Mass (kg) |
|---|---|
| Payload | 1058 |
| Spacecraft Bus | |
| Propulsion, Attitude Control | 212 |
| TT&C | 32 |
| Prime Power (array, drive, batteries, PC&DU) | 936 |
| Support (structure, thermal, harness, balance) | 540 |
| Total Bus | 1720 |
| **Total Dry Mass** | **2778** |
| Propellant | 252 |
| **Launch Mass** | **3030** |

### 3.14.3  Communications Payload

The VIRGO™ satellite communications payload uses phased array antennas in order to be able to configure the beam coverages, in real-time, to give near-constant geographic coverage. These antennas generate all the Ku-band beams for both the user terminal beams and the gateway terminal beams.

At the output of the receive antennas the signals are first amplified and then de-multiplexed and channelized before being down-converted to an IF frequency.  A switch matrix is then used to connect appropriate uplink channels to downlink channels, as well as to allow for some sub-channel connectivity to the inter-satellite links.  At the output of the IF switch matrix the signals are up-converted and sent to the inputs of the active phased array transmit antenna.

The functions described above are shown in the payload schematic of Figure 3.14.2-1.

The aggregate RF transmit power capability of the Ku-band active phased array antenna is approximately 2 kW.  The aggregate C-band gateway downlink RF transmit power is approximately 100 Watts.

FF 01139

- 80 -

**Figure 3.14.2-1**       **VIRGO™ Satellite Communications Payload Schematic**



### 3.14.4  TT&C System

The Tracking, Telemetry, and Command (TT&C) subsystem will utilize a small portion of the feederlink frequency band for both on-station operation and transfer orbit or abnormal operation with use of omni antennas.  The subsystem will provide the reception, storage, and distribution of commands for control of spacecraft bus and communication systems using a 32

kbps command uplink with authentication protocol. The subsystem will also collect and process telemetry and data, store and format the date, and transmit the information to the ground TT&C stations with a 32 kbps downlink stream. The TT&C subsystem will be fully redundant and will autonomously switch over to backup hardware in the event of a hardware or software failure as detected.

The spacecraft is designed to have at least 12 years of the active service life. Within its lifetime, the spacecraft on-station position can be maintained within the tolerances shown in Table 3.14.4-1.

### Table 3.14.4-1:  VIRGO™ Orbital Maintenance Tolerance

| Inclination | Pointing | Altitude | In Track |
|-------------|----------|----------|----------|
| ±0.05°      | ±0.25°   | ±10 km   | ±1° MA   |

### 3.14.5  Attitude and Orbit Control Subsystem ("AOCS")

The spacecraft will employ a three-axis stabilized system with momentum wheels and small monopropelled thrusters for momentum dumping as well as on orbit control and station-keeping. The satellite will employ a GPS receiver and use on-board processing for orbit determination. Each satellite will employ absolute station-keeping, and will autonomously compute and execute (subject to on-ground monitoring) the corrective maneuvers to maintain the satellite within specified values for the orbital parameter limits. Key characteristics of the VIRGO™ spacecraft are provided in Tables 3.14.5-1, -2, and –3 below.

FF 01141

**Table 3.14.5-1:  VIRGO™ Spacecraft Key Characteristics**

| Stabilization: | 3 axis |
|---|---|
| Mission Life: | > 12 years |
| Positioning Sensor: | GPS |
| Communication Payload: | See Section 3.14.3 |
| TT&C: | Omni antennas<br>Command and Telemetry:  C-band;<br>Link calculations for the TT&C are given<br>in Table 3.9-6 |
| Attitude Control & Station Keeping: | Monopropellant hydrazine thrusters and<br>reaction wheels (considering electric<br>propulsion) |
| Thermal Control: | Passive design with heaters |
| Solar Array: | Gallium Arsenide |
| Battery: | Nickel Hydrogen, 600 A-hours |
| Bus Dimension: | 4.6 x 2.8 x 1.0 meters |
| Average DC Power: | 10593 W |
| Launch Mass: | 3030 kg |

## 3.15  LAUNCHER DESCRIPTION

The VIRGO™ spacecraft are compatible with a several commercially available launch vehicles.  A decision on the actual launcher to be used has not yet been made, as this is heavily influenced by the selection of spacecraft supplier.

## 3.16  GROUND SEGMENT AND OPERATIONS

### 3.16.1     User Terminals

These small and low-cost earth stations will be deployed in vast numbers throughout the service areas of the VIRGO™ system.  Within the main service areas the user terminal antenna size will be equivalent to 45 cm in diameter, although somewhat larger antennas will be available for situations where transmit power is at a premium (such as for a wide-band uplink).  The baseline user terminal design will be a phased array capable of tracking both the "rising" and the "setting" VIRGO™ satellites, although transmissions to and from the VIRGO™ satellites will only take place when the satellites are at latitudes above 45°.  The user terminals will

- 83 -

FF 01142

automatically switch between the active VIRGO™ satellites to provide continuity of service, under the control of the gateway terminals via the order wire links. This satellite switching, which occurs only once every 4.8 hours, will be completely transparent to the user and will not degrade the circuit performance.

In the early stages of deployment of the VIRGO™ system, it is possible that the user terminals will be implemented using more conventional feed/reflector antennas, specially designed to provide the ability to simultaneously track the "rising" and "setting" VIRGO™ satellites over the narrow angular ranges of the active part of their orbits.

All user terminals will be equipped with beacon tracking capability to enable them to accurately track the required VIRGO™ satellite. In addition, the user terminals will have the "intelligence" through built-in software to initially acquire the active VIRGO™ satellite by being able to predict the orbit path based on a knowledge of the approximate latitude and longitude of the terminal location, which is entered by the installer of the terminal. Once this orbit path has been established the user terminal will scan the orbit track until it locates an active VIRGO™ satellite by means of its downlink beacon signal. When the first VIRGO™ satellite has been acquired in this way the user terminal will continue to track the entire VIRGO™ constellation based on the known orbit parameters. With communications established in this way the ephemeris data for the entire VIRGO™ constellation is transmitted to each user terminal via the order wire link, and updated on a regular basis, by the SOCC/RNCC/gateway. With this data the user terminal is able to accurately "free-wheel" through any periods of time during which it might temporarily lose tracking of the active VIRGO™ satellite. The use of these techniques results in a highly reliable satellite tracking capability without incurring significant expense in the user terminals.

FF 01143

It is expected that most data/Internet user terminals will have two-way (i.e., transmit/receive) capability, but applications that make use of receive-only user terminals, such as video DTH receivers will be addressed.

User terminals with transmit capability will be equipped with uplink power control to ensure that the receive signal level at the satellite is accurately set. Not only does this allow the uplink to overcome rain fades and thereby maintain link quality without causing unnecessary interference to other users of the spectrum, it also ensures that the transmitted signal does not consume more satellite power than is necessary which would reduce the overall capacity of the system and possibly increase intermodulation noise. This feature also compensates for the variation in distance between the user terminals and the VIRGO™ satellite as it passes through the active part of its orbit. The setting of uplink power control is under the control of the gateway terminal with which the user terminal is communicating. The gateway monitors the corresponding downlink signal and, taking account of downlink rain fades by means of observing the beacon signal fading, determines whether the transmitting earth station needs to adjust its uplink power. Any need for adjustments are transmitted by the gateway to the user terminal via the order wire links.

### 3.16.2      Gateway Terminals

Each gateway terminal will consist of two conventional large tracking earth station antennas plus associated communications electronics and processing capability. The gateway antennas will be at least 5 meters in diameter. Each gateway operates over the ranges of Ku-band frequencies given in Section 3.4.2.2 above in order to be able to serve the large numbers of user terminals within the user beams that it supports.

- 85 -

FF 01144

The gateway terminals will be capable of performing all the satellite tracking functions described above for the user terminals. They will also operate uplink power control to overcome rain fades based on observing beacon signal fading. In addition a small amount of uplink power control will be applied to compensate for the variation in distance between the user terminals and the VIRGO™ satellite as it passes through the active part of its orbit.

All gateway terminals will have full-time land-line connections to both the RNCC and the primary SOCC.

### 3.16.3       Regional Network Control Centers

There will be three Regional Network Control Center ("RNCC"), each located to serve three VIRGO™ service areas (two in the northern hemisphere and one in the southern hemisphere). This facility will be connected by land-line to the Spacecraft Operations Control Center ("SOCC") and to the gateway terminals within the same regional service area. One of these gateway terminals (designated the "master gateway") will be used by the NCC to transmit the network control information to the user terminals. The RNCC manages the satellite resources for the region and responds to requests from user terminals for satellite capacity. It also monitors usage of the system and prepares billing data. The RNCC acts as the contact point within the region on all interference issues that might arise, and works in conjunction with the SOCC to resolve them.

### 3.16.4       Spacecraft Operations Control Center and TT&C Earth Stations

There will be a single primary Spacecraft Operations Control Center ("SOCC") in the VIRGO™ system and it will be located in the USA. In addition there will be a back-up SOCC in the event of a catastrophic failure of the primary facility. The location of the back-up SOCC has not yet been determined.

- 86 -

FF 01145

The primary SOCC will be connected via land-lines to TT&C earth stations in each of the regional service areas that have line-of-sight visibility of the VIRGO™ satellites during the active part of their orbit, and for portions of their orbit either side of the active period. These TT&C earth stations will simply act as "RF pipes" for the tracking, telemetry and command data that passes between the VIRGO™ satellites and the SOCC. The TT&C earth station function may be collocated with one of the regional gateways.

The primary SOCC will be responsible for the control of the entire VIRGO™ satellite constellation, including both operational and spare satellites, and will take over this responsibility upon contractual handover from the satellite system supplier shortly after launch of the satellites. All satellite housekeeping and maintenance will be performed from the SOCC. The detailed status of each of the satellites will be monitored and appropriate commands will be generated. The full ephemeris data of the entire constellation will be maintained at the SOCC.

FF 01146

4    **Financial Qualifications (47 C.F.R. § 25.114(13))**

At present, the question of the appropriate financial qualification standard, if any, to be applied to nongeostationary FSS systems that would operate in the Ku-band frequencies that are the subject of the instant application is unresolved. The Commission, in its recent *Ku-Band NPRM*, has proposed a standard different from the one in Section 25.140(c) of the Commission's Rules that was developed for geostationary FSS systems in bands where there are more applicants than available locations.[10]  It noted as well that, "[h]istorically, the Commission has fashioned financial requirements for satellite services on the basis of entry opportunities in the particular service being licensed."[11]

To be sure, the Commission has, in recent years, adopted varying financial standards for satellite services based on a number of factors, including the particular characteristics of the service and the relative availability of spectrum to meet demand from applicants.[12] Notwithstanding the Commission's stated intention in the public notice to require all applicants in these bands to include the information specified in Section 25.114 of the Commission's Rules, including information showing an applicant's "ability to proceed expeditiously with construction and launch,"[13] this "intention" has not been reflected in any rule that applies to all of the frequency bands covered by the Public Notice or to nongeostationary systems in particular.[14]  As a result, there is no currently applicable financial qualification standard for these bands.

---

[10]    *Ku-Band NPRM, FCC 98-310, slip op. at 45.*

[11]    *Id. (citations omitted).*

[12]    *See e.g., Rulemaking to Amend Parts 1, 2, 21, and 25 of the Commission's Rules to Redesignate the 27.5-29.5 GHz Frequency Band, to Reallocate the 29.5-30 GHz Frequency Band, to Establish Rules and Policies for Local Multipoint Distribution Service and for Fixed Satellite Services, 12 FCC Rcd 22310, 22318 (1997) ("Ka-Band Service Rules"); Amendment of the Commission's Rules to Establish Rules and Policies Pertaining to a Non-Voice, Non-Geostationary Mobile-Satellite Service, 8 FCC Rcd 8450, 8451-52 (1993).*

[13]    *See* Public Notice, Report No. SPB-141, at 2.

[14]    It is only in the *Ku-Band NPRM* that the Commission proposes for the first time to add many of the frequency bands covered by the Public Notice and instant application to Section 25.202(a) of the

FF 01147

In Virtual Geo's view, not only has there been no individualized financial standard(s) adopted for the nongeostationary FSS in the Ku-band and C-band spectrum covered by the instant application, there are very good reasons for the Commission to determine that a standard different both from the one in Section 25.140 of the Commission's Rules and from the standard proposed for application in the *Ku-Band NPRM* should apply to applicants such as Virtual Geo. Most significantly, if the Commission were to require applicants for nongeostationary systems in the subject bands to utilize systems similar to the virtual geostationary configuration proposed by Virtual Geo for VIRGO™, two things would happen: (1) the "congestion" of the geostationary orbital arc cited by the Commission would become irrelevant, as there is complete transparency between virtual geostationary systems and geostationary systems; and (2) the number of possible VIRGO™-like nongeostationary systems that could operate on a co-frequency basis would likely be substantial.[15]

Under these circumstances, the Commission's traditional rationale for applying a financial qualifications standard – as opposed to relying on strict enforcement of implementation milestones – is not applicable. Indeed, these circumstances require application of the reasoning and decision the Commission reached just last year in its *Ka-Band Service Rules* decision. There, the Commission, finding that it was able to grant all pending applications in the two processing rounds before it (one geostationary and one nongeostationary) without precluding use

---

[15]    Commission's Rules – the provision that specifies the frequencies in the fixed-satellite service for purpose of the Commission's Rules (including the financial qualification standard in Section 25.140 that applies to C-band and Ku-band geostationary FSS systems). *See Ku-Band NPRM*, FCC 98-310, slip op. at 56. Virtual Geo intends to elaborate on this point further in its comments in response to the *Ku-Band NPRM*. However, it now appears that multiple VIRGO™-like nongeostationary systems could co-exist on a co-frequency basis.

FF 01148

of the band by other applicants for FSS systems, decided to waive its financial requirements for all first round applicants.[16]

Although Virtual Geo advocates similar treatment here, and will participate in the *Ku-Band* rulemaking proceeding, it hereby requests a waiver of any currently applicable financial qualification standard on grounds of inappositeness, and requests further a reasonable opportunity to comply with whatever standard, if any, the Commission imposes on Virtual Geo and other first-round Ku-band nongeostationary applicants at the conclusion of its proceeding in ET Docket No. 98-206.

### 4.1 Projected System Costs

Total projected costs to construct, launch and operate the VIRGO™ system for one year are $2.64 billion. These costs are broken down as follows:

**Table 4-1: VIRGO™ Projected System Costs**

|  | Subtotals | Totals |
|---|---|---|
| Satellite Construction (incl NRE) | $ 1104 million | |
| Launch Services/Insurance | $ 1153 million | |
| **Total Space Segment** | | $ 2257 million |
| **Ground Segment (TT&C/Gateway/Net)** | | $ 273 million |
| Pre-Operating/Development | $ 83 million | |
| First Year Operations | $ 25 million | |
| **Total Operating Expenses Through 1st Year** | | $ 108 million |
| **TOTAL VIRGO™ SYSTEM COSTS** | | $ 2638 million |

---

[16]    *See Ka-Band Service Rules*, 12 FCC Rcd at 22318. *See also Teledesic Corporation*, DA 97-527, slip op. at ¶ 13 (Int'l. Bur., released March 13, 1997).

FF 01149

**4.2 Source of Funds**

Virtual Geo will rely on a combination of equity and debt funding to finance the establishment of the VIRGO™ system.  Virtual Geo will rely in part on capital contributions made by investors in the VIRGO™ system, and will supplement these capital investments with public and/or private placements of debt and equity instruments.

FF 01150

6    Schedule of Implementation (47 C.F.R. § 25.114(c)(15))

Virtual Geo's proposed scheduling milestones for the deployment of the VIRGO™ system are shown with schedule dates referenced to the date of final Commission approval of the instant application:

| | |
|---|---|
| **FCC Approval** | **Month 0** |
| Commence construction | Month 12 |
| Complete construction VIRGO™ Satellite A1 | Month 36 |
| Complete construction VIRGO™ Satellite A2 | Month 38 |
| Complete construction VIRGO™ Satellite A3 | Month 40 |
| Launch VIRGO™ Satellites A1-A2 | Month 41 |
| Complete construction VIRGO™ Satellite A4 | Month 42 |
| Complete construction VIRGO™ Satellite A5 | Month 43 |
| Complete construction VIRGO™ Spare SA1 | Month 44 |
| Launch VIRGO™ Satellites A3-A4 | Month 45 |
| Launch VIRGO™ Satellites A5-SA1 | Month 47 |
| Complete construction VIRGO™ Satellite B1 | Month 47 |
| **Commence AURORA I™ Service** | **Month 48** |
| Complete construction VIRGO™ Satellite B2 | Month 48 |
| Complete construction VIRGO™ Satellite B3 | Month 49 |
| Complete construction VIRGO™ Satellite B4 | Month 50 |
| Launch VIRGO™ Satellites B1-B2 | Month 51 |
| Complete construction VIRGO™ Satellite B5 | Month 51 |
| Complete construction VIRGO™ Spare SB1 | Month 52 |
| Launch VIRGO™ Satellites B3-B4 | Month 53 |
| Complete construction VIRGO™ Satellite C1 | Month 53 |
| Complete construction VIRGO™ Satellite C2 | Month 54 |
| Launch VIRGO™ Satellites B5-SB1 | Month 55 |
| Complete construction VIRGO™ Satellite C3 | Month 55 |
| **Commence AURORA II™ Service** | **Month 56** |
| Complete construction VIRGO™ Satellite C4 | Month 56 |
| Launch VIRGO™ Satellites C1-C2 | Month 57 |
| Complete construction VIRGO™ Satellite C5 | Month 57 |
| Complete construction VIRGO™ Spare SC1 | Month 58 |
| Launch VIRGO™ Satellites C3-C4 | Month 59 |
| Launch VIRGO™ Satellites C5-SC1 | Month 61 |
| **Commence AUSTRALIS™ Service** | **Month 62** |
| **Complete Worldwide VIRGO™ Service** | **Month 62** |

Note that service from the sub-constellations is independent from each other.

- 93 -

FF 01151

7      **Public Interest Considerations (47 C.F.R. § 25.114(16))**

The grant of Virtual Geo's instant application for authority to launch and operate the VIRGO™ system will promote the public interest in several distinct ways.

Initially, Virtual Geo observes that the United States has a national interest in promoting broad band telecommunications access both domestically and internationally. Such policies not only benefit U.S. companies by helping them sustain their global leadership in telecommunications, they also contribute substantially to the growth and strength of the global economy. Broadband satellite communications historically have proceeded through exploitation of the geostationary plane and associated frequencies. Both that plane and those frequencies are increasingly congested. The national interest, accordingly, lies in the promotion of technologies and orbital architectures that can efficiently convey broadband services and use spectrum which has been allocated for FSS and BSS services without interfering with existing geostationary satellites. Virtual Geo's proposed VIRGO™ system, with its transparency to existing and future geostationary satellites, as well as its compatibility with existing terrestrial users, ably fits this bill.

In addition, VIRGO™ will both fan the flames of demand for high-efficiency, affordable broadband capacity, and help meet that demand. VIRGO™ will provide a wide and wide open range of affordable digital services, including high-speed Internet access and direct-to-home data and video streams, to small user terminals in most of the populated areas of the world.

The number of homogeneous virtual geostationary systems that can operate on a co-frequency basis exceeds the three-to-six homogeneous low-Earth orbit nongeostationary systems

FF 01152

that other applicants have suggested could co-exist.[17]  Virtual Geo thus provides valuable opportunities with VIRGO™ for competitive multiple entry in a manner that does not impact negatively on existing or future geostationary satellite operations.

Although sharing between nongeostationary satellite systems of the VIRGO™ design and low- and medium-Earth circular orbit systems is somewhat more complex, Virtual Geo nevertheless believes that it should be possible to achieve co-frequency sharing between disparate types of nongeostationary FSS systems in certain instances analagous to that achieved in the MSS industry feeder link sharing arena.  Virtual Geo is prepared to undertake a comprehensive examination of the situation in all appropriate fora.

In sum, the VIRGO™ system proposed herein by Virtual Geo offers tremendous public interest benefits with regard to its ability to operate co-frequency with geostationary systems, fixed service systems, and homogeneous nongeostationary systems.  VIRGO™ will also satisfy the exponentially growing demand for state-of-the-art, affordable satellite services.  The Commission should, on these bases, readily find that grant of Virtual Geo's application to establish VIRGO™ is consistent with the public interest.

---

[17]    In the *Ku-Band NPRM*, the Commission reported that one applicant for a low-Earth orbit nongeostationary system in these bands, SkyBridge L.L.C., "state[d] that up to six SkyBridge-like systems can co-exist without harmful interference to each other."  *Ku-Band NPRM*, FCC 98-310, slip op. at 37 (footnote omitted).

FF 01153

9    **Legal Qualifications**

Virtual Geo is legally qualified to be licensed by the Commission, as demonstrated in the FCC Form 312 attached to this application as Appendix A.

FF 01154

10      **Other Items  (47 C.F.R. §§ 25.114(c) (18)-(21))**

Subsections 18-21 of Section 25.114(c) of the Commission's Rules apply to specific types of satellite service that Virtual Geo does not propose herein to provide.  Accordingly, these subsections are inapplicable to this application.

FF 01155

## 11    Requested Waivers of the Commission's Rules

As explained in Section 4 above, Virtual Geo requests a waiver, to the extent it may be necessary, of the Commission's financial qualifications standard for its application to launch and operate a nongeostationary satellite system that would provide fixed-satellite services using Ku-band and C-band frequencies.

Virtual Geo also requests a waiver of Section 25.210 of the Commission's Rules. 47 C.F.R. § 25.210. This rule contains technical requirements that apply generally to fixed-satellite service spacecraft. The particular provisions of this rule, however, are tailored to the typical design specifications of geostationary satellites, and are technically inapplicable to nongeostationary satellites (which are inherently incapable of meeting the specific requirements set forth in Section 25.210). Notwithstanding the facial inapplicability of the rule, Virtual Geo's VIRGO™ system is consistent with the purpose of Section 25.210 to the extent that they maximize the efficient use of the spectrum in which its satellites will operate. Until such time as Section 25.210 is modified to clarify the provisions applicable to nongeostationary fixed-satellite service spacecraft, Virtual Geo requests a waiver thereof to the extent necessary to permit grant of this application.

In this last regard, Virtual Geo also requests a waiver of those elements of Section 25.114(c) that are not pertinent to the VIRGO™ system described in this application. For example, Section 25.114(c)(5) requests information pertaining to the relationship between the satellite receive antenna gain pattern and the gain-to-temperature ratio and the saturation flux density for each antenna beam. *See* 47 C.F.R. § 25.114(c)(5). As Virtual Geo notes in Section 3.7.1.2 above, the concept of saturation flux density is not relevant to the linear broad-band

- 99 -                        FF 01156

communications channels of the VIRGO™ satellites. Similarly, the requirement of Section 25.114(c)(7) calling for orbital-location based antenna gain contours is not relevant. *See* 47 C.F.R. § 25.114(c)(7). Thus, this requirement, along with portions of other subsections of Section 25.114(c) that Virtual Geo will not try to list here, are inapposite to the advanced satellite technology that Virtual Geo is proposing to employ on VIRGO™. Because VIRGO™, as described herein, is an innovative, spectrum-efficient design that advances the public interest, Virtual Geo hereby believes that the semi-open-ended waiver it is requesting here is warranted and should be granted.

Virtual Geo, to the extent it may be necessary, also seeks waivers of Section 25.202(a) and Section 2.106 of the Commission's Rules, 47 C.F.R. §§ 25.202(a) and 2.106, to enable Virtual Geo to be assigned the frequencies it requests herein for its proposed VIRGO™ system. These sections contain the identification of fixed-satellite service frequencies available for non-government use in the United States. The bands that are requested in this application for VIRGO™ are not all included in these two rules, even though the excluded bands are covered by the Commission's November 2, 1998 public notice (Report No. SPB-141) establishing the cut-off deadline pursuant to which the instant application is being filed, and are the subject of the Commission's rulemaking proceeding in ET Docket No. 98-206.[18]

---

[18]   To the extent that the frequency assignments requested herein vary in certain respects from the breakdowns of gateway and user links the Commission has proposed to adopt its *Ku-Band NPRM*, Virtual Geo will address these matters in its comments on the notice of proposed rule making. Virtual Geo is confident that the unique attributes of its virtual geostationary concept, as reflected in this application, will persuade the Commission to modify its proposed band plan structure to accommodate VIRGO™. If the outcome of the *Ku-Band* rulemaking proceeding is inconsistent with Virtual Geo's proposal, it will be afforded the opportunity to bring its system proposal into conformance with the final rules. For now, Virtual Geo is content to observe that its frequency use proposal for Ku band, while not in total harmony with the *Ku-Band NPRM*, is at least responsive to the Commission's November 2, 1998 Public Notice (Report No. SPB-141).

FF 01157

Finally, Virtual Geo reiterates that the Commission is only now beginning to consider the regulatory framework that will be applied to nongeostationary FSS systems at Ku-band, and has not, until now, faced a request from a commercial system to use conventional C-band frequencies for any type of nongeostationary FSS service. The Ku-band issues are being addressed in the newly-initiated rulemaking proceeding in ET Docket No. 98-206, in which Virtual Geo will be an active participant. The C-band issues have not yet been made the subject of a formal rulemaking proceeding. The Commission has stated that applicants in this processing round will be given an opportunity to amend their applications as necessary to conform to any requirements and policies that may be adopted subsequently for space stations concerning the provision of NGSO fixed-satellite service in the Ku-bands. Virtual Geo expects that a similar approach would be taken for C-band if a rulemaking proceeding is deemed necessary there. Virtual Geo hereby requests a general waiver of any rules or policies that, while potentially applicable now to VIRGO™, will be modified or removed during the course of future proceedings.

FF 01158

## 12      Conclusion

The VIRGO™ satellite system is an innovative concept that will be capable of providing affordable and highly desirable satellite services to businesses and end users in most of the heavily populated areas of the world.  VIRGO™ is a model of how the orbital/spectrum resource can be shared on a co-frequency basis by multiple services in order to maximize efficiency, and will help maintain U.S. leadership in commercial satellite technology.

For all of the reasons set forth in this application, Virtual Geo respectfully urges the Commission to grant this application and authorize it to launch and operate the VIRGO™ system, so that the promised public interest benefits will be realized as rapidly as possible.

Respectfully submitted,

VIRTUAL GEOSATELLITE, LLC

By: _____
David Castiel
President and Manager

Dated:  January 8, 1999

**Of Counsel:**

Raul R. Rodriguez
Stephen D. Baruch
David S. Keir
Leventhal, Senter & Lerman P.L.L.C.
2000 K Street, N.W.
Suite 600
Washington, D.C.  20006
(202) 429-8970

- 102 -                              FF 01159

# **APPENDIX A**

FF 01160

Approved by OMB
3060-0678

Est. Avg. Burden Hours
Per Response: 11 hrs.

# FCC 312
Main Form

## FEDERAL COMMUNICATIONS COMMISSION

## APPLICATION FOR SATELLITE SPACE AND EARTH STATION AUTHORIZATIONS

File Number:

Call Sign:

Fee Number:

## APPLICANT INFORMATION

**1. Legal Name of Applicant**
Virtual Geosatellite, LLC

**2. Voice Telephone Number**
(202) 466-5599

**3. Other Name Used for Doing Business (if any)**
N/A

**4. Fax Telephone Number**
(202) 466-4493

**5. Mailing Street Address or P.O. Box**
1133 21st Street, N.W.
8th Floor
ATTENTION: David Castiel

**6. City**
Washington

**7. State / County (if not U.S.A.)**
D.C.

**8. Zip Code**
20036

**9. Name of Contact Representative (if other than applicant)**
Stephen D. Baruch

**10. Voice Telephone Number**
(202) 429-8970

**11. Firm or Company Name**
Leventhal, Senter & Lerman P.L.L.C.

**12. Fax Telephone Number**
(202) 293-7783

**13. Mailing Street Address or P.O. Box**
2000 K Street, N.W.
Suite 600
ATTENTION:

**14. City**
Washington

**15. State / County (if not U.S.A.)**
D.C.

**16. Zip Code**
20006

## CLASSIFICATION OF FILING

**17. Place an "X" in the box next to the classification that applies to this filing for both questions a. and b. Mark only one box for 17a and only one box for 17b.**

☒ b1. Application for License of New Station

☐ b2. Application for Registration of New Domestic Receive-Only Station

☐ b3. Amendment to a Pending Application

☐ b4. Modification of License or Registration

☐ b5. Assignment of License or Registration

☐ b6. Transfer of Control of License or Registration

☐ b7. Notification of Minor Modification

☐ b8. Application for License of New Receive-Only Station Using Non-U.S. Licensed Satellite

☐ b9. Letter of Intent to Use Non-U.S. Licensed Satellite to Provide Service in the United States

☐ b10. Other (Please Specify):

**18. If this filing is in reference to an existing station, enter:**

Call sign of station:

N/A

☐ a1. Earth Station

☒ a2. Space Station

**19. If this filing is an amendment to a pending application enter:**

(a) Date pending application was filed:

N/A

(b) File number of pending application:

N/A

FF 01161

## TYPE OF SERVICE

**20 NATURE OF SERVICE:** This filing is for an authorization to provide or use the following type(s) of service(s): Place an "X" in the box(es) next to all that apply.

[X] a. Fixed Satellite
[ ] b. Mobile Satellite
[ ] c. Radiodetermination Satellite
[ ] d. Earth Exploration Satellite

[X] e. Direct to Home Fixed Satellite
[ ] f. Digital Audio Radio Service
[ ] g. Other (please specify)

**21. STATUS:** Place an "X" in the box next to the applicable status. Mark only one box.

[ ] a. Common Carrier
[X] b. Non-Common Carrier

**22. If earth station applicant, place an "X" in the box(es) next to all that apply.**

[ ] a. Using U.S. licensed satellites
[ ] b. Using Non-U.S. licensed satellites

Are these facilities:    N/A

**23. If applicant is providing INTERNATIONAL COMMON CARRIER service, see instructions regarding Sec. 214 filings. Mark only one box. Are these facilities:**    N/A

[ ] a. Connected to the Public Switched Network
[ ] b. Not connected to the Public Switched Network

**24. FREQUENCY BAND(S):** Place an "X" in the box(es) next to all applicable frequency band(s).

[ ] a. C-Band (4/6 GHz)
[X] b. Ku-Band (12/14 GHz)
[X] c. Other (Please specify) _____17.3 – 17.8 GHz (Earth-to-Space)_____

## TYPE OF STATION

**25. CLASS OF STATION:** Place an "X" in the box next to the class of station that applies. Mark only one box.

[ ] a. Fixed Earth Station
[ ] b. Temporary-Fixed Earth Station
[ ] c. 12/14 GHz VSAT Network
[ ] d. Mobile Earth Station
[X] e. Space Station
[ ] f. Other (Specify)

If space station applicant, go to Question 27.

**26. TYPE OF EARTH STATION FACILITY.** Mark only one box.

[ ] a. Transmit/Receive
[ ] b. Transmit-Only
[ ] c. Receive-Only

## PURPOSE OF MODIFICATION OR AMENDMENT    N/A

**27. The purpose of this proposed modification or amendment is to:** Place an "X" in the box(es) next to all that apply.    N/A

[ ] a — authorization to add new emission designator and related service
[ ] b — authorization to change emission designator and related service
[ ] c — authorization to increase EIRP and EIRP density
[ ] d — authorization to replace antenna
[ ] e — authorization to add antenna
[ ] f — authorization to relocate fixed station
[ ] g — authorization to change assigned frequency(ies)
[ ] h — authorization to add Points of Communication (satellites & countries)
[ ] i — authorization to change Points of Communication (satellites & countries)
[ ] j — authorization for facilities for which environmental assessment and radiation hazard reporting is required
[ ] k — Other (Please Specify)

## ENVIRONMENTAL POLICY

**28. Would a Commission grant of any proposal in this application or amendment have a significant environmental impact as defined by 47 CFR 1.1307?** If YES, submit the statement as required by Sections 1.1308 and 1.1311 of the Commission's rules, 47 CFR §§ 1.1308 and 1.1311, as an exhibit to this application. A Radiation Hazard Study must accompany all applications as an exhibit for new transmitting facilities, major modifications, or major amendments. Refer to OET Bulletin 65.

[ ] YES    [X] NO

## ALIEN OWNERSHIP

| | YES | NO |
|---|---|---|
| 29. Is the applicant a foreign government or the representative of any foreign government? | ☐ YES | ☒ NO |
| 30. Is the applicant an alien or the representative of an alien? | ☐ YES | ☒ NO |
| 31. Is the applicant a corporation organized under the laws of any foreign government? | ☐ YES | ☒ NO |
| 32. Is the applicant a corporation of which more than one-fifth of the capital stock is owned of record or voted by aliens or their representatives or by a foreign government or representative thereof or by any corporation organized under the laws of a foreign country? | ☐ YES | ☒ NO |
| 33. Is the applicant a corporation directly or indirectly controlled by any other corporation of which more than one-fourth of the capital stock is owned of record or voted by aliens, their representatives, or by a foreign government or representative thereof or by any corporation organized under the laws of a foreign country? If any answer to questions 29, 30, 31, 32 and/or 33 is Yes, attach as an exhibit, the identification of the aliens or foreign entities, their nationality, their relationship to the applicant, and the percentage of stock they own or vote. | ☐ YES | ☒ NO |

34. If any answer to questions 29, 30, 31, 32 and/or 33 is Yes, attach as an exhibit, the identification of the aliens or foreign entities, their nationality, their relationship to the applicant, and the percentage of stock they own or vote.

## BASIC QUALIFICATIONS

| | YES | NO |
|---|---|---|
| 35. Does the applicant request any waivers or exemptions from any of the Commission's Rules? If Yes, attach as an exhibit, copies of the requests for waivers or exceptions with supporting documents. See Exhibit No. 1 | ☒ YES | ☐ NO |
| 36. Has the applicant or any party to this application had any FCC station authorization or license revoked or had any application for an initial, modification or renewal of FCC station authorization, license, or construction permit denied by the Commission? If Yes, attach as an exhibit, an explanation of the circumstances. | ☐ YES | ☒ NO |
| 37. Has the applicant, or any party to this application, or any party directly or indirectly controlling the applicant ever been convicted of a felony by any state or federal court? If Yes, attach as an exhibit, an explanation of the circumstances. | ☐ YES | ☒ NO |
| 38. Has any court finally adjudged the applicant, or any person directly or indirectly controlling the applicant, guilty of unlawfully monopolizing or attempting to monopolize radio communication, directly or indirectly, through control of manufacture or sale of radio apparatus, exclusive traffic arrangement or any other means or unfair methods of competition? If Yes, attach as an exhibit, an explanation of the circumstances. | ☐ YES | ☒ NO |
| 39. Is the applicant, or any person directly or indirectly controlling the applicant, currently a party in any pending matter referred to in the preceding two items? If Yes, attach as an exhibit, an explanation of the circumstances. | ☐ YES | ☒ NO |
| 40. If the applicant is a corporation and is applying for a space station license, attach as an exhibit the names, addresses, and citizenship of those stockholders owning of record and/or voting 10 percent or more of the Filer's voting stock and the percentages so held. In the case of fiduciary control, indicate the beneficiary(ies) or class of beneficiaries. Also list the names and addresses of the officers and directors of the Filer. See Exhibit No. 2 | | |
| 41. By checking Yes, the undersigned certifies, that neither the applicant nor any other party to the application is subject to a denial of Federal benefits that includes FCC benefits pursuant to Section 5301 of the Anti-Drug Act of 1988, 21 U.S.C. Section 862, because of a conviction for possession or distribution of a controlled substance. See 47 CFR 1.2002(b) for the meaning of "party to the application" for these purposes. | ☒ YES | ☐ NO |
| 42a. Does the applicant intend to use a non-U.S. licensed satellite to provide service in the United States? If yes, answer 42b and attach an exhibit providing the information specified in 47 C.F.R. § 25.137, as appropriate. If no, proceed to question 43. | ☐ YES | ☒ NO |
| 42b. What administration has licensed or is in the process of licensing the space station? If no license will be issued, what administration has coordinated or is in the process of coordinating the space station? | | |

FF 01163

43. Description. (Summarize the nature of the application and the services to be provided).

Virtual Geosatellite, LLC  ("VGL") seeks authority to launch and operate an innovative, state-of-the-art constellation of non-geostationary satellites in elliptical, subgeosynchronous, continent - following orbits. VGL's system, called "VIRGO," will provide fixed-satellite services (including direct-to-home service) through gateway and user links in C-band and Ku-band frequencies (including the 17.3 - 17.8 GHz band, Earth-to-Space).

| Exhibit No. | Identify all exhibits that are attached to this application. |
|---|---|
| 1 | Requests for Waiver of Commission Rules (Question 35) |
| 2 | Ownership of Virtual Geosatellite, LLC (Question 40) |

## CERTIFICATION

The Applicant waives any claim to the use of any particular frequency or of the electromagnetic spectrum as against the regulatory power of the United States because of the previous use of the same, whether by license or otherwise, and requests an authorization in accordance with this application. The applicant certifies that grant of this application would not cause the applicant to be in violation of the spectrum aggregation limit in 47 CFR Part 20. All statements made in exhibits are a material part hereof and are incorporated herein as if set out in full in this application. The undersigned, individually and for the applicant, hereby certifies that all statements made in this application and in all attached exhibits are true, complete and correct to the best of his or her knowledge and belief, and are made in good faith.

44. Applicant is a (an):    (Place an "X" in the box next to applicable response.)

☐ a. Individual  ☐ b. Unincorporated Association  ☐ c. Partnership  ☐ d. Corporation  ☐ e. Governmental Entity  ☒ f. Other (Please specify) Limited Liability Company

| 45. Typed Name of Person Signing | 46. Title of Person Signing |
|---|---|
| David Castiel | President and Manager |

| 47. Signature | 48. Date |
|---|---|
|  | January 8, 1999 |

**WILLFUL FALSE STATEMENTS MADE ON THIS FORM ARE PUNISHABLE BY FINE AND/OR IMPRISONMENT (U.S. Code, Title 18, Section 1001), AND/OR REVOCATION OF ANY STATION AUTHORIZATION (U.S. Code, Title 47, Section 312(a)(1)), AND/OR FORFEITURE (U.S. Code, Title 47, Section 503).**

FCC 312, Main Form - Page 4
February, 1998

FF 01164

# Appendix A:  FCC Form 312 Application

**Exhibit  1 — Requests for Waiver of Commission Rules**
**Exhibit  2 – Ownership of Virtual Geosatellite, LLC**

FF 01165

EXHIBIT NO. 1

Virtual Geosatellite, LLC
FCC Form 312
Question 35
January 1999

## Requests for Waiver of the Commission's Rules

Virtual Geosatellite, LLC ("VGL") requests a waiver, to the extent it may be necessary, of the Commission's financial qualifications standard for its application to launch and operate a nongeostationary satellite system that would provide fixed-satellite services using Ku-band and C-band frequencies. The waiver request is contained in Section 4 of the main application to which this Form 312 application is annexed.

Section 25.210 of the Commission's Rules contains technical requirements that apply generally to fixed-satellite service spacecraft. The particular provisions of this rule, however, are tailored to the typical design specifications of geostationary satellites, and are technically inapplicable to nongeostationary satellites (which are inherently incapable of meeting the specific requirements set forth in Section 25.210). Notwithstanding the facial inapplicability of the rule, VGL's VIRGO system is consistent with the purpose of Section 25.210 to the extent that it maximizes the efficient use of the spectrum in which its satellites will operate. Until such time as Section 25.210 is modified to clarify the provisions applicable to nongeostationary fixed-satellite service spacecraft, VGL requests a waiver thereof to the extent necessary to permit grant of this application.

VGL, to the extent it may be necessary, also seeks waivers of Section 25.202(a) and Section 2.106 of the Commission's Rules to enable VGL to be assigned the frequencies it requests herein for its proposed VIRGO system. These sections contain the identification of fixed-satellite service frequencies available for non-government use in the United States. The bands that are requested in this application for VIRGO are not all included in these two rules, even though the excluded bands are covered by the Commission's November 2, 1998 public notice (Report No. SPB-141) establishing the cut-off deadline pursuant to which the instant application is being filed, and are the subject of the Commission's rulemaking proceeding in ET Docket No. 98-206.

Finally, VGL notes that existing rules and policies that apply to Ku-band and C-band geostationary satellite systems may be modified or deemed inapplicable to nongeostationary fixed-satellite service systems during the course of ongoing or future rulemaking proceedings. To the extent that there are currently applicable policies and rules that fall into this category, VGL requests that these rules and policies be waived with respect to VIRGO. As noted in Section 11 of the Application with which this FCC Form 312 application is associated, this last request includes those elements of Section 25.114(c) of the Commission's Rules that are not relevant to the advanced satellite technology that VGL will employ on VIRGO.

FF 01166

EXHIBIT NO. 2

Virtual Geosatellite, LLC
FCC Form 312
Question 40
January 1999

## Ownership/Management of Virtual Geosatellite, LLC

**Management of Virtual Geosatellite, LLC:**

David Castiel is the President and Manager of VGL. There are no other officers of the company.

**Owners of 10% or More of Virtual Geosatellite, LLC ("VGL"):**

The following entities own 10% or more of Virtual Geosatellite, LLC:

Virtual Geosatellite Holdings, Inc. ("VGHI") owns 88 percent of VGL. Ellipso, Inc. ("Ellipso") owns 12 percent of VGL.

VGHI is 100 percent owned by DC Family Trust II, of which David Castiel is the Trustee. The beneficiaries of DC Family Trust II are David Castiel and his minor children.

Ellipso holds 100 percent of the stock of Mobile Communications Holdings, Inc., the licensee of the Ellipso™ "Big LEO" mobile-satellite service system, either directly or through its wholly-owned subsidiary, Ellipso Private Holdings, Inc. Only Ellipso Private Holdings, LLC, of which David Castiel holds a majority interest, has greater than a 10 percent interest in Ellipso.

The address of VGHI and DC Family Trust II is as follows:

1133 21st Street, N.W., Suite 800
Washington, D.C. 20036
(202) 466-5599

The address of Ellipso, Inc. and Ellipso Private Holdings, LLC is as follows

1133 21st Street, N.W., Suite 800
Washington, D.C. 20036
(202) 466-4488

FF 01167

## Technical Certificate

The undersigned hereby certifies, under penalty of perjury, that I am the technically qualified person responsible for the preparation of the technical information contained in the foregoing application, that I am familiar with Part 25 of the Commission's Rules, and that I have either prepared or reviewed the technical information in the foregoing application and found it to be complete and accurate to the best of my knowledge and belief.

Jack R. Anderson
Acting Technical Officer
Virtual Geosatellite, LLC

January 8, 1999

FF 01168

## REQUIRED CERTIFICATIONS

Pursuant to Section 304 of the Communications Act (47 U.S.C. § 304), Virtual Geosatellite, LLC ("Virtual Geo") waives any claim to the use of any particular frequency or of the electromagnetic spectrum as against the regulatory power of the United States because of the previous use of the same, whether by license or otherwise.

The undersigned further certifies, under penalty of perjury, that neither Virtual Geo nor any party to this application is subject to denial of federal benefits pursuant to Section 5301 of the Anti-Drug Abuse Act of 1988, 21 U.S.C. § 862.

The undersigned certifies under penalty or perjury, individually and for Virtual Geo, that the statements made in this application are true and correct to the best of his knowledge and belief, and are made in good faith.

David Castiel
President and Manager
Virtual Geosatellite, LLC

January 8, 1999

FF 01169