# Exhibit 19

# Memorandum in Support of Motion for Summary Judgment and for an Award of Attorneys Fees and Costs by John E. Draim

**Brosius, Jay**

**From:** Brosius, Jay
**Sent:** Wednesday, November 24, 1999 1:31 PM
**To:** Becker, Tracie
**Subject:** RE: Geneva Briefing for Virgo

Tracie

Yup, really did happen on schedule. However, it is easy enough to redo. Perhaps there are others...

Jay

>-----Original Message-----
>From: Becker, Tracie
>Sent: Monday, November 22, 1999 8:05 PM
>To: Brosius, Jay
>Subject: RE: Geneva Briefing for Virgo
>
>Did this happen? Has it been rescheduled? Please let me know because I'd really like to see you in action - especially on the subject of Virtual Geo!
>
>>-----Original Message-----
>>From: Brosius, Jay
>>Sent: Monday, November 22, 1999 1:55 PM
>>To: EllipsoStaff
>>Subject: Geneva Briefing for Virgo
>>
>>Wednesday, Thursday, and Friday of last week we gave presentations at the ITU in Geneva on the Virgo System and the new class of virtually geostationary orbits of which Virgo is the first instance. We had pretty much a packed room for each of the three days I briefed, drawing from an international cross-section of attendees and interests. On Thursday we also briefed members of the Radio Bureau of the ITU. FCC staff members also sat in on at least one occasion. In all, there seemed to be a lot of favorable reaction in the audience and among regulatory types to the broad new concept of virtually geostationary orbits and the substantially increased opportunity they afford for reallocation of spectrum in the future (this being the main thrust of the presentation).
>>
>>If there is interest, I can give that presentation here in the board room at 4:00pm.
>>
>>Let me know if I should set up for it.
>>
>>Jay

LLC010102

5/15/00

**Brosius, Jay**

**From:** Brosius, Jay
**Sent:** Tuesday, November 30, 1999 7:35 PM
**To:** Anderson, Jack
**Subject:** Geneva Virgo Brief

Here is the brief I gave in Geneva

LLC010103

```
4
     jj   bbb                                  ii
          bb
     jj   bb      rr rrr    oooo     sssss    iii    uu   uu    sssss
     jj   bbbbb    rrr rr  oo  oo   ss         ii    uu   uu    ss
     jj   bb  bb   rr  rr  oo  oo    ssss      ii    uu   uu     ssss
jj   jj   bb  bb   rr      oo  oo       ss     ii    uu   uu       ss
jj   jj   bb bbb   rrrr     oooo    sssss     iiii    uuu uu   sssss
 jjjj


   3333     2222
  33  33   22  22
      33       22
     333      222
     33       22
  33  33   22  22
   3333    222222



5/17/00
```

LLC010104





# Virgo

November 1999

### DEMAND FOR BROADBAND TRAFFIC

- Internet/multimedia traffic is expected to grow much faster than users:
  - Increasingly multimedia-intensive content
    - With new broadband applications.
  - Traffic 25 times larger in 2002 than in 1998
    - continues to grow at a 20% CAGR over the next decade.
  - Data/multimedia 85% of total traffic by 2002
    - v.s. 50% in 1998.
- Half of Internet/multimedia traffic will remain international,
  - Growth in non-US users counterbalances the growth in national servers
  - Less US-centric Internet traffic.

*Sources: Goldman Sachs, Morgan Stanley Dean Witter, SpiNet*



### Virgo

- A global space-based networking and internet access service
- Using a patented* NGSO elliptical constellation of satellites
  - Optimize coverage of land masses
  - Minimize interference to other services
- Supports:
  - High speed, multi-megabit per second digital traffic and applications
  - Modest sized user terminals (18" antennas)
  - Locations anywhere on the Globe, pole to pole

*patent no's 5,845,206; 5,957,409; and others pending



### Virgo's Unique Features

- Optimizes service over continental land masses
- Provides pole to pole global coverage

Location-independent high speed digital access

Reuses FSS spectrum well below existing or proposed interference criteria



### Fast, Immediate Access

- Service beyond fiber for connectivity to and from anywhere in the world,
  - Not limited to selective point to point routes.
  - Worldwide contiguous coverage to customers who cannot be served economically by terrestrial systems.
- Immediate access: no waiting for the terrestrial buildout
- Bandwidth-on-demand.
- End-to-end solutions.





### Incremental Deployment

- Instant global coverage with 5 satellites
  - 30 Gbps over the Northern Hemisphere,
  - ~ Cost of a transoceanic fiber-optic cable.
- Phased deployment of 3 sub-constellations
  - follow market demand and
  - reduce market risk.
- Deployment stages:
  - 1: AURORA I, Northern,
  - 2 (or 3): AURORA II, 2nd Northern
  - 3 (or 2): AUSTRALIS, Southern



### Multiple Markets

- Three primary customer targets:
  - *Broadband Carriers* such as telecom carriers and ISPs requiring high-speed trunks from and to any place on earth.
  - *Corporate and Institutional Networks* requiring bandwidth-on-demand and direct-to-user services.
  - *Small Offices-Home Offices*, Small and Medium Enterprises, and Households will be offered the VIRGO Powered-PCTV suite of services.



### Low Cost

- Similar to intercontinental cable, for
  - Similar throughput
  - PLUS extended geographic reach and broadcasting to millions.
- Cheaper than LEOs:
  - Hundreds of short-life LEOs are prohibitively costly to build, launch, operate, and maintain.
- Comparable to GEOs:
  - 5-satellite Virgo constellation similar to 3-GEO constellation,
    - Smaller satellite for same capability
    - Lower overall launch costs — lower total $\Delta V$ & lower wt/sat
  - With better VIRGO hemispheric coverage and elevation angles.
- Competitive service pricing.



### DEMAND FOR BROADBAND

- The Demand for Broadband is Fueled by Internet Growth
- The Internet Pace of Growth is Unprecedented

| Every Other Second | 1 New Internet User |
| Every 50 Days | WWW Doubles |
| Every Year | Internet Traffic Quadruples |

Years to Reach 50 Million Americans: Radio 38, Television 13, Cable TV 10, Internet 5

Source: eStats



### DEMAND FOR BROADBAND

Annual Demand 10X    Annual Supply 3X

Slow web site downloads cost annually in the US:
- $4 billion
- 450 million wasted hours

Insufficient bandwidth

Sources: Goldman Sachs, Zona Research, eStats



### DEMAND FOR BROADBAND
#### USERS

- Internet users are expected to grow by 365% worldwide through 2002 and to maintain an exponential growth through the next decade.

| | 1997 | 2002 | Total Growth |
|---|---|---|---|
| US | 39 | 136 | 250% |
| Western Europe | 17 | 82 | 390% |
| Asia Pacific (excl. Japan) | 4 | 37 | 880% |
| Japan | 5 | 22 | 350% |
| Rest of the World | 4.5 | 43 | 850% |
| Total | 69 | 320 | 365% |

Sources: Goldman Sachs, Morgan Stanley Dean Witter, PsiNet

LLC010106

2








LLC010107

3








LLC010108

4













## Virgo Capacity

- *Forward*
  - 14.25 GHz available per region
    - (500 Mhz/beam X 28 beams) + 250 Mhz Broadcast
  - Supports 10 – 12 Gbps for Individual Beam Service per region
  - 90 Gbps globally
- *Return*
  - Individual User Beam Service only
  - 7.0 GHz available per region
  - Supports 5 – 6 Gbps/region
  - 45 Gbps globally

## Virgo User Terminal Frequencies

|  | Frequencies | Bandwidth Available |
|---|---|---|
| Uplink | 14.0 – 14.5 GHz | 500 MHz each polarization<br>1,000 MHz total |
| Downlink | 11.2 – 12.7 GHz | 1,500 MHz each polarization<br>3,000 MHz total |

## User Terminal Spectrum Use Traffic Links

- **Uplink**
  - 1,000 MHz total available
  - Each beam allocated 250 MHz in one polarization
  - This is one-quarter of total uplink spectrum available
- **Downlink**
  - 3,000 MHz total available
  - Each beam allocated 750 MHz
  - This is one-quarter of total downlink spectrum available
  - 500 MHz used for Single Beam service
  - 250 MHz used for Multi-beam broadcast reception

## Virgo Gateway Frequencies

|  | Frequencies | Bandwidth Available |
|---|---|---|
| Uplink | 5.925 – 6.725 GHz<br>12.75 – 13.25<br>13.8 – 14.0<br>17.3 – 17.8 | 2,000 MHz each polarization<br>4,000 MHz total |
| Downlink | 10.7 – 11.2<br>3.7 – 4.2 | 1,000 MHz each polarization<br>2,000 MHz total |

## Virgo Gateway Frequency Use

- 4 Gateway beams per satellite (i.e., per region) each serving a Gateway
- Asymmetric: Download spectrum is 2 times upload spectrum

## Virgo Gateway Uplink Frequency Use

- 4,000 MHz total available (2,000 times 2 pols)
- Each Gateway allocated full 4,000 MHz in its own Gateway Spot
- 4 gateway spots per active arc

LLC010110

6

## Virgo Gateway Downlink Frequency Use

- 2,000 MHz total available (1,000 times 2 pols)
- Each Gateway allocated full 2,000 MHz in its own Gateway Spot
- 4 gateway spots per active arc

## Virgo Frequency Reuse

- User Link
  - 14 times per satellite
    - 28 beams
    - 1 in 4 frequency spatial reuse
    - 1 in 2 polarization reuse
  - 126 times over system (9 arcs times 14 per arc)
  - Beam array uses 1 in 4 frequency reuse pattern in both directions

## Virgo Frequency Re-use

- Feeder Link
  - 8 times per satellite
    - 4 beams
    - 1 in 1 frequency spatial reuse
    - 1 in 2 polarization reuse
  - 72 times over system (9 arcs times 8 per arc)

## Virgo Waveforms

- *Forward*
  - FDM/TDM
  - QPSK
  - Concatenated convolutional and block codes
- *Return Links*
  - FDMA
  - QPSK
  - Concatenated convolutional and block codes

## Virgo Network

- *Gateways connect to/function as ISPs*
- *Further definition required*

## Virgo and Band Sharing





Comparison of Virgo and GSO Operating Regions



Comparison of Virgo and GSO



Virgo versus GSO

### Geostationary Arc Separation

- Actually always more than 45 degrees
- Guarantee always more than 40 degrees
- Lowest for terminals at far North and far South latitudes
- Always >50 degrees in CONUS



Relative GSO Arc Protection Factors

LLC010112

8

## Interference to C-Band GSO Earth Station
### 3.7 - 4.2 Ghz

ΔT/T Degradation to Earth Station    0.15%



Interference to C-Band GSO Satellite Receiver
5.925 - 6.425 Ghz

ΔT/T Degradation to Satellite Receiver  0.82%  (1.7% rain)



## Virgo Coverage and Protection to FS

- **Coverage optimized over land masses**
  - US Coverage                    Improvement Factor*
    - *Always > 42 degrees in CONUS*        *21 dB*
    - *> 30 degrees for VI, PR*              *19 dB*
    - *> 35 degrees for Hawaii*              *21 dB*
  - Global Coverage: - Elevation Angles
    - *Exceed 30 degrees for 50% of land areas*   *19 dB*
    - *Exceed 20 degrees for 90% of land areas*   *15 dB*
    - *Exceed 10 degrees for 99.9% of coverage area*  *4 dB*
  - Lowest elevation angles occur off land over Atlantic, Indian, and Pacific Oceans

  *\* Relative to 5° minimum elevation angle*



VIRTUAL GEO ELEVATION ANGLES VS. GEOS

## NGSO-NGSO Interference

- Uncoordinated NGSO orbits frequently cross each other's tracks
- Crossing causes co-linear interference events
- Avoided by Uniform adoption of non-crossing orbit design
- Only elliptical, active arc type orbits (e.g. Virgo) feature
  - Global Coverage
  - Non-crossing active arcs
  - Excellent GSO separation

Satellites can be slot-assigned in V-GEO tracks just as in the GSO arc

Scores, perhaps hundreds of new assignments are possible

## Present Route to NGSO Operations
— A Mistake?? — A Missed Opportunity??

- The GSO arc is a coordinated, agreed-upon orbit
  - Offers visibility advantages — positioning over desired markets
  - Greatly facilitates frequency sharing among many systems
- NGSO systems presently use uncoordinated orbits
  - Frequent crossing interference events
    - *More systems add more crossing interference to everyone*
  - Limited entry possible
    - *Possible requirement for spectrum subdivision — limiting capacity*
    - *Possible exclusion of future entrants*
  - Expensive, non-productive measures necessary to limit effects of crossing interference
    - Diversity — more satellites or ground stations needed
    - Interruptions
  - Limited isolation from GSO

### Virtual Geostationary Arcs
### A New Allocation Resource!

- Virtual Geostationary arcs create new GSO-like opportunities
  - Visibility advantages — loitering over desired markets
  - Greatly facilitate frequency sharing among many systems
    - No Crossing interference
  - Additional, non-productive interference mitigating measures not required
  - Add more and often better choices for satellite positioning
  - Arcs do not interfere with each other or with the GSO arc
  - Many more systems can share spectrum without adding to interference
  - Future entry *not* barred

### Competing System Interference on Virgo



### REGULATORY STATUS

- VIRTUAL GEO applied to the FCC in January 1999
  - *User Links* in Ku Band -- 14.0-14.5 GHz band (Earth-to-Space) and 11.2-12.7 GHz band (Space-to-Earth)
  - *Feeder Links* in C and X bands -- 12.75-13.25 GHz, 13.8-14.0 GHz, 17.3-17.8 GHz, and 5.925-6.725 GHz bands (Earth-to-Space) and the 10.7-11.2 GHz and 3.7-4.2 GHz bands (Space-to-Earth)
- Also filed with the ITU for access to spectrum on a global basis
- An FCC license currently expected in 2001
  - after the World Radio Conference (WRC) in July 2000.
- Worldwide frequency licensing after FCC license
  - i.e. from 2001 forward.

### REGULATORY STATUS

- Why will the FCC issue licenses only after WRC 2000?
  - The key frequency regulatory issue is the ability to share spectrum with existing GEO systems and other non-geostationary system applicants (there are 5 other applicants).
  - Sharing criteria are currently being developed at the ITU with approval expected at WRC 2000.
- Why will VIRTUAL GEO's frequency coordination with GEO systems be simplified and accelerated?
  - VIRTUAL GEO is designed not to interfere with existing GEOs unlike other proposed systems, as the VIRGO satellites would maintain at least 45 degree of separation from geostationary satellites at all times.

### VIRTUAL GEO SCHEDULE



### FINANCIAL HIGHLIGHTS

| | |
|---|---|
| • EBITDA Positive | 2005 |
| • Net Income Positive | 1Q 2006 |
| • Project Payback Years | 3 Years |
| • Customer Base in 2010 | |
| – CTA | 950 Carriers (36 MHz equivalent) |
| – CIN | 301,000 Terminals |
| – Direc2U | 1,101,000 Subscribers |
| • Annual Revenues | $6.0 Billion in 2010 |
| • System Capex | $2.6 Billion |
| • Project IRR | 59% |

LLC010114

10

### Funding Status
**VIRTUAL GEO CAPITAL RAISING**

- Milestones to Date:
  - FCC license filing in January 1999.
  - Seed capital of US$5 Million in 1Q 1999.
  - Organizational structure and team in place.
  - Initial technical design and business plan developed.
  - Leverage of the expertise gained on the Ellipso program.
- Milestones Ahead:
  - Raising of first round of venture capital financing during the pre-licensing phase to:
    - Finalize technical design and business plan.
    - Develop applications
    - Engage strategic partners

---

# Virgo
The *New Deal*
in
## High Speed Access

The *First Wave* in the
*Exciting Future Family*
of
## Virtual Geostationary Systems and Services



LLC010115