# Exhibit 20

Memorandum in Support of Motion for Summary Judgment and for an Award of Attorneys Fees and Costs by John E. Draim

**Paper for Presentation at the Fifth European Conference on Satellite Communications, ECSC 5, Toulouse, France, 3-5 November, 1999**

# VIRGO™ – Providing Affordable Global Access to Broadband Multimedia Service

David Castiel
President and Manager
Virtual Geosatellite, LLC
1133 21st St. NW
Washington, DC, 20036
Tel: (202) 466-5599
Fax: (202) 466-5595
dcastiel@virtualgeo.com

John Draim*
Constellation Design
Virtual Geosatellite, LLC
1133 21st St, NW
Washington, DC, 20036
Tel: (202) 466-5599
Fax: (202) 466-5595
jdraim@virtualgeo.com

Jack R. Anderson
Operations Officer
Virtual Geosatellite, LLC
1133 21st St. NW
Washington, DC, 20036
Tel: (202) 466-5599
Fax: (202) 466-5595
janderson@virtualgeo.com

*Corresponding Author

**ABSTRACT:**

This paper presents a general description of the VIRGO™ system. VIRGO is an acronym for 'VIRtual Geostationary Orbit', drawn from the well-known elliptic orbit characteristic of appearing to hang in the sky virtually motionless at and near apogee. VIRGO will provide affordable digital services, including high-speed Internet access and direct-to-home data and broadcast video streams, to small user terminals. It will concentrate its coverage on the world's continental land masses. The system employs a coordinated array of fifteen 8-hour period elliptic satellites placed in three repeating ground tracks- (five satellites for each track). Two of the three ground tracks are located to serve the populated areas of the Northern Hemisphere, while the remaining ground track serves Southern Hemisphere customers. The entirety of active portions of all the satellite orbits lies between 46 degrees of latitude (North or South) and the (North or South) Poles, respectively. Customers on the ground, as well as gateway stations, thus obtain a direct view of any active VIRGO satellite that is separated by at least 40 degrees from any GEO satellite. Using this elliptical constellation, VIRGO achieves an optimized combination of very high elevation angles, low signal propagation delays compared to geostationary satellites, and limited satellite handoffs. VIRGO has requested user link frequencies in the Ku band. Gateway link frequencies requested lie in the Ku, Ka and C bands. After departing one active arc, each satellite passes quickly toward and through perigee in the opposite hemisphere to return to its next active arc on its ground track (being the next one to the west). VIRGO™ satellites will use active phased array antennas. The gain of the satellite transmit antenna is not constant, as the beams are reconfigured in real-time to provide optimal continuity of service to the users. This involves a constant and automatic adjustment of the individual spot beams as the satellite passes through the active part of its orbit, so as to achieve nearly constant beam shapes on the surface of the Earth at all times.

**INTRODUCTION:**

VIRGO™ is a shortened acronym for 'VIRtual Geostationary Orbit', referring to a characteristic of high elliptic orbits wherein a satellite appears to hang in the sky virtually motionless at or near its apogee. In January 1999, Virtual Geosatellite LLC, based in Washington DC, filed an FCC application for authority to launch and operate a global FSS based on this principle.[1] The primary market applications for the VIRGO broadband digital system are aimed at providing worldwide internet access and direct broadcast video. Using a coordinated constellation, or array, of fifteen 8-hour period elliptic satellites placed in repeating ground tracks, VIRGO opens up a new avenue for the efficient, non-interfering use of the RF spectrum. It is estimated that initial operation of the VIRGO system could begin within 48 months of FCC approval.

The VIRGO orbital constellation, covered by issued and pending patents, will promote the efficient use of the orbital spectrum resource (frequency re-use). This is done by having active satellites occupy a different portion of the sky than the arc in which GEO satellites are seen. In this manner, it is possible to completely eliminate VIRGO electronic interference with all existing and future geostationary FSS and BSS satellites. VIRGO's relatively high elevation angles from its earth terminals to the satellites serving the primary coverage areas also greatly reduce the effects of atmospheric or terrain interference. VIRGO is comprised of three five-satellite sub-constellations. Although there are only three distinct ground tracks in the system, each satellite lies in a different plane, due to phasing considerations. Two of these sub-constellations are intended for Northern Hemisphere operation ( and are named "Aurora I™" and "Aurora II™"). The remaining sub-constellation (named Australis™) is primarily targeted for Southern Hemisphere operation. The design satellite operational lifetime is approximately 12 years. A perspective view of the VIRGO array is shown in Fig. 1.



Figure 1
VIRGO Constellation - Perspective View

To a layman, the elliptical-orbit satellite ring might be compared to a juggler's spheres. At apogee (their highest point, over the juggler's head), they appear to slow up and become closely bunched together, while at perigee (near his hands), they move more rapidly and more widely separated than those directly over his head!

VIRGO will provide continuous coverage of essentially all populated points on the globe. Emphasis in coverage is placed on key Northern Hemisphere locations such as the United States, Alaska, Hawaii, the U.S. Virgin Islands, and Puerto Rico, as well as Europe and Far East Asia.

## Angular Separation From GEO Satellites

VIRGO satellites, as seen by a viewer within the system's primary service areas, remain geometrically separated from the geostationary satellite arc by at least 40 degrees at all times. This key feature of the virtual geostationary concept means that VIRGO not only fully protects current geostationary FSS and BSS networks, but it also effectively leaves the GEO satellite community an unfettered opportunity to freely evolve their technologies in order to expand their services.

In order to visualize the underlying concept of VIRGO, it is necessary to recognize that satellites in this system are active (in the communications sense) only when they are at or near their apogee position. Since ten satellites have their apogees high in the Northern Hemisphere (at 63 degrees North latitude), and the remaining five have apogees in the Southern Hemisphere (at 63 degrees South latitude), they appear high in the sky to all possible users, except those in regions close to the equator. Even there, the elevation angles are still acceptable for receiving VIRGO services, and they will not interfere with or receive interference from, the GEO satellites. To users on or near the equator, VIRGO satellites will appear almost due North (or South) of them in the sky, at minimum elevation angles of about 16 degrees. For these observers, on the other hand, the GEO satellites will appear to be almost overhead (if they are at or near the same longitude as the observer); or they will appear off to the East or West, (if they have greater longitudinal separations). In any case, active Virgo satellites will always have a very wide angular separation from any satellite in the GEO ring, thus virtually eliminating any possibility of mutual electronic interference.

## Description of the VIRGO Ground Tracks

The three elliptical Virgo ground tracks are typical of those for a single 8-hour satellite; there are three distinct loops. Similar systems that have been proposed in the past were the American 'Tinker Bell' [2,3], and the European Archimedes constellations. For an eight hour-satellite with apogee in the Northern Hemisphere (such as VIRGO's Aurora I or Aurora II), there will be a fairly narrow curved ground track in that hemisphere, with a much wider one in the Southern Hemisphere. This is due to the much higher velocity the satellite has when traversing the region near perigee. The inverse would be true for a ground track with apogee in the Southern Hemisphere, such as VIRGO's Australis. Figure 2 shows all three ground tracks superimposed on a Cartesian map of Earth. A careful examination will reveal the three loops in each ground trace, and the difference between the Australis sub-constellation and the two Aurora arrays. With Aurora I and Aurora II active in the Northern Hemisphere, there will be roughly six geographical service areas there, with some overlap between them. Then, in the Southern Hemisphere with Australis, there will be only three loops, serving the land masses there- South America, South Africa, and Australia/New Zealand.




Figure 2.
VIRGO Ground Tracks

The peaks of the tracks are positioned so that there are significant, populated geographic regions roughly centered under them. By using more satellites in the Northern Hemisphere than in the Southern Hemisphere, VIRGO accommodates the non-uniform distribution of capacity so that it is roughly proportional to the actual population distribution that exists between these two hemispheres.

## The Active Portion of the VIRGO Tracks

VIRGO satellites are required to be active for 60% of each orbit. One can easily arrive at this figure from several directions. A straightforward approach is to consider that there are a total of fifteen satellites, but only nine loops containing the primary market areas. It is rather obvious that if nine satellites out of fifteen are the only ones active, the duty cycle must be equal to 9/15ths, or 60%. In the language of the orbital designer, the active time span per

orbit is going to be 9/15ths, or 60%, of the 8-hour period. Sixty percent of 8 hours is 4.8 hours (2.4 hours either side of apogee). Actually, the orbital designer would probably convert the time interval to a mean anomaly (MA) interval, in a system that defines one full period as 360 degrees of mean anomaly. Thus, the active satellite mean anomaly interval is also 60% of 360 degrees, or 216 degrees. Since perigee is by definition 0 degrees MA, and apogee is defined as 180 degrees MA, the active portion of the ellipse lies between 72 degrees MA and 288 degrees MA (i.e., 108 degrees either side of apogee). The actual angular position of the rather highly elliptical satellite lies considerably closer to the apogee than 108 degrees, due to the "bunching together" effect previously noted. This actual angular position is defined as true anomaly by the orbital designer, and is measured from the perigee location vector clockwise around to the actual satellite position vector, in the plane of the orbit. Due to the "bunching" effect near apogee, none of the VIRGO satellites are in their active mode between the equator and 46.1 degrees of latitude (North or South). The peaks of the tracks are positioned so that there are significant, populated geographic regions roughly centered under them. By using more satellites in the Northern Hemisphere than in the Southern Hemisphere, VIRGO accommodates the non-uniform distribution of capacity so that it is roughly proportional to the actual population distribution that exists between these two hemispheres.

## VIRGO Satellite Orbit Parameters

The orbital parameters for VIRGO satellites have been carefully selected to ensure 8-hour repeating ground tracks. The orbital parameters for both Aurora arrays, the Australis array, and the three in-orbit spares are given in Table I. Note that the eccentricity, 0.66, is somewhat less than the typical 12-hour Molniya orbit. The maximum value for eccentricity is, of course, determined by the minimum perigee altitude acceptable to the designer. Setting a higher value for eccentricity would force the perigee into a region where atmospheric drag would seriously degrade the orbit, or even (worst case) lead to an impact with the earth before completing its first orbit. Virgo satellites have apogee heights of 27,300 km; perigee heights are 7000 km. On-orbit spares are "parked" at 7285 km. The spares nodal regression rate assures that any spare can replace any active satellite, without excessive delay.

**Table I: VIRGO™ Orbital Parameters**

| | Aurora I™ Sats n=1-5 | Aurora II™ Sats n=1-5 | Australis™ Sats n=1-5 | Spare Satellites |
|---|---|---|---|---|
| Semimajor Axis | 20281 | 20281 | 20281 | 7285 |
| Eccentricity | 0.66 | 0.66 | 0.66 | 0.05346 |
| Inclination | 63.435 | 63.435 | 63.435 | 63.435 |
| Right Ascension of the Ascending Node | 341.5<br>53.5<br>125.5<br>197.5<br>269.5 | 255.3<br>327.3<br>39.3<br>111.3<br>183.3 | 52.2<br>124.5<br>196.5<br>268.5<br>340.5 | 0<br>180<br>30 |
| Argument of Perigee | 270<br>270<br>270<br>270<br>270 | 270<br>270<br>270<br>270<br>270 | 90<br>90<br>90<br>90<br>90 | 270<br>270<br>90 |
| Mean Anomaly | 0<br>144<br>288<br>72<br>216 | 108.2<br>252.2<br>36.2<br>182.2<br>324.2 | 0<br>144<br>288<br>72<br>216 | 0<br>0<br>0 |

## VIRGO System Capacity

The VIRGO system provides simultaneous service in nine regional service areas around the world. Within each of the regional service areas the system provides a total outbound (gateway-to-user) transmission bandwidth of 14.25 GHz and a total inbound (user-to-gateway) transmission bandwidth of 7 GHz. Using the proposed concatenated forward error correction ("FEC") coding schemes (½ rate inner convolutional code together with outer Reed-Solomon code), and taking account of the necessary guard bands between carriers, this bandwidth will support an aggregate bit-rate of between 10 and 12 GigaBits/s outbound and between 5 and 6 GigaBits/s

LLC007273

inbound per service area, depending on the particular traffic types.

All the inbound traffic is from individual user beams to gateways. Of the outbound traffic, 200 MegaBits/s is used in "multi-beam" mode from a single gateway to all downlink beams of the service area (effectively configured as one large downlink beam). The remaining 9.5 to 11 GigaBits/s is connected between gateways and individual downlink spot beams.

The high system capacity is achieved by correspondingly high levels of frequency reuse, which can be summarized as follows:

- Fourteen times re-use in the user terminal uplink frequency band
- Fourteen times reuse in two-thirds of the user terminal downlink frequency band. Two times reuse in the remaining one-third which is used in multi-beam mode.
- Eight times reuse in both uplink and downlink gateway frequency bands.

### Graceful Degradation In Event of Satellite Failure

Tracing the path of a single Aurora satellite, one can see that it does not remain tied to a single geographic area, but rather visits three areas in sequence. It goes active for 4.8 hours per day in the higher latitude regions of one loop, then turns off during the 3.2 hour non-active portion nearer perigee. It then re-appears in the next loop to the West of its initial loop and continues this rotation throughout its lifetime. If one satellite out of five in a ground track were to experience a failure, each of the three geographic service areas would see an outage of service lasting only 4.8 hours per day. Thus, every customer would see only a 20% reduction in service each day until the failed satellite were replaced. It is interesting to compare the impact of a VIRGO satellite outage with that of a GEO system. Typically, to ensure world-wide coverage, one must use (at least) three GEO satellites (usually spaced about 120 degrees apart in longitude). If one GEO were to fail, the customers in that third of the Earth it covered would be totally without service. Of the total global customer base 33% would thus be without any service whatever! Instead of a 20% down time, as with VIRGO, they would see a 100% failure. Of course, the customers in the other two regions would be the more fortunate ones (unless their satellites failed too!).

### Cost Savings through Use of Elliptic Orbits

The use of an elliptic constellation can actually result in lower system costs by reducing the number of satellites (and the associated launch vehicles necessary to place them in orbit). The elliptical satellites in the constellation have their apogee locations intentionally biased towards the actual market needs. This approach is now being used in the more fully developed ELLIPSO™ mobile satellite system for wireless telephonic communications now under construction. [4,5] In the case of ELLIPSO, intended for global satellite cellular phone service, market requirements dictated that extra coverage be provided in the Northern Hemisphere (with its greater population). At the same time, a much stronger bias towards increased daytime (as opposed to night-time) capacity was demanded. These unique and seemingly conflicting needs have been successfully met by the final ELLIPSO design. The evolved ELLIPSO orbital designs can now provide for a positive day-night bias in both the critically inclined, Northern Hemisphere coverage BOREALIS™ sub-constellation, and the equatorial CONCORDIA™ Apogee Pointing to the Sun (APTS) orbits. In addition, extra satellite coverage is provided in the Northern Hemisphere, in latitude bands where the world's population density is greatest.[4]

It would have been impossible to achieve such a "tailored" design with a circular orbit constellation. In general, the circular-orbit approach inherently gives equal coverage day vs night, and equal coverage Northern Hemisphere vs Southern Hemisphere. In circular orbit systems using inclinations approaching 90 degrees, an excessive amount of coverage is wasted on the polar regions, while coverage in the tropical and equatorial regions is actually thinned out. This coverage inefficiency, coupled in some cases with very low orbital altitudes resulting in small earth footprints, can result in systems with very large numbers of satellites.

### VIRGO Operating Frequencies and Beam Design

In the FCC Filing, Virtual Geo requested user links in the 14.0-14.5 GHz band (Earth-to-space) and in the 11.2-12.7 GHz band (space-to-Earth), and with gateway links in the 12.75-13.25 GHz, 13.8-14.0 GHz, 17.3-17.8 GHz, and 5.925-6.725 GHz bands (Earth-to-space) and the 10.7-11.2 GHz and 3.7-4.2 GHz bands (space-to-Earth). Each VIRGO satellite provides "bent pipe" communications channels in these bands, and achieves a frequency reuse factor of up to fourteen times in some frequency bands through the use of dual orthogonal circular polarizations and spatial separation of the individual uplink and downlink actively-steered beams (four times per satellite on feeder links). The gain for each HPA in the array is variable, being automatically and constantly readjusted to adapt to the changing size and shape of the beam footprint. The satellite transmit capability can be thought of as a pooled power resource whose magnitude can be related to the aggregate power of the transmit amplifiers that make up the active antenna. Individual beams have a nominal 2.25 degree beamwidth and 38 dBi of peak gain on boresight. Each beam can be steered independently of any other, although in general practice a cluster of beams corresponding to a service area will be steered together in a coordinated fashion. In addition, individual beams can be time-shared over several beam positions to serve larger, lower traffic density areas. Figures 3 through 5 present some examples of single beam contour plots for beams directed to the south central United States, Hawaii, and Alaska from the middle of the relevant service arc. Specific beam footprint contour positions for a given target will vary over time as the satellite moves through its arc and as the beam is steered to serve its user community best. TT&C contours are not provided, as the beams are omnidirectional.




Fig. 3
Beam Footprint, South Central United States




Fig. 4
Beam Footprint, Hawaii

**ORDER WIRE CONTROL CHANNELS**

Some of the communications capacity between the gateways and the user terminals will be set aside for order wire control channels. Current estimates suggest that an allocation of five megabits per second per user beam in both the outbound and inbound directions is appropriate, but further system development may result in changes to these allocations.

The outbound order wire control channel will consist of a TDM (Time Division Multiplex) signal containing control data destined for all the user terminals within a user beam, with individual headers preceding each control message to identify the individual user terminal to which the control message applies.

The inbound order wire control channel will use an FDMA (Frequency Division Multiple Access) scheme with each user terminal transmitting short data messages, when necessary, each modulated on its own RF carrier. The access protocol in this control channel will be a derivative of the ALOHA technique currently used by the inbound links of many VSAT networks.

The order wire channel will be used to carry network management information only, including the following:

- Requests by user terminals for satellite capacity. These requests will indicate the quantity and type of capacity required;
- Response by the RNCC/gateway to user terminal requests for capacity, indicating the availability of such capacity, and the frequency assigned for the transmission;



- Control information from the gateway to the user terminal for the implementation of uplink power control;
- Transmissions from the user terminals to the RNCC/gateway reporting on the health status of the user terminal equipment;
- Commands from the RNCC/gateway to the individual user terminals in the event that it is necessary to cease a particular uplink transmission;
- Transmission from the SOCC or RNCC gateway of the latest VIRGO™ constellation ephemeris data.

The order wire control channels will operate with transmit power spectral densities that do not exceed those of the communications traffic channels, and as such do not cause any additional interference. These order wire control links are made more robust by the use of a higher level of FEC coding (1/3 rate FEC) than is used on the communications traffic channels, as the reduction in spectral efficiency for these relatively narrowband channels is not a problem.

The exact frequencies to be used for these order wire control channels have not yet been determined, and will be decided only as a result of the more detailed studies that are underway. From an interference point of view, these order wire control channels are the same as the communications traffic channels so there is no need to distinguish them for the purpose of this application.

**VIRGO USER TERMINALS**

On the ground, residential and business customers will use small, mass-produced, low-cost terminals in large numbers. These will provide a wide range of two-way (as well as one-way) digital communications services. These user terminals have the capability to acquire and track the active VIRGO™ satellite and seamlessly switch between



Fig. 5
Beam Footprint, Alaska


LLC007275

active satellites when necessary (once every 4.8 hours). User antennas would have equivalent apertures as small as 45 cm in diameter In addition, the terminals will employ uplink power control to maximize system performance and minimize interference to other users of the spectrum.

### USER TERMINAL FREQUENCY BANDS

The VIRGO user terminal uplinks will utilize the 14.0-14.5 GHz Ku-band spectrum in both senses of circular polarization, creating an overall usable uplink spectrum of 1,000 MHz. Each user terminal uplink beam will be allocated one quarter of this (i.e., 250 MHz in a single polarization) and the overall service area will be covered with an array of potential beams operating in a 1-in-4 frequency re-use pattern, as shown in part in Figure 6. With this arrangement no two adjacent beams operate on the same frequency and polarization, and the instances where the same frequency and same polarization are used occurs only when the beams are spaced sufficiently far apart to allow full frequency/polarization re-use.

The user terminal downlinks will operate in the 11.2-12.7 GHz Ku-band spectrum, also in both senses of circular polarization, creating an overall usable downlink spectrum of 3,000 MHz. As for the user terminal uplink, one quarter of this spectrum (i.e., 750 MHz in a single polarization) will be allocated to each user terminal downlink beam, with a similar 1-in-4 frequency re-use pattern.

The asymmetry between uplink and downlink user spectrum is deliberate. The foreseen VIRGO services will consist of a broad array of multi-media two-way digital applications, and the expected aggregate traffic within a user beam from users to gateways (i.e., "inbound" traffic) is expected to be approximately one third of the aggregate traffic from the gateways to users (i.e., "outbound" traffic).




Fig. 6.
Example of 1-in-4 Frequency Re-Use Pattern for User Beams

### VIRGO GATEWAY TERMINALS

There will be four gateway terminals in each regional service area of the VIRGO system, each equipped with two large tracking antennas. These gateway terminals will act as the "hub" facilities for the user terminal links, and will connect the user terminals to the terrestrial communications infrastructure within their respective service areas. In addition, any required links between two or more user terminals will connect through a gateway terminal. The gateway terminals also generate and transmit control information destined for the user terminals to assist in user terminal tracking and in the application of uplink power control by the user terminals. The gateway terminals are connected by terrestrial links to the Regional Network Control Center ("RNCC") and the primary Spacecraft Operations Control Center ("SOCC").

### GATEWAY TERMINAL FREQUENCY BANDS

Within each service area the four VIRGO gateway terminals will interconnect the traffic from all the user terminals operating in the 28 equivalent user beams. The aggregate bandwidth capability of the gateway beams within a service area is equal to the aggregate bandwidth capability of all the user beams within each service area, because of the bent-pipe transponder arrangement of the VIRGO™ system. To achieve this without resorting to an unacceptably large number of gateways per service area, the VIRGO™ system needs to use all available gateway spectrum.

For the VIRGO gateway terminal uplinks the following frequency bands will be used: 12.75-13.25 GHz (500 MHz), 13.8-14.0 GHz (200 MHz), 17.3-17.8 GHz (500 MHz) and 5.925-6.725 GHz (800 MHz). The aggregate amount of spectrum in these four distinct gateway frequency bands, after allowing for the use of both senses of circular polarization, is 4,000 MHz. Of this total gateway uplink spectrum, 250 MHz is connected to downlink throughout the entire VIRGO service area, which is effectively in all of the user downlink beams. Of the remaining spectrum 3,500 MHz is used to connect from each uplink gateway beam to seven separate user downlink beams. The total of 28 equivalent fully occupied user downlink beams is served by the use of the four gateway uplink beams, each serving seven user beams.

The gateway terminal downlinks will operate in the following frequency bands: 10.7-11.2 GHz (500 MHz) and 3.7-4.2 GHz (500 MHz). Accounting for the use of dual circular polarization this amounts to a total of 2,000 MHz of gateway downlink spectrum. Each gateway downlink beam is therefore capable of providing inbound links for up to eight user beams, each of which supports 250 MHz on its uplink. As for the gateway uplinks, the total of 28 equivalent user uplink beams is served by the use of the four gateway downlink beams, each serving up to eight equivalent user beams.

### VIRGO CHANNELIZATION PLAN

The VIRGO satellites use active phased array satellite transmit antennas in which the power amplifiers are effectively distributed over the radiating elements of the array. There are no single high power amplifiers which

LLC007276

are used for dedicated portions of the frequency spectrum, such as a TWTA (traveling wave tube amplifier) in a transponder of a conventional satellite. Instead, all of the distributed solid state power amplifiers operate wide-band, with each providing a small fraction of the overall RF power transmitted. As such, there is no need to channelize the frequency bands into conventional "transponder bandwidths" from the point of view of the satellite HPA constraints. Furthermore, because of the "bent-pipe" arrangement of the payload, with connectivity provided only between gateways and user terminals (and vice versa), there is no requirement to channelize the spectrum more than is necessary to route traffic to and from the appropriate user and gateway beams.

### Inter-Satellite Links

Due to the extremely narrow beamwidth of optical inter-satellite-links (ISL) transmit and receive antennas, there should be no sharing problems associated with VIRGO's use of the optical ISL frequencies.

Virtual Geo LLC is committed to working with the FCC as well as other optical government and commercial ISL users to develop any sharing conditions that might be necessary for the implementation of the VIRGO optical ISL's.

### Potential Conflicts with NGSO FSS

The VIRGO satellite is a virtual-geostationary system which means that the active VIRGO satellites always appear in the same portion of the sky as seen from the Earth. This is very different from the types of non - geostationary (NGSO) systems that are proposed to operate in circular orbits, particularly those in Low Earth Orbits ("LEO"). These LEO NGSOs must operate almost from horizon to horizon, as viewed from their earth stations, in order to ensure full-time service with a manageable and affordable number of satellites in the constellation. Typically the satellites of these LEO NGSO systems can appear at some time or another anywhere in the sky down to between 5° and 10° above the horizon.

This fundamental advantage of a virtual GEO system compared to a circular orbiting NGSO system gives rise to a situation where many virtual geo systems can operate co-frequency and co-coverage, without necessarily making the virtual geo systems identical to each other. In this approach, the different virtual geo systems are designed so that each one operates with its active satellites in a part of the sky separated in angle, as viewed by their earth stations, from the others. There are many possibilities to explore with this NGSO sharing approach between virtual geo systems.

In addition, it is possible to also interleave virtual geo satellites of different systems within the same orbit planes to further increase the sharing potential between them. This approach, which is similar to that proposed by the circular orbiting LEO NGSO systems, requires a coordinated design approach between the NGSO system operators in order to create homogenous systems.

Sharing between the VIRGO system and the proposed circular orbiting NGSO systems can be achieved by exploiting the inherent satellite diversity of these latter systems. In the same way that these systems switch between active satellites to avoid the GSO arc, they are also capable of switching active satellites to avoid alignment situations between the VIRGO satellites and VIRGO earth stations.

Clearly the issue of sharing between NGSO systems is a complex one, and Virtual Geo is committed to work with the Commission and other licensees to ensure that viable sharing schemes are established.

### Regional Network Control Centers ("RNCC")

There will be three VIRGO Regional Network Control Centers ("RNCCs"). Each RNCC manages the entire satellite resources available to the region by assigning capacity to user terminals upon request, and collecting system usage data for billing purposes.

### Spacecraft Operations Control Center ("SOCC") and TT&C Earth Stations

There will be a single primary Spacecraft Operations Control Center ("SOCC") in the VIRGO system plus a back-up facility. The SOCC will be connected by land-lines to regional TT&C earth stations located in the regional service areas. The SOCC will perform all spacecraft control and monitoring functions for the entire VIRGO constellation.

### Summary and Conclusions

In summary, VIRGO™ will be well equipped to provide affordable digital services, including high-speed Internet access and direct-to-home data and video streams, to small user terminals in the most populated areas of the world. Its unique, patented, elliptical constellation array permits it to operate with no interference to (or from) any of geostationary satellites. This feature alone should greatly enhance the attractiveness of the service, to the GEO community and to international regulatory agencies.

## References:


1. Application Before The Federal Communications Commission of Virtual Geosatellite, LLC, for Authority to Launch and Operate VIRGO, Jan 8, 1999
2. Draim, J., "Lightsat Constellation Designs", AIAA-92-1988, Paper presented at the 14th AIAA International Communication Satellite Conference, Mar. 22-26, 1992
3. Draim, J., Kacena, T., Populating the Abyss - Investigating More Efficient Orbits, Proceedings, 6th Annual AIAA/USU Conference on Small Satellites, Sept. 21-24, 1992
4. Draim, J., "Elliptical-Orbit MEO Constellations: A Cost-Effective Approach for Multi-Satellite Systems", Paper presented at the 46th International Astronautical Congress, Oslo, Norway, Oct. 2-6, 1995
5. Draim, J., Castiel, D., "Optimization of the Borealis and Concordia Sub-Constellations of the Ellipso Mobile Communications System", Paper presented at the 47th International Astronautical Congress, October 7- 11, 1996, Beijing, China