# Exhibit 21

## Memorandum in Support of Motion for Summary Judgment and for an Award of Attorneys Fees and Costs by John E. Draim

2

# Virgo

Virtual Geosatellite, LLC - Proprietary Information

*virtual geo*

# DEMAND FOR BROADBAND TRAFFIC

- Internet/multimedia traffic is expected to grow much faster than users:

  – Increasingly multimedia-intensive content
    - With new broadband applications.
  – Traffic 25 times larger in 2002 than in 1998
    - continues to grow at a 20% CAGR over the next decade.
  – Data/multimedia 85% of total traffic by 2002
    - v.s. 50% in 1998.

- Half of Internet/multimedia traffic will remain international,
  – Growth in non-US users counterbalances the growth in national servers
  – Less US-centric Internet traffic.



Sources:  *Goldman Sachs, Morgan Stanley Dean Witter, SpiNet*

*Virtual Geosatellite, LLC - Proprietary Information*

3



virtual geo



# Virgo

- A global space-based networking and internet access service

- Using a patented* NGSO elliptical constellation of satellites

  - Optimize coverage of land masses
  - Minimize interference to other services

- Supports:

  - High speed, multi-megabit per second digital traffic and applications
  - Modest sized user terminals (18" antennas)
  - Locations anywhere on the Globe, pole to pole

*patent no's 5,845,206; 5,957,409; and others pending





virtual geo

*Virtual Geosatellite, LLC - Proprietary Information*

4

# Virgo's Unique Features

— Optimizes service over continental land masses

— Provides pole to pole global coverage

Location-independent high speed digital access

Reuses FSS spectrum well below existing or proposed interference criteria

*Virtual Geosatellite, LLC - Proprietary Information*

*virtual geo*

# Fast, Immediate Access

- Service beyond fiber for connectivity to and from anywhere in the world,

  - Not limited to selective point to point routes.

  - Worldwide contiguous coverage to customers who cannot be served economically by terrestrial systems.

- Immediate access: no waiting for the terrestrial buildout

- Bandwidth-on-demand.

- End-to-end solutions.



6

*virtual geo*

# Incremental Deployment

- Instant global coverage with 5 satellites
  - 30 Gbps over the Northern Hemisphere,
  - ~ Cost of a transoceanic fiber-optic cable.

- Phased deployment of 3 sub-constellations
  - follow market demand and
  - reduce market risk.

- Deployment stages:
  - 1:        AURORA I, Northern,
  - 2 (or 3):  AURORA II, 2nd Northern
  - 3 (or 2):  AUSTRALIS, Southern





Virtual Geosatellite, LLC – Proprietary Information

virtual geo

# Multiple Markets

- Three primary customer targets:

  — *Broadband Carriers* such as telecom carriers and ISPs requiring high-speed trunks from and to any place on earth.

  — *Corporate and Institutional Networks* requiring bandwidth-on-demand and direct-to-user services.

  — *Small Offices-Home Offices*, Small and Medium Enterprises, and Households will be offered the VIRGO Powered-PCTV suite of services.







Virtual Geosatellite, LLC - Proprietary Information

*virtual geo*

# Low Cost

- Similar to intercontinental cable, for
  - Similar throughput
  - PLUS extended geographic reach and broadcasting to millions.

- Cheaper than LEOs:
  - Hundreds of short-life LEOs are prohibitively costly to build, launch, operate, and maintain.

- Comparable to GEOs:
  - 5-satellite Virgo constellation similar to 3-GEO constellation,
    - Smaller satellite for same capability
    - Lower overall launch costs — lower total ΔV & lower wt/sat
  - With better VIRGO hemispheric coverage and elevation angles.

- Competitive service pricing.



Virtual Geosatellite, LLC - Proprietary Information

virtual geo

# DEMAND FOR BROADBAND

- The Demand for Broadband is Fueled by Internet Growth
- The Internet Pace of Growth is Unprecedented

| Every Other Second | 1 New Internet User |
| Every 50 Days | WWW Doubles |
| Every Year | Internet Traffic Quadruples |



## Years to Reach 50 Million Americans

| | |
|---|---|
| Radio | 38 |
| Television | 13 |
| Cable TV | 10 |
| Internet | 5 |

Source: eStats

1.66 million new users each month
365,000 every week
52,000 every day
2,186 every hour
36 every minute
one new user every 1.67 seconds

Virtual Geosatellite, LLC - Proprietary Information

virtual geo

# DEMAND FOR BROADBAND

## Annual Demand 10X

Slow web site downloads cost annually in the US:

- $4 billion
- 450 million wasted hours



## Annual Supply 3X

### Insufficient bandwidth



*Sources: Goldman Sachs, Zona Research, eStats*

*Virtual Geosatellite, LLC - Proprietary Information*



*virtual geo*

# DEMAND FOR BROADBAND
## USERS

- Internet users are expected to grow by 365% worldwide through 2002 and to maintain an exponential growth through the next decade.

| | 1997 | 2002 | Total Growth |
|---|---|---|---|
| US | 39 | 136 | 250% |
| Western Europe | 17 | 82 | 390% |
| Asia Pacific (excl. Japan) | 4 | 37 | 880% |
| Japan | 5 | 22 | 350% |
| Rest of the World | 4.5 | 43 | 850% |
| Total | 69 | 320 | 365% |

*Sources: Goldman Sachs, Morgan Stanley Dean Witter, PsiNet*

12

*Virtual Geosatellite, LLC - Proprietary Information*



*virtual geo*

# DEMAND FOR BROADBAND
## USERS

- Corporate users (LAN, WAN, SOHO/SME) are expected to drive the growth in broadband demand as new applications are developed.

- Enterprise connectivity is rapidly expanding: Remote LAN access via the Internet grew by 350% in 1999 and is expected to grow by 80% per year through 2002 (Yankee Group).

- Corporate spending for web-enabling expenditures will grow from $230 billion in 1998 to $1.5 trillion in 2003 worldwide.



13



virtual geo

# SATELLITE MARKET



Backbone
T3
T1

Regional P.O.P.
T1

Local P.O.P.

End-User

Cable Systems
ADSL
ISDN
LMDS

## Satellite Market
- Bypass of terrestrial last mile bottlenecks
- Areas underserved economically by terrestrial solutions
- Instant infrastructure, short buildout time
- End-to-end single provider-based networks
- Direct-to-user/home interactive apps

## Terrestrial Market
- Economical in urban areas with legacy infrastructure
- **Fiber:** Limited by high cost and buildout time
- **Cable:** Limited by existing network buildout in urban areas
- **xDSL:** Limited by line distance, quality, and availability
- **LMDS:** Limited by population density and technological challenges



virtual geo

# SATELLITE MARKET

- The satellite industry's market share is expected to reach 30% of total access broadband users by 2007.



### Global Broadband Access Subscribers by Technology, 1998-2007

|            | 1998 | 1999 | 2000 | 2001 | 2002  | 2003  | 2004  | 2005  | 2006  | 2007  |
|------------|------|------|------|------|-------|-------|-------|-------|-------|-------|
| xDSL       | 0.20 | 0.69 | 2.20 | 5.32 | 9.93  | 15.57 | 21.45 | 27.20 | 33.00 | 38.49 |
| Cable Modem| 0.57 | 1.52 | 4.24 | 8.54 | 13.72 | 19.99 | 26.86 | 34.33 | 41.00 | 46.78 |
| Satellite  | 0.03 | 0.07 | 0.20 | 0.65 | 1.90  | 4.58  | 10.49 | 18.48 | 27.64 | 39.62 |
| LMDS       | 0.00 | 0.07 | 0.26 | 0.85 | 1.54  | 2.56  | 4.00  | 5.95  | 8.34  | 11.16 |

Source: Pioneer Consulting, 1998

Virtual Geosatellite, LLC - Proprietary Information



virtual geo

# SATELLITE MARKET

- Satellite Access Market -    $20 billion by 2007 by leading industry experts.



- Satellite Backbone Market -    5 times the access market revenues by 2007
  - $100 billion (Pioneer, 1998)

Virtual Geosatellite, LLC - Proprietary Information



virtual geo

# VIRTUAL GEO POSITIONING

- VIRTUAL GEO is designed to serve efficiently three primary broadband markets.
- Planned satellite systems will coexist to serve the unmet broadband demand.



**Carriers & ISPs**
- Trunking
- Multicasting and Caching
- Terrestrial Backup

**Corporate & Institutional Networks**
- Bandwidth-on-Demand
- Universal, Single Hop, Direct-to-User Coverage

**Small Offices & Households**
- Always-on Online Access
- Interactive Bandwidth on Demand
- Video Broadcasting

Global

Regional

virtual geo

# VIRTUAL GEO CUSTOMERS



**VIRTUAL GEO**
Serves all users in the telecom value-chain from backbone to last mile access: ISPs, IXCs, RBOCs, Corporate VSATs, Household PCTVs

**Terrestrial Operators**
Serve reduced customer base and provide limited coverage range
**Fiber:** Limited by high cost and buildout time
**Cable:** Limited by existing network buildout in urban areas
**xDSL:** Limited by line distance, quality, and availability
**LMDS:** Limited by population density and technological challenges

Backbone
T3
T1

Regional P.O.P.
T1

Local P.O.P.

End-User

Cable Systems    ISDN
ADSL    LMDS

Virtual Geosatellite, LLC - Proprietary Information



virtual geo

# VIRTUAL GEO APPLICATIONS

## Direc2U
### F 6 Mbps/R 2 Mbps
**Home PC**

- Multicasting and Streaming
- VoIP
- High Speed File Transfer
- Office LAN Extension
- Collaborative Working
- Desktop Videoconferencing
- Video Broadcasting
- Interactive Online Shopping
- Interactive Electronic Gaming

## CIN
### F 45 Mbps/R 4 Mbps
**Direc2U Platform**

**+**

- Collaborative Working
- LAN/WAN Extension
- E-commerce Hubbing
- Tele-medicine
- Tele-training
- Tele-education
- Emergency Communications

## CTA
### 45 Mbps/155 Mbps

- Inter-Regional/International Caching and Streaming
- "Thin Route" High Speed Backbone
- Cable/Terrestrial Backup
- Wireline/Wireless Backhaul
- Closed Private Gateways

Forward

Return

Telephony

Video Broadcasting

Typical LAN

High Speed LAN

| 9.6kbps | 0.5Mbps | 1.5Mbp | 4Mbps | 6Mbps | 10Mbps | 25Mbps | 32Mbps | 45Mbps | 100Mbps | 155Mbps | 1.2Gbps |

virtual geo

*Virtual Geosatellite, LLC - Proprietary Information*

# Virgo's Constellation Design

Virtual Geosatellite, LLC - Proprietary Information

20

virtual geo

# Orbits

- **General**
  - 15 Satellites:
  - 3 ground tracks of 5 each
    - One available to each ground track
  - Spares
  - 8 hour elliptical, critically inclined orbits, 1 plane per satellite



*Virtual Geosatellite, LLC - Proprietary Information*

*virtual geo*

22

# Virgo from the North



Virtual Geosatellite, LLC – Proprietary Information



virtual geo

# Orbital Parameters

| Semimajor Axis | 20281 Km | |
| Eccentricity | 0.66 | |
| Inclination | 63.435 degrees | |
| Argument of Perigee | 270  Aurora | |
| | 90  Australis | |
| RAAN | 341.5 + 72    n, n=0-4 | Aurora I |
| | 255.3 + 72n, n=0-4 | Aurora II |
| | 52.2 + 72n, n=0-4 | Australis |
| | 0      #1 | Spares |
| | 180    #2 | |
| | 30    #3 | |
| Mean Anomaly | 0 + 144n, n=0-4 | Aurora I |
| | 108.2 + 144n, n=0-4 | Aurora II |
| | 0 + 144n, n=0-4 | Australis |
| | 0, all spares | Spares |

*Virtual Geosatellite, LLC - Proprietary Information*



virtual geo

# The Virgo Active Arcs



virtual geo

Virtual Geosatellite, LLC - Proprietary Information

24

# Virgo Active Arcs

- One satellite active in each active arc at a time

- Active arcs do not cross each other

- Active arc while between 17,500 and 27,300 km altitude

- 4 hours and 48 minutes spent in active arc per 8 hour revolution

- Active arcs fixed over important markets

- 6 in Northern Hemisphere and 3 in Southern



Virtual Geosatellite, LLC - Proprietary Information

virtual geo

# Longitudes of Active Arcs

- **Aurora I**
  - Europe           008-153E
  - Japan            128-173E
  - CONUS            248-293E

- **Aurora II**
  - India-China      078-123E
  - Alaska-Hawaii    198-243E
  - North Atlantic   310-003E

- **Australis**
  - Africa            019-064E
  - Australia-NZ      139-184E
  - South America     259-304E

26

*Virtual Geosatellite, LLC - Proprietary Information*

*virtual geo*

# Virgo Satellites

- **Payload**
  - **User link antennas**
    - Active phased array compensating for altitude and movement to maintain beam footprint fixed on earth.
  - Distributed SSPAs/LNAs
  - Single Beams
    - *28 full time beams (or larger number of part time beams)*
    - *2.25° Beamwidth*
    - *38 dBi peak gain nominal*
    - *Individually steerable and spatially hoppable*
    - *G/T:     7.2 – 10.2 dB/K*
  - Multibeams
    - *Synthesizes area beam from multiple individual beams*
    - *Coverage continuously maintained over target area*



Virtual Geosatellite, LLC - Proprietary Information

virtual geo

# User Terminals

- Three types

  - Virgo-A:        Consumer
    - 0.5m phased array tracking antenna, instantaneous switching
    - Weatherproof integrated housing
    - Ethernet interface: up to 10 Mbps

  - Virgo-B        Commercial
    - 1.5 meter antenna
    - Higher data rates: up to 40 Mbps

  - Virgo-C        Service Hub
    - 2.5 meter antenna
    - Multiaccess, Diversity capable
    - 100 Mbps and higher

Virtual Geosatellite, LLC - Proprietary Information

*virtual geo*

# Virgo Gateway Terminals

- 4 per regional service area

- Each with 2 five-meter tracking antennas

- Connected by terrestrial links to the RNCC and SOCC



*Virtual Geosatellite, LLC - Proprietary Information*



*virtual geo*

# Virgo RNCCs and SOCC

- **Regional Network Control Centers**
  - **Three total**
    - Two northern
    - One southern
  - **One designated as Master at any given time.**
  - **Manages resource allocation and billing**

- **Spacecraft Operations Control Center**
  - **Single plus one backup**
  - **Connected to RNCCs and all TTC stations**
  - **Perform all spacecraft control and monitoring for VIRGO**

*Virtual Geosatellite, LLC - Proprietary Information*



*virtual geo*

# Virgo Capacity

- **Forward**
  - 14.25 GHz available per region
    - (500 Mhz/beam X 28 beams) + 250 Mhz Broadcast
  - Supports 10 – 12 Gbps for Individual Beam Service per region
  - 90 Gbps globally

- **Return**
  - Individual User Beam Service only
  - 7.0 GHz available per region
  - Supports 5 – 6 Gbps/region
  - 45 Gbps globally

*Virtual Geosatellite, LLC – Proprietary Information*

31



virtual geo

# Virgo User Terminal Frequencies

|  | Frequencies | Bandwidth Available |
|---|---|---|
| Uplink | 14.0 – 14.5 GHz | 500 MHz each polarization<br>1,000 MHz total |
| Downlink | 11.2 – 12.7 GHz | 1,500 MHz each polarization<br>3,000 MHz total |

Virtual Geosatellite, LLC - Proprietary Information

32



virtual geo

# User Terminal Spectrum Use Traffic Links

- ## Uplink

  – 1,000 MHz total available

  – Each beam allocated 250 MHz in one polarization

  – This is one-quarter of total uplink spectrum available

- ## Downlink

  – 3,000 MHz total available

  – Each beam allocated 750 MHz

  – This is one-quarter of total downlink spectrum available

  – 500 MHz used for Single Beam service

  – 250 MHz used for Multi-beam broadcast reception

*Virtual Geosatellite, LLC – Proprietary Information*



*virtual geo*

# Virgo Gateway Frequencies

| | Frequencies | Bandwidth Available |
|---|---|---|
| Uplink | 5,925 – 6,725 GHz | 2,000 MHz each polarization |
| | 12.75 – 13.25 | 4,000 MHz total |
| | 13.8 – 14.0 | |
| | 17.3 – 17.8 | |
| Downlink | 10.7 – 11.2 | 1,000 MHz each polarization |
| | 3.7 – 4.2 | 2,000 MHz total |

Virtual Geosatellite, LLC - Proprietary Information

*virtual geo*

# Virgo Gateway Frequency Use

- 4 Gateway beams per satellite (i.e., per region) each serving a Gateway

- Asymmetric: Download spectrum is 2 times upload spectrum

35

*Virtual Geosatellite, LLC - Proprietary Information*

virtual geo

# Virgo Gateway Uplink Frequency Use

- 4,000 MHz total available (2,000 times 2 pols)

- Each Gateway allocated full 4,000 MHz in its own Gateway Spot

- 4 gateway spots per active arc

Virtual Geosatellite, LLC - Proprietary Information



virtual geo

# Virgo Gateway Downlink Frequency Use

- 2,000 MHz total available (1,000 times 2 pols)

- Each Gateway allocated full 2,000 MHz in its own Gateway Spot

- 4 gateway spots per active arc

Virtual Geosatellite, LLC - Proprietary Information



virtual geo

# Virgo Frequency Reuse

- User Link
  - 14 times per satellite
    - 28 beams
    - 1 in 4 frequency spatial reuse
    - 1 in 2 polarization reuse
  - 126 times over system (9 arcs times 14 per arc)
  - Beam array uses 1 in 4 frequency reuse pattern in both directions

Virtual Geosatellite, LLC - Proprietary Information



virtual geo

# Virgo Frequency Re-use

- **Feeder Link**
  - 8 times per satellite
    - 4 beams
    - 1 in 1 frequency spatial reuse
    - 1 in 2 polarization reuse
  - 72 times over system (9 arcs times 8 per arc)

*Virtual Geosatellite, LLC - Proprietary Information*



virtual geo

# Virgo Waveforms

- *Forward*
  - FDM/TDM
  - QPSK
  - Concatenated convolutional and block codes

- *Return Links*
  - FDMA
  - QPSK
  - Concatenated convolutional and block codes

*Virtual Geosatellite, LLC - Proprietary Information*

*virtual geo*

# Virgo Network

- **Gateways connect to/function as ISPs**

- **Further definition required**

Virtual Geosatellite, LLC - Proprietary Information



virtual geo

# Virgo and Band Sharing

*Virtual Geosatellite, LLC - Proprietary Information*



*virtual geo*



43

Virtual Geosatellite, LLC - Proprietary Information

virtual geo

# Comparison of Virgo and GSO Operating Regions



**ACTIVE OPERATIONAL REGION FOR VIRGO SATELLITES**

**ACTIVE OPERATIONAL REGION FOR GEO SATELLITES**

**40° MINIMUM SEPARATION ANGLE- ANY VIRGO TO ANY GEO**

44

*Virtual Geosatellite, LLC - Proprietary Information*



*virtual geo*

# Comparison of Virtual GEO and GSO Operating Regions



ACTIVE OPERATIONAL
REGION FOR Virtual Geo
SATELLITES

ACTIVE OPERATIONAL
REGION FOR GEO
SATELLITES

40° MINIMUM
SEPARATION ANGLE-
ANY Virtual Geo TO ANY
GEO

ACTIVE OPERATIONAL
REGION FOR Virtual Geo
SATELLITES

virtual geo

Virtual Geosatellite, LLC - Proprietary Information

# Virtual GEO Slots



Virtual Geosatellite, LLC - Proprietary Information

virtual geo



# Comparison of Virgo and GSO

47

*Virtual Geosatellite, LLC - Proprietary Information*

*virtual geo*

# Virgo versus GSO

48

Virtual Geosatellite, LLC - Proprietary Information

virtual geo

# Geostationary Arc Separation

- Actually always more than 45 degrees

- Guarantee always more than 40 degrees

- Lowest for terminals at far North and far South latitudes

- Always >50 degrees in CONUS

49

*Virtual Geosatellite, LLC - Proprietary Information*


*virtual geo*

# Relative GSO Arc Protection Factors



### GSO Interference Protection relative to 10° Angular Separation

Conventional NGSOs

Virgo

Angular Separation from GSO Orbit (°)

Chart based upon 25log⊖ rolloff

50

Virtual Geosatellite, LLC - Proprietary Information



virtual geo

# Interference to C-Band GSO Earth Station
## 3.7 - 4.2 Ghz

| | |
|---|---|
| Maximum PFD of VIRGO™ satellite in 4 kHz | -165 dBW / m² / 4kHz |
| GSO orbit avoidance angle | 40 ° |
| GSO Rx Earth Station gain towards VIRGO™ satellite | -8.1 dBi |
| Frequency | 4000 MHz |
| Effective Aperture of GSO Rx Earth Station towards VIRGO™ satellite | -41.5 dB-m² |
| GSO Rx Earth Station Interfering Signal Power in 4 kHz | -206.5 dBW / 4kHz |
| GSO Rx Earth Station Interfering Signal Power Spectral Density | -242.6 dBW / Hz |
| Increase in interference due to 3 simultaneously visible VIRGO™ satellites | 4.8 dB |
| GSO Rx Earth Station Interfering Signal Power Spectral Density (3 VIRGO™ satellites) | -237.8 dBW / Hz |
| GSO Rx Earth Station System Noise Temperature | 80 K |
| GSO Rx Earth Station System Noise Power Spectral Density | -209.6 dBW / Hz |
| I₀/N₀ at GSO Rx Earth Station Input | -28.2 dB |

# ΔT/T Degradation to Earth Station          0.15%

*Virtual Geosatellite, LLC - Proprietary Information*



virtual geo

# Interference to C-Band GSO Satellite Receiver

## 5.925 - 6.425 Ghz

|  | Clear Sky | Rain |
|---|---|---|
| Maximum PSD into VIRGO™ Earth Station Antenna in 4 kHz | -25.0 | -21.8 dBW / 4kHz |
| GSO orbit avoidance angle | 40 | 40 ° |
| VIRGO™ Tx Earth Station gain towards GSO Satellite | -4.1 | -4.1 dBi |
| VIRGO™ Tx Earth Station EIRP Spectral Density towards GSO Satellite in 4 kHz | -29.1 | -25.9 dBW / 4kHz |
| PFD at the GSO Satellite in 4 kHz | -191.2 | -188.0 dBW / m² / 4kHz |
| Frequency | 6325 | 6325 MHz |
| Assumed Gain of GSO Satellite Rx towards VIRGO™ Earth Station | 40 | 40 dBi |
| Effective Aperture of GSO Satellite Rx towards VIRGO™ Earth Station | 2.5 | 2.5 dB-m² |
| GSO Satellite Rx Interfering Signal Power in 4 kHz | -188.6 | -185.4 dBW / 4kHz |
| GSO Satellite Rx Interfering Signal Power Spectral Density (one VIRGO™ earth station) | -224.7 | -221.5 dBW / Hz |
| GSO Satellite Rx Interfering Signal Power Spectral Density (two VIRGO™ earth stations) | -221.7 | -218.5 dBW / Hz |
| GSO Satellite Rx System Noise Temperature | 600 | 600 K |
| GSO Satellite Rx System Noise Power Spectral Density | -200.8 | -200.8 dBW / Hz |
| I₀/N₀ at GSO Satellite Rx Input | -20.8 | -17.6 dB |

## ΔT/T Degradation to Satellite Receiver  0.82%  (1.7% rain)

*Virtual Geosatellite, LLC– Proprietary Information*

*virtual geo*

# Virgo Coverage and Protection to FS

- **Coverage optimized over land masses**

  - US Coverage

    - *Always > 42 degrees in CONUS*                    23 dB
    - *>30 degrees for VI, PR*                           19 dB
    - *>35 degrees for Hawaii*                           21 dB

  - Global Coverage: - Elevation Angles

    Improvement Factor*

    - *Exceed 30 degrees for 50% of land areas*          19 dB
    - *Exceed 20 degrees for 90% of land areas*          15 dB
    - *Exceed 10 degrees for 99.9% of coverage area*     8 dB

  - Lowest elevation angles occur off land over Atlantic, Indian, and Pacific Oceans

\* *Relative to 5° minimum elevation angle*

53

*Virtual Geosatellite, LLC - Proprietary Information*



virtual geo

# VIRTUAL GEO ELEVATION ANGLES VS. GEOS



**Elevation Angle (deg)**

Legend:
- GEO Elevation Angles
- Virgo Elevation Angles

Cities: Paris, London, Buenos Aires, Mexico City, Tokyo, Rome, Sydney, Johannesburg, Moscow, Ottawa, Fairbanks, AL, Oslo, Stockholm, Beijing

Virtual Geosatellite, LLC - Proprietary Information

54

virtual geo

# NGSO-NGSO Interference

- Uncoordinated NGSO orbits frequently cross each other's tracks
- Crossing causes co-linear interference events
- Avoided by Uniform adoption of non-crossing orbit design
- Only elliptical, active arc type orbits (e.g. Virgo) feature
  - Global Coverage
  - Non-crossing active arcs
  - Excellent GSO separation

Satellites can be slot-assigned in V-GEO tracks just as in the GSO arc

Scores, perhaps hundreds of new assignments are possible

*Virtual Geosatellite, LLC - Proprietary Information*



virtual geo

# Present Route to NGSO Operations — A Mistake?? A Missed Opportunity??

- The GSO arc is a coordinated, agreed-upon orbit
  - Offers visibility advantages — positioning over desired markets
  - Greatly facilitates frequency sharing among many systems

- NGSO systems presently use unrelated orbits
  - Frequent crossing interference events
    - *More systems add more crossing interference to everyone*
  - Limited entry possible
    - *Possible requirement for spectrum subdivision — limiting capacity*
    - *Possible exclusion of future entrants*
  - Expensive, non-productive measures necessary to limit effects of crossing interference
    - Diversity — more satellites or ground stations needed
    - Interruptions
  - Limited isolation from GSO

56



virtual geo

# Virtual Geostationary Arcs A New Allocation Resource!

- Virtual Geostationary arcs create new GSO-like opportunities

  – Visibility advantages — loitering over desired markets

  – Greatly facilitate frequency sharing among many systems

    • No Crossing interference

  – Additional, non-productive interference mitigating measures not required

  – Add more and often better choices for satellite positioning

  – Arcs do not interfere with each other or with the GSO arc

  – Many more systems can share spectrum without adding to interference

  – Future entry *not* barred

*Virtual Geosatellite, LLC - Proprietary Information*



*virtual geo*

# Competing System Interference on Virgo



**Competing System Interference On Virgo**
*Total Duration / Day / Satellite*

Case 1 : Latitude = 25 deg, Half Beam = 0.50
Case 2 : Latitude = 40 deg, Half Beam = 0.50
Case 3 : Latitude = 25 deg, Half Beam = 1.75
Case 4 : Latitude = 40 deg, Half Beam = 1.75

Time ( Seconds / Day )

( Case 1 Through Case 4 )

Virtual Geosatellite, LLC - Proprietary Information




virtual geo

58

# REGULATORY STATUS

- VIRTUAL GEO applied to the FCC in January 1999

  - *User Links* in Ku Band -- 14.0-14.5 GHz band (Earth-to-Space) and 11.2-12.7 GHz band (Space-to-Earth)

  - *Feeder Links* in C and X bands -- 12.75-13.25 GHz, 13.8-14.0 GHz, 17.3-17.8 GHz, and 5.925-6.725 GHz bands (Earth-to-Space) and the 10.7-11.2 GHz and 3.7-4.2 GHz bands (Space-to-Earth)

- Also filed with the ITU for access to spectrum on a global basis

- An FCC license currently expected in 2001

  - after the World Radio Conference (WRC) in July 2000.

- Worldwide frequency licensing after FCC license

  - i.e. from 2001 forward.

*Virtual Geosatellite, LLC - Proprietary Information*



# REGULATORY STATUS

- Why will the FCC issue licenses only after WRC 2000?

    – The key frequency regulatory issue is the ability to share spectrum with existing GEO systems and other non-geostationary system applicants (there are 5 other applicants).

    – Sharing criteria are currently being developed at the ITU with approval expected at WRC 2000.

- Why will VIRTUAL GEO's frequency coordination with GEO systems be simplified and accelerated?

    – VIRTUAL GEO is designed not to interfere with existing GEOs unlike other proposed systems, as the VIRGO satellites would maintain at least 45 degree of separation from geostationary satellites at all times.

*Virtual Geosatellite, LLC - Proprietary Information*



*virtual geo*

# VIRTUAL GEO SCHEDULE



Virtual Geosatellite, LLC - Proprietary Information

61

virtual geo

# FINANCIAL HIGHLIGHTS

- EBITDA Positive                                      2005
- Net Income Positive                                  1Q 2006
- Project Payback Years                                3 Years
- Customer Base in 2010
  - CTA                                                950 Carriers (36 MHz equivalent)
  - CIN                                                301,000 Terminals
  - Direc2U                                            1,101,000 Subscribers
- Annual Revenues                                      $6.0 Billion in 2010
- System Capex                                         $2.6 Billion
- Project IRR                                          59%

*Virtual Geosatellite, LLC - Proprietary Information*

*virtual geo*

ß

# Virgo
## The *New Deal*

in

# High Speed Access

## The *First Wave* in the
## *Exciting Future Family*

of

# Virtual Geostationary Systems
## and Services

*Virtual Geosatellite, LLC - Proprietary Information*



virtual geo