UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., )<br>)<br>and )<br>)<br>VIRTUAL GEOSATELLITE LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN E. DRAIM, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06cv01373 (JR) |

**DECLARATION OF JOHN E. DRAIM
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
AND AN AWARD OF ATTORNEYS FEES AND COSTS**

I, John E. Draim, declare and state as follows:

1. I am the defendant in this action and I have been involved in litigation with the plaintiffs in this action since November 2001. I submit this Declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth in this Declaration.

2. On September 10, 1999, a provisional patent application was filed with the USPTO titled "Fixed Satellite Constellation System Employing Non-Geosynchronous Elliptical Orbits with Common Ground Tracks" that was assigned application number 60/153,289 ("the '289 provisional application"). I was involved in the preparation of this provisional application and I am listed as a co-inventor on this provisional application. At the time this provisional application was prepared and filed, I was an employee of Mobile Communications Holdings,

Inc. ("MCHI"), a company affiliated with the plaintiffs. A copy of the '289 provisional application is attached as Exhibit 1 to the accompanying Memorandum.

3.  On February 3, 2000, a provisional patent application was filed with the USPTO titled "Creating an Array of Virtual Geostantional [sic] Satellites that Provide 2 Degree Separations at Apogee (and throughout active arcs), and Non-Interference with the Geo Ring" that was assigned application number 60/180,025 ("the '025 provisional application"). I was involved in the preparation of this provisional application and I am listed as a co-inventor on this provisional application. This provisional application refers to a satellite system that could provide 168-slots (active satellites) at all times. A copy of the '025 provisional application is attached as Exhibit 2 to the accompanying Memorandum.

4.  Attached to the accompanying Memorandum as Exhibit 10 are various letters that David Castiel sent to me and my wife during the Christmas holidays in 2002 relating to the various patent filings that had been made on behalf of my new employer in 2000, 2001 and 2002 claiming that I had "fenced" property and threatening to sue me.

5.  During my employment with MCHI, I assisted in the preparation of the filing of an application with the FCC in January 1999 relating to the Virgo system. The satellite constellation described in the FCC filing attached to the accompanying Memorandum as Exhibit 17 is the same satellite constellation claimed and described in the '289 provisional application. For example, Table 3.2-1 and Table 3.2-2 in the FCC application (Exhibit 17) are identical to Tables 1

- 2 -

and 2 in the '289 provisional application (Exhibit 1). These Tables provide the orbital elements of all the satellites that comprise the Virgo constellation.

6. I assisted Jay Brosius in preparing several of the slides for the presentations he made at the ITU in Geneva on the Virgo system in November 1999 that are attached to the accompanying Memorandum as Exhibit 19. The slides beginning on page LLC 010108 following the title Virgo's Constellation Design describe the same constellation claimed in the '289 provisional application filed several months earlier.

7. Attached as Exhibit 20 to the accompanying Memorandum is an article that I prepared for presentation at the Fifth European Conference on Satellite Communications in Toulouse, France in November 1999. David Castiel and Jack Anderson are also listed as authors on this paper. This paper was distributed to the public in November 1999 and afterwards. This paper describes the same constellation claimed in the '289 provisional application. For example, Table 1 and Figure 2 in this article are identical to Table 1 and Figure 9 in the '289 provisional application and they completely describe the orbital elements of all the satellites in the Virgo constellation.

8. Attached as Exhibit 21 to the accompanying Memorandum is presentation that was given by plaintiffs' representatives in May 2000 at the World Radiocommunication Conference in Istanbul, Turkey. This presentation not only describes the Virgo constellation from the '289 provisional application, but it also describes the 168-slot improvements that were the subject of the '025 provisional application. For example slide 46 of Exhibit 20 is identical to the

diagram included in the '025 provisional application on page 15 of the attachment titled Virtual Geostationary Services.

9. While I was employed at MCHI it was common practice to write articles, give presentations and to describe publicly those satellite systems and other inventions that had been the subject of applications filed with the USPTO. It was my understanding that once a patent application had been filed, including a provisional application, that the date of invention had been established and that MCHI would then attempt to publicize its invention in order to attempt to increase interest in the company and to obtain investors in its undertakings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2007.

*[signature]*
John E. Draim