UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,<br>a Delaware Corporation<br><br>and<br><br>VIRTUAL GEOSATELLITE LLC,<br>a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>            v.<br><br>JOHN E. DRAIM,<br><br>    Defendant. | Civil Action No. 1:06cv01373 (JR) |

## NOTICE OF FAILURE TO RESPOND TO
## MOTION FOR SUMMARY JUDGMENT AND FOR
## AN AWARD OF ATTORNEYS FEES AND COSTS

John E. Draim ("Draim"), by counsel, hereby notifies the Court that plaintiffs have failed to file an opposition to his Motion for Summary Judgment and for an Award of Attorneys Fees and Costs and the time for doing so has expired. At the scheduling conference on April 12, 2007, it was agreed that defendant would file his Motion for Summary Judgment and that plaintiff would have an enlarged period of thirty (30) days to respond to the motion. Defendant's Motion for Summary Judgment was filed on May 15, 2007 and the enlarged, thirty-day time period for filing a response expired on June 14, 2007.

Defendant requests that the Court enter an Order granting the Motion for Summary Judgment and award him his attorneys fees and costs in accordance with D.C. Code § 36-404.

                    JOHN E. DRAIM

                    By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
(703) 734-4356

By:     /s/ John F. Anderson
        John F. Anderson
        (D.C. Bar No. 393764)