# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., <br> A Delaware Corporation, <br><br> and <br><br> VIRTUAL GEOSATELLITE LLC, a <br> Delaware Limited Liability Company, <br><br> Plaintiffs <br> v. <br> John E. DRAIM, an individual, <br> Defendant. | **MOTION TO EXTEND PERIOD FOR OPPOSITION (DUE TO (ECF) NON-RECEIPT AND/OR TECHNICAL DIFFICULTIES)** <br><br> **CONDITIONAL CONSENT FOR EXTENSION FOR DEFENDANT'S FILING OF MOTION FOR SUMMARY JUDGMENT** <br><br> Case No. 1:06cv01373 (JR) |

The Plaintiff hereby respectfully requests that this court extend the deadline for the Opposition to Plaintiff's Motion for Summary Judgment and for an Award of Attorney's Fees and Costs, until July 20, 2007, 25 days from the filing of this motion. Alternatively, the Plaintiff requests at least no less than 15 days from the granting of this Motion. The Plaintiff did not receive electronic service of the Defendant's Motion for Summary Judgment via ECF, which was filed on May 15, 2007.

On June 25, 2007, Plaintiff was served via the ECF notification of Defendant's Notice of Failure to Respond to Motion for Summary Judgment and for and Award of Attorney's Fees and Costs (Docket Entry #11). At this time, Plaintiff first became aware of the Motion for Summary Judgment (Docket Entry #10) filed by the Defendant on May 15, 2007.

This Motion to Extend Period for Response is being filed immediately after the discovery of the Defendant's Motion for Summary Judgment, through the Defendant's

1  subsequent filing, and is not meant for purposes of delay or meant to prejudice the
2  Defendant in any manner.
3      If and only if Plaintiff is granted an extended period to file an Opposition to
4  Defendant's Motion for Summary Judgment of May 15, 2007, Plaintiff also hereby
5  consents to retroactively extend the time for the filing of the Defendant's Motion for
6  Summary Judgment from May 12, 2007 to May 15, 2007, as the original scheduling
7  agreement between the parties was that the Defendant's Motion for Summary Judgment
8  would be filed within thirty days of the scheduling conference of April 12, 2007.

10  <u>BY: /s/ David Bogart Dort</u>

12  David Bogart Dort, DC. Bar No. 465,728
13  **Dort IP PLLC**
    **(Rubinstein Law Group, P.C.)**
14  2020 14th Street N, Suite 700
    Arlington, VA 22201
15  Telephone:   (202)-423-1085
    Facsimile:   (202)-318-7729
16  Email: ddort@dort.com; ddort@rublaw.com
17  Attorneys for Plaintiff,
    Ellipso, Inc.
18  Virtual Geosatellite LLC