UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,<br>a Delaware Corporation<br><br>and<br><br>VIRTUAL GEOSATELLITE LLC,<br>a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN E. DRAIM,<br><br>Defendant. | Civil Action No. 1:06cv01373 (JR) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS'**
**MOTION TO EXTEND PERIOD FOR FILING OPPOSITION**

John E. Draim ("Mr. Draim"), by counsel, hereby opposes plaintiffs' motion for an extension of time to respond to the Motion for Summary Judgment and for an Award of Attorneys Fees and Costs that was filed with the Court and served on counsel on May 15, 2007. Not only was an electronic notice of the filing sent to plaintiffs' counsel on May 15, 2007, a copy of the letter delivered to the Court on May 16, 2007, was sent to plaintiffs' counsel indicating that a Motion for Summary Judgment and for an Award of Attorneys Fees and Costs had been filed on May 15, 2007.

At the scheduling conference on April 12, 2007, counsel discussed with the Court the recent denial of Mr. Draim's Motion to Dismiss and the desire to present the record that would support the granting of a dismissal of plaintiffs' claims and an award of

attorneys fees and costs in the context of a motion for summary judgment.[1]  The parties agreed that having the Court consider and decide a motion for summary judgment with the supporting material would be a more efficient method of proceeding in the case rather than immediately starting the discovery process.  It was agreed that Mr. Draim would proceed to file his motion for summary judgment and that plaintiffs would have an enlarged period of thirty (30) days to respond to the motion instead of the eleven (11) day response period prescribed in Local Civil Rule 7(b).  Counsel for Mr. Draim indicated that he intended to file the motion for summary judgment as soon as possible and hopefully within thirty days.  Under Federal Rule of Civil Procedure 56, Mr. Draim may "at any time" move for summary judgment and there was no ruling that Mr. Draim was required to file his motion for summary judgment within thirty days of the conference as indicated in plaintiffs' motion.

   Attached as Exhibit A is the notice of electronic filing that was sent to counsel for each party on May 15, 2007, upon the completion of the electronic filing of Mr. Draim's Motion for Summary Judgment.  This notice was sent to the same email addresses for counsel as the notice for the pleading that was filed by Mr. Draim on June 25, 2007, and apparently received by plaintiffs' counsel.  As shown in Exhibit A, the notice was sent to plaintiffs' counsel, David Bogart Dort at ddort@rublaw.com on the evening of May 15,

---

[1] The Court denied Mr. Draim's motion to dismiss relying on the now disavowed standard that a motion to dismiss under Rule 12(b)(6) should be granted only if it is clear that no relief could be granted.  As stated in the Supreme Court's recent ruling in *Bell Atlantic Corp. v. Twombly*, 550 U.S. ___ (2007), a complaint must contain allegations that plausibly suggest an element of the cause of action -- not merely allegations that are consistent with the necessary element.  In addition, the Court stated that the record on the motion to dismiss was insufficiently developed since the Court did not have access to the discovery in the earlier action, the settlement agreement and release or the parties' agreement to dismiss certain claims in the earlier action.

2007. In addition, attached as Exhibit B is a copy of a letter that was delivered to the Court and mailed to plaintiffs' counsel on May 16, 2007, referring to the Motion for Summary Judgment and for an Award of Attorneys Fees and Costs that was filed with the Court on May 15, 2007.

Given that the electronic filing system provided plaintiffs' counsel with the usual notice of electronic filing of the Motion for Summary Judgment on May 15, 2007, that a letter was sent to plaintiffs' counsel referring to the Motion for Summary Judgment that was filed on May 15, 2007 and plaintiffs' counsel was aware that Mr. Draim would be filing a Motion for Summary Judgment in the near future, Mr. Draim opposes plaintiffs' request for additional time to respond to the Motion filed and served on May 15, 2007.

JOHN E. DRAIM

By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
(703) 734-4356

By:    __/s/ John F. Anderson___
       John F. Anderson
       (D.C. Bar No. 393764)