## Anderson, John F.

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Tuesday, May 15, 2007 10:12 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-01373-JR ELLIPSO, INC. et al v. DRAIM Motion for Summary Judgment

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered by Anderson, John on 5/15/2007 at 10:10 PM and filed on 5/15/2007
**Case Name:**       ELLIPSO, INC. et al v. DRAIM
**Case Number:**     1:06-cv-1373
**Filer:**           JOHN E. DRAIM
**Document Number:** 10

**Docket Text:**
MOTION for Summary Judgment *and*, MOTION for Attorney Fees by JOHN E. DRAIM (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7# (8) Exhibit 8# (9) Exhibit 9# (10) Exhibit 10# (11) Exhibit 11# (12) Exhibit 12# (13) Exhibit 13# (14) Exhibit 14# (15) Exhibit 15# (16) Exhibit 16# (17) Exhibit 17# (18) Exhibit 18# (19) Exhibit 19# (20) Exhibit 20# (21) Exhibit 21# (22) Affidavit of John E. Draim# (23) Affidavit of John F. Anderson) (Anderson, John)


**1:06-cv-1373 Notice has been electronically mailed to:**

John F. Anderson    john.anderson@troutmansanders.com

David Bogart Dort    ddort@rublaw.com

**1:06-cv-1373 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\andersjf\My Documents\Draim Ellipso MSJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-0]

6/26/2007

[83a2e6a64d47ec80356693142daa7a08ea036ebcad3ce27eb7f75568e7b4b86f3272
bf3bd8d6861a0cbbda80fac640fe7ede2f720b695fa2ce6b037044664b40]]
**Document description:**Exhibit 1
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 1.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-1]
[1c4dd1c170d70a6c1cb37057f73def61e689e88c9fd3e19463fbdbf3ad84196719ce
881c269e2fb918897629c752fdf94cef1a9b3135fcfd570aee09515df8f8]]
**Document description:**Exhibit 2
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 2.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-2]
[7c12c70cb7974f41fb531dd72c93fbebbf2fab8cb37a28f286805bdba161b0367c90
50d285391259e4cc1986f14dc9d98108ccd38df11dc94e894093c0bf57fc]]
**Document description:**Exhibit 3
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 3.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-3]
[453efbcc23f5d240a47907117ca44cae72ec0cec586a351ccba198b2cf59f6637f3b
4f693417bfe68b28e64b681492408cde9b37d31453e506c6307ec5ee5d18]]
**Document description:**Exhibit 4
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 4.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-4]
[a2306fc2a01291802b1d7cc69b524d1a334225bf3eb1fb6346a4ff1bd288974d1c8b
bb8c1e0c8fd136d6b331324f7b7759673f2d508609ee94a13bfdb00a5eab]]
**Document description:**Exhibit 5
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 5.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-5]
[995f12cba63330e81249476ae1c5bd61f76ec162e17dbd8341cdcd1a876686286862
43f1b81424b66781568877bed1978cd0d5dae9606042c08e9f67ed54d9d0]]
**Document description:**Exhibit 6
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 6.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-6]
[7e1d408c3d07bcf40983528eca2a4b001eae429b3818cdfea4ab21b7bb725f98ef50
9fb1a84352cd8bc18175e51779152639a69820a74a5fb9b650fe369747be]]
**Document description:**Exhibit 7
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 7.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-7]
[ad7299d0a67e4d457d09a8904b8c63b5c04480867d41ffa021864c1eb91602b7164f
a8ba38e8de3d7018ac4efe5349f4909fc9f567b3f7a1d6c2076555e72b9b]]
**Document description:**Exhibit 8
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 8.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-8]
[21f33e14670320dd0e13a7ea3dd63a53dc73b31321a97a2bbefd1ec740bc960dc348
418a30503f8e512fe6a75ab9d69272dbc3ad3ad8901ea73ea915dc37e95a]]
**Document description:**Exhibit 9

**Original filename:** C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 9.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-9]
[43ef06da6f0f6f504157736f23c46cb09ed9aa167f0859b402f51263366be9abd914
66b0cfcad6f66768d352c906dd2d295865896b085681f84c71a1c08b8b96]]
**Document description:** Exhibit 10
**Original filename:** C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 10.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-10
] [2c70bf05a65ef12b5e7a3025b921179c6f9d051857d86f92cb8be1a52f9b2b8f9ef
6357653bd8475b94fb9983fbaee4cde701bcf3e0c6173068ebf7be456728b]]
**Document description:** Exhibit 11
**Original filename:** C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 11.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-11
] [635a71e942e836799f91484a623541a5ab29cae6104b0888a66a5475c4b449ae34f
022b84d6d7caeba573e11e049dc300471f4c08e5d76a49d19722568d395a4]]
**Document description:** Exhibit 12
**Original filename:** C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 12.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-12
] [0052ab866c431833eca77fb0e3d32ecb1b020bf2722ef82da333e08b864ed035573
ee378f17dfc747b93165cd198b3a1b8a9b8538a686e4074155598fc8d3365]]
**Document description:** Exhibit 13
**Original filename:** C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 13.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-13
] [adaaf7cc09dca0bd533ec1ec27e2eac5233eea073a4daab318fe3d53ab9a828560c
939a5c4108729028d952cfb8173be3a0ca886590ad28127b857d348a19356]]
**Document description:** Exhibit 14
**Original filename:** C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 14.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-14
] [38c5deeb6073314d11abde91bdb4fea61b01ac404de9249353748323a5788fe98eb
fd50bde270d512dc3f9e4de27b99ed1fe7fafe543c01355c044643086df04]]
**Document description:** Exhibit 15
**Original filename:** C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 15.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-15
] [106634ba5bce280eee04e0d15c3f2d82992176f34038ee5e27bbc5d570922a1df1e
3659478249b27f3a65cfe0b1a5badbf5bb43b25642bc22f975ee56f5035f6]]
**Document description:** Exhibit 16
**Original filename:** C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 16.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-16
] [9fadad84666ea5a8255eac041bbcf90cdfe9fb86b217374974e95b8195912a92140
fee8b4113efab2be8e0ce9a0ac8df2cd346a1d057fbb672d7f837772afc66]]
**Document description:** Exhibit 17
**Original filename:** C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 17.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-17

] [11eb00afaa0c6abb36affa883afe390544ef1c32a3aa4737cb8e81a424b3160a97b
522596a0b747a3486295f329c2aff27ae922fe864c00810ce4c72b3609ab1]]
**Document description:**Exhibit 18
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 18.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-18
] [8c1b171b8fe855897120e171a05d306a97c3ad69b1fc9ef29701afda74fb8ba801d
fdd2e9034311a4d83ea2806e6708feed0ddfd0401af1e9532a69f2bc87778]]
**Document description:**Exhibit 19
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 19.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-19
] [3d379435cd10fee8bd652de2e0f08e33b5ae3a912db6f22c147502a856e9430c90f
caa45a2f6e3ad2b25d37f6c09770d1784302cdff4900dd38d4b70d5701e1a]]
**Document description:**Exhibit 20
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 20.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-20
] [a0ccf459b847ea3a846ca38674f200597e6f031bc69bce0221c00abde22e03a20de
7fe1f978df2e1831c40b9b26e6eab1fa6e1b08036ae42a61505d24bb841fc]]
**Document description:**Exhibit 21
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Exhibit 21.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-21
] [9cc7201872405e15b01b9f0591873b46f70a9557b772bca031e9a81036d5c6fbb6f
fc4577ccfd54debe36b759a5cfea395308531ffb15d786e7600652e7e79e8]]
**Document description:**Affidavit of John E. Draim
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Ellipso Draim Decl.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-22
] [4ad1430cf4a397ed1f950a60d38283e9adc7d642d62db8de445e8bf30134b50771e
66eef2cd519a00bf09ff3855b997171c7ad80b740e1a3072daf2d45cd6e6b]]
**Document description:**Affidavit of John F. Anderson
**Original filename:**C:\Documents and Settings\andersjf\My Documents\Draim Ellipso Anderson Decl.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/15/2007] [FileNumber=1436041-23
] [4fc45c9b6c832c8cde1d85f86fbfee259a3af5bae8161d21e181df40ab60f3e0aa0
c04660b3ba2d3a74013d491ce9fbbbbf51f0a9230082aeb37ef1795f114cb]]