FILE COPY

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

1660 INTERNATIONAL DRIVE
SUITE 600, TYSONS CORNER
MCLEAN, VIRGINIA 22102-3805
www.troutmansanders.com
TELEPHONE: 703-734-4334
FACSIMILE: 703-734-4340

John F. Anderson
john.anderson@troutmansanders.com

Direct Dial: 703-734-4356
Direct Fax: 703-448-6530

May 16, 2007

**Hand Delivered**

The Honorable James Robertson
United States District Judge
United States District Court
　for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re:  Ellipso, Inc. v. Draim
     Civil Action No. 1:06cv01373 (JR)

Dear Judge Robertson:

　　Enclosed is a notebook containing a paper copy of the Motion for Summary Judgment and for an Award of Attorneys Fees and Costs, the Memorandum in Support of the Motion, the Declarations of John E. Draim and John F. Anderson and the Exhibits to the Memorandum.  These pleadings were filed electronically yesterday evening but given the size of the exhibits, I am providing you with a paper copy of the entire filing.

　　If you have any questions concerning this filing, please let me know.

Respectfully,

John F. Anderson

cc:　David Bogart Dort (w/o encl.)

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.