**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ELLIPSO, INC., *et al.*,            :
                                    :
          Plaintiffs,               :
                                    :
    v.                              :  Civil Action No. 06-1373 (JR)
                                    :
JOHN E. DRAIM,                      :
                                    :
          Defendant.                :

<u>**ORDER**</u>

        For the reasons stated in the accompanying memorandum, plaintiffs' motion for extension of time to respond to the motion for summary judgment [12] is **denied,** and defendant's motion for summary judgment [10] is **granted as conceded.**  Plaintiffs' motion for extension of time to respond to defendant's motion for attorneys' fees [12] is **granted**, however, and plaintiffs may have until July 9, 2007 to file their response.


                              JAMES ROBERTSON
                         United States District Judge