UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., <br> a Delaware Corporation <br><br> and <br><br> VIRTUAL GEOSATELLITE LLC, <br> a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN E. DRAIM, <br><br> Defendant. | Civil Action No. 1:06cv01373 (JR) |

## OPPOSITION TO PLAINTIFFS' MOTION TO VACATE ORDER

John E. Draim ("Draim"), by counsel, hereby submits this opposition to the "motion to vacate" filed on July 9, 2007. The motion and the accompanying attachments reveal that electronic notice of the May 15, 2007 filing was "successfully delivered" to the email address provided by counsel for the plaintiffs to the Court in connection with his registration for electronic case filing. The motion also fails to address why the copy of the letter sent to counsel for plaintiffs on May 16, 2007 referring to the motion for summary judgment either was not received by counsel for the plaintiff or was ignored. Accordingly, the Court should not "vacate" its earlier order and the June 28, 2007 Order should remain in place.

Attached to the declaration of James Barnes is a copy of the Court's tracking details indicating that the May 15, 2007 ECF notice was sent to plaintiffs' counsel at 22:11:55 with the notation "message successfully delivered to ddort@rublaw.com." As

shown in the opposition filed on June 26, 2007, the ECF notice was received by Mr. Draim's counsel on May 15, 2007 at 22:12.

The description of the system used by plaintiffs' counsel to obtain ECF notices is somewhat confusing. It appears that Mr. Dort has registered the address of ddort@rublaw.com as the address for receiving ECF notices but he has no direct access to that account. The attachments to the declarations indicate that all messages sent to ddort@rublaw.com are supposed to be forwarded to a "business email account" maintained by Mr. Dort at ddort@dort.com. In addition, in the "audit" performed by Mr. Barnes on July 6, 2007 for the ddort@rublaw.com address Mr. Barnes apparently only located eight ECF notices from the U.S. District Court for the District of Columbia sent to Mr. Dort's account. Since Mr. Dort registered with the Court for ECF in this case (8/17/2006), there have been at least 13 ECF notices sent in this matter from August 17, 2006 to June 28, 2007.[1] Since Mr. Barnes indicates that Mr. Dort has no access to the ddort@rublaw.com account and had no ability to delete any emails, it is clear that the "audit" he performed was not complete.

Plaintiffs' counsel was aware that a motion for summary judgment was going to be filed following the scheduling conference held on April 12, 2007 and he was sent a copy of the letter delivered to the Court on May 16, 2007 referring to the motion for summary judgment that was filed on May 15, 2007. Plaintiffs have failed to present an

---

[1] The first ECF notice sent to Mr. Dort was on August 17, 2006 when he filed his notice of appearance. Since that time ECF notices were sent on August 22, 2006; August 28, 2006; March 20, 2007; April 2, 2007; April 4, 2007; April 4, 2007; May 15, 2007; June 25, 2007; June 25, 2007; June 26, 2007; June 28, 2007 and June 28, 2007.

adequate explanation for the failure to monitor the filings in this case and the June 28, 2007 Order should not be vacated.

                JOHN E. DRAIM

                By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
(703) 734-4356

By:  __/s/ John F. Anderson___
   John F. Anderson
   (D.C. Bar No. 393764)