UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC., *et al.*,

    Plaintiffs,

v.                                   Civil Action No. 06-1373 (JR)

JOHN E. DRAIM,

    Defendant.

## ORDER

Plaintiffs' motion to vacate [18] is **denied**, but plaintiffs may file the memorandum they would have filed in opposition to defendant's motion for summary judgment, call it a motion for reconsideration, and the memorandum will be considered as if the motion for summary judgment were still pending. Defendant need not respond to the motion for reconsideration until or unless the Court calls for a response.

                                              JAMES ROBERTSON
                            United States District Judge