# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIPSO, INC., <br> A Delaware Corporation, <br><br> and <br><br> VIRTUAL GEOSATELLITE LLC, a <br> Delaware Limited Liability Company, <br><br>     Plaintiffs <br>  v. <br><br> John E. DRAIM, an individual, <br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **DECLARATION OF DAVID CASTIEL** <br><br> Case No. 1:06cv01373 (JR) |

I, David Castiel, hereby declare

1. I am the CEO of Ellipso, Inc. and Virtual Geosatellite LLC and have been since the inception of the companies. My business address is 4410 Massachusetts Avenue NW, Suite 385, Washington, DC 20016.

2. During the period from 1998 to the present, I have been responsible for engaging in-house and outside patent counsel.

3. For the Ellipso companies, obtaining patent protection was a critical part of the business plan as well as important for attracting investment and other important goals.

4. The Ellipso companies attempted to keep all pending patent applications as confidential until they issued as patents or were published as publicly-available patent applications.

5. To my knowledge, the Ellipso companies took all necessary steps to not reveal the contents of confidential pending patent applications to third parties unless a non-disclosure agreement was executed between Ellipso and the third party, or there

      was a specific relationship with the third party in which the third party was not allowed to use or reveal the material in the confidential patent applications.

Pursuant to 28 US §1746, I declare under penalty or perjury that the forgoing is true and correct, and, where stated, based upon information or belief.

Executed August 16, 2007
Washington, DC

*[signature]*

_____