**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELLIPSO, INC., *et al.*, | : |
|   Plaintiffs, | : |
| v. | : Civil Action No. 06-1373 (JR) |
| JOHN E. DRAIM, | : |
|   Defendant. | : |

**ORDER**

The Court calls for a response to plaintiff's "motion for reconsideration in opposition to motion for summary judgment" [#22]. Defendant may have 30 days from the date of this order to respond. Plaintiff may have 15 days thereafter to reply. It is **SO ORDERED.**


                    JAMES ROBERTSON
               United States District Judge