# EXHIBIT 22

**Blakley, Laury**

| | |
|---|---|
| **From:** | Draim, John |
| **Sent:** | Thursday, September 23, 1999 4:37 PM |
| **To:** | Castiel, David; EllipsoStaff |
| **Subject:** | VIRGO Paper & Presentation |

Attached Files on VIRGO Amsterdam Paper and Briefing. *[Too late to make changes to the paper- it's at the printers. The presentation slides can still be modified,though, up until about 10:am tomorrow morning]*
     For David Castiel: I made the changes on that one slide about "limited data service.... enhanced Web-based

AmsterdamVIRGO-JED CSDf.doc          AmsterdamVIRGOslides.ppt

services" Thanks ... Good Point!
John D.

1

LLC003522

IAF-99-M.4.03

# VIRGO™, A "Virtual-GEO" Elliptic Orbit Fixed Satellite Communication System for the 21st Century

*John E. Draim*
Director, Constellation Design
Virtual Geosatellite, LLC

Cecile Davidson
Director, Strategy and Planning
Virtual Geosatellite, LLC

David Castiel
President and CEO
Virtual Geosatellite, LLC

50th International Astronautical Congress
4-8 Oct 1999/Amsterdam, The Netherlands

For permission to copy or republish, contact the International Astronautical Federation
3-5 Rue Mario-Nikis, 75015 Paris, France

# VIRGO™, A "Virtual-GEO" Elliptic Orbit Fixed Satellite Communication System for the 21st Century

John E. Draim*
Virtual Geosatellite, LLC
1133 21st St. NW, Suite 800
Washington, D.C.

Cecile Davidson§
Virtual Geosatellite, LLC
1133 21st St. NW, Suite 800
Washington, D.C.

David Castiel†
Virtual Geosatellite, LLC
1133 21st St. NW, Suite 800
Washington, D.C.

## Abstract

The VIRGO™ system is being designed to provide the first truly global broadband satellite network in the Ku-band. The System will provide fixed satellite services to telecommunication carriers, corporate and institutional networks, as well as individual users. VIRGO will answer the triple digit growth projected in multimedia and Internet-related traffic through the next decade, in areas that terrestrial technologies cannot serve economically. The system will offer some enhanced functionality over services provided by GEOs, such as single-hop around the world for mission critical applications, and dual satellite coverage at all times over the Northern Hemisphere.

V employs a combination of user links in Ku-band, and gateway links in C-band, as well as optical crosslinks between satellites. A distinguishing characteristic of the system is its use of elliptic orbits. Active V satellites actually appear in a different part of the sky than that occupied by the band of traditional geostationary satellites. The resulting large angular separation ensures that there will be no electronic interference possible between the V constellation and the GEO community - for both the server and user links. The VIRGO array consists of fifteen satellites, all in 8-hour orbits. These are broken up into three sub-constellations with five satellites each - AURORA I™, AURORA II™ and AUSTRALIS™. Each of the sub-constellations has a distinct repeating ground track with the three loops that are characteristic of their 8-hour orbit. Beneath the apogee point for each loop is the targeted market area. AURORA I and AURORA II will serve the Northern Hemisphere, where most of the broadband traffic takes place. AUSTRALIS will serve the Southern Hemisphere and allow North-South traffic, completing the global footprint.

## Introduction

On January 8, 1999, Virtual Geosatellite, LLC, filed before the United States Federal Communications Commission (FCC) an application for the construction of a global fixed-satellite service system employing non-geostationary satellites in sub-synchronous, elliptical orbits. The system employs an innovative 15 satellite, elliptical orbit constellation (US Pat. Pending), exhibiting many of the characteristics of geostationary satellites. As the system's name illustrates, satellites appear to hang almost motionless in the sky at and near their apogee points, in a manner "virtually" similar to GEO satellites.

Equally transparent to the user is the type of services that the V satellites will provide: broadband connectivity to and from any point on earth, much like GEOs, *plus* some enhanced functionality. Indeed, by integrating some of the latest technology advances into its system, Virtual Geo plans to provide additional convenience and performance to the customer. These service features include: single-hop around the world via inter-satellite links for user-to-user, interactive, delay-sensitive applications; satellite redundancy via dual satellite coverage over the Northern Hemisphere; and end-to-end, customer-defined transport and network packages to satisfy increasingly diverse user requirements.

Virtual Geo is designing its system with a high level of functionality in order to be forward compatible with emerging applications and customers' evolving needs. This philosophy will reduce market risk. Additionally, Virtual Geo will deploy its constellation in phases, as five AURORA I satellites – smaller than GEOs – cover approximately 98% of the Northern Hemisphere, down to 10 degree South latitude in some places. AURORA II and AUSTRALIS will be deployed soon after, in conjunction with market evolution.

Copyright © 1999 by the International Astronautical Federation. All rights reserved.

\* Director, Constellation Design
§ Director, Strategy and Planning
† President and CEO

2

VIRTUAL GEO'S MARKET, ECONOMICS, AND SERVICES

Demand for Broadband
The Virtual Geo system is designed to satisfy the fast-paced growth in demand for high-speed transmission capabilities. Although broadband traffic growth projections vary according to analysts, all concur that demand will increasingly be fueled by multimedia and Internet-related traffic, and that supply will remain lagging, in spite of significant investments in international, domestic, and local loop cable capacity. A new Internet law states that Internet traffic quadruples every 12 months1/. According to some estimates, total demand for broadband bandwidth is increasing by 10 times every year, while supply lags behind, tripling every year2/. This imbalance, experienced first-hand by the user, creates market inefficiencies as the consumer is ready to pay for solutions that would provide better service. One meaningful indicator of both insufficient and inefficiently used bandwidth is the ISPs' call failure rate, which approximated 10% of calls during consumer hours and 5% during business hours in the United States in 1998. In parallel, slow web site downloads, equivalent to 450 million wasted hours, cost an estimated $4 billion to the US economy. However, advances in cable and satellite technology, and in buildout are increasing the supply of bandwidth and lowering the cost of capacity, leading to the industry's development of new applications and offerings, which result in more usage and demand for bandwidth. Virtual Geo plans to play a role in this growth cycle.

Role of Broadband Satellites and Terrestrial Networks
Satellites play an indispensable role in providing broadband capacity that complements terrestrial technologies wherever terrestrial is uneconomical, inefficient, under-performing, or unavailable. Terrestrial and satellite technologies feed on each other's development as the consumer, who is offered increasingly advanced services like high speed interactive multimedia streaming to his desktop, expects this new level of service to be widely available and "follow" him to the office, home, and public places. The customer's buying decision and usage satisfaction is a function of service convenience, performance, and affordability. Practical implementation constraints, such as coverage perimeter, installation cost per user, or line of sight, are transparent to the user who leaves it to the service provider to find the most economical and efficient technology. In the following cases, for example, broadband satellites offer distinctive advantages:
- Customers located in areas under-served economically by terrestrial solutions, such as suburban or rural areas.
- Businesses in need of broadband infrastructure who cannot wait for broadband terrestrial solutions to build out to them.
- Customers who require latency guarantees for mission critical applications and do not tolerate successive transmission bottlenecks.
- Consumers in need of true interactivity.
- Distributed networks.
- Broadcasting networks.

Virtual Geo's Competitive Advantages over LEOs and GEOs

Instant Global Coverage with Phased Development
LEO constellations require the entire satellite fleet or a large portion of it to be in orbit in order to commence service globally. This is time-consuming, expensive, risky, and requires quasi-permanent launch campaigns in order to replace short-life satellites and maintain continuity of service. Meanwhile, it takes a minimum of three launches of Ku-band satellites for GEOs to cover the globe contiguously over most of the Northern Hemisphere. On the other hand, it takes only two launches of VIRGO satellites to provide an even better coverage of the Northern Hemisphere. VIRGO's deployment is thus easier, faster, and the choice of launch vehicles and launch windows is wider than for any other type of satellites. With only 5 satellites, AURORA I's footprint covers 98% of the Northern Hemisphere and down to 10 degree South latitude in some places. This is equivalent to a belt of approximately 45 to 90 Gbps of single-hop capacity over the developed world, where most broadband traffic takes place. The selection of the AURORA I orbital track will be optimized so that satellite beams are centered in peak demand zones in the three served continents. AURORA II and AUSTRALIS will be deployed later to follow market evolution, thus reducing the project's market and financial risks. AURORA II will essentially double the capacity available over the Northern Hemisphere, while AUSTRALIS will complement the coverage for Southern and North/South traffic in Oceania, Southern America and Southern Africa.

3

<u>Strong Economics</u> - VIRGO's economics are stronger than those of LEOs and GEOs.

- Broadband LEO constellations are prohibitively costly to launch, operate and maintain, with tens if not hundreds of short-life satellites. Indeed, some LEO projects' funding requirements put pressure on the financial markets' capacity available to our industry. These constellations' higher risk profile may be projected onto lower-risk businesses that have stronger business plans and lower capital requirements.

- Three GEO satellites with regional Ku-band beams can provide contiguous, triple-hop coverage of the Northern Hemisphere, while it takes 5 VIRGO satellites to provide similar coverage, with similar capacity, *and* to give the added advantages of single-hop transmission via inter-satellite links and coverage of the polar area. VIRGO satellites are smaller and launched into lower orbits than GEOs, thus reducing the size of launchers and the overall cost of satellites in orbit by about half. By this estimate, VIRGO has a material 17% (1/6) cost advantage over GEOs, for a given lifetime and capacity. We are currently running various scenarios on the technical and cost differentials between given GEO and VIRGO satellites in orbit. Our conclusion, given current assumptions, is that the cost of a VIRGO satellite in orbit would have to reach more than 60% of the GEO benchmark for VIRGO's economic advantage to dissipate. VIRGO's economic headstart is considered here before taking into account that VIRGO's unique service features and high service quality are likely to generate premium revenue streams.

<u>Quality of Service</u> - VIRGO is designed to meet the highest standards of service quality.

- "Single-hop around the world" – With inter-satellite links, communications will not only be faster, they will also be more secure. VIRGO will connect customers with less latency than either LEOs lacking inter-satellite links or GEOs for interregional traffic. VIRGO will serve mission critical, highly interactive and delay-sensitive applications, with user-to-user links, and latency guarantees to the customer at the POP-to-POP or end-to-end level.

- Optimal coverage over the most populated regions of the world, where the demand is – VIRGO satellites' coverage and elevation angles are optimum in the regions at mid-to-high level latitudes. In the Northern Hemisphere, these regions include Northern America, all of Europe, Japan, and China; in the Southern Hemisphere, Oceania, Southern America, and Southern Africa. On the other hand, GEO satellites' coverage and elevation angles are best over the equator, where the demand for broadband traffic is typically lower.

- Redundancy – No region would ever lose more than 4.8 hours per day of service if there is a satellite failure. If a GEO satellite suffers total failure, customers are susceptible to suffer total service interruption 24 hours a day until a replacement is provided. If a VIRGO satellite were to fail in one of the AURORA orbits, there would be minimal if no service interruption as there is dual coverage most of the time under AURORA I and AURORA II. Under AUSTRALIS, service interruption would only be of 4.8 hours over a Southern region, possibly during non-peak hours, until the malfunction is corrected or a spare is moved to location.

<u>Virtual Geo Services and Applications</u> - Convenience, performance, and affordability drive Virtual Geo service design. Virtual Geo service features, when combined together, will provide a highly effective end-to-end communication platform to telecom carriers, businesses, institutions, and households. Virtual Geo's service philosophy is to offer the customer varying degrees of customization and ready-to-use features, as is increasingly fitting for the techno-savvy user of the new millennium. Distinctive service features and illustrative applications include:

- *True "single-hop around the world"* via inter-satellite links and satellite switching and routing. This functionality will be particularly suited to latency-sensitive, user-to-user, mission critical, and interactive applications, including voice and video conferencing, collaborative computing, electronic gaming, distance learning, and telemedicine. Corporate or institutional mesh networks are typical configuration illustrations, as shown in Figure 1.

4



Figure 1
Single-Hop around the World Routing Scheme

- *Bandwidth-on-demand* – Virtual Geo's billing schemes, by the packet or the minute for example, will answer the demand for greater flexibility from customers with irregular usage patterns and throughput demand who wish to have the required bandwidth available to them when they need it. Bandwidth-on-demand billing may start when usage increases beyond contractual limits in cases where the customer commits to a fixed usage per month or year.

- *End-to-end solutions* – Virtual Geo will deliver more than a transport solution when required by customers. Virtual Geo will deliver web caching and web/audio/video streaming transport/application packages to ISPs and corporate LANs. Virtual Geo also plans to offer desktop interactive videophone on VIRGO-powered PCs and appliances to corporate and individual users.

- *Ku-band user terminal backward compatibility* – Virtual Geo's work with terminal equipment specialists will aim to facilitate the reuse of terminal electronics to save the customer the investment in an entirely new terminal.

- *Competitive pricing*, built on Virtual Geo's economic and market requirements, will drive finalized service design that will deliver sound price/performance value to the end-user.

### VIRTUAL GEO CUSTOMERS AND DISTRIBUTION CHANNELS
Virtual Geo will serve three primary customer segments through distinct distribution channels:

- *Telecom carriers and ISPs* requiring high-speed trunks to and from any place on earth, with hubs in either highly wired or under-served areas. These customers' typical applications include: "thin-route" traffic for intercontinental or intra-regional/country routes; caching of US-based content to ISPs' servers located in the rest of the world; and national or regional webcasting to ISPs' customers, including VIRGO-powered users. VIRGO will sell directly to these customers or through other telecom carriers, ISPs, aggregators, and resellers.

- *Corporate and institutional networks* requiring a mix of highly interactive and high-speed applications, in mesh or star network configurations, with bandwidth-on-demand and VIRGO user-to-user functionality. These customers' typical applications include: collaborative computing, large file transfers, desktop videoconferencing, corporate TV, tele-education, teletraining, and telemedicine. Virtual Geo will sell end-to-end solutions to these customers with VSAT integrators.

- *Small offices/home offices, small and medium enterprises, and households* requiring: connectivity of their PC to an office LAN or the public Web; and versatility of their home PC or other appliance into a family "edutainment center", such as a PCTV providing web access, electronic gaming, or narrowcast broadcasting. Virtual Geo will sell VIRGO-powered PCTVs and other appliances - with customer-defined content packages - through consumer electronics distributors.

### VIRGO Project Implementation
Virtual Geo considers it essential to design a system with a high level of functionality in order to be forward compatible with emerging applications and customers' evolving needs. To this effect, Virtual Geo plans to team up with applications developers and will continue to finalize its constellation and service design in the coming year.

5

### THE VIRGO CONSTELLATION

The VIRGO system uses a coordinated constellation, or array, of fifteen 8-hour period elliptic satellites placed in repeating ground tracks. The satellites have apogee heights of 27,300 km; perigee heights are 7000 km. VIRGO will open up a new avenue for the efficient, non-interfering use of the RF spectrum. This is accomplished by having active satellites occupying a different portion of the sky than the arc in which GEO satellites are seen. In this manner, it is possible to completely eliminate any VIRGO electronic interference with all existing and future geostationary FSS and BSS satellites.

As seen from space, the VIRGO system reveals a number of non-coplanar elliptical orbits. Ten orbits are peaking (have apogees) in the Northern Hemisphere while five peak in the Southern Hemisphere. Figure 2 shows this perspective of VIRGO orbits along with the locus of all the geostationary satellites (the equatorial ring).

The VIRGO orbital constellation, covered by issued and pending patents, will promote the efficient use of the orbital spectrum resource (frequency re-use). VIRGO's relatively high elevation angles from its earth terminals to the satellites serving the primary coverage areas also greatly reduce the effects of atmospheric or terrain interference. VIRGO is comprised of three five-satellite sub-constellations. Although there are only three distinct ground tracks in the system, each satellite lies in a different plane, necessitated by phasing considerations. Two of these sub-constellations are intended for Northern Hemisphere operation, "AURORA I™" and "AURORA II™". The remaining sub-constellation, AUSTRALIS™, is primarily targeted for Southern Hemisphere operation. The design satellite operational lifetime is approximately 12 years.

The VIRGO system was conceived by the developers of the ELLIPSO global mobile communications system.[2,3] Like ELLIPSO, VIRGO takes advantage of the extra flexibility available through the use of elliptical orbits.[4] Unlike ELLIPSO's use of retrograde 3-hr sun-synchronous orbits, however, VIRGO makes use of prograde elliptical 8-hr orbits. VIRGO, like ELLIPSO, favors latitudes other than the equatorial (which is optimal for GEO satellites). However, ELLIPSO intentionally employs a strong day-night bias to meet its satellite mobile telephone market requirements. VIRGO, on the other hand, employs repeat ground tracks to target specific geographic areas. These include the world's major populated land masses where the market for Internet-like services will be rapidly developing over the next decades.



Figure 2
VIRGO Constellation - Perspective View

The difference in elevation angles as a function of latitude between VIRGO and GEO satellites is quite marked. For the GEO, the highest elevation angles are enjoyed by those living on or near the equator. For VIRGO, the higher elevation angles occur at mid-to-high latitudes as shown in Figure 3. This shows the minimum elevation angle over time to the nearest active VIRGO satellite, from any longitude, as a function of the observer's latitude. As might be expected, the highest values lie approximately at 63 degrees latitude, which is also the critical inclination angle for elliptic orbits. Also, it should be noted that in the normal service areas under the active arcs, the minimum angles are much higher e.g., about 15 degrees elevation for an equatorial user centered on or near the VIRGO apogee meridian.



Figure 3
VIRGO Minimum Elevation Angles,
As a Function of Latitude

6

To a layman, an elliptical-orbit satellite ring might be compared to a juggler's spheres. At apogee (their highest point, over the juggler's head), they appear to slow up and become closely bunched together, while at perigee (near his hands), they move more rapidly and more widely separated than those directly over his head!

VIRGO will provide continuous coverage of essentially all populated points on the globe. Emphasis in coverage is placed on key Northern Hemisphere locations such as the United States, Alaska, Hawaii, the U.S. Virgin Islands, and Puerto Rico, as well as Europe and Far East Asia.

Angular Separation From GEO Satellites

Active VIRGO satellites, as seen by a viewer within the system's primary service areas, remain geometrically separated from the geostationary satellite arc by at least 40 degrees at all times. This key feature of the virtual geostationary concept means that VIRGO not only fully protects current geostationary FSS and BSS networks, but it also effectively leaves the GEO satellite community an unfettered opportunity to freely evolve their technologies in order to expand their services.

In order to visualize the underlying concept of VIRGO, it is necessary to recognize that satellites in this system are active (in the communications sense) only when they are at or near their apogee position. Since ten satellites have their apogees high in the Northern Hemisphere (at 63 degrees North latitude), and the remaining five have apogees in the Southern Hemisphere (at 63 degrees South latitude), they appear high in the sky to all possible users, except those in regions close to the equator. Even there, the elevation angles are still acceptable for receiving VIRGO services, and they will not interfere with or receive interference from, the GEO satellites. To users on or near the equator, VIRGO satellites will appear almost due North (or South) of them in the sky, at minimum elevation angles of about 16 degrees. For these observers, on the other hand, the GEO satellites will appear to be almost overhead (if they are at or near the same longitude as the observer). Or, they will appear off to the East or West if they have greater longitudinal separations. In any case, active Virgo satellites will always have a very wide angular separation from any satellite in the GEO ring. Thus, any possibility of mutual electronic interference is virtually eliminated.

Description of the VIRGO Ground Tracks

The three elliptical VIRGO ground tracks are typical of those for a single 8-hour satellite; there are three distinct loops. Similar systems that have been proposed in the past were the American 'Tinker Bell'[2,3] and the European Archimedes constellations. For an eight hour-satellite with apogee in the Northern Hemisphere (such as VIRGO's Aurora I or Aurora II), there will be a fairly narrow curved ground track in that hemisphere, with a much wider one in the Southern Hemisphere. This is due to the much higher velocity the satellite has when traversing the region near perigee. The inverse would be true for a ground track with apogee in the Southern Hemisphere, such as VIRGO's Australis. Figure 4 shows all three ground tracks superimposed on a Cartesian map of Earth. A careful examination will reveal the three loops in each ground trace and the difference between the Australis sub-constellation and the two Aurora arrays. With Aurora I and Aurora II active in the Northern Hemisphere, there will be roughly six geographical service areas there with some overlap between them. Then, in the Southern Hemisphere with Australis, there will be only three loops, serving the land masses there- South America, South Africa, and Australia/New Zealand.



Figure 4
VIRGO Satellite Tracks, Active Arcs Highlighted

The peaks of the tracks are positioned so that there are significant, populated geographic regions roughly centered under them. By using more satellites in the Northern Hemisphere than in the Southern Hemisphere, VIRGO accommodates the non-uniform distribution of capacity so that it is roughly proportional to the actual population distribution that exists between these two hemispheres.

7

Active Satellites: Satellite Duty Cycle

There are always six satellite payloads actively transmitting in the Northern Hemisphere and three payloads active in the Southern Hemisphere. Thus, the duty cycle of each satellite is 9/15 or 60%. The duration of each active period is 60 percent of eight hours, or 4.8 hours. This means that the satellite is active for 2.4 hours either side of apogee. Of course, while the satellites are in other non-active portions of their orbits, they would be generating power from their solar cells and storing it in their batteries (to supplement solar array power when peak power is needed). Figure 3 shows the active arcs of the VIRGO satellites highlighted. Another feature of this type of constellation to note is that while the satellite may be active in the Western Hemisphere, say for midnight, its ground track will progress such that the next active cycle would be in the geographical area of Asia. Following that, the next active period would be in Europe, and the cycle would repeat. Since satellites in these 8-hour elliptic orbits have slower velocities at apogee than at perigee, and these apogees are located at the higher latitudes where earth rotation is less than at the equator, the satellites appear to hang in the sky with little apparent motion. The active portion of the orbit (where the satellites are transmitting and receiving communications) always occurs at satellite latitudes of 49° and higher. Thus, users on the ground will view active satellites at generally higher azimuths and elevations than for satellites in the geostationary band. Even users on the equator will be able to use these VIRGO satellites with no colinearity interference with any of the GEO satellites.

Graceful Degradation In Event of Satellite Failure

Tracing the path of a single Aurora satellite one can see that it does not remain tied to a single geographic area, but rather visits three areas in sequence. It goes active for 4.8 hours per day in the higher latitude regions of one loop, then turns off during the 3.2 hour non-active portion nearer perigee. It then re-appears in the next loop to the West of its initial loop and continues this rotation throughout its lifetime. If one satellite out of five in a ground track were to experience a failure, each of the three geographic service areas would see an outage of service lasting only 4.8 hours per day. Thus, every customer would see only a 20% reduction in service each day until the failed satellite were replaced. It is interesting to compare the impact of a VIRGO satellite outage with that of a GEO system. Typically, to ensure world-wide coverage, one must use (at least) three GEO satellites (usually spaced about 120 degrees apart in longitude). If one GEO were to fail, the customers in that third of the Earth it covered would be totally without service. Of the total global customer base, 33% would thus be without any service whatsoever! Instead of a 20% down time, as with VIRGO, they would see a 100% failure. Of course, the customers in the other two regions would be the more fortunate ones (unless their satellites failed too!).

Satellite Design

At this point in the VIRGO development effort, it is too early to place any definitive figures on satellite design parameters. Almost certainly, the satellites will draw from the knowledge gained in the ELLIPSO program, including many features involved with operations in elliptic orbits. Probably, the satellites will weigh in the 2000-3000 kg range, with about 10 kw prime power. Their design lifetime will be in the vicinity of 12 years. The satellites will use adaptive phased array antenna technology to accomplish the dynamic beam shaping required to cover the fixed geographical market boundaries.

Beam Design

The gain for each HPA in the array is variable, being automatically and constantly readjusted to adapt to the changing size and shape of the beam footprint. The satellite transmit capability can be thought of as a pooled power resource whose magnitude can be related to the aggregate power of the transmit amplifiers that make up the active antenna. Individual beams have a nominal 2.25 degree beamwidth and 38 dBi of peak gain on boresight. Each beam can be steered independently of any other, although in general practice a cluster of beams corresponding to a service area will be steered together in a coordinated fashion. In addition, individual beams can be time-shared over several beam positions to serve larger, lower traffic density areas. Figures 5 through 7 present some examples of single beam contour plots for beams directed to the south central United States, Hawaii, and Alaska from the middle of the relevant service arc. Specific beam footprint contour positions for a given target will vary over time as the satellite moves through its arc and as the beam is steered to serve its user community best. TT&C contours are not provided, as the beams are omni-directional.

8



Fig. 5
Beam Footprint, South Central United States



Fig. 6
Beam Footprint, Hawaii



Fig. 7
Beam Footprint, Alaska

### Inter-Satellite Links

Due to the extremely narrow beamwidth of optical inter-satellite-links (ISL) transmit and receive antennas, there should be no sharing problems associated with VIRGO's use of the optical ISL frequencies.

Virtual Geo is committed to working with the FCC as well as other optical government and commercial ISL users to develop any sharing conditions that might be necessary for the implementation of the VIRGO optical ISL's.

### Ground Network Infrastructure

#### Regional Network Control Centers ("RNCC")

There will be three VIRGO Regional Network Control Centers ("RNCCs"). Each RNCC manages the entire satellite resources available to the region by assigning capacity to user terminals upon request, and collecting system usage data for billing purposes.

#### Spacecraft Operations Control Center ("SOCC") and TT&C Earth Stations

There will be a single primary Spacecraft Operations Control Center ("SOCC") in the VIRGO system plus a back-up facility. The SOCC will be connected by land-lines to regional TT&C earth stations located in the regional service areas. The SOCC will perform all spacecraft control and monitoring functions for the entire VIRGO constellation.

### VIRGO User Terminals

On the ground, residential and business customers will use small, mass-produced, low-cost terminals in large numbers. These will provide a wide range of two-way (as well as one-way) digital communications services. These user terminals have the capability to acquire and track the active VIRGO™ satellite and seamlessly switch between active satellites when necessary (once every 4.8 hours). User antennas would have equivalent apertures as small as 45 cm in diameter. In addition, the terminals will employ uplink power control to maximize system performance and minimize interference to other users of the spectrum.

### User Terminal Frequency Bands

The VIRGO user terminal uplinks will utilize the 14.0-14.5 GHz Ku-band spectrum in both senses of circular polarization, creating an overall usable uplink spectrum of 1,000 MHz. Each user terminal uplink beam will be allocated one quarter of this (i.e., 250 MHz in a single polarization) and the overall service area will be covered with an array of potential

9

beams operating in a 1-in-4 frequency re-use pattern, as shown in part in Figure 6. With this arrangement no two adjacent beams operate on the same frequency and polarization, and the instances where the same frequency and same polarization are used occurs only when the beams are spaced sufficiently far apart to allow full frequency/polarization re-use.

The user terminal downlinks will operate in the 11.2-12.7 GHz Ku-band spectrum, also in both senses of circular polarization, creating an overall usable downlink spectrum of 3,000 MHz. As for the user terminal uplink, one quarter of this spectrum (i.e., 750 MHz in a single polarization) will be allocated to each user terminal downlink beam, with a similar 1-in-4 frequency re-use pattern.

The asymmetry between uplink and downlink user spectrum is deliberate. The foreseen VIRGO services will consist of a broad array of multi-media two-way digital applications and the expected aggregate traffic within a user beam from users to gateways (i.e., "inbound" traffic) is expected to be approximately one third of the aggregate traffic from the gateways to users (i.e., "outbound" traffic).

VIRGO Gateway Terminals

There will be four gateway terminals in each regional service area of the VIRGO system, each equipped with two large tracking antennas. These gateway terminals will act as the "hub" facilities for the user terminal links and will connect the user terminals to the terrestrial communications infrastructure within their respective service areas. In addition, any required links between two or more user terminals will connect through a gateway terminal. The gateway terminals also generate and transmit control information destined for the user terminals to assist in user terminal tracking and in the application of uplink power control by the user terminals. The gateway terminals are connected by terrestrial links to the Regional Network Control Center ("RNCC") and the primary Spacecraft Operations Control Center ("SOCC").

Gateway Terminal Frequency Bands

Within each service area the four VIRGO gateway terminals will interconnect the traffic from all the user terminals operating in the 28 equivalent user beams. The aggregate bandwidth capability of the gateway beams within a service area is equal to the aggregate bandwidth capability of all the user beams within each service area because of the bent-pipe transponder arrangement of the VIRGO™ system. To achieve this without resorting to an unacceptably large number of gateways per service area, the VIRGO™ system needs to use all available gateway spectrum.

For the VIRGO gateway terminal uplinks, the following frequency bands will be used: 12.75-13.25 GHz (500 MHz), 13.8-14.0 GHz (200 MHz), 17.3-17.8 GHz (500 MHz) and 5.925-6.725 GHz (800 MHz). The aggregate amount of spectrum in these four distinct gateway frequency bands, after allowing for the use of both senses of circular polarization, is 4,000 MHz. Of this total gateway uplink spectrum, 250 MHz is connected to downlink throughout the entire VIRGO service area, which is effectively in all of the user downlink beams. Of the remaining spectrum 3,500 MHz is used to connect from each uplink gateway beam to seven separate user downlink beams. The total of 28 equivalent fully occupied user downlink beams is served by the use of the four gateway uplink beams, each serving seven user beams.

The gateway terminal downlinks will operate in the following frequency bands: 10.7-11.2 GHz (500 MHz) and 3.7-4.2 GHz (500 MHz). Accounting for the use of dual circular polarization, this amounts to a total of 2,000 MHz of gateway downlink spectrum. Each gateway downlink beam is therefore capable of providing inbound links for up to eight user beams, each of which supports 250 MHz on its uplink. As for the gateway uplinks, the total of 28 equivalent user uplink beams is served by the use of the four gateway downlink beams, each serving up to eight equivalent user beams.

Cost and Schedule

As stated in the FCC Filing, the VIRGO System is projected to cost approximately $2.6B. Service to AURORA I loop customers will begin 48 months after the FCC approval. Following that, the AURORA II will begin providing service 56 months after FCC approval. Finally, the Southern Hemisphere customers would see the introduction of AUSTRALIS in the 62nd month following the FCC approval. It should be noted that service from each of the sub-constellations is totally independent from the others. Thus, the system can be built up incrementally, if so desired, with larger time intervals selected between service introduction for the last two sub-constellations.

10

## CONCLUSIONS

The elliptical constellation of the VIRGO system provides an innovative approach to frequency re-use, totally avoiding any interference with geostationary satellites, in the field of satellite wide-band communications. The proposed eight-hour orbit system uses far fewer satellites than better known circular LEO systems being proposed. Coverage can be biased towards particular regions of longitude through appropriate placement of the stationary ground tracks. Furthermore, the geometrical coverage of observers in the mid- and higher-latitudes by VIRGO results in very high elevation angles. (Typically, the coverage from geostationary satellites provides lower and lower elevation angles as latitude increases.)

## ACKNOWLEDGEMENTS

The authors would like to acknowledge the valuable assistance provided in the preparation of this paper by our friends and associates. We would particularly like to acknowledge the help of Dr. Paul Cefola and Dr. Ron Proulx, of the Draper Laboratory who have contributed mightily to the development and refinement of the elliptic orbits used in both ELLIPSO and VIRGO systems. Also, we would like to thank Mr. Paul Christopher, of PFC Associates, for his chart on elevation angles for the VIRGO system. Finally, we gratefully acknowledge the staff assistance provided by our co-workers in ELLIPSO, especially Jack Anderson, Jack Naughton, Lori Lincoln, Eric Siskonen, Jay Brosius, Laura Brosius, and Yvette Cook.

## REFERENCES

1. Application Before The Federal Communications Commission of Virtual Geosatellite, LLC, for Authority to Launch and Operate VIRGO, Jan 8, 1999
2. Draim, J., Castiel, D., "Optimization of the Borealis and Concordia Sub-Constellations of the Ellipso Mobile Communications System", IAF-96-A.1.01, Paper presented at the 47th International Astronautical Congress, October 7-11, 1996, Beijing, China
3. Draim, J., Cefola, P., Proulx, R., Larsen, D., "Designing the ELLIPSO$^{TM}$ Satellites into the Elliptic Orbit Environment", IAF-98-A.4.03, Paper Presented at the 49th International Astronautical Congress, Sept 28-Oct 2, 1998, Melbourne, Australia
4. Draim, J., "Elliptical-Orbit MEO Constellations: A Cost-Effective Approach for Multi-Satellite Constellations", IAF-95-M.4.05, Paper Presented at the 46th International Astronautical Congress, Oct 2-6, 1995, Oslo, Norway