AO 450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

FILED
OCT 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ELLIPSO, INC., et al.,

V.

JOHN E. DRAIM,

JUDGMENT IN A CIVIL CASE

Case Number:   1:06-cv-1373(JR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendant's motion for summary judgment is granted, and this case is dismissed.

Dated: *October 30, 2007*

NANCY MAYER-WHITTINGTON, Clerk

By: *[signature]*
Deputy Clerk