UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,<br>a Delaware Corporation<br><br>and<br><br>VIRTUAL GEOSATELLITE LLC,<br>a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN E. DRAIM,<br><br>Defendant. | Civil Action No. 1:06cv01373 (JR) |

## NOTICE OF APPEARANCE

Pursuant to L.Cv.R. 83.6, please enter the appearance of Mary Catherine Zinsner (D.C. Bar No. 430091) with the firm of Troutman Sanders LLP, 1660 International Drive, Suite 600, McLean, Virginia 22102, telephone number 703.734.4334 as counsel for the defendant John E. Draim.

JOHN E. DRAIM

By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4334

By:   /s/ Mary Catherine Zinsner
Mary Catherine Zinsner
(D.C. Bar No. 430091)