UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC., )
a Delaware Corporation )
 )
and )
 )
VIRTUAL GEOSATELLITE LLC, )   Civil Action No. 1:06cv01373 (JR)
a Delaware Limited Liability Company, )
 )
    Plaintiffs, )
 )
        v. )
 )
JOHN E. DRAIM, )
 )
    Defendant. )
 )

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that as of January 22, 2008, John F. Anderson hereby withdraws his appearance on behalf of the defendant John E. Draim ("Mr. Draim") pursuant to L.Cv.R. 83.6. No trial date has been set in this matter, another attorney has entered an appearance on behalf of Mr. Draim and Mr. Draim has consented to this withdrawal as shown by his signature below.

                              JOHN E. DRAIM

                              By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4356

By: _____
John F. Anderson
(D.C. Bar No. 393764)

_____ 01/09/08
John E. Draim