AO450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

FILED
JAN 1 7 2008
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ELLIPSO, INC., et al.,

V.

JOHN E. DRAIM,

JUDGMENT IN A CIVIL CASE

Case Number: 1:06-cv-1373 (JR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered for the defendant John E. Draim, to include reasonable attorneys fees and costs, and this matter is dismissed.

Dated: January 17, 2008

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk