UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., <br> a Delaware Corporation <br><br> and <br><br> VIRTUAL GEOSATELLITE LLC, <br> a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN E. DRAIM, <br><br> Defendant. | Civil Action No. 1:06cv01373 (JR) |

**DEFENDANT'S RESPONSE TO COURT'S**
**MEMORANDUM ORDER DATED JANUARY 15, 2008**

Defendant John E. Draim ("Draim"), by counsel, submits the following Response to the Court's Memorandum Order dated January 15, 2008.

1. On January 16, 2008, counsel for Draim sent counsel for plaintiffs a letter stating that fees and costs incurred totaled $40,825.19. A copy of the January 16, 2008, letter is attached as Exhibit A. A follow up letter, attached as Exhibit B, was sent on January 24, 2008.

2. On January 28, 20008, counsel for plaintiffs telephoned and advised that his client took exception to the Court's ruling, and anticipated appealing or filing a motion to reconsider, but stated that the amount of the fees and costs sought by Draim appeared reasonable.

3. Defendant forwarded counsel for plaintiff a proposed Joint Response, which preserved Plaintiffs' exceptions to the Court's Memorandum Order but stipulated to the reasonableness of the fees sought. A copy of the proposed Joint Response is attached as Exhibit

C. As of the date of filing this response, Plaintiffs have not indicated their consent to the joint response.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests entry of judgment in his favor and an award of attorney's fees in the amount of $40,433.50 and costs of $391.69.

JOHN E. DRAIM

By Counsel

TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
(703) 734-4363

By:       /s/ Mary C. Zinsner
          Mary Catherine Zinsner
          (D.C. Bar No. 430091)