# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

1660 INTERNATIONAL DRIVE
SUITE 600, TYSONS CORNER
MCLEAN, VIRGINIA 22102-3805
www.troutmansanders.com
TELEPHONE: 703-734-4334
FACSIMILE: 703-734-4340

John F. Anderson
john.anderson@troutmansanders.com

Direct Dial: 703-734-4356
Direct Fax: 703-448-6530

January 16, 2008

**Electronic Mail and First Class Mail**

David Bogart Dort
Dort IP PLLC
2020 14th Street N, Suite 700
Arlington, Virginia 22201

Re:   Ellipso, et al. v. John E. Draim
      Civil Action No. 1:06cv01373 (JR)

Dear Mr. Dort:

Pursuant to Judge Robertson's Memorandum Order that we received yesterday afternoon, I have calculated the fees and costs incurred by Mr. Draim in defending the claims in the above matter from July 24, 2006 through December 4, 2007 and not including any fees relating to the reply brief filed on December 6, 2007. The total amount of the fees is $40,433.50 and the costs are $391.69 for a total amount of $40,825.19. I am forwarding with this letter a chart showing the hours by month and timekeeper and a list of the expenses.

Please let me know by the close of business tomorrow if you will agree to this amount for the fees and costs.

Sincerely yours,

John F. Anderson

cc:   John E. Draim (w/encl.)
      Mary C. Zinsner (w/encl.)



ATLANTA • HONG KONG • LONDON • NORFOLK • RALEIGH • RICHMOND
TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.

## ATTORNEY'S FEES AND COSTS INCURRED BY MR. DRAIM
## IN DEFENDING THE CLAIMS IN ELLIPSO v. DRAIM, CASE 1:06cv01373-JR

| MONTH | TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| July 2006 | JFA* | 3.5 | 415.00 | 1,452.50 |
| August 2006 | JFA | 14.9 | 415.00 | 6,183.50 |
|  | BEM** | 2.2 | 145.00 | 319.00 |
| September 2006 | JFA | 0.6 | 415.00 | 249.00 |
| October 2006 | JFA | 0.2 | 415.00 | 83.00 |
| November 2006 | - | - | - | - |
| December 2006 | - | - | - | - |
| January 2007 | - | - | - | - |
| February 2007 | - | - | - | - |
| March 2007 | JFA | 6.6 | 435.00 | 2,871.00 |
| April 2007 | JFA | 6.7 | 435.00 | 2,914.50 |
| May 2007 | JFA | 28.6 | 435.00 | 12,441.00 |
| June 2007 | JFA | 3.6 | 435.00 | 1,566.00 |
| July 2007 | JFA | 7.0 | 435.00 | 3,045.00 |
| August 2007 | JFA | 12.1 | 435.00 | 5,263.50 |
| September 2007 | JFA | 7.8 | 435.00 | 3,393.00 |
| October 2007 | - | - | - | - |
| November 2007 | JFA | 0.8 | 435.00 | 348.00 |
| December 2007 | JFA | 0.7 | 435.00 | 304.50 |
|  |  |  |  | $40,433.50 |
|  |  |  |  |  |
| **OTHER** |  |  |  |  |
| Filing Fee | 350.00 |  |  |  |
| Mileage | 16.02 |  |  |  |
| Parking | 10.00 |  |  |  |
| Courier | 15.67 |  |  |  |
|  |  |  |  | 391.69 |
|  |  |  |  | $40,825.19 |

\*   John F. Anderson
\*\*  Barbara E. McBrayer (paralegal)