# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

1660 INTERNATIONAL DRIVE
SUITE 600, TYSONS CORNER
MCLEAN, VIRGINIA 22102-3805
www.troutmansanders.com
TELEPHONE: 703-734-4334
FACSIMILE: 703-734-4340

Mary Catherine Zinsner
mary.zinsner@troutmansanders.com

Direct Dial: 703-734-4363
Direct Fax: 703-734-4340

January 24, 2008

**VIA ELECTRONIC MAIL**
**and FIRST CLASS MAIL**

David Bogart Dort
Dort IP PLLC
2020 14th Street N, Suite 700
Arlington, Virginia 22201

Re: *Ellipso, et al. v. John E. Draim*
Civil Action No. 1:06cv01373 (JR)

Dear Mr. Dort:

This will follow up John Anderson's letter to you dated January 16, 2008, and my subsequent voice mail messages. Please advise if the fees and costs set forth in the letter are agreeable. If we do not hear from you by close of business on Monday January 28, 2008, we will assume that you contest the amounts and will file the appropriate motion seeking Court approval of such fees and costs.

Very truly yours,

Mary Catherine Zinsner

cc: Mr. John E. Draim

#355225v1


EXHIBIT B

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C