# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

1660 INTERNATIONAL DRIVE
SUITE 600, TYSONS CORNER
MCLEAN, VIRGINIA 22102-3805
www.troutmansanders.com
TELEPHONE: 703-734-4334
FACSIMILE: 703-734-4340

Mary Catherine Zinsner
mary.zinsner@troutmansanders.com

Direct Dial: 703-734-4363
Direct Fax: 703-734-4340

January 28, 2008

**VIA ELECTRONIC MAIL**
**and FIRST CLASS MAIL**

David Bogart Dort
Dort IP PLLC
2020 14th Street N, Suite 700
Arlington, Virginia 22201

    Re:   *Ellipso, et al. v. John E. Draim*
          Civil Action No. 1:06cv01373 (JR)

Dear Mr. Dort:

    This will follow up our telephone conversation of today. You stated that the amount of fees and costs set forth in John Anderson's letter dated January 16, 2008, were reasonable, but that you take exception to the Court's Order. You indicated that your clients intend to file a motion for reconsideration or appeal. I have prepared the attached Joint Submission in Response to Court's Memorandum Order Dated January 15, 2008. Please advise if the Joint Response is acceptable, and if I may sign for you and file with the Court.

    I look forward to hearing from you.

                                  Very truly yours,

                                  Mary Catherine Zinsner

Attachment

cc:   Mr. John E. Draim

#355459v1

EXHIBIT C

**DRAFT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., a Delaware Corporation | ) ) ) |
| and | ) ) |
| VIRTUAL GEOSATELLITE LLC, a Delaware Limited Liability Company, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| JOHN E. DRAIM, | ) ) ) |
| Defendant. | ) ) |

Civil Action No. 1:06cv01373 (JR)

### JOINT SUBMISSION IN RESPONSE TO COURT'S MEMORANDUM ORDER DATED JANUARY 15, 2008

Pursuant to the Court's Order of January 15, 2008 ("the Order"), the parties have conferred as required by Local Civil Rule 54.2 and have agreed that the attorney's fees and costs incurred by Mr. Draim in the defense of this action totaling $40,433.50 in fees and $391.69 in costs to date are reasonable. In agreeing to the amount of the fees and costs incurred, plaintiffs do not concede that defendant is entitled to an award of such fees and costs, and preserve their objection to the Court's Order. Mr. Draim reserves the right to seek additional fees and costs, should further litigation ensue.

JOHN E. DRAIM

By Counsel

TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
(703) 734-4363

By:     /s/ Mary C. Zinsner
       Mary Catherine Zinsner
       (D.C. Bar No. 430091)

DORT IP PLLC
2020 14th Street N, Suite 700
Arlington, Virginia 22201
(202) 423-1085

By:     /s/ David B. Dort
       David Bogart Dort