#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-1373 (JR) |
| JOHN E. DRAIM, | : |
| Defendant. | : |

#### ORDER

The minute order dated February 26, 2008, denying plaintiff's motion for reconsideration is **VACATED** by the Court <u>sua sponte</u>.

The Clerk is directed to set a hearing on the motion for reconsideration [36].

JAMES ROBERTSON  
United States District Judge
