**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELLIPSO, INC.** *et al.* ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Action No.  01 CV 06-1373 (JR) |
| ) | |
| **JOHN E. DRAIM** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please take notice that Thomas Earl Patton, Esq. of Tighe Patton Armstrong and Teasdale enters an  appearance in Case No. 01-CV 06-1373 (Judge Robertson) as co-counsel  on behalf of Plaintiffs Ellipso *et al.*

                                                  Respectfully submitted,

                                                  /s/ Thomas Earl Patton_____

April 21, 2008                        Thomas Earl Patton
                                                  DC Bar No. 009761
                                                  Tighe Patton Armstrong Teasdale, PLLC
                                                  1747 Pennsylvania Ave., N.W.
                                                  Suite 300
                                                  Washington, DC 20006
                                                  Tel: (202) 454-2800
                                                  Fax: (202) 454-2805
                                                  e-mail: tpatton@tpat.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Entry of Appearance was served by ecf this April 21, 2008 on:

    Mary C. Zinsner
    TROUTMAN SANDERS, LLP
    1660 International Drive, Suite 600
    McLean, Virginia 22102


                                            /s/
                                      Thomas Earl Patton, Esq.