# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-7024**                                **September Term 2007**

06cv01373

**Filed On:** August 11, 2008

Ellipso, Inc., A Delaware Corporation and
Virtual Geosatellite LLC, A Delaware Limited
Liability Company,

>Appellants

v.

John E. Draim, an individual,

>Appellee

**BEFORE:**   Ginsburg, Rogers, and Garland, Circuit Judges

## ORDER

Upon consideration of the request for reinstatement and extension of time to seek new counsel, the opposition thereto, and the reply, it is

**ORDERED** that the request be denied. See Shea v. Donohoe Const. Co., Inc., 795 F.2d 1071, 1074-75 (D.C. Cir. 1986). The court notes that the time to appeal the district court's January 17, 2008 judgment runs from the date of entry of the district court's order disposing of the Rule 59(e) motion for reconsideration. See Fed. R. App. P. 4(a)(4)(A).

**Per Curiam**